Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/06/2019
Print Time:  10:55 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   106 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      P117163 | SALE#:      36237 |
|---|---|---|
| Mike  Garrison                  903-440-5557 | P117163  Parker Auto Auction | DATE:      7/31/19 |
| Rock Hill Used Cars | Colby Parker | STATUS:      SLD |
| 549 Interstate 30 East | P.O. Box 895 | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Sulpher Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

| | ODOMETER DISCLOSURE STATEMENT |
|---|---|

SERIAL   3D7ML48C26G178761      178761
ODOMETER STATUS
YEAR     2006          MAKE   DODGE
MODEL    RAM 3500 QUA  BODY   QUAD P
COLOR    Silver        RADIO
LICENSE                FUEL   Diesel
TITLE                  TRANS  AUTO

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **56423**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 21,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 21,940.00 |
| | PAID: | 21,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  8/06/2019
Print Time: 10:56 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   066 |
|---|---|

| | | | |
|---|---|---|---|
| **BUYER(Purchaser) :**P-109420   376 | Seller   **UD-9266** | SALE#: | 36236 |
| Mike  Garrison   903-440-5557 | UD-9266  Advantage Truck -David Ivey | DATE: | 7/31/19 |
| Rock Hill Used Cars | David Kroth | STATUS: | SLD |
| 549 Interstate 30 East | 1635 S. Green | DRIVE: | Yellow |
| Sulphur Springs, TX 75482 | Purcell, OK 73080 | LANE | |

**VEHICLE DESCRIPTION**

| | |
|---|---|
| SERIAL   3D7ML48A18G219298   **219298** | |
| ODOMETER STATUS | |
| YEAR   **2008**   MAKE  **DODGE** | |
| MODEL   **RAM 3500**   BODY  **QUAD C** | |
| COLOR   **SILVER**   RADIO | |
| LICENSE   FUEL   **Gas** | |
| TITLE   Conform/Clean   TRANS | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **87440**   miles and to t' best of my knowledge,  it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

| | |
|---|---|
| SALE PRICE:   25,000 | |
| BUYER FEE:   440.00 | |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE:   25,440.00 | |
| PAID:   25,440.00 | |
| BALANCE:   $0.00 | |
| PD BY:FI   AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/21/2019
Print Time: 1:46 PM

1 Southwest 112th St.
Lawton, OK 73505

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT#   **020**

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   36539 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSW21P57EB14538   **B14538**
ODOMETER STATUS
YEAR   2007    MAKE  FORD
MODEL   F250 SUPER D   BODY  QUAD P
COLOR   GRAY    RADIO
LICENSE    FUEL
TITLE    TRANS AUTO

| | SALE PRICE: | 20,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,440.00 |
| | PAID: | 20,440.00 |
| | BALANCE: | $0.00 |
| PD BY:FI AFC | | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **42420**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.



443058 — 1034
ROCK HILL USED CARS
DALLAS
1FTSW21P57EB14538

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 9/04/2019
Print Time: 10:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 154

| BUYER(Purchaser) :P-109420    376 | Seller    M-7119 | SALE#: 36814 |
|---|---|---|
| Mike Garrison    903-440-5557 | M-7119 Big Dawg Motors | DATE: 9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS: SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

SERIAL   5UTGN2428HM007662    007662

ODOMETER STATUS

| YEAR | 2017 | MAKE | Tiger |
|---|---|---|---|
| MODEL | Car Trailer | BODY | TRAILE |
| COLOR | | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   00    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | | |
|---|---|---|
| SALE PRICE: | 29,250 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,740.00 |
| PAID: | 29,740.00 |
| BALANCE: | $0.00 |
| PD BY:FI | |
| AFC | |

