Lawton Cache Auto Auction

# EXHIBIT R

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/06/2019
Print Time: 10:55 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 106 |
|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller      P117163 | SALE#: | 36237 |
|---|---|---|---|
| Mike  Garrison              903-440-5557 | P117163 Parker Auto Auction | DATE: | 7/31/19 |
| Rock Hill Used Cars | Colby Parker | STATUS: | SLD |
| 549 Interstate 30 East | P.O. Box 895 | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Sulpher Springs, TX 75482 | LANE | |

**VEHICLE DESCRIPTION**

| SERIAL   3D7ML48C26G178761      178761 |
|---|
| ODOMETER STATUS |
| YEAR    2006          MAKE   DODGE |
| MODEL   RAM 3500 QUA BODY   QUAD P |
| COLOR   Silver          RADIO |
| LICENSE                  FUEL   Diesel |
| TITLE                    TRANS AUTO |

| | SALE PRICE: | 21,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 21,940.00 |
| | PAID: | 21,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **56423**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 — 1028
ROCK HILL USED CARS DALLAS
3D7ML4802 6G178761
B

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:   8/06/2019
Print Time: 10:56 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   066

| BUYER(Purchaser) :P-109420   376 | Seller   UD-9266 | SALE#:   36236 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD-9266  Advantage Truck -David Ivey | DATE:   7/31/19 |
| Rock Hill Used Cars | David Kroth | STATUS:   SLD |
| 549 Interstate 30 East | 1635 S. Green | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Purcell, OK 73080 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   3D7ML48A18G219298   **219298**

ODOMETER STATUS

| YEAR | 2008 | MAKE | DODGE |
|---|---|---|---|
| MODEL | RAM 3500 | BODY | QUAD C |
| COLOR | SILVER | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | Conform/Clean | TRANS | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **87440**   miles and to t' best of my knowledge,  it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

| | SALE PRICE: | 25,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 25,440.00 |
| | PAID: | 25,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/21/2019
Print Time: 1:46 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 020

| BUYER(Purchaser) :P-109420 376 | Seller UD2133 | SALE#: 36539 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FTSW21P57EB14538 B14538
ODOMETER STATUS
YEAR 2007 MAKE FORD
MODEL F250 SUPER D BODY QUAD P
COLOR GRAY RADIO
LICENSE FUEL
TITLE TRANS AUTO

| SALE PRICE: | 20,000 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 20,440.00 |
| PAID: | 20,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **42420** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 9/04/2019
Print Time: 10:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 154

| BUYER(Purchaser) :P-109420    376 | Seller    M-7119 | SALE#:    36814 |
|---|---|---|
| Mike Garrison            903-440-5557 | M-7119 Big Dawg Motors | DATE:    9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:    SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

| | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL  5UTGN2428HM007662    **007662**

ODOMETER STATUS

YEAR    2017          MAKE  Tiger

MODEL   Car Trailer    BODY   TRAILE

COLOR              RADIO

LICENSE            FUEL

TITLE              TRANS

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   00   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | | |
|---|---|---|
| SALE PRICE: | 29,250 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,740.00 |
| PAID: | 29,740.00 |
| BALANCE: | $0.00 |
| PD BY:FI | |
| AFC | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 021

| BUYER(Purchaser) :P-109420    376 | Seller    UD2133 | SALE#: 37288 |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | DATE: 9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1GNEC16Z82J293191    293191
ODOMETER STATUS

| YEAR | 2002 | MAKE | CHEVROLE |
| MODEL | C1500 | BODY | WAGON |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | MANUAL |

| | SALE PRICE: | 15,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,280.00 |
| | PAID: | |
| | BALANCE: | $15,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  82433    miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/02/2019
Print Time: 10:20 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **020**

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   37287 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   JM1GG12L761105547   **105547**
ODOMETER STATUS
YEAR   2001   MAKE   MAZDA
MODEL   MAZDASPEED6 BODY   SEDAN
COLOR   Gray   RADIO
LICENSE   FUEL   Gas
TITLE   TRANS   AUTO

Federal law (and state law, if applicable) requires   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **51423**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 13,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 13,270.00 |
| | PAID: | |
| | BALANCE: | $13,270.00 |
| | PD BY: | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/14/2019
Print Time: 2:31 PM

ANNOUNCED CONDITIONS OR COMMENTS: UNIT# 148

**BUYER(Purchaser)** :P-109420 376
Mike Garrison 903-440-5557
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller UD-7857
UD-7857 Lawton Cache Auto Auction
Emmett Druien
1 SW 112th Street
Lawton, OK 73505

SALE#: 37366
DATE: 10/02/19
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 1GRAA9224SB029809 029809
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 1995 | MAKE | Great Dane |
| MODEL | Trailer | BODY | VAN |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

| | |
|---|---|
| SALE PRICE: | 29,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | 29,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 01 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before d... or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY V... is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the ... is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all item... chase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold throu... er warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbranc... s agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purcha... Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the nig... ith cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will ... tal daily.

