# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL INC. et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00959-P |
| | § | |
| DRUIEN, INC. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction et al., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs NextGear Capital Inc. and Automotive Finance Corporation filed this action on August 24, 2020, in which they allege various tort and contract claims against Defendants Druien, Inc. d/b/a Lawton Cache Auto Auction; Lisa Druien; Michael Vernon Garrison d/b/a Rock Hill Used Cars; and Mike Garrison d/b/a Austin Financial Services. Complaint, ECF No. 1 at ¶¶ 158–191. Plaintiffs allege that "[v]enue is proper in this district under 28 U.S.C. §1391." *Id.* at ¶ 3. However, the Court notes that its review of Plaintiffs' Complaint reveals that the all of the alleged events and omissions appear to have occurred out of this district and division.

Accordingly, Plaintiffs are **ORDERED** to file an amended complaint on or before **October 12, 2020**, with more detailed allegations to support that venue is proper in this district and division. The failure to file such an amended complaint may result in dismissal of Plaintiffs' claims without further notice.

**SO ORDERED** on this **21st day** of **September, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE