AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00959-P

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Austin Michael Garrison Also Known As Mike Garrison, Doing Business As Austin Financial Services
was received by me on *(date)* 08/26/2020 at 1:30pm

☒ I personally served the summons on the individual at *(place)* 549 I-30 East, Sulphur Springs, Tx 75482
on *(date)* 09/01/2020 at 8:40am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 09/21/2020

Server's signature

Stanley L. Fisher   PSC# 10972   EXP 06/30/2020
Printed name and title

1900 RAmblewood Ct., Sulphur Springs, Tx 75482
Server's address

Additional information regarding attempted service, etc: