Civil Action No. 4:20-cv-00959-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Druien Inc. ETAL Agent Emmett Druien**
was received by me on (date) **14 Sept 2020**.

☒ I personally served the summons on the individual at (place) **9 SW 112th Street Lawton OK 73505**
   on (date) **16 Sept 2020**; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
   _____, a person of suitable age and discretion who resides there,
   on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated
   by law to accept service of process on behalf of (name of organization) _____
   on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **16 Sept 2020**

_Cheryl Turner_
Server's signature

**PPS Cheryl Turner**
Printed name and title

**12284 NE Trail Rd, Elgin OK 73538**
Server's address

Additional information regarding attempted service, etc: