AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00959-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lisa Druien**
was received by me on *(date)* **14 Sept 2020**.

☒ I personally served the summons on the individual at *(place)* **9 SW 112th Street, Lawton OK 73505**
on *(date)* **16 Sept 2020**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **16 Sept 2020**

*Server's signature:* Cheryl Turner

*Printed name and title:* **PPS Cheryl Turner**

*Server's address:* **17284 NE Trail Rd. Elgin OK 73538**

Additional information regarding attempted service, etc: