```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

      SEP 3 0 2020

CLERK, U.S. DISTRICT COURT
By_____
           Deputy
```

4:20-CV-959-P
Doc 6

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

LEGAL MAIL

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

NIXIE    750  FE  1      0009/29/20
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 76102364185    *1882-05299-29-06



MAILED FROM ZIP CODE 76102
PITNEY BOWES
$ 000.65⁰
02 1P
0000910049
SEP 22 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL INC. et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00959-P |
| § | |
| DRUIEN, INC. d/b/a Lawton Auto § | |
| Auction a/k/a Lawton Cache Auto § | |
| Auction et al., § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiffs NextGear Capital Inc. and Automotive Finance Corporation filed this action on August 24, 2020, in which they allege various tort and contract claims against Defendants Druien, Inc. d/b/a Lawton Cache Auto Auction; Lisa Druien; Michael Vernon Garrison d/b/a Rock Hill Used Cars; and Mike Garrison d/b/a Austin Financial Services. Complaint, ECF No. 1 at ¶¶ 158–191. Plaintiffs allege that "[v]enue is proper in this district under 28 U.S.C. §1391." *Id.* at ¶ 3. However, the Court notes that its review of Plaintiffs' Complaint reveals that the all of the alleged events and omissions appear to have occurred out of this district and division.

Accordingly, Plaintiffs are **ORDERED** to file an amended complaint on or before **October 12, 2020**, with more detailed allegations to support that venue is proper in this district and division. The failure to file such an amended complaint may result in dismissal of Plaintiffs' claims without further notice.

**SO ORDERED** on this **21st day** of **September, 2020**.

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE