# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## (FORT WORTH DIVISION)

NEXTGEAR CAPITAL, INC. AND AUTOM(
Plaintiff

v.

4:20-cv-00959-P
Civil Action No.

DRUIEN, INC. D/B/A LAWTON AUTO AU(
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION and LISA DRUIEN

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
NEXTGEAR CAPITAL, INC., AUTOMOTIVE FINANCE CORPORATION, DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES

| | |
|---|---|
| Date: | 10/07/2020 |
| Signature: | *[signature]* |
| Print Name: | Joseph M. Vacek |
| Bar Number: | 24039948 |
| Address: | 1300 Summit Ave., Ste. 650 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | 817-276-6000 |
| Fax: | 817-276-6010 |
| E-Mail: | civillaw@galyen.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons