

**Receivable Detail**

**Requested by :** MAN\GENE.WHEELER  **Requested on :** 2020-05-01 01:55:56 PM

**Regions** : None Selected  **Markets** : None Selected
**Delinquency Flag :** All  **Dealer Type :** None Selected
**Business :** 100346   **Dealer Finance Program :** None Selected
**Exclude Default Dealers :** No  **Exclude Account Level Charges:** No
**Include Comments :** No **Summary Type :** None



EXHIBIT I

### Customer Profile

| | |
|---|---|
| **Name:** | Austin Financial Services |
| **Dealer #:** | 100346 |
| **Address Line 1:** | 549 Interstate Highway 30 E |
| **Address Line 2:** | |
| **City, State, ZIP:** | Sulphur Springs, TX 754826153 |
| **Phone:** | (903) 335-8353 |
| **Fax:** | (n/a) - |

### Market Info & Account Profile

| | |
|---|---|
| **Market:** | Plano |
| **Market Phone:** | (214) 282-5039 |
| **Finance Program:** | Core |
| **Dealer Status:** | DL |
| **Lot Audit:** | Incomplete |
| **Unapplied Funds:** | $.00 |
| **Reserved Funds:** | $.00 |

**No Account Charges!**

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding Principal | Pending | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|---|
| Wholesale | $138,000.00 | $.00 | | $138,000.00 | $74,403.16 | $0.00 | $.00 | D30/30/30 -- F60/60/60 -- R4.5 -- C%5/5 |
| **Total Lines of Credit for Austin Financial Services (100346)** | | | | | | | | |
| | $138,000.00 | $.00 | | $138,000.00 | $74,403.16 | | $.00 | $.00 |

**Requested by :** MAN\GENE.WHEELER **Requested on :** 2020-05-01 01:55:56 PM

## Wholesale Inventory for Austin Financial Services (100346)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/20 | 112 | 03/11/20 | CUV | 2013 Ford F350 | Whi | 1FT8W3DT2DEA78313 | 171 | FR | 05/11/20 | S | ADESA Tulsa | $21,865.00 | $19,733.16 | $.00 | $120.00 | $307.38 | $.00 | $85.00 | $20,245.54 |
| 03/20/20 | 42 | | STK | 2011 Chev Silv | Sil | 1GC1KYC81BF157227 | 174 | FR | 05/20/20 | S | Route 66 Auto Auction of El Reno, LLC | $14,320.00 | $14,320.00 | $.00 | $120.00 | $182.47 | $.00 | $18.00 | $14,640.47 |
| 03/20/20 | 42 | | CV | 2018 Ford F350 | Whi | 1FT8W3BT7JEB35751 | 173 | FR | 05/20/20 | S | Route 66 Auto Auction of El Reno, LLC | $40,350.00 | $40,350.00 | $.00 | $261.75 | $513.83 | $.00 | $18.00 | $41,143.58 |

**Total Wholesale**  
**Unit Count: 3**       $76,535.00   $74,403.16   $.00   $501.75   $1,003.68   $.00   $121.00   $76,029.59