# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
3GNEC12T04G171303

YEAR
2004

MAKE
CHEV

TITLE NO.
810006241985

BODY TYPE
PK

MODEL
CAV

DATE 1st SOLD
26-Jan-2009

DATE ISSUED
07-Jan-2019

AGENT NO.
M0923

APPLICATION DATE
04-Jan-2019

ODOMETER
Exempt

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

KELLY LONG
11713 NW 116TH ST
YUKON OK 73099-8107

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

**EXHIBIT K**

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46639629

(This is not a title number)



## ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Mainer Ford**

Purchaser(s) Complete Address: **PO Box 834**  **Okarche, OK 73762**

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): Kelly Long

Subscribed and Sworn to Before me this 8 Day of June, 20 19

Notary Public: Kathy Martin    Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____    Printed Name of Buyer(s): CHRISTI SANDERS



VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD 2133

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2598515

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 I-30 East    Sulphur Springs TX 75482

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO. TENTHS)

- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Christi Sanders    Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this 12 Day of July, 20 19

Notary Public: Kathy Martin    Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATHY MARTIN NOTARY PUBLIC #0001944 EXP. 11/22/20 STATE OF OKLAHOMA

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/15/2019
Print Time: 11:59 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420        376 | Seller        **UD2133** | SALE#:        36483 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD2133  Mainer Ford | DATE:        8/14/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:        SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:        Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL    3GNEC12T04G171303        171303

ODOMETER STATUS

| YEAR | 2004 | MAKE | CHEVROLE |
|---|---|---|---|
| MODEL | AVALANCHE | BODY | WAGON |
| COLOR | Blue | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 11,000 |
| BUYER FEE: | 230.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 11,230.00 |
| PAID: | 11,230.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____    state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads    **71430**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

15 AUG 2029 PM 4 L

Nextgear - Funding Service
1320 City Center Dr. Suite 100A
Carmel, Indiana
46032

46032-381599

# STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER<br>1FDAF57R48EB34427 | YEAR<br>2008 | MAKE<br>FORD | TITLE NO.<br>810006408904 |
| BODY TYPE<br>CB | MODEL<br>F5D | DATE 1st SOLD<br>18-Oct-2007 | DATE ISSUED<br>11-Mar-2019 |
| AGENT NO.<br>M3219 | APPLICATION DATE<br>08-Mar-2019 | ODOMETER<br>Exempt | TYPE OF TITLE<br>Transfer |
| | | | DATE INS.<br>LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 3177
MCALESTER OK 74502-3177

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN (S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46895304

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _U03316_ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Big Daug Motorz_
Purchaser(s) Complete Address: _210 Main St O Hotsprings AR. 75201_

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_5 4 5 M 1 P T_ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _Jason B_

Subscribed and Sworn to Before me this _14_ Day of _March_, 20_19_

Notary Public _Ben D Choggins_   Commission Expiration: _____



*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _Kyle Lucy_   Printed Name of Buyer(s): _Kyle LuAs_

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _1W23316_

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2288787**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rockhill Used Cars_

Purchaser(s) Complete Address: _519  I-30  Sulphur Springs  tx  75482_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_1 Y 2 4 0 T_  (NO TENTHS)

1. The odometer has exceeded its mechanical limits.
2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _Jason Ball_

Subscribed and Sworn to Before me this __15__ Day of __April__ 20_19_

Notary Public: _Ben Schoggins_   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

1. The odometer has exceeded its mechanical limits.
2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20_____

Notary Public: _____   Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  10/17/2019
Print Time:  1:57 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **030**

| BUYER(Purchaser) :P-109420   376 | Seller   **M-7119** | SALE#:   37723 |
|---|---|---|
| Mike  Garrison   903-440-5557 | M-7119  Big Dawg Motors | DATE:   10/16/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:   SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1FDAF57R48EB34427   **B34427**

ODOMETER STATUS

| YEAR | 2008 | MAKE | FORD |
|---|---|---|---|
| MODEL | SUPER DUTY F | BODY | |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

|  | SALE PRICE: | 28,500 |
|---|---|---|
|  | BUYER FEE: | 490.00 |
|  | DRAFT FEE: | |
|  | SALES TAX | |
|  | TOTAL DUE: | 28,990.00 |
|  | PAID: | |
|  | BALANCE: | $28,990.00 |
|  | PD BY: | |

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **199211**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505



OKLAHOMA CITY

18 OCT '19

PM 5 L

Next gear
1320 City Center Drive, Ste 100A
Carmel, IN 46032

46032-381599

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1GDJ5C1114F500844 | 2004 | GMC | | 726304117001A |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CB | C5C | | 03/31/2004 | 07/24/2004 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| 7263 | | 900 | TRANSFER |
| | | ACTUAL | DATE INS. |

LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ROBERT J. &/OR JEAN A. JOHNSON
DBA/JOHNSON MACHINE INC.
PO BOX 324
OWASSO          OK   74055-0324

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

04/01/2004 09:25 GMAC

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.          042067263A3397

## 25422260
(This is not a title number)



VOID IF ALTERED

Federal law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result

**IMPORTANT NOTICE**

Each person, except a licensed used car dealer, is required by law to obtain a transfer title in his name within THIRTY days after acquiring ownership or possession of this vehicle. Failure to do so subjects the owner or possessor to a fine and a penalty.

Assignment below positively must be signed and sworn to before a NOTARY PUBLIC.

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**

USE ONLY IF DEALER ASSIGNMENT

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT): BIG DAWG MOTORS

PURCHASERS ADDRESS: 22 MAIN ST    CITY HOT SPRINGS    ST. AR.    ZIP

LIEN HOLDER                      DATE OF LIEN

LIEN HOLDER ADDRESS             CITY    ST.    ZIP

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
☐ 1. The amount of mileage stated is in excess of mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ODOMETER READING: E X E , M A T    NO TENTHS

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): Kyle Wng    of Seller(s): 

PRINTED NAME: of Buyer(s): Kyle Wry    of Seller(s): Robert Johnson

Subscribed and sworn to before me this _____ day of _____

My Commission Expires _____

NOTARY PUBLIC

---

**RE-ASSIGNMENT BY OKLAHOMA DEALER**

NO. _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT): ROCK HILL USED CARS

PURCHASERS ADDRESS: 519 I-30 Sulphur Springs    CITY    ST. TX    ZIP 75482

LIEN HOLDER                      DATE OF LIEN

LIEN HOLDER ADDRESS             CITY    ST.    ZIP

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
☐ 1. The amount of mileage stated is in excess of mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ODOMETER READING: E X E , M P T    NO TENTHS

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): _____    of Seller(s): Kyle Wng

PRINTED NAME: of Buyer(s): _____    of Seller(s): Kyle Wry

Subscribed and sworn to before me this _____ day of _____

My Commission Expires _____

NOTARY PUBLIC

---

**RE-ASSIGNMENT BY OKLAHOMA DEALER**

NO. _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT): _____

PURCHASERS ADDRESS:    CITY    ST.    ZIP

LIEN HOLDER                      DATE OF LIEN

LIEN HOLDER ADDRESS             CITY    ST.    ZIP

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
☐ 1. The amount of mileage stated is in excess of mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ODOMETER READING: _____    NO TENTHS

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): _____    of Seller(s): _____

PRINTED NAME: of Buyer(s): _____    of Seller(s): _____

Subscribed and sworn to before me this _____ day of _____

My Commission Expires _____

NOTARY PUBLIC

| DEBTOR NAMES AND ADDRESSES (Last Name First) | SECURED PARTY NAME AND ADDRESS | OKLAHOMA TAX COMMISSION USE ONLY |
|---|---|---|
| Johnson., Jean A.<br>304 E. 19th<br>Owasso, OK    74055 | Rush Truck Center<br>6015 S. 49th W. Ave.<br>Tulsa, OK    741072 | |

**MOTOR LICENSE AGENT USE ONLY**

| DATE L.E.F. RECEIVED | TIME RECEIVED | ☒ A.M. |
|---|---|---|
| 4  1  2004 | ☒ 9:25 | ☐ P.M. |

| THIS LIEN FORM COVERS THE FOLLOWING VEHICLE: | | |
|---|---|---|
| DATE OF SECURITY AGREEMENT<br>03/31/04 | ORIGINAL OKLAHOMA TITLE NO.<br>MSO | VEHICLE IDENTIFICATION NO. (V.I.N.)<br>1GDJ5C1114F500844 |

RECEIPT NUMBER

**040927251A5188**

MOTOR LICENSE AGENT *(Identification/Signature)*

**040927251A5188**

| MODEL YEAR | MAKE AND MODEL | BODY TYPE |
|---|---|---|
| 2004 | GMC    TC5C042 | Regular Cab |

**BILLIE GIVENS 7251PJ**

**DEAR CUSTOMER:**

We have released the lien on your vehicle described above, as of the "Release Effective Date" shown by my signature, and have advised the Oklahoma Tax Commission of this Release.  To obtain a new Certificate of Title, with our lien omitted, please take this Release and your present Title to you local Motor License Agent. The Motor License Agent will issue a new Certificate of Title to you, for which there will be a small fee.