443058 – 1037  ROCK HILL USED CARS DALLAS

5UTGN2428 HM007662

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **021**

| BUYER(Purchaser) :P-109420   376 | Seller    **UD2133** | SALE#:   37288 |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | DATE:   9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1GNEC16Z82J293191     293191
ODOMETER STATUS

| YEAR | 2002 | MAKE | CHEVROLE |
|---|---|---|---|
| MODEL | C1500 | BODY | WAGON |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | MANUAL |

| | SALE PRICE: | 15,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,280.00 |
| | PAID: | |
| | BALANCE: | $15,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **82433**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS   4430058 - 1049

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:20 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **020**

---

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   37287 |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | DATE:   9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   JM1GG12L761105547   **105547**
ODOMETER STATUS
YEAR   **2001**    MAKE   **MAZDA**
MODEL   **MAZDASPEED6** BODY   **SEDAN**
COLOR   **Gray**    RADIO
LICENSE    FUEL   **Gas**
TITLE    TRANS   **AUTO**

| | |
|---|---|
| SALE PRICE: | 13,000 |
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 13,270.00 |
| PAID: | |
| BALANCE: | $13,270.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **51423**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

---

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/14/2019
Print Time: 2:31 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                    UNIT#   148

| | | |
|---|---|---|
| **BUYER(Purchaser)** :P-109420    376 | Seller   **UD-7857** | SALE#:   37366 |
| Mike  Garrison                 903-440-5557 | UD-7857 Lawton Cache Auto Auction | DATE:   10/02/19 |
| Rock Hill Used Cars | Emmett Druien | STATUS:   SLD |
| 549 Interstate 30 East | 1 SW 112th Street | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Lawton, OK 73505 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL  1GRAA9224SB029809      029809

YEAR   1995       MAKE  Great Dane

MODEL  Trailer     BODY  VAN

COLOR  White      RADIO

LICENSE           FUEL

TITLE             TRANS

ODOMETER STATUS

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **01**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | |
|---|---|
| SALE PRICE: | 29,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | 29,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VE... : is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the ... is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all item... chase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold throu... er warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbranc... s agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purcha... Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the nigl... cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will ... daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:33 AM

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT# **032**

| BUYER(Purchaser) :P-109420    376 | Seller    **UD2133** | |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | SALE#:   37580 |
| Rock Hill Used Cars | Christi Sanders | DATE:   10/09/19 |
| 549 Interstate 30 East | PO Box 834 | STATUS:   SLD |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | DRIVE:   Yellow |
| | | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071    184071
ODOMETER STATUS
YEAR   2010    MAKE   DODGE
MODEL   CHALLENGER   BODY   2D COU
COLOR   Black    RADIO
LICENSE    FUEL   Diesel
TITLE    TRANS   AUTO

| | SALE PRICE: | 14,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 14,270.00 |
| | PAID: | |
| A?C | BALANCE: | $14,270.00 |
| | PD BY: | |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **154868** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Aut. Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/15/2019
Print Time: 11:32 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| BUYER(Purchaser) :P-109420    376 | Seller    **P148883** | SALE#:   37578 |
|---|---|---|
| Mike Garrison    903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSX20R89EA01704    A01704
ODOMETER STATUS

| YEAR | 2009 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | SUPERC |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 22,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 22,440.00 |
| PAID: | |
| BALANCE: | $22,440.00 |
| PD BY: | |

A T C

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **345169** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



443058 – 1055
1FTSX20R89EA01704   DALLAS   ROCK HILL USED CARS

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# 033 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    P-117163 | SALE#:    37726 |
|---|---|---|
| Mike  Garrison          903-440-5557 | P-117163  Star Motors | DATE:    10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:    SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL    1HSHBAHNXXH659029    659029
ODOMETER STATUS

| YEAR | 1999 | MAKE | Intl |
|---|---|---|---|
| MODEL | 8000 | BODY | |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | |
| | BALANCE: | $28,490.00 |
| PD BY: | | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **264320**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **033**