B
ROCK HILL USED CARS
DALLAS
443058 – 1053
1GRAA9224 SB029809

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:33 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   032

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   37580 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071   184071
ODOMETER STATUS
YEAR   2010   MAKE   DODGE
MODEL   CHALLENGER   BODY   2D COU
COLOR   Black   RADIO
LICENSE   FUEL   Diesel
TITLE   TRANS AUTO

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   154868   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 14,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 14,270.00 |
| | PAID: | |
| | BALANCE: | $14,270.00 |
| | PD BY: | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:32 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| BUYER(Purchaser) :P-109420   376 | Seller   P148883 | SALE#:   37578 |
|---|---|---|
| Mike Garrison    903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSX20R89EA01704    A01704
ODOMETER STATUS
YEAR   2009     MAKE   FORD
MODEL   F250SD     BODY   SUPERC
COLOR   White     RADIO
LICENSE     FUEL   Diesel
TITLE     TRANS   AUTO

| | SALE PRICE: | 22,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,440.00 |
| | PAID: | |
| ATC | BALANCE: | $22,440.00 |
| | PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **345169**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 – 1055
ROCK HILL USED CARS
1FTSX20R8 9EA01704
B DALLAS

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | |
|---|---|
| | UNIT# **033** |

| BUYER(Purchaser) :P-109420  376 | Seller   **P-117163** | SALE#:  37726 |
|---|---|---|
| Mike Garrison   903-440-5557 | P-117163 Star Motors | DATE:  10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:  SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1HSHBAHNXXH659029  **659029**
ODOMETER STATUS

| YEAR | 1999 | MAKE | Intl |
|---|---|---|---|
| MODEL | 8000 | BODY | |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | |
| | BALANCE: | $28,490.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **264320** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 – 1056
ROCK HILL USED CARS
DALLAS
1HSHBAHNX XH659029

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

## Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT#   **033**

| BUYER(Purchaser) :P-109420   376 | Seller   P-117163 | SALE#:   37726 |
|---|---|---|
| Mike Garrison   903-440-5557 | P-117163 Star Motors | DATE:   10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:   SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

### VEHICLE DESCRIPTION

SERIAL   1HSHBAHNXXH659029   **659029**
ODOMETER STATUS

| | | |
|---|---|---|
| YEAR | 1999 | MAKE Intl |
| MODEL | 8000 | BODY |
| COLOR | White | RADIO |
| LICENSE | | FUEL Diesel |
| TITLE | | TRANS AUTO |

| | |
|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | |
| BALANCE: | $28,490.00 |
| PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **264320**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 11/05/2019
Print Time: 11:00 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | 11-5-19 | UNIT# | 009 |
|---|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-6418** | SALE#: | 38054 |
|---|---|---|---|
| Mike  Garrison                903-440-5557 | UD-6418  Executive Kars | DATE: | 10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS: | SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE | |

**VEHICLE DESCRIPTION**

SERIAL  1GC0KVCG2BZ387391    **387391**
ODOMETER STATUS
YEAR    2011        MAKE  CHEVROLE
MODEL   SILVERADO 25 BODY   REG CA
COLOR   White       RADIO
LICENSE             FUEL  Diesel
TITLE               TRANS AUTO

| | SALE PRICE: | 16,500 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI | |
| | AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires     that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____     state that the odometer
   *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **266956**     miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Aut
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 12/02/2019
Print Time: 3:14 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  075

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   38503 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FT7W2BTXFEC20953   C20953 |
|---|
| ODOMETER STATUS |

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | CREW C |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 30,000 |
|---|---|---|
| | BUYER FEE: | 500.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 30,500.00 |
| | PAID: | 30,500.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI | |
| | AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **185470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 — 1068
ROCK HILL USED CARS
DALLAS
1FT7W2BTX FEC20953

Lawton Cache Auto Auction


**COMPLETED**
1-7-20

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  2:52 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420    376 | Seller    **A32814** | SALE#:   39208 |
|---|---|---|
| Mike  Garrison          903-440-5557 | A32814 ENVIROCLEAN | DATE:   1/03/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:   SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FD8W3HT2FEA32814          A32814
ODOMETER STATUS

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F350 | BODY | 4DR |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 34,500 |
|---|---|---|
| | BUYER FEE: | 570.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 35,070.00 |
| | PAID: | 35,070.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **112637**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.