Please call if you should have any questions concerning this Release.

REPRESENTING THE SECURED PARTY

X _____

RELEASE EFFECTIVE DATE

GMAC   1/20/09

ASSIGNEE OF SECURED PARTY AND ADDRESS

GMAC
P.O. Box 8102
Cockeysville, MD    21030

**ENCLOSURES**

☐ CERTIFICATE OF TITLE
☐ APPLICATION FOR TITLE
☐ MANUFACTURER'S STATEMENT OF ORIGIN (M.S.O.)
☐ FEE

**SECURED PARTY/ASSIGNEE SIGNATURES**

/ Rush Truck Center

By: _____
*Representing Secured Parties or Assignee*

Date Executed

**03/31/04**

## LIEN ENTRY FORM — MOTOR VEHICLE — OKLAHOMA

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  10/22/2019
Print Time:  2:22 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   009

| BUYER(Purchaser) :P-109420   376 | Seller   P-109420 | SALE#:   37728 |
|---|---|---|
| Mike  Garrison   903-440-5557 | P-109420  Rock Hill Used Cars | DATE:   10/16/19 |
| Rock Hill Used Cars | Mike Garrison | STATUS:   SLD |
| 549 Interstate 30 East | 549 Interstate 30 East | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1CDJ5C1114F500844      500844

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

ODOMETER STATUS

| YEAR | 2004 | MAKE | GMC |
|---|---|---|---|
| MODEL | C5C | BODY | |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **62400**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 33,900 |
|---|---|---|
| | BUYER FEE: | 570.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 34,470.00 |
| | PAID: | 34,470.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# TEXAS CERTIFICATE OF TITLE

VEHICLE TITLES AND REGISTRATION DIVISION

91914519

Texas Department of Transportation

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTSX20R19EA01706 | 2009 | FORD | PK |

TITLE/DOCUMENT NUMBER — DATE TITLE ISSUED

16300140021141318  08/13/2009

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 6800 | 0564AD |

PREVIOUS OWNER

CHAPARRAL FORD INC DEVINE TX

ODOMETER READING

322

OWNER

W M LEASING OF TEXAS, L.P.
10701 TODD RD
HOUSTON, TX 77002

REMARK(S)

ACTUAL MILEAGE
DIESEL

X _____

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER

**NONE**

1ST LIEN RELEASED _____

BY _____
AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED _____
DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED _____
DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE          DATE

SIGNATURE          DATE

SIGNATURE          DATE

FORM 30-C REV. 6/2009          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER. PURCHASER MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Truck Parts + Equipment, Inc   Street: 3116 S Hwy 77   City: Waxahachie   State: TX   Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): 330,337
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 11·26·18

Signature of Seller/Agent   Printed Name (same as signature): Robert C. Ivan

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Kalien Thomas   Printed Name (same as signature): Kalien Thomas

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Vehicle Sales + Parts, Inc   Street: 3030 S Hwy 77   City: Waxahachie   State: TX   Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): 330,337
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 11·26·18

Dealer's Name: Frontera Truck Parts + Equipment, Inc   Dealer No. P121786

Agent's Signature: Kalien Thomas   Printed Name (same as signature): Kalien Thomas

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature)

## SECOND REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars   Street: _   City: _   State: _   Zip: _

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): 330469
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 5·3·19

Dealer's Name: Frontera Vehicle Sales + Parts Inc   Dealer No. P148883

Agent's Signature: C. Klaus   Printed Name (same as signature): C. Klaus

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature)

## THIRD REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser   Street   City   State   Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): _
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale   Dealer No.

Dealer's Name

Agent's Signature   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/22/2019
Print Time: 2:04 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **010**

| BUYER(Purchaser) :P-109420    376 | Seller    **P148883** | SALE#:    37729 |
|---|---|---|
| Mike  Garrison            903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:    10/16/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:    SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL   1FTSX20R19EA01706    A01706 |
|---|
| ODOMETER STATUS |
| YEAR   2009          MAKE  FORD |
| MODEL  F250SD        BODY  SUPERC |
| COLOR  WHITE         RADIO |
| LICENSE              FUEL  Diesel |
| TITLE                TRANS AUTO |

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **330469**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1GNSCDFJ5BR260679

YEAR
2011

MAKE
CHEV

TITLE NO.
810006768663

BODY TYPE
UT

MODEL
CTA

DATE 1st SOLD
27-Sep-2011

DATE ISSUED
11-Jun-2019

AGENT NO.
M8832

APPLICATION DATE
08-Jun-2019

ODOMETER
118245
Actual

TYPE OF TITLE
Transfer

DATE INS.
LCSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD OF BRISTOW
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47272167

(This is not a title number)







**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
2601424

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD 2133 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 I-30 East   Sulphur Springs TX 75482

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 1 9 1 0 1 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): *Christi Sander*   Printed Name of Seller(s) CHRISTI SANDERS

Subscribed and Sworn to Before me this __17__ Day of __June__, 20 __19__

Notary Public: *Kathy Martinez*   Commission Expiration: _____

Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.

KATHY MARTINEZ
NOTARY
# 00019494
EXP. 11/22/20
PUBLIC
STATE OF OKLAHOMA

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
(NO TENTHS)  ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
(NO TENTHS)  ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____  DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  11/05/2019
Print Time:  10:15 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **034**

| | |
|---|---|
| **BUYER(Purchaser) :**P-109420          376<br>Mike  Garrison                              903-440-5557<br>Rock Hill Used Cars<br>549 Interstate 30 East<br>Sulphur Springs, TX 75482 | Seller          **UD2133**<br>UD2133  Mainer Ford<br>Christi Sanders<br>PO Box 834<br>Okarche, OK 73762 |

| |
|---|
| SALE#:          38052 |
| DATE:          10/30/19 |
| STATUS:          SLD |
| DRIVE:          Green |
| LANE |

**VEHICLE DESCRIPTION**

| | | | |
|---|---|---|---|
| SERIAL    1GNSCDFJ5BR260679          260679 | | | |
| ODOMETER STATUS | | | |
| YEAR      2011 | MAKE    CHEVROLE[T] | | |
| MODEL    TAHOE | BODY    4D UTI | | |
| COLOR    Silver | RADIO | | |
| LICENSE | FUEL    Diesel | | |
| TITLE | TRANS  AUTO | | |

| | |
|---|---|
| SALE PRICE: | 25,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 25,940.00 |
| PAID: | 25,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI<br>NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads    **118245**    miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

· 56316082725

VEHICLE HISTORY

COMMERCIAL

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FTSW31P04EA21086 | 2004 | FORD | 7H58975 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| PK | 2 | 06781 | D | | $36 | 12/31/2018 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2003 | LQ | 2004 | ZV | | 08/27/18 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 12/07/2003
ODOMETER READING 53 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)

MONTANARO DAVID J
1664 QUIET OAKS DR
ARROYO GRANDE CA 93420

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RE** **S INTEREST IN THE VEHICLE.**

1a. 8/29/18 DATE  X _David J Montanaro_  SIGNATURE OF REGISTERED OWNER

1b. DATE  X  SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| 8/29/18 | X _David J Montanaro_ | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
David J Montanaro

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY
Rock Hill USED CARS

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date

CA 183492167
012484
REG. 17.30RS (REV.02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

KEEP IN A SAFE PLACE - VOID IF ALTERED

# APPLICATION FOR TRANSFER BY NEW OWNER    *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The

Case 4:20-cv-00959-BJ Document 14-1 Filed 10/12/20 Page 24 of 107 PageID 766

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD*

3b. ☐ AND   ☐ OR    *(LAST, FIRST, MIDDLE)*

4. RESIDENCE OR BUSINESS STREET ADDRESS        APT./SP./STE. NUMBER

5. CITY        STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES,ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY        STATE    ZIP CODE

**NEW OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE   SIGNATURE OF NEW REGISTERED OWNER   X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE   SIGNATURE OF NEW REGISTERED OWNER   X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID

ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY        STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.    R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT   X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

**SOLD THROUGH AUCTION IF APPLICABLE**   DATE OF AUCTION    AUCTION NAME    DEALER NUMBER

15. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT   X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT   X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  11/25/2019
Print Time:  1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   010 |
| --- | --- |

| BUYER(Purchaser) :P-109420     376 | Seller     **MO** | SALE#:     38501 |
| --- | --- | --- |
| Mike  Garrison           903-440-5557 | MO  David Montanaro | DATE:     11/20/19 |
| Rock Hill Used Cars | David Montanaro | STATUS:     SLD |
| 549 Interstate 30 East | 1664 Quite Oaks Dr | DRIVE:     Yellow |
| Sulphur Springs, TX 75482 | Arroyo Grande Oaks Dr, CA 93420 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL   1FTSW31P04EA21086      A21086 |
| --- |
| ODOMETER STATUS |

| YEAR     2004 | MAKE   FORD |
| --- | --- |
| MODEL   F350 SUPER D | BODY   QUAD P |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS  AUTO |

| | SALE PRICE:       16,500 |
| --- | --- |
| | BUYER FEE:       280.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   16,780.00 |
| | PAID:       16,780.00 |
| | BALANCE:           $0.00 |
| | PD BY:FI           NEXT |