| BUYER(Purchaser) :P-109420 376 | Seller P-117163 | SALE#: 37726 |
|---|---|---|
| Mike Garrison 903-440-5557 | P-117163 Star Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS: SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1HSHBAHNXXH659029 659029
ODOMETER STATUS
YEAR 1999 MAKE Intl
MODEL 8000 BODY
COLOR White RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | | |
|---|---|---|
| | SALE PRICE: | 28,000 |
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | |
| | BALANCE: | $28,490.00 |
| PD BY: | | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **264320** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 11/05/2019
Print Time: 11:00 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | 11-5-19 | UNIT# | 009 |
|---|---|---|---|

| BUYER(Purchaser) :P-109420 376 | Seller UD-6418 | SALE#: | 38054 |
|---|---|---|---|
| Mike Garrison 903-440-5557 | UD-6418 Executive Kars | DATE: | 10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS: | SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE | |

**VEHICLE DESCRIPTION**

SERIAL  1GC0KVCG2BZ387391    **387391**
ODOMETER STATUS
YEAR    **2011**      MAKE  **CHEVROLE**
MODEL   **SILVERADO 25** BODY  **REG CA**
COLOR   **White**     RADIO
LICENSE            FUEL  **Diesel**
TITLE             TRANS **AUTO**

| SALE PRICE: | 16,500 |
|---|---|
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,780.00 |
| PAID: | 16,780.00 |
| BALANCE: | $0.00 |
| PD BY FI | |
| AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **266956**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



B    ROCK HILL USED CARS   443058 — 1062
DALLAS
1GC0KVCG2BZ387391

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  12/02/2019
Print Time:  3:14 PM

1 Southwest 112th St.
Lawton, OK 73505

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT#    075

| BUYER(Purchaser) :P-109420     376 | Seller      UD2133 | SALE#:     38503 |
|---|---|---|
| Mike Garrison                       903-440-5557 | UD2133 Mainer Ford | DATE:    11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL    1FT7W2BTXFEC20953      C20953
ODOMETER STATUS

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | CREW C |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 30,000 |
|---|---|---|
| | BUYER FEE: | 500.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 30,500.00 |
| | PAID: | 30,500.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI | |
| | AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **185470**    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 — 1068
ROCK HILL USED CARS
DALLAS
1FT7W2BTX FEC20953

Lawton Cache Auto Auction

 **COMPLETED**

1-7-20

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  2:52 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420      376 | Seller      A32814 | SALE#:      39208 |
|---|---|---|
| Mike  Garrison                903-440-5557 | A32814 ENVIROCLEAN | DATE:      1/03/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:      SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL   1FD8W3HT2FEA32814      A32814 | |
|---|---|
| ODOMETER STATUS | |
| YEAR    2015 | MAKE   FORD |
| MODEL   F350 | BODY   4DR |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS  AUTO |

| | SALE PRICE:   34,500 |
|---|---|
| | BUYER FEE:   570.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   35,070.00 |
| | PAID:   35,070.00 |
| | BALANCE:   $0.00 |
| | PD BY:FI   AFC |

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **112637**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.



443058 — 1079
ROCK HILL USED CARS
DALLAS
1FD8W3HT2 | FEA32814

Lawton Cache Auto Auction


**COMPLETED**

*2.7.20*

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/06/2020
Print Time:   2:57 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **022**

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-5503** | SALE#:   39207 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD-5503  GPR Auto & Truck Sales | DATE:   1/03/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:   **SLD** |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

### VEHICLE DESCRIPTION

SERIAL   1T9AS40285B540094   **540094**
ODOMETER STATUS
YEAR   2005         MAKE   Tak
MODEL   Trailer      BODY
COLOR   Black        RADIO
LICENSE              FUEL
TITLE                TRANS

| | | |
|---|---|---|
| | SALE PRICE: | 16,500 |
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads          miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