ROCK HILL USED CARS
DALLAS
B
443058 — 1079
1FD8W3HT2 | FEA32814

Lawton Cache Auto Auction



**COMPLETED**

$\mathcal{R}$ . 7 . 2 C

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/06/2020
Print Time:  2:57 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **022**

| BUYER(Purchaser) :P-109420   376 | | Seller   **UD-5503** | SALE#:   39207 |
|---|---|---|---|
| Mike  Garrison | 903-440-5557 | UD-5503  GPR Auto & Truck Sales | DATE:   1/03/20 |
| Rock Hill Used Cars | | Cintria Gonzales | STATUS:   **SLD** |
| 549 Interstate 30 East | | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

| | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|
| SERIAL   1T9AS40285B540094   **540094** | | **Federal law (and state law, if applicable) requires**   that you state the |
| ODOMETER STATUS | | mileage upon transfer of ownership. Failure to complete or providing |
| YEAR   **2005** | MAKE  Tak | a false statement may result in fines and/or imprisonment. |
| MODEL   Trailer | BODY | I _____ state that the odometer |
| COLOR   Black | RADIO | *(Transferor's /seller hand printed name)* |
| LICENSE | FUEL | (Of the vehicle herein described) now reads       miles and to the |
| TITLE | TRANS | best of my knowledge, it reflects the actual mileage of the vehicle, unless |

| | SALE PRICE: | 16,500 | one of the following statements is checked. |
|---|---|---|---|
| | BUYER FEE: | 280.00 | ☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. |
| | DRAFT FEE: | | ☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. |
| | SALES TAX | | **WARNING - ODOMETER DISCREPANCY.** |
| | TOTAL DUE: | 16,780.00 | Transferor's (Seller) signature _____ |
| | PAID: | 16,780.00 | Transferee's (buyer) signature _____ |
| | BALANCE: | $0.00 | Transferee's (buyer) signature _____ |
| | PD BY:F1 AFC | | Printed name of person(buyer) signing _____ |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

ROCK HILL USED CARS   DALLAS   4443058 – 1080   B   1T9AS4028 58540094

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/09/2020
Print Time:   3:44 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   148 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-4843** | SALE#:      39378 |
|---|---|---|
| Mike  Garrison                  903-440-5557 | UD-4843  Bottoms Up Motorsports | DATE:      1/08/20 |
| Rock Hill Used Cars | Michael Lawson | STATUS:      SLD |
| 549 Interstate 30 East | Po Box 187 | DRIVE: |
| Sulphur Springs, TX 75482 | Collinville, OK 74021 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL   3C63RRGL8EG149807      149807
ODOMETER STATUS
YEAR     2014          MAKE   RAM
MODEL    3500          BODY   4DR
COLOR    White         RADIO
LICENSE                FUEL   Gas
TITLE                  TRANS  AUTO

| | SALE PRICE: | 27,500 |
|---|---|---|
| | BUYER FEE: | 480.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 27,980.00 |
| | PAID: | |
| | BALANCE: | $27,980.00 |
| | PD BY: | APC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **149460**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  1/15/2020
Print Time:  1:28 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 162 |
|---|---|---|

| BUYER(Purchaser) :P-109420     376 | Seller     A32814 | SALE#:     39466 |
|---|---|---|
| Mike  Garrison                  903-440-5557 | A32814  ENVIROCLEAN | DATE:     1/15/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:     SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

## VEHICLE DESCRIPTION

SERIAL   1FT7W2BTXFEA02463     A02463
ODOMETER STATUS

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | CREW C |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | 28,490.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **147864**  miles and t
best of my knowledge,  it reflects the actual mileage of the vehicle, un one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/15/2020
Print Time: 1:23 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   034

| **BUYER(Purchaser) :**P-109420   376 | Seller   **UD-2790** | SALE#:   39463 |
|---|---|---|
| Mike  Garrison                  903-440-5557 | UD-2790  Rick Jones Buick-GMC Inc | DATE:   1/15/20 |
| Rock Hill Used Cars | Kathy Loula | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 158 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | El Reno, OK 73036 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1GTJK33214F263548        263548

ODOMETER STATUS

| YEAR | 2004 | MAKE | GMC |
|---|---|---|---|
| MODEL | SIERRA | BODY | QUAD P |
| COLOR | Tan | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 24,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 24,940.00 |
| | PAID: | 24,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

## ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **124500**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cach
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buye
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after pu
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Se
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory par
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to you
daily.