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **137331**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1H9CE53311A263507 | 2001 | HDAB | 810006948052 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TRL | 53' | | | 16-May-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1617 | 15-May-2019 | 0 | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

LAWTON AUTO AUCTION
1 SW 112TH ST
LAWTON OK 73505-9553

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47176640
(This is not a title number)





**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD 7857 )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rockhill Used Cars

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Emmett D

Printed Name of Seller(s): Emmett Dru

Subscribed and Sworn to Before me this 21 Day of May, 20 19

Notary Public: _____   Commission Expiration: 4-19-32

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

LISA DRUIEN
NOTARY
#10003225
EXP. 4/19/2022
PUBLIC
STATE OF OKLAHOMA

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)  ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)  ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME:_____   DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  12/02/2019
Print Time:  3:37 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   105 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-7857** | SALE#:      38053 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-7857 Lawton Cache Auto Auction | DATE:      11/20/19 |
| Rock Hill Used Cars | Emmett Druien | STATUS:      SLD |
| 549 Interstate 30 East | 1 SW 112th Street | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Lawton, OK 73505 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 1H9CE53311A263507 | **263507** |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2001 | MAKE  HDAB |
| MODEL | 53' | BODY  TRAILE |
| COLOR | Black | RADIO |
| LICENSE | | FUEL |
| TITLE | | TRANS |

| | |
|---|---|
| SALE PRICE: | 27,000 |
| BUYER FEE: | 480.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 27,480.00 |
| PAID: | 27,480.00 |
| BALANCE: | $0.00 |
| PD BY:FI  NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

**TxDMV**

14 226 1036

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1GRAA922XSB029801 | 1995 | GDAN | RF |

TITLE/DOCUMENT NUMBER     DATE TITLE ISSUED

03200043348153204   09/14/2018

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| 1GR | | 15790 | TONLY09 |

ODOMETER READING

PREVIOUS OWNER

PPC TRANSPORTATION CO PITTSBURG TX

OWNER

REMARK(S)

RHORY CHEYENNE WILSON
3950  FM 1735
MT PLEASANT, TX 75455

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|

**NONE**

1ST LIEN RELEASED _____
DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|

2ND LIEN RELEASED _____
DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|

3RD LIEN RELEASED _____
DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 05/2016     DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

142261036

▶ FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

_Rock Hill Used Cars_   _549 Interstate 30_   _Sulphur Springs_   _TX_   _75482_

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

_exempt_
☐ 1. The mileage stated is in excess of its mechanical limits.
ODOMETER READING (No Tenths)
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _12-11-2018_      _Rhory Wilson_

Signature of Seller/Agent            Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent            Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale            Dealer No.

Dealer's Name

Agent's Signature            Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent            Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale            Dealer No.

Dealer's Name

Agent's Signature            Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent            Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale            Dealer No.

Dealer's Name

Agent's Signature            Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent            Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:18 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT# 109 |
| --- | --- | --- |

| BUYER(Purchaser) :P-109420    376 | Seller    **RHOR** | SALE#:    38504 |
| --- | --- | --- |
| Mike  Garrison               903-440-5557 | RHOR Rhory Cheyenne Wilson | DATE:    11/27/19 |
| Rock Hill Used Cars | Rhory Wilson | STATUS:    SLD |
| 549 Interstate 30 East | 3950 Fm 1735 | DRIVE: |
| Sulphur Springs, TX 75482 | Mt Pleasant, TX 75455 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL    1GRAA922XSB029801    029801 | ODOMETER DISCLOSURE STATEMENT |
| --- | --- |

ODOMETER STATUS

| | | ODOMETER DISCLOSURE STATEMENT |
| --- | --- | --- |
| YEAR    1995 | MAKE  Gdan | |
| MODEL  1GR | BODY   TRAILE | |
| COLOR   White | RADIO | |
| LICENSE | FUEL | |
| TITLE | TRANS | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE:        16,000 |
| --- | --- |
| | BUYER FEE:        280.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:    16,280.00 |
| | PAID:        16,280.00 |
| | BALANCE:        $0.00 |
| | PD BY:FI NEXT |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7MX48CX7G723854 | 2007 | DODG | 251207026002B |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | SQ3 | 12/28/2006 | 12/07/2011 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| 4918 | 162384 | TRANSFER |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

INDUSTRIAL MAINTENANCE INC
330 S MILL ST
PRYOR          OK  74361-5218

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO. 113414918A7084

36123505

(This is not a title number.)

---

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: U-6026 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Pryor Consignment + Auto Sales*

Purchaser(s) Complete Address: *100 N Mill, Pryor Ok 74361*

Actual Purchase Price of Vehicle: *$5,000*

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Exempt (NO TENTHS)

Signature of Seller(s): *Chad P* — Printed Name of Seller(s): *Chad Peters (President)*

Subscribed and Sworn to Before me this *22nd* Day of *November*, 20 *19*

Notary Public: *Katie Lantz* — Commission Expiration: *May 8, 2021*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATIE LANTZ
Notary Public - State of Oklahoma
Commission Number 09004906
My Commission Expires May 8, 2021

Signature of Buyer(s): *Chad P* — Printed Name of Buyer(s): *Chad Peters (owner)*

## VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
**2795425**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X E M P T (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning – Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** Chad Peters

**Subscribed and Sworn to Before me this** 22nd **Day of** November **, 20** 19

**Notary Public:** Katie Lanz   **Commission Expiration:** May 8, 2021

*KATIE LANTZ*
*Notary Public - State of Oklahoma*
*Commission Number: 09004093*
*My Commission Expires May 8, 2021*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning – Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

**Subscribed and Sworn to Before me this** _____ **Day of** _____ **, 20** _____

**Notary Public:** _____   **Commission Expiration:** _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____   **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

AFFIDAVIT OF FACT

TO WHOM IT MAY CONCERN:

YEAR _2007_   MAKE _Dodge_   MODEL _SQ3_

TITLE # _251207026002B_   VIN # _3D7mx48cx7G723854_

REASON FOR ERROR

____ Seller signed name incorrectly

____ Seller signed title in wrong area

____ Seller assigned title to himself/herself

____ Purchaser name misspelled. Should be_____

____ Address was placed in lien holder's section

____ Seller placed name in lien holder's section. Seller has no security interest on this vehicle.

____ Assignment was placed in re-assignment section

____ Sale between _____ & _____ never
took place. NO FRAUD INTENDED.

____ Date of sale was recorded in error. Correct date of sale should read _____.

__ OTHER _Address on 1st assignment entered in error with
a mark over. Address should read- 111 N Mill Pryor, OK. 74361
No fraud intended_

DATE _11/22/19_   SIGNATURE(WITNESS) _Linda Purnell_

Subscribed and sworn to me before this _22_ day of _November_, _2019_.

My commission expires _____   NOTARY _Mikki Cruz_

(SEAL)

*[Notary seal: MIKKI CRUZ / NOTARY / # 14007028 / EXP. 08/07/22 / PUBLIC / STATE OF OKLAHOMA]*



Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/05/2019
Print Time: 1:51 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   010 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-6026** | SALE#:     38711 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-6026 Pryer Consignment & Auto Sales | DATE:    12/04/19 |
| Rock Hill Used Cars | Chad Peterson | STATUS:     SLD |
| 549 Interstate 30 East | 111 N Mill | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Pryor, OK 79361 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   3D7MX48CX7G723854      **723854** |
|---|
| ODOMETER STATUS |
| YEAR     2007            MAKE  DODGE |
| MODEL   RAM 3500 QUA BODY   QUAD P |
| COLOR   Black            RADIO |
| LICENSE                  FUEL   Diesel |
| TITLE                    TRANS AUTO |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**      that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **163406**      miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

| SALE PRICE:        19,000 |
|---|
| BUYER FEE:        320.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:    19,320.00 |
| PAID:      19,320.00 |
| BALANCE:        $0.00 |
| PD BY:FI       NEXTGEAR |

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA



| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 1FT8W3DT0FEA26911 | 2015 | FORD | 810006944313 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F350 | 23-Jul-2014 | 23-May-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1612 | 22-May-2019 | 5666 Actual | Repo |

NAME AND ADDRESS OF VEHICLE OWNER

DATE INS. LOSS OR SALVAGE

SOUTHWEST OKLAHOMA FCU
1806 NW LIBERTY AVE
LAWTON OK 73507-5027

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47202686

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars 5

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Springs TX 75482

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| 1 | 4 | 4 | 8 | 9 | 3 | (NO TENTHS) |
|---|---|---|---|---|---|---|