ROCK HILL USED CARS
4443058 — 1080
DALLAS
1T9AS4028 5B540094

# Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  1/09/2020
Print Time:  3:44 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#  148 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-4843** | SALE#:        39378 |
|---|---|---|
| Mike  Garrison        903-440-5557 | UD-4843  Bottoms Up Motorsports | DATE:        1/08/20 |
| Rock Hill Used Cars | Michael Lawson | STATUS:        SLD |
| 549 Interstate 30 East | Po Box 187 | DRIVE: |
| Sulphur Springs, TX 75482 | Collinville, OK 74021 | LANE |

## VEHICLE DESCRIPTION

| SERIAL   3C63RRGL8EG149807        149807 |
|---|

ODOMETER STATUS

| YEAR      2014 | MAKE   RAM |
|---|---|
| MODEL   3500 | BODY   4DR |
| COLOR   White | RADIO |
| LICENSE | FUEL   Gas |
| TITLE | TRANS AUTO |

| SALE PRICE:        27,500 |
|---|
| BUYER FEE:        480.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:   27,980.00 |
| PAID: |
| BALANCE:   $27,980.00 |
| PD BY:    AFC |

## ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **149460**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  1/15/2020
Print Time:  1:28 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   162 |
|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **A32814** | SALE#:      39466 |
|---|---|---|
| Mike  Garrison                    903-440-5557 | A32814  ENVIROCLEAN | DATE:      1/15/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:      SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FT7W2BTXFEA02463      A02463 |
|---|
| ODOMETER STATUS |

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | CREW C |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | 28,490.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **147864**   miles and t best of my knowledge,  it reflects the actual mileage of the vehicle, un one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 1/15/2020
Print Time: 1:23 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 034

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-2790** | SALE#: 39463 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD-2790  Rick Jones Buick-GMC Inc | DATE: 1/15/20 |
| Rock Hill Used Cars | Kathy Loula | STATUS: SLD |
| 549 Interstate 30 East | PO Box 158 | DRIVE: Green |
| Sulphur Springs, TX 75482 | El Reno, OK 73036 | LANE |

### VEHICLE DESCRIPTION

SERIAL  1GTJK33214F263548      263548
ODOMETER STATUS
YEAR   2004        MAKE  GMC
MODEL  SIERRA     BODY  QUAD P
COLOR  Tan        RADIO
LICENSE           FUEL  Diesel
TITLE             TRANS  AUTO

| | SALE PRICE: | 24,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 24,940.00 |
| | PAID: | 24,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
   *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **124500**    miles and to the
best of my knowledge,  it reflects the actual mileage, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
       reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
       **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cach
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buye
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after pu
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Se
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory par
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to you
daily.



1GTJK3321 4F263548    ROCK HILL USED CARS    DALLAS    4443058 – 1085

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:   1/28/2020
Print Time:  2:50 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   026

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   39651 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD2133 Mainer Ford | DATE:   1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | | |
|---|---|---|
| SERIAL   1FMJU1K54CEF09406   F09406 | | |
| ODOMETER STATUS | | |
| YEAR   2012 | MAKE   FORD | |
| MODEL   EXPEDITION | BODY   4D UTI | |
| COLOR   White | RADIO | |
| LICENSE | FUEL   Diesel | |
| TITLE | TRANS AUTO | |

| | SALE PRICE: | 23,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 23,440.00 |
| | PAID: | 23,440.00 |
| | BALANCE: | $0.00 |
| PD BY:FI AFC | | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **106157**   miles and
best of my knowledge,  it reflects the actual mileage of the vehicle, ur
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/28/2020
Print Time:  2:44 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   **085** |
|---|---|---|

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   39650 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD2133  Mainer Ford | DATE:   1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 1FMHK8F89BGA68442   A68442 |
|---|---|
| ODOMETER STATUS | |
| YEAR | 2010 |
| MODEL | EXPLORER |
| COLOR | Black |
| LICENSE | |
| TITLE | |

| MAKE | FORD |
|---|---|
| BODY | 4D UTI |
| RADIO | |
| FUEL | Diesel |
| TRANS | AUTO |

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI | AFC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **135484**  miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