4443058 – 1085
ROCK HILL USED CARS
DALLAS
1GTJK33214F263548

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/28/2020
Print Time:  2:50 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   026

| | | |
|---|---|---|
| **BUYER(Purchaser) :** P-109420   376 | Seller   **UD2133** | SALE#:   39651 |
| Mike  Garrison   903-951-8597 | UD2133  Mainer Ford | DATE:   1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | | |
|---|---|---|
| SERIAL   1FMJU1K54CEF09406   F09406 | | |
| ODOMETER STATUS | | |
| YEAR   2012 | MAKE  FORD | |
| MODEL   EXPEDITION | BODY  4D UTI | |
| COLOR   White | RADIO | |
| LICENSE | FUEL  Diesel | |
| TITLE | TRANS AUTO | |

| | |
|---|---|
| SALE PRICE: | 23,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,440.00 |
| PAID: | 23,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
   *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **106157**   miles and
best of my knowledge,  it reflects the actual mileage of the vehicle, un
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer readin
   reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/28/2020
Print Time:  2:44 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#  085 |
| --- | --- | --- |

| BUYER(Purchaser) :P-109420   376 | Seller     **UD2133** | SALE#:     39650 |
| --- | --- | --- |
| Mike  Garrison   903-951-8597 | UD2133  Mainer Ford | DATE:     1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | | ODOMETER DISCLOSURE STATEMENT |
| --- | --- | --- |

SERIAL   1FMHK8F89BGA68442     A68442

ODOMETER STATUS

| YEAR | 2010 | MAKE | FORD |
| --- | --- | --- | --- |
| MODEL | EXPLORER | BODY | 4D UTI |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **135484**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 16,000 |
| --- | --- | --- |
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 – 1087
ROCK HILL USED CARS
DALLAS
1FMHK8F89 BGA68442

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/30/2020
Print Time: 10:29 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#  073 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      204039 | SALE#:      39774 |
|---|---|---|
| Mike  Garrison                903-951-8597 | 204039  Christopher Brady | DATE:      1/29/20 |
| Rock Hill Used Cars | Christopher Brady | STATUS:      SLD |
| 549 Interstate 30 East | PO Box 525 | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Quitman, TX 75783 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL   3D7KU28C64G204039      204039

ODOMETER STATUS

YEAR    2004          MAKE  DODGE

MODEL   RAM 2500 QUA  BODY  QUAD P

COLOR   Gold          RADIO

LICENSE               FUEL  Diesel

TITLE                 TRANS AUTO

| | SALE PRICE: | 20,400 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,840.00 |
| | PAID: | 20,840.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **149263**  miles and to best of my knowledge,  it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS   DALLAS   443058 – 1088
3D7KU28C64G204039

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/30/2020
Print Time: 10:28 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT# | 069 |

| BUYER(Purchaser) :P-109420    376 | Seller      **SB** | SALE#:    39773 |
|---|---|---|
| Mike  Garrison              903-951-8597 | SB  Security State Bank | DATE:    1/29/20 |
| Rock Hill Used Cars | R Chang | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 749 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Wewoka, OK 74884 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL  3D7MX48A37G804242    **804242**
ODOMETER STATUS
YEAR  2007        MAKE  DODGE
MODEL  RAM 3500    BODY  QUAD C
COLOR  Blue        RADIO
LICENSE            FUEL  Diesel
TITLE            TRANS  AUTO

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **123470**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 22,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,940.00 |
| | PAID: | 22,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton C
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, durin
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The bu
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after p
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/13/2020
Print Time:  3:54 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   009

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-5503** | SALE#:   39968 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD-5503  GPR Auto & Truck Sales | DATE:   2/12/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:   SLD |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KR28A48G116225   116225
ODOMETER STATUS
YEAR   2008   MAKE   DODGE
MODEL   RAM 2500   BODY   QUAD C
COLOR   Silver   RADIO
LICENSE   FUEL   Diesel
TITLE   TRANS   AUTO

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | |
| | BALANCE: | $16,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   231360   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