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Lisa K Flores for SWOFCU

Printed Name of Seller(s): LISA K FLORES for SWOFCU

Subscribed and Sworn to Before me this 28 Day of June, 20 19

Notary Public: Stephanie R. Jarvis   Commission Expiration October 1, 2020



NOTARY PUBLIC State of Okla.
Stephanie R. Jarvis
Comm. # 12009310

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____    Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____    Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/19/2019
Print Time: 12:45 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT#   036 | |
| | B01-000000-L | |

| BUYER(Purchaser) :P-109420      376 | Seller       **UD-8299** | SALE#:      39043 |
|---|---|---|
| Mike  Garrison                          903-440-5557 | UD-8299  Southern Oklahoma Auto | DATE:    12/18/19 |
| Rock Hill Used Cars | Larry Berryhill | STATUS:        IN |
| 549 Interstate 30 East | 5625 W.Bdwy | DRIVE: |
| Sulphur Springs, TX 75482 | Ardmore, OK 73401 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FT8W3DT0FEA26911      A26911 |
|---|
| ODOMETER STATUS |
| YEAR     2015           MAKE   FORD |
| MODEL    F350SD         BODY   CREW C |
| COLOR    White          RADIO |
| LICENSE                 FUEL   Diesel |
| TITLE                   TRANS  AUTO |

| | SALE PRICE:      23,500 |
|---|---|
| | BUYER FEE:       440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   23,500.00 |
| | PAID:        23,500.00 |
| | BALANCE:         $0.00 |
| | PD BY:FI |
| | NEXT |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **144823**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 3B7KC23C92M236518 | 2002 | DODG | | 810007855013 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | RAM 2500 | | | 17-Dec-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8812 | Silver | 16-Dec-2019 | | Original |

ODOMETER: Exempt

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

CHACO'S AUTO SALES
244 S QUADRUM DR
OKLAHOMA CITY OK 73108-1101

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.

**48030221**

(This is not a title number)

---

**OKLAHOMA MOTOR VEHICLE**
**$3.50**
**TAX STAMP**
2364646

## ASSIGNMENT OF TITLE BY REGISTERED OWNER  (If Dealer, List License # Here: 4399 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _Rock Hill Used Cars_

**Purchaser(s) Complete Address:** _519 I-30 E  Sulphur Springs, TX 75482_

**Actual Purchase Price of Vehicle:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_exempt_ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning— Odometer Discrepancy**

**Signature of Seller(s):** _Hur ast_     **Printed Name of Seller(s):** _Matt Rome_

Subscribed and Sworn to Before me this _31_ Day of _Dec._, 20_19_

**Notary Public:** _Sandra Patton_  Commission Expiration: _11-20-19_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____     **Printed Name of Buyer(s):** _____

SANDRA A PATTON
NOTARY PUBLIC
IN AND FOR
STATE OF OKLAHOMA
#6685

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s):_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s):_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/06/2020
Print Time:   3:01 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   024 |
|---|---|

| BUYER(Purchaser) :P-109420       376 | Seller       **UD-4299** | SALE#:      39209 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-4299  Chaco's Auto Sales | DATE:      1/03/20 |
| Rock Hill Used Cars | Issac Machado | STATUS:      SLD |
| 549 Interstate 30 East | 1310 Sw 29th | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73119 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3B7KC23C92M236518      **236518**

ODOMETER STATUS

| YEAR   2002 | MAKE  DODGE |
| MODEL   RAM 2500 QUA | BODY   QUAD C |
| COLOR   Silver | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS  AUTO |

| | SALE PRICE: | 14,900 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,170.00 |
| | PAID: | 15,170.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
 *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **175468**      miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GCJK33D46F252242 | 2006 | CHEV | 810004540833 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | SK3 | 18-Jul-2006 | 21-Dec-2017 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| M6114 | | Transfer |
| | Exempt | DATE INS. |
| | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

JARED L LATTY
PO BOX 126
KIOWA OK 74553-0126

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/1/2017     THE BANK N.A.

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.

45128527

(This is not a title number.)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Nix Auto Center

Purchaser(s) Complete Address: PO Box 1590 McAlester, OK 74502

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)     ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): Jared

Subscribed and Sworn to Before me this 3 Day of December, 20 19

Notary Public: _____     Commission Expiration: 1-27-20

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): Melinda Nix

JAY GIACOMO
Notary Public, State of Oklahoma
Commission # 16001023
My Commission Expires Jan. 27, 2020

**VOID IF ALTERED**

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD2SIS_

> PLACE OKLAHOMA
> MOTOR VEHICLE TAX
> STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _Rockhill Used Cars_

**Purchaser(s) Complete Address:** _549 I 30 East Sulfer Springs Tx 75482_

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| | | | | | | | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _Melinda_   **Printed Name of Seller(s):** _Melinda Nix_

Subscribed and Sworn to Before me this _23_ Day of _Dec_, 20_2_

Notary Public _Jay Giacomo_   Commission Expiration: _1-27-20_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

> JAY GIACOMO *Affix*
> Notary Public, State of Oklahoma
> Commission # 16001023
> My Commission Expires Jan. 27, 2020

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

> PLACE OKLAHOMA
> MOTOR VEHICLE TAX
> STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| | | | | | | | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20____

Notary Public: _____ Commission Expiration: _____

> Affix
> Notary Seal / Stamp
> Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____   **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

L1924613344



VIN: 1GCJK33D46F252242 **VEHYR:** 2006 **MAKE:** CHEV **MODEL:** SK3 **BODY:** PK
AGNT #: M6114 **LIEN DATE:** 12/01/2017
LIEN DEBTOR: LATTY,JARED L

LATTY,JARED L
367 CASON RD
KIOWA OK 74553



LIEN HOLDER: THE BANK N.A.

THE BANK N.A.
PO BOX 1067
MCALESTER OK 74502-1067

REF#: L1924613344

TO:   OKLAHOMA TAX COMMISSION
MOTOR VEHICLE DIVISION
P.O. BOX 269061
OKLAHOMA CITY OK 73126



TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____*Christia Norton*_____          DATE   *12/6/19*_____

## LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE, PLEASE NOTE THE FOLLOWING.

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/09/2020
Print Time:  3:51 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   114 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-2515** | SALE#:      39380 |
|---|---|---|
| Mike  Garrison                 903-440-5557 | UD-2515  Nix Auto Center | DATE:     1/08/20 |
| Rock Hill Used Cars | Ruthie Fulton | STATUS:      SLD |
| 549 Interstate 30 East | P O Box 1590 | DRIVE: |
| Sulphur Springs, TX 75482 | Mcalester, OK 74802 | LANE |

**VEHICLE DESCRIPTION**

| | | |
|---|---|---|
| SERIAL   1GCJK33D46F252242      252242 | | |
| ODOMETER STATUS | | |
| YEAR     2006 | MAKE   CHEVROLE | |
| MODEL   SILVERADO | BODY   QUAD P | |
| COLOR   Blue | RADIO | |
| LICENSE | FUEL   Gas | |
| TITLE | TRANS AUTO | |

| | SALE PRICE: | 21,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 21,940.00 |
| | PAID: | |
| | BALANCE: | $21,940.00 |
| | PD BY: | Next |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **244120**    miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Case 4:20-cv-00959-BJ Document 14-11 Filed 10/12/20 Page 55 of 107 PageID 797

# CERTIFICATE OF TITLE

MVD-10030
REV. 02/06

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE | TITLE NUMBER |
|---|---|---|
| 3D7TT2CT2BG511932 | ORIGINAL | 13113703A602681 |

| ENGINE OR OTHER I.D. NUMBER | PREVIOUS TITLE NUMBER AND STATE | 1ST REG | DATE OF ISSUE |
|---|---|---|---|
| | 110520GFE004911 NM | 2011 | 04/23/2013 |

| YEAR | MAKE | MODEL | BODY | CYLS. | DGVW | WT./WHEELS | TYPE OF FUEL | LIENS |
|---|---|---|---|---|---|---|---|---|
| 2011 | DODG | RPC | CW | 08 | 8510 | 6232 | GASOLINE | 1 |

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)
MEMBERS FINANCIAL FCU

LICENSE PLATE NUMBER(S)
825PKW

PO BOX 9609
MIDLAND  TX  79708

VEHICLE CLASS
TRUCK

CLERK
SLP

| FILE DATE | MATURITY DATE | *ODOMETER & CODE | MH SIZE | CNTY. |
|---|---|---|---|---|
| 04/23/2013 | 06/26/2017 | 000005 AM | 00*000 | 00 |

REGISTERED OWNER(S)

MUNOZ JESSE

LOCATION OF MANUFACTURED HOME

1106 E FIESTA
CARLSBAD NM 88220

SECOND LIENHOLDER

*ODOMETER CODES: AM = ACTUAL VEHICLE MILEAGE, EL = MILEAGE IN EXCESS OF MECHANICAL LIMITS OR NM = NOT ACTUAL MILEAGE:WARNING-ODOMETER DISCREPANCY

00000

NOT A TITLE NO.
19602681

FILE DATE

MATURITY DATE

DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE. IMPORTANT: THERE IS AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE.