443058 – 1087
ROCK HILL USED CARS
1FMHK8F89 BGA68442

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/30/2020
Print Time:  10:29 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT# | 073 |

| BUYER(Purchaser) :P-109420    376 | Seller    204039 | SALE#:    39774 |
|---|---|---|
| Mike  Garrison    903-951-8597 | 204039  Christopher Brady | DATE:    1/29/20 |
| Rock Hill Used Cars | Christopher Brady | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 525 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Quitman, TX 75783 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KU28C64G204039    204039
ODOMETER STATUS
YEAR    2004         MAKE   DODGE
MODEL   RAM 2500 QUA BODY   QUAD P
COLOR   Gold         RADIO
LICENSE              FUEL   Diesel
TITLE                TRANS  AUTO

| | SALE PRICE: | 20,400 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,840.00 |
| | PAID: | 20,840.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
  *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **149263**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  1/30/2020
Print Time: 10:28 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   069

| BUYER(Purchaser) :P-109420   376 | Seller   **SB** | SALE#:   39773 |
|---|---|---|
| Mike  Garrison   903-951-8597 | SB  Security State Bank | DATE:   1/29/20 |
| Rock Hill Used Cars | R Chang | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 749 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Wewoka, OK 74884 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7MX48A37G804242   **804242**
ODOMETER STATUS
YEAR   2007   MAKE   DODGE
MODEL   RAM 3500   BODY   QUAD C
COLOR   Blue   RADIO
LICENSE   FUEL   Diesel
TITLE   TRANS   AUTO

| | SALE PRICE: | 22,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,940.00 |
| | PAID: | 22,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI  AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **123470**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton C
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, durin
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The bu
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after p
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/13/2020
Print Time:  3:54 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **009**

| BUYER(Purchaser) :P-109420   376 | Seller    **UD-5503** | SALE#:    39968 |
|---|---|---|
| Mike  Garrison                   903-951-8597 | UD-5503  GPR Auto & Truck Sales | DATE:    2/12/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:    SLD |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KR28A48G116225         116225
ODOMETER STATUS
YEAR     2008            MAKE   DODGE
MODEL    RAM 2500        BODY   QUAD C
COLOR    Silver          RADIO
LICENSE                  FUEL   Diesel
TITLE                    TRANS  AUTO

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | |
| | BALANCE: | $16,280.00 |
| | PD BY: | |

## ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **231360**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING · ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

3D7KR28A4        8G116225

443058 — 1090
ROCK HILL USED CARS
DALLAS

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/20/2020
Print Time:  1:07 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | |
|---|---|
| | UNIT#   117 |

| BUYER(Purchaser) :P-109420       376 | Seller       **UD2860** | SALE#:       40115 |
|---|---|---|
| Mike  Garrison                   903-951-8597 | UD2860  Seth Wadley Ford Lincoln | DATE:       2/19/20 |
| Rock Hill Used Cars | Davi Hardimest | STATUS:       SLD |
| 549 Interstate 30 East | 519 I-30 | DRIVE:       Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTHX25F0TEB25935          **B25935**
ODOMETER STATUS
YEAR    1996              MAKE   FORD
MODEL   F250             BODY   SUPER
COLOR   Blue             RADIO
LICENSE                   FUEL    Diesel
TITLE                     TRANS  AUTO

| | SALE PRICE:       12,500 |
|---|---|
| | BUYER FEE:       270.00 |
| | DRAFT FEE: |
| | SALES TAX |
| AFC | TOTAL DUE:       12,770.00 |
| | PAID: |
| | BALANCE:       $12,770.00 |
| | PD BY: |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **181014**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