443058 — 1090
ROCK HILL USED CARS
3D7KR28A4 8G116225
DALLAS

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:07 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | | UNIT#  117 |

| BUYER(Purchaser) :P-109420 376 | Seller **UD2860** | SALE#: 40115 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD2860 Seth Wadley Ford Lincoln | DATE: 2/19/20 |
| Rock Hill Used Cars | Davi Hardimest | STATUS: SLD |
| 549 Interstate 30 East | 519 I-30 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTHX25F0TEB25935      B25935
ODOMETER STATUS
YEAR  1996          MAKE  FORD
MODEL  F250        BODY  SUPER
COLOR  Blue         RADIO
LICENSE             FUEL  Diesel
TITLE                TRANS  AUTO

| | SALE PRICE: | 12,500 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| AFC | TOTAL DUE: | 12,770.00 |
| | PAID: | |
| | BALANCE: | $12,770.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **181014**    miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:08 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

| BUYER(Purchaser) :P-109420 376 | Seller 33156 | SALE#: 40117 |
|---|---|---|
| Mike Garrison 903-951-8597 | 33156 Ryder Truck Rental Lt | DATE: 2/19/20 |
| Rock Hill Used Cars | | STATUS: SLD |
| 549 Interstate 30 East | 4040 NW 72 Ave | DRIVE: Red |
| Sulphur Springs, TX 75482 | Miami, FL 33156 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL 1FVACWDU5DHFA3237 FA3237
ODOMETER STATUS

| YEAR | 2013 | MAKE | Frieghtline |
|---|---|---|---|
| MODEL | 16m | BODY | |
| COLOR | | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

| | SALE PRICE: | 29,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,490.00 |
| | PAID: | |
| | BALANCE: | $29,490.00 |
| | PD BY: | |

A$C

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or afte
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchas
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties ag
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

443058 — 1092
ROCK HILL USED CARS
DALLAS
1FVACWDU5DHFA3237

**Lawton Cache Auto Auction**

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/26/2020
Print Time:  3:00 PM

---

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

---

| **BUYER(Purchaser) :** P-109420   376 | Seller     **UD-2332** | SALE#:   40211 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD-2332 Jacksons Chevrolet Of Kingfish | DATE:   2/26/20 |
| Rock Hill Used Cars | Karen Mccarthy | STATUS:   SLD |
| 549 Interstate 30 East | 2600 Frontage Rd. | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Kingfisher, OK 73750 | LANE |

---

**VEHICLE DESCRIPTION**

| SERIAL  | 1GCJK33265F919308 | | 919308 |
|---|---|---|---|
| ODOMETER STATUS | | | |
| YEAR | 2005 | MAKE | CHEVROLE |
| MODEL | SILVERADO | BODY | QUAD P |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 24,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 24,940.00 |
| | PAID: | |
| | BALANCE: | $24,940.00 |
| | PD BY: | |

AFC

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **165470**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS
DALLAS
443058 – 1093
1GCJK33265F919308

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   3/05/2020
Print Time: 12:28 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   049 |
|---|---|

| BUYER(Purchaser) :P-109420     376 | Seller     **UD-6768** | SALE#:     40376 |
|---|---|---|
| Mike  Garrison          903-951-8597 | UD-6768 LEE AUTO SALE | DATE:     3/04/20 |
| Rock Hill Used Cars | CHARLES LEE | STATUS:     SLD |
| 549 Interstate 30 East | 1300 SOUTH MAIN | DRIVE:     Green |
| Sulphur Springs, TX 75482 | MCALLISTER, OK | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1GCJK33648F114088      114088 |
|---|
| ODOMETER STATUS |
| YEAR   2008          MAKE   CHEVROLE |
| MODEL   SILVERADO 35  BODY   CREW C |
| COLOR   BLACK        RADIO |
| LICENSE           FUEL   Diesel |
| TITLE            TRANS AUTO |

| | SALE PRICE:      18,500 |
|---|---|
| | BUYER FEE:      290.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:    18,790.00 |
| | PAID: |
| | BALANCE:   $18,790.00 |
| | PD BY: |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **143220**   miles and to t best of my knowledge,  it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

## Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  3/12/2020
Print Time:  1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT#   121

| BUYER(Purchaser) :P-109420   376 | Seller        P132441W | SALE#:   40489 |
|---|---|---|
| Mike Garrison                903-951-8597 | P132441W  Austin Financial Services | DATE:   3/11/20 |
| Rock Hill Used Cars | Michael Garrett | STATUS:   SLD |
| 549 Interstate 30 East | 549 Interstate Hwy 30 E | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Sulper Springs, TX 75401 | LANE |

### VEHICLE DESCRIPTION

| | |
|---|---|
| SERIAL   1HFVE04R7G4000179        000179 | |
| ODOMETER STATUS | |
| YEAR   2004 | MAKE   Honda |
| MODEL | BODY |
| COLOR   Black | RADIO |
| LICENSE | FUEL   Gas |
| TITLE | TRANS |

| | | |
|---|---|---|
| | SALE PRICE: | 17,000 |
| | BUYER FEE: | 290.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 17,290.00 |
| | PAID: | |
| | BALANCE: | $17,290.00 |
| | PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **445**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or at sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.