DIRECTOR MVD

I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.
RELEASE OF LIEN  Name of Lienholder: **Members Financial FCU**  Date 5·12·2017
Full Signature of Authorized Agent

This Certificate of Title is evidence of legal ownership of the vehicle described above. Upon sale of this vehicle, this certificate must be properly assigned below and presented by the purchaser to the Motor Vehicle Division for transfer. The Division is not responsible for false or fraudulent statements made in connection with this Certificate of Title or held liable for recording errors.

IMPORTANT: Buyer (except for dealer) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and state law requires the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $_____ I (we) hereby sell, assign,

transfer and convey this _____17_____ day of _____July_____, YR 20_19_ to

Buyer's Name(s): Tate Branch Dodge

Address 919 S First Street  Artesia NM 88210

the vehicle described on the front side of this Certificate of title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below.
IF NO LIEN, WRITE WORD "NONE".

Name & Address of Lienholder: NONE

Lienholder No. (if any)_____ File Date_____ Maturity Date_____

ODOMETER DISCLOSURE STATEMENT: I (we) hereby certify that the ODOMETER READING of this vehicle is: 104352 (NO TENTHS) miles and that stated mileage is (check one of the following): A ☐ the actual mileage OR B ☐ Mileage in excess of mechanical limits OR C ☐ NOT the actual mileage: WARNING-ODOMETER DISCREPANCY.

Signature(s) X Jesse Munoz by POA   Printed Name Jesse Munoz by POA

of Seller(s) X_____  Printed Name_____

Signature(s) X_____ AGT   Printed Name Vincent Salas AGT

of Buyer(s) X_____  Printed Name_____

NEW MEXICO MOTOR VEHICLE DIVISION

Case 4:20-cv-00959-BJ   Document 14-11   Filed 10/12/20   Page 56 of 107   PageID 798

**FIRST REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _26_ day of _Sept_ Yr. _2019_ to
Buyer's Name(s) _Austin Financial Services_

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder _NONE_
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is _104,354_ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☐ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership _Lake Branch Dodge_
Signature of
Authorized Agent X _____ Printed Name _Vincent Salas_
Buyer's Signature X _____ Printed Name _JR Huff_

**SECOND REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _28_ day of _Sept_ Yr. _2019_ to
Buyer's Name(s) _BIG DAWG MOTORS_
Address _210 Main St   Hot Springs AR_
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder _None_
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is _104,354_ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☒ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership _Austin Financial_
Signature of
Authorized Agent X _JR Huff_ Printed Name _JR Huff_
Buyer's Signature X _Kyle Way_ Printed Name _Kyle WAY_

**THIRD REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _____ day of_____ Yr._____ to
Buyer's Name(s) _ROCK HILL USED CARS_

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder _____
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is _104,360_ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☐ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership _____
Signature of
Authorized Agent X _Kyle Way_ Printed Name _Kyle WAY_
Buyer's Signature X _____ Printed Name_____

**FOURTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this_____ day of_____ Yr._____ to
Buyer's Name(s):_____
Address:_____
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:_____
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is_____ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☐ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership:_____
Signature of
Authorized Agent X_____ Printed Name_____
Buyer's Signature X_____ Printed Name_____

**FIFTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this_____ day of_____ Yr._____ to
Buyer's Name(s):_____
Address:_____
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:_____
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is_____ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☐ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership:_____
Signature of
Authorized Agent X_____ Printed Name_____
Buyer's Signature X_____ Printed Name_____

**SIXTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this_____ day of_____ Yr._____ to
Buyer's Name(s):_____
Address:_____
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:_____
Lienholder No. (if any)_____ File Date_____ Maturity Date_____
**ODOMETER DISCLOSURE STATEMENT:** I (we) certify that the ODOMETER READING of this vehicle is_____ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B.☐ Mileage in excess of mechanical limits OR C.☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.
Name of Dealership:_____
Signature of
Authorized Agent X_____ Printed Name_____
Buyer's Signature X_____ Printed Name_____

**NEW MEXICO MOTOR VEHICLE DIVISION**

**ANY ALTERATIONS OR ERASURES WILL VOID THIS TITLE**

DEAL # 52975
STK # A1038          CUST # 104170

# POWER OF ATTORNEY
## TO DISCLOSE MILEAGE AND ASSIGN TITLE

This form may only be used by dealers accepting a trade-in or to apply for a duplicate title. The original Power of Attorney must accompany the title and be submitted to the New Mexico Motor Vehicle Division or applicable state having jurisdiction. Failure to do so may result in fines and/or imprisonment. Dealer must retain a copy for five (5) years.

I/WE   Jessie  Munoz Hernandez

APPOINT,   (PRINT NAME OF ATTORNEY-IN-FACT)          Tate Branch Dodge Chrysler Jeep

WHOSE ADDRESS IS:   219 South First Street          Artesia          NM          88210
                     Street                          City             State       Zip Code

AS MY ATTORNEY-IN-FACT TO DISCLOSE THE MILEAGE ON THE VEHICLE DESCRIBED HEREIN AND ASSIGN TITLE TO DEALER INDICATED BELOW. THE POWER GRANTED BY THIS INSTRUMENT WILL BE REVOKED WHEN THE VEHICLE IS SOLD AT RETAIL.

| VEHICLE IDENTIFICATION NUMBER (VIN) | | YEAR |
|---|---|---|
| 3D7TT2CT2BG511932 | | 2011 |

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| Ram | 2500 | Crew Cab 4WD |

## ODOMETER DISCLOSURE STATEMENT

**FEDERAL AND STATE LAW REQUIRES THE TRANSFEROR (SELLER) OF A VEHICLE TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. ANYONE CONVICTED OF A FRAUDULENT ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.**

I hereby certify that the odometer currently reads _____104352_____ (no tenths) miles and to the best of my knowledge reflects the actual mileage (Code AM) of the vehicle described above unless one of the following is checked:   ☐ Mileage in excess of mechanical limits (Code EL) or   ☐ WARNING! Not the actual mileage - Odometer Discrepancy (Code NM).

Jessie  Munoz Hernandez          X_____          07/17/2019
Printed Name of First Seller          Signature of First Seller          Date

                                     X
Printed Name of Second Seller (if Joint Ownership)          Signature of Second Seller          Date

1106 E Fiesta Dr                    Carlsbad               NM          88210
Sellers Street Address              City                   State       Zip Code

OFFICIAL SEAL
Isabel Vargas
SUBSCRIBED AND SWORN BEFORE ME THIS   17th   DAY OF   July   20 19
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-10 20 21
MY COMMISSION EXPIRES                                      NOTARY PUBLIC

I certify that the mileage stated in this Power of Attorney Disclosure is greater than the mileage previously stated on the Certificate of Title.

Tate Branch Dodge Chrysler Jeep                                          07/17/2019
PRINT DEALERSHIP NAME          SIGNATURE OF DEALER OR AUTHORIZED AGENT          DATE

WHITE COPY: New Mexico Motor Vehicle Division or applicable state having jurisdiction.   YELLOW COPY: Seller   PINK COPY: Dealer

ILAW   FORM NO. LAWNM-POA-CO (REV. 2/18)
The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/09/2020
Print Time:   3:50 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   **150** |
|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **M-7119** | SALE#:      39379 |
|---|---|---|
| Mike   Garrison                903-440-5557 | M-7119  Big Dawg Motors | DATE:      1/08/20 |
| Rock Hill Used Cars | Kyle Way | STATUS:      SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL   3D7TT2CT2BG511932      **511932** | |
|---|---|
| ODOMETER STATUS | |
| YEAR      2011         MAKE   DODGE | |
| MODEL   RAM 2500      BODY   CREW C | |
| COLOR   Gray           RADIO | |
| LICENSE                 FUEL   Gas | |
| TITLE                    TRANS  AUTO | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **104360**      miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE:      22,500 |
|---|---|
| | BUYER FEE:      440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   22,940.00 |
| | PAID: |
| | BALANCE:      $22,940.00 |
| | PD BY:   *Next* |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

**127338295**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FT7W2BTXFEC10911 | 2015 | FORD | PK |

TITLE/DOCUMENT NUMBER · DATE TITLE ISSUED

**05771342458104429 04/08/2016**

MODEL · MFG. CAPACITY IN TONS · WEIGHT · LICENSE NUMBER

**7500 FFX7166**

PREVIOUS OWNER

**JOE COOPER FORD MIDW**

ODOMETER READING

**5**

OWNER · REMARK(S)

**ENVIRO CLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY, OK 73172**

**ACTUAL MILEAGE
DIESEL**

X _____

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN · 1ST LIENHOLDER

**04/15/2015 TEXAS CAPITAL BANK, NATIONAL
ASSOCIATION
2350 LAKESIDE BLVD. STE 800
RICHARSON, TX 75082**

1ST LIEN RELEASED **8/1/18**
DATE

BY _____ AUTHORIZED AGENT

**Steve Moon, SVP
Texas Capital Bank**

DATE OF LIEN · 2ND LIENHOLDER

2ND LIEN RELEASED _____

BY _____ AUTHORIZED AGENT

DATE OF LIEN · 3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S O F S U R V I V O R S H I P A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 03/2015         DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION FOR TITLE WITH THE COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