| BUYER(Purchaser) :P-109420  376 | Seller 33156 | SALE#: 40117 |
|---|---|---|
| Mike Garrison 903-951-8597 | 33156 Ryder Truck Rental Lt | DATE: 2/19/20 |
| Rock Hill Used Cars | | STATUS: SLD |
| 549 Interstate 30 East | 4040 NW 72 Ave | DRIVE: Red |
| Sulphur Springs, TX 75482 | Miami, FL 33156 | LANE |

| VEHICLE DESCRIPTION | |
|---|---|
| SERIAL 1FVACWDU5DHFA3237 FA3237 | |
| ODOMETER STATUS | |
| YEAR 2013 | MAKE Frieghtline |
| MODEL 16m | BODY |
| COLOR | RADIO |
| LICENSE | FUEL |
| TITLE | TRANS |

| | |
|---|---|
| SALE PRICE: | 29,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | |
| BALANCE: | $29,490.00 |
| PD BY: | |

AFC

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or afte
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchas
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties ag
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   2/26/2020
Print Time:   3:00 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| **BUYER(Purchaser) :** P-109420   376 | Seller   **UD-2332** | SALE#:   40211 |
|---|---|---|
| Mike   Garrison   903-951-8597 | UD-2332 Jacksons Chevrolet Of Kingfish | DATE:   2/26/20 |
| Rock Hill Used Cars | Karen Mccarthy | STATUS:   SLD |
| 549 Interstate 30 East | 2600 Frontage Rd. | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Kingfisher, OK 73750 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1GCJK33265F919308   919308 |
|---|
| ODOMETER STATUS |
| YEAR   2005   MAKE   CHEVROLE |
| MODEL   SILVERADO   BODY   QUAD P |
| COLOR   White   RADIO |
| LICENSE   FUEL   Diesel |
| TITLE   TRANS   AUTO |

| | |
|---|---|
| SALE PRICE: | 24,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 24,940.00 |
| PAID: | |
| BALANCE: | $24,940.00 |
| PD BY: | |

AFC

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **165470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   3/05/2020
Print Time:  12:28 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   049 |
|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-6768** | SALE#:      40376 |
|---|---|---|
| Mike  Garrison                903-951-8597 | UD-6768  LEE AUTO SALE | DATE:      3/04/20 |
| Rock Hill Used Cars | CHARLES LEE | STATUS:      SLD |
| 549 Interstate 30 East | 1300 SOUTH MAIN | DRIVE:      Green |
| Sulphur Springs, TX 75482 | MCALLISTER, OK | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

| SERIAL   1GCJK33648F114088      114088 |
|---|
| ODOMETER STATUS |
| YEAR    2008          MAKE   CHEVROLE |
| MODEL   SILVERADO 35  BODY   CREW C |
| COLOR   BLACK          RADIO |
| LICENSE               FUEL   Diesel |
| TITLE                 TRANS  AUTO |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **143220**  miles and to t best of my knowledge,  it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | SALE PRICE: | 18,500 |
|---|---|---|
| | BUYER FEE: | 290.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 18,790.00 |
| | PAID: | |
| | BALANCE: | $18,790.00 |
| | PD BY: | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/12/2020
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 121

| BUYER(Purchaser) :P-109420 376 | Seller P132441W | SALE#: 40489 |
|---|---|---|
| Mike Garrison 903-951-8597 | P132441W Austin Financial Services | DATE: 3/11/20 |
| Rock Hill Used Cars | Michael Garrett | STATUS: SLD |
| 549 Interstate 30 East | 549 Interstate Hwy 30 E | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulper Springs, TX 75401 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1HFVE04R7G4000179 000179
ODOMETER STATUS
YEAR 2004    MAKE Honda
MODEL    BODY
COLOR Black    RADIO
LICENSE    FUEL Gas
TITLE    TRANS

| | |
|---|---|
| SALE PRICE: | 17,000 |
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 17,290.00 |
| PAID: | |
| BALANCE: | $17,290.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 445 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or a sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale i a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 - 1095
ROCK HILL USED CARS
DALLAS
1HFVE04R7 G4000179
B