▶ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

ROCK Hill Used CARS 519 I 30 E Sulphur Sprgs TX 75482

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING (No Tenths) 1 2 3 8 6 3

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale 12-20-19

X _____ Signature of Seller/Agent

X Jessica Presley
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

_____ Signature of Buyer/Agent     _____ Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:   1/23/2020
Print Time: 12:21 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | |
|---|---|
| | UNIT#   027 |

| BUYER(Purchaser) :P-109420      376 | Seller      **A32814** | SALE#:      39647 |
|---|---|---|
| Mike   Garrison                    903-951-8597 | A32814 ENVIROCLEAN | DATE:      1/22/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:      SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FT7W2BTXFEC10911   C10911
ODOMETER STATUS
YEAR    2015            MAKE   FORD
MODEL   F250SD        BODY   CREW C
COLOR   White          RADIO
LICENSE                    FUEL    Diesel
TITLE                        TRANS AUTO

| | SALE PRICE:   26,500 |
|---|---|
| | BUYER FEE:   470.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   26,970.00 |
| | PAID:   26,970.00 |
| | BALANCE:   $0.00 |
| | PD BY:FI   NEXTGEAR |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **123863**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER / USA

Nextgear
1320 City Center Dr, Ste 100A
Carmel, IN 46032

46032-381599

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

1CB471172

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7KR28C65G706682 | 2005 | DODG | PK |

Wichita Falls Teacher Credit Union

TITLE/DOCUMENT NUMBER
24300241232104800

DATE TITLE ISSUED
12/04/2012

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 5500 | BX76515 |

PREVIOUS OWNER
PRUITT FORD BURKBURNETT TX

ODOMETER READING
153361

OWNER

TOMMY A GRUBER
1674 PETERSON RD N
IOWA PARK, TX 76367

REMARK(S)

ACTUAL MILEAGE
DIESEL

X _____

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|
| 11/14/2012 | WICHITA FALLS TEACHER FCU P O BOX 4516 WICHITA FALLS, TX 76308 |

1ST LIEN RELEASED

WICHITA FALLS TEACHER FCU

AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|
| | |

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|
| | |

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |
| SIGNATURE | DATE |

FORM 30-C REV. 04/2012    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER, WHO ...

Case 4:20-cv-00959-BJ   Document 14-11   Filed 10/12/20   Page 68 of 107   PageID 810

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Wichita Falls Ford Lincoln
Street: 5401 Kell Blvd, Wichita Falls, Tx 76310
City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)
Date of Sale

Signature of Seller/Agent: [signature] by POA
Printed Name (same as signature): Tommy A Gruber

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: [signature]
Printed Name (same as signature): Jennifer Burdette, Agent

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars
Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 243095
Date of Sale: 1/15/20

Dealer's Name: Wichita Falls Ford Linc. P43086
Dealer No.

Printed Name (same as signature): Jennifer Burdette, Agent

Agent's Signature: [signature]
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser
Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)
Date of Sale

Dealer's Name
Dealer No.

Agent's Signature
Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser
Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)
Date of Sale

Dealer's Name
Dealer No.

Agent's Signature
Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

# State of Texas
## Power of Attorney for Transfer of Ownership to a Motor Vehicle

Federal and state law require that you state the mileage upon transfer of ownership. This form may only be used when title is held by lienholder or is lost. Providing a false statement or failure of the person granted the power of attorney to submit this form to the State may result in fines and/or imprisonment.

## Vehicle Description

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 3D7KR28C65G706682 | 2005 | Dodge | PK | 2500 |

## Part A. Power of Attorney to Transfer Ownership and to Disclose Mileage

**Transferor**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Tommy | A | Gruber | |

Entity's Authorized Agent First Name (if applicable) | Middle Name | Last Name | Suffix (if any)

| Address | City | State | Zip |
|---|---|---|---|
| 1674 Peterson Rd N | Iowa Park | TX | 76367 |

**Transferee**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Wichita Falls Ford Lincoln | | | |

Entity's Authorized Agent Name (First, Middle, Last, Suffix) (if applicable): Jennifer Burdette, Agent | Dealer License Number (if applicable): P43086

| Address | City | State | Zip |
|---|---|---|---|
| 5401 Kell Blvd, Wichita Falls, Tx 76310 | | | |

I, the transferor listed above, appoint the transferee listed above as my attorney-in-fact, to complete all documents necessary to transfer and disclose the mileage on the title for the vehicle described above exactly as stated in the following disclosure. I, the transferor, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the statements below is checked:

Odometer Reading (no tenths): 243078

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)
I am aware of the odometer certification made by the transferor/agent (seller).

X ___Signature of Transferor/Agent (Seller)___   Date 1/10/20   ___Signature of Transferee/Agent (Purchaser)___   Date 1/10/20

## Part B. Power of Attorney to Review Title Documents and Acknowledge Disclosure – if applicable (requires Part A)

**Transferee**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

Entity's Authorized Agent First Name (if applicable) | Middle Name | Last Name | Suffix (if any)

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Transferor**

| Dealership Name | | Dealer License Number |
|---|---|---|
| | | |

Authorized Agent First Name | Middle Name | Last Name | Suffix (if any)

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

I, the transferee listed above, appoint the transferor listed above as my attorney-in-fact, to complete all documents necessary to transfer and disclose the mileage on the title for the vehicle described above exactly as stated in the following disclosure. I, the transferor, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the statements below is checked:

Odometer Reading (no tenths):

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)
I am aware of the odometer certification made by the transferor/agent (seller).

___Signature of Transferor/Agent (Seller)___   Date   ___Signature of Transferee/Agent (Purchaser)___   Date

## Part C. Dealership Certification (Part B Transferor) – Required and valid only if Parts A and B are used

| Dealership Name | Dealer License Number |
|---|---|
| | |

Authorized Agent First Name | Middle Name | Last Name | Suffix (if any)

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

I, the individual listed above exercising powers of attorney, hereby certify that the mileage I have disclosed on the title document is consistent with the mileage provided to me in this power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create, any new or additional liability under federal or state law.

___Signature of Transferor/Agent___   Printed Name (Same as Signature)   Date

Form VTR-271-A (Rev 10/18)          **THIS DOCUMENT IS VOID IF ALTERED.**          31952814

## Information

Federal law specifies a motor vehicle is subject to odometer disclosure when it is self-propelled, less than 10 years old, and has a gross vehicle weight of 16,000 pounds or less. United States Code of Federal Regulations, Title 49, Part 580, provides the rules relative to the Truth in Mileage Act, which dictates when use of a power of attorney is permissible in conjunction with odometer disclosure. Further, federal law requires the odometer disclosure for used vehicles to be made on a certificate of title or a secure power of attorney. Federal law specifies use of a power of attorney is strictly limited to when the title is lost or held by a lienholder, and the only acceptable power of attorney is a secure power of attorney issued by the state. The *Power of Attorney for Transfer of Ownership to a Motor Vehicle* (Form VTR-271-A) is the only acceptable secure power of attorney issued by the State of Texas.

Form VTR-271-A can only be used when the title is lost or held by a lienholder. Proper use of Form VTR-271-A consists of completing Part A when transferring a motor vehicle. **Parts B and C may only be used by a licensed motor vehicle dealer.** If the motor vehicle is transferred by a licensed motor vehicle dealer and the certificate of title is still held by a lienholder, Parts B and C must be completed. If the certificate of title is not held by a lienholder, Parts B and C cannot be used; instead, a certified copy of title (or duplicate title) must be obtained prior to subsequent transfer, and the subsequent purchaser is required to acknowledge the odometer on the certified copy of title (or duplicate title).

If the transferor (owner listed on the title who is selling, donating, gifting, trading, etc.) or transferee (person/entity taking ownership) is unable to complete this form, only a general power of attorney may be used to complete this form for the transferor or transferee. A limited power of attorney cannot be used to complete this form on someone else's behalf. If the transferee or transferor is not an individual, but rather an entity or trust, an agent of that entity or a trustee must complete this form.

Unauthorized printing or reproduction of this document is prohibited. Photocopies may be made only as a completed document for record-keeping purposes by the parties named herein.

## Instructions

Part A is required to be completed by both the transferor (owner listed on the title who is selling, donating, gifting, trading, etc.) and the transferee (person/entity taking ownership) if the title is lost or held by a lienholder. **All signatures must be original signatures. It is strongly advised the duplicate power of attorney also contain original signatures.**
- Upon obtaining the certificate of title or certified copy of title, the transferee in Part A must complete the "assignment of title" and odometer disclosure on the certificate of title or certified copy of title. Any transferee, other than a licensed motor vehicle dealer, is then required to obtain a certificate of title in the name of the transferee supported by this power of attorney.

Part B may only be used by a licensed motor vehicle dealer. Further, Part B may only be used if the motor vehicle is transferred while the certificate of title is held by a lienholder. **Part B cannot be used if the title is lost; instead, a certified copy of title (or duplicate title) must be obtained.** This form may be used to obtain a certified copy of title. In Part B, the transferee (purchaser) acknowledges the odometer disclosed by the transferor (licensed motor vehicle dealer), and grants power of attorney to the transferor to complete the odometer disclosure in the "first reassignment" on the certificate of title as reflected in Part B and to sign on behalf of the transferee (purchaser). **Part B may only be used to appoint the same licensed motor vehicle dealer listed as appointed in Part A.**
- Upon securing the certificate of title, the licensed motor vehicle dealer must complete the "assignment of title" (as recorded in Part A) and "first reassignment" (as recorded in Part B).

Part C must be completed by the licensed motor vehicle dealer if both Parts A and B are completed after the licensed motor vehicle dealer has transferred the assignment (from Part A) and the reassignment (from Part B) to the certificate of title. **Part C must not be completed if Part B is not used.**

## Returning this Power of Attorney

Federal law requires this power of attorney be returned to the issuing state. This can be accomplished as follows:
- When the vehicle is sold to a Texas retail purchaser, the original power of attorney with original signatures must accompany the purchaser's application for Texas title. Dealers are required to maintain the duplicate power of attorney and a copy of the front and back of the certificate of title for five years in accordance with 49 C.F.R. §580.8. Other individuals or entities are not subject to a retention requirement but are encouraged to maintain the duplicate power of attorney and a copy of the front and back of the certificate of title.
- When the vehicle is sold to any dealer (Texas or out of state) or an out of state purchaser, the original power of attorney with original signatures must accompany the title transaction. The duplicate power of attorney and a copy of the front and back of the certificate of title shall be returned by the individual or entity granted power of attorney in Part A (and Part B, if applicable) to:

  Texas Department of Motor Vehicles
  Vehicle Titles and Registration Division
  P.O. Box 26470
  Austin, TX 78755-0470

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/28/2020
Print Time:   3:04 PM

1 Southwest 112th St.
Lawton, OK 73505

*T:H*

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **094**

| | |
|---|---|
| **BUYER(Purchaser) :**P-109420        376 | Seller       **P-43086** |
| Mike  Garrison                903-951-8597 | P-43086  Wichita Falls Ford Lincoln Inc |
| Rock Hill Used Cars | Charles Franser |
| 549 Interstate 30 East | 5401 Kell Blvd |
| Sulphur Springs, TX 75482 | Wichita Falls, TX 76310 |

| | |
|---|---|
| SALE#:        39652 |
| DATE:        1/22/20 |
| STATUS:        SLD |
| DRIVE:        Green |
| LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KR28C65G706682        **706682**
ODOMETER STATUS
YEAR     2005              MAKE   DODGE
MODEL    RAM 2500 QUA BODY   QUAD P
COLOR    White             RADIO
LICENSE                    FUEL   Diesel
TITLE                      TRANS  AUTO

| | |
|---|---|
| SALE PRICE: | 14,000 |
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 14,270.00 |
| PAID: | 14,270.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **243095**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

29 JAN 2020 PM 3 L



FOREVER / USA

Nextgear - Funding Service
1320 City Center Dr. Suite 100A
Carmel, Indiana
46032

46032-381599

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 2FMDA5148TBB47033 | 1996 | FORD | | 810006996409 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| SV | WWG | | | 14-Jun-2019 |

AGENT NO.
M8832

APPLICATION DATE
13-Jun-2019

ODOMETER

Exempt

TYPE OF TITLE
Original
DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47288110

(This is not a title number)





**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD2133 )

**OKLAHOMA MOTOR VEHICLE**
**$3.50**
**TAX STAMP**
2598505

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): Rock Hill Used Cars
Purchaser(s) Complete Address: 549 I-30 East   Sulphur Springs TX 75482
**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _Christi Sands_   Printed Name of Seller(s) CHRISTI SANDERS

Subscribed and Sworn to Before me this _12_ Day of _July_ , 20 _19_

Notary Public _Kathy Martin_   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATHY MARTIN
NOTARY
# 00019494
EXP. 31/22/20
NOTARY PUBLIC
OF OKLAHOMA

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- ☐ 1. The odometer has exceeded its mechanical limits.
- ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- ☐ 1. The odometer has exceeded its mechanical limits.
- ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:**_____ **DATE OF LIEN:**_____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/04/2020
Print Time:  1:27 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   082

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   39779 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD2133  Mainer Ford | DATE:   1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2FMDA5148TBB47033   B47033
ODOMETER STATUS

| YEAR | 1996 | MAKE | FORD |
|---|---|---|---|
| MODEL | WINDSTAR | BODY | SPORT |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| SALE PRICE: | 8,000 |
|---|---|
| BUYER FEE: | 190.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 8,190.00 |
| PAID: | 8,190.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **42387**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Case 4:20-cv-00959-BJ   Document 14-11   Filed 10/12/20   Page 76 of 107   PageID 818

**LAWTON AUTO AUCTION**
1 SW 112 St.
Lawton, OK 73505

Nextgear - Funding Service
1320 City Center Dr Suit 100A.
Carmel, Indiana

46032-381599

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
**1N4BA41E46C810994**

YEAR
**2006**

MAKE
**NISS**

TITLE NO.
**810007013704**

BODY TYPE
**SD**

MODEL
**MAXIMA**

DATE 1st SOLD

DATE ISSUED
**21-Jun-2019**

AGENT NO.
**M8832**

APPLICATION DATE
**20-Jun-2019**

ODOMETER

**Exempt**

TYPE OF TITLE
**Original**

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

**MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47316219

(This is not a title number)





---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: **UD2133** )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA
MOTOR VEHICLE
**$3.50**
TAX STAMP
**2598513**

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*
Purchaser(s) Complete Address: *549 I-30 East   Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): *Christi Sanders*   Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this *12* Day of *July*, 20 *19*

Notary Public: *Kathy Martin* Commission Expiration:

*Notarization required only on seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME:_____ DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/04/2020
Print Time:  1:26 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   074

| BUYER(Purchaser) :P-109420    376 | | Seller     **UD2133** | SALE#:     39778 |
|---|---|---|---|
| Mike  Garrison | 903-951-8597 | UD2133  Mainer Ford | DATE:     1/29/20 |
| Rock Hill Used Cars | | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | | PO Box 834 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | | Okarche, OK 73762 | LANE |

| **VEHICLE DESCRIPTION** | | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|---|

SERIAL   1N4BA41E46C810994        810994
ODOMETER STATUS

| YEAR | 2006 | MAKE | NISSAN |
|---|---|---|---|
| MODEL | MAXIMA | BODY | SEDAN |
| COLOR | Maroon | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **39463**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 7,000 |
|---|---|---|
| | BUYER FEE: | 180.00 |
| | DRAFT FEE: | |
| | SALES TAX | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

| | TOTAL DUE: | 7,180.00 |
|---|---|---|
| | PAID: | 7,180.00 |

Transferee's (buyer) signature _____

| | BALANCE: | $0.00 |
|---|---|---|
| | PD BY:FI NEXT | |

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

Nextgear - Funding Service
1320 City Center Dr Suit 100A.
Carmel, Indiana

46032-381599

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FTWW33R09EA44875 | 2009 | FORD | | 810007133215 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | F3D | | | 03-Jul-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M6911 | Gray | 02-Jul-2019 | | Original |
| | | | Exempt | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

BEST TOWING & RECOVERY LLC
502 S 7TH ST
DUNCAN OK 73533-5123

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47363631

(This is not a title number)





## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: __UD__ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Todd Mikel Motors_

Purchaser(s) Complete Address: _3983 N Hwy 81, #8, Duncan, OK 73533_

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s) _____ mgr.   Printed Name of Seller(s): _WM Buckleman_

Subscribed and Sworn Before me this _12th_ Day of _July_, 20_19_

Notary Public _____   Commission Expiration: _10/28/19_

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _Rebecca A. Gordo_   Printed Name of Buyer(s): _Rebecca W. Gordon_

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD 5750_

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rock Hill Used Cars_

Purchaser(s) Complete Address: _549 Interstate 30 East Sulpher Springs_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_exempt_ (NO TENTHS)

[ ] 1. The odometer has exceeded its mechanical limits.
[ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _Blaine Mike_          Printed Name of Seller(s): _Blaine Mike_

Subscribed and Sworn to Before me this _25th_ Day of _July_, 20_19_

Notary Public: _____  Commission Expiration: _10/19/19_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

[ ] 1. The odometer has exceeded its mechanical limits.
[ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____          DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/04/2020
Print Time:  1:25 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **008**

| BUYER(Purchaser) :P-109420 | 376 | Seller | **UD-5750** | SALE#: | 39777 |
|---|---|---|---|---|---|
| Mike  Garrison | 903-951-8597 | UD-5750  Todd Mikel Motors | | DATE: | 1/29/20 |
| Rock Hill Used Cars | | Todd Mikel | | STATUS: | SLD |
| 549 Interstate 30 East | | 2537 N Hwy 81 | | DRIVE: | Green |
| Sulphur Springs, TX 75482 | | Duncan, OK 73533 | | LANE | |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL    1FTWW33R09EA44875        A44875
ODOMETER STATUS

| YEAR | 2008 | MAKE | FORD |
|---|---|---|---|
| MODEL | F350SD | BODY | CREW C |
| COLOR | Grey | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **244950**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

| | SALE PRICE: | 19,500 |
|---|---|---|
| | BUYER FEE: | 320.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 19,820.00 |
| | PAID: | 19,820.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

**LAWTON AUTO AUCTION**
1 SW 112 St.
Lawton, OK 73505

Nextgear - Funding Service
1320 City Center Dr Suit 100A.
Carmel, Indiana

46032-381599

# STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
| 3FRXF75S95V156426 | 2005 | FORD | 810004186186 |

| | | | |
|---|---|---|---|
| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
| ST | F750 | | 20-Sep-2017 |

| | | |
|---|---|---|
| AGENT NO. | ODOMETER | TYPE OF TITLE |
| M7275 | | Transfer |

Exempt

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MONTE FREEMAN
13204 S 118TH EAST AVE
BROKEN ARROW OK 74011

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

8/11/2017     MABREY BANK

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44785584
(This is not a title number.)

---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: _____, TX

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

Exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Monte     Printed Name of Seller(s): MONTE FREEMAN

Subscribed and Sworn to Before me this 6 Day of August, 20 19

Notary Public: Cade     Commission Expiration: 2-15-20

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

TRUE AND
EXACT COPY

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/20/2020
Print Time:  1:06 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   118 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **156426** | SALE#:      40116 |
|---|---|---|
| Mike  Garrison                903-951-8597 | 156426  Monte Freeman | DATE:      2/19/20 |
| Rock Hill Used Cars | Monte Freeman | STATUS:      SLD |
| 549 Interstate 30 East | 13204 S 118th East Ave | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Broken Arrow, OK 74011 | LANE |

**VEHICLE DESCRIPTION**

| | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL   3FRXF75S95V156426      **156426**
ODOMETER STATUS
YEAR    **2005**           MAKE   **FORD**
MODEL   **F750**          BODY   **2DR**
COLOR   **White**         RADIO
LICENSE                          FUEL    **Diesel**
TITLE                            TRANS  **AUTO**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **236400**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | SALE PRICE:      29,500 |
|---|---|
| | BUYER FEE:      490.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:    29,990.00 |
| | PAID: |
| | BALANCE:    $29,990.00 |
| | PD BY: |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER USA

Nextgear Capital
1320 City Center DR, Ste 100A
Carmel, IN· 46032

46032-381625

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FTNW21F42EA89984 | 2002 | FORD | | 810006533852 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | F2S | | | 10-Apr-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8804 | 09-Apr-2019 | | Original |
| | | Exempt | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

KEVIN VANZANT
PO BOX 1384
MUSTANG OK 73064-8384

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47022872

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *5191 30 E. Sulphur Springs, TX 75182*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

*exempt* (6 DIGITS NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): *Kevin Vanzant*

Subscribed and Sworn to Before me this *20th* Day of *Feb*, 20___

Notary Public: *Mardee Davis*   Commission Expiration: _____

*Notarization required only on seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____



MARDIE DAVIS
AND FOR
#14005426
EXP. 06/16/22
STATE OF OKLA.
NOTARY PUBLIC

VOID IF ALTERED

Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____ Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20____

Notary Public: _____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____ Printed Name of Buyer(s):_____

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____ Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20____

Notary Public: _____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____ Printed Name of Buyer(s):_____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/26/2020
Print Time:  3:24 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **020**

| | |
|---|---|
| **BUYER(Purchaser) :** P-109420          376 | **Seller**     **UD-8759** |
| Mike  Garrison                     903-951-8597 | UD-8759 Kevin Jones Auto Sales |
| Rock Hill Used Cars | Kevin Jones |
| 549 Interstate 30 East | 530 E.Jones |
| Sulphur Springs, TX 75482 | Hollis, OK 73550 |

| | |
|---|---|
| SALE#:     40217 |
| DATE:     2/26/20 |
| STATUS:     SLD |
| DRIVE:     Green |
| LANE |

**VEHICLE DESCRIPTION**

SERIAL    1FTNW21F42EA89984          **A89984**
ODOMETER STATUS
YEAR     2002          MAKE    FORD
MODEL    F250 SUPER D     BODY    QUAD P
COLOR     Red          RADIO
LICENSE          FUEL    Diesel
TITLE          TRANS   AUTO

| | |
|---|---|
| SALE PRICE: | 23,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,940.00 |
| PAID: | |
| BALANCE: | $23,940.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**     that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____  state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads    **210105**     miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FTEX15N9RKA15724 | 1994 | FORD | 810002503424 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F15 | 11/1/1993 | 8/25/2016 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| M2515 | Exempt | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SETH WADLEY AUTO GROUP
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43181283
(This is not a title number)



---



OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
1391008

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2430 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ROCK HILL USED CARS

**Purchaser(s) Complete Address:** 519 I-30 E. SULPHUR SPRGS TX 75482

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

EXEMPT (NO TENTHS)

☑ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** KSWA   **Printed Name of Seller(s):** KSWA

Subscribed and Sworn to Before me this 21 Day of February, 2020

**Notary Public:** Appel   Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**   **Printed Name of Buyer(s):**

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning——Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning——Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____ **DATE OF LIEN:**_____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**_____

Lawton Cache Auto Auction  *Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   3/05/2020
Print Time:  12:08 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                         UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2430** | SALE#:   40375 |
|---|---|---|
| Mike  Garrison            903-951-8597 | UD2430  Seth Wadley Auto Group | DATE:   3/04/20 |
| Rock Hill Used Cars | Sam Cash | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 650 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Pauls Valley, OK 73075 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FTEX15N9RKA15724   A15724 |
|---|

ODOMETER STATUS

| YEAR   1994 | MAKE   FORD |
|---|---|
| MODEL   F150 | BODY   SUPER |
| COLOR   WHITE | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS   AUTO |

| | SALE PRICE: | 8,800 |
|---|---|---|
| | BUYER FEE: | 190.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 8,990.00 |
| | PAID: | |
| | BALANCE: | $8,990.00 |
| | PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
   *(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **143260**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
      reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.



NextGear
13340 City Center Dr, Ste 100A
Carmel, IN 46032



06 MAR 2020 PM 5 L

OKLAHOMA CITY OK 730



LAWTON AUTO AUCTION
1 SW 11₂ ST.
Lawton, OK 73505

FOREVER/USA

1873i5B

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FDXE4FSXFDA07194 | 2015 | FORD | 810008029229 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| YY | ECONOLINE | | | 12-Feb-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M5116 | White | 11-Feb-2020 | 96604 Actual | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

TOMMY NIX AUTO GROUP LLC
PO BOX 1736
TAHLEQUAH OK 74465-1736

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48244734

(This is not a title number)





**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2804 )

OKLAHOMA MOTOR VEHICLE
**$3.50**
TAX STAMP
2903751

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock H.11 Used Cars

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

9 6 8 3 1 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Laura Jenkins    Printed Name of Seller(s): Laura Jenkins

Subscribed and Sworn to Before me this 10th Day of March , 20 20

Notary Public: Brittany Schnitzer    Commission Expiration April 25, 2023

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right*

BRITTANY SCHNITZER
Notary Public State of Oklahoma
Commission # 15003835
My Commission Expires 04-25-2023

Signature of Buyer(s):    Printed Name of Buyer(s):

**VOID IF ALTERED**

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration:_____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**_____ **Printed Name of Seller(s):**_____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration:_____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**_____ **Printed Name of Buyer(s):**_____

---

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____ **DATE OF LIEN:**_____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**_____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   3/13/2020
Print Time:  10:31 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **142**

| **BUYER(Purchaser) :**P-109420     376 | Seller     **UD-2804** | SALE#:     40490 |
|---|---|---|
| Mike  Garrison                    903-951-8597 | UD-2804 Tommy Nix Auto Group | DATE:     3/11/20 |
| Rock Hill Used Cars | Shagla Nix | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 1736 | DRIVE: |
| Sulphur Springs, TX 75482 | Tahlequah, OK 74485 | LANE |

| **VEHICLE DESCRIPTION** | ODOMETER DISCLOSURE STATEMENT |
|---|---|

| SERIAL   1FDXE4FSXFDA07194     A07194 |
| ODOMETER STATUS |
| YEAR     2015          MAKE   FORD |
| MODEL   ECONOLINE     BODY   2DR |
| COLOR   White          RADIO |
| LICENSE               FUEL   Gas |
| TITLE                 TRANS  AUTO |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **96831**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 25,000 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 25,440.00 |
| PAID: | |
| BALANCE: | $25,440.00 |
| PD BY: | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505



Next gear Capital
1320 City Center DR, Ste 100A
Carmel, IN 46032