

## Dealer Payoff Report

```
Requested By:      Burbank, David                                                                              Date: 11-MAY-20
Pool:              US POOL                                                                                     Time: 02:05:56pm
AFC Branch:        Dallas                                                                                      Page: 1
Dealer #:          443058
Calculated Through: 11-MAY-2020
Sort Order:        VEHICLE                        Include Forgiven: N          Show Recovery Detail: Y
Dealer Name:       Michael Vernon Garrison Dba: Rock Hill Used Cars
Dealer Address:    519 Interstate Highway 30 E, Sulphur Springs Tx 75482
Phone: 903-335-8928   Fax: 903-335-8253      Mobile: 903-951-8597      Email: Dgarrison31@Hotmail.Com    Restricted: Y         Potential Loss: Y
Credit Limit       $500,000.00                                         Terms 45  DAYS
```

**Contract Charges**

| Charge Date | Description     | Due Date   | Last Paid | Charge Amount | Balance  |
|-------------|-----------------|------------|-----------|---------------|----------|
| 17-FEB-20   | COURIER FEE     | 18-MAR-20  | $0.00     | $13.15        | $13.15   |
|             |                 |            |           | Contract Charges Due: | $13.15 |

**Vehicle Charges**

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Status | Recovery Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1028 | 3D7ML48C26G178761 | 06 | Ram 3500 | Repossessed | 31-JUL-19 | $21,940.00 | $12,013.44 | $353.09 | $230.00 | $628.66 | A | | | | $13,225.19 |
| 1029 | 3D7ML48A18G219298 | 08 | Ram 3500 | Repossessed | 31-JUL-19 | $25,440.00 | $13,929.88 | $409.43 | $230.00 | $681.19 | A | | | | $15,250.50 |
| 1034 | 1FTSW21P57EB14538 | 07 | F250sd | Repossessed | 21-AUG-19 | $20,440.00 | $11,184.77 | $255.11 | $230.00 | $543.00 | A | | | | $12,212.88 |
| 1037 | 5UTGN2428HM007662 | 17 | Car Trailer | Repossessed | 04-SEP-19 | $29,740.00 | $16,273.73 | $300.14 | $230.00 | $593.48 | A | | | | $17,397.35 |
| 1049 | 1GNEC16Z82J293191 | 02 | Suburban | Repossessed | 25-SEP-19 | $15,280.00 | $10,451.52 | $267.82 | $435.00 | $302.84 | A | | | | $11,457.18 |
| 1050 | JM1GG12L761105547 | 06 | Mazda6 | Repossessed | 25-SEP-19 | $13,270.00 | $9,076.68 | $232.58 | $435.00 | $276.45 | A | | | | $10,020.71 |
| 1053 | 1GRAA9224SB029809 | 95 | Trailer | Repossessed | 14-OCT-19 | $29,490.00 | $20,171.16 | $403.43 | $205.00 | $612.36 | A | | | | $21,391.95 |
| 1054 | 2B3CJ4DV0AH184071 | 10 | Challenger | Repossessed | 09-OCT-19 | $14,270.00 | $9,760.68 | $207.39 | $205.00 | $457.93 | A | | | | $10,631.00 |
| 1055 | 1FTSX20R89EA01704 | 09 | F250sd | Repossessed | 09-OCT-19 | $22,440.00 | $15,348.96 | $326.13 | $205.00 | $550.33 | A | | | | $16,430.42 |
| 1056 | 1HSBAHNXXH659029 | 99 | 8000-Series | Repossessed | 16-OCT-19 | $28,490.00 | $19,487.16 | $371.54 | $205.00 | $589.60 | A | | | | $20,653.30 |
| 1058 | 1FDNR72P7JVA28327 | 88 | N-Series | Repossessed | 16-OCT-19 | $18,290.00 | $12,510.36 | $238.52 | $205.00 | $484.60 | A | | | | $13,438.48 |
| 1062 | 1GC0KVCG2BZ387391 | 11 | Silverado 2500 | Repossessed | 30-OCT-19 | $16,780.00 | $14,346.90 | $417.17 | $180.00 | $547.92 | A | | | | $15,491.99 |
| 1068 | 1FT7W2BTXFEC20953 | 15 | F250sd | Repossessed | 27-NOV-19 | $30,500.00 | $30,500.00 | $1,477.28 | $145.00 | $871.50 | A | | | | $32,993.78 |
| 1079 | 1FD8W3HT2FEA32814 | 15 | F350sd | Repossessed | 03-JAN-20 | $35,070.00 | $33,316.50 | $759.90 | $85.00 | $718.48 | A | | | | $34,879.88 |
| 1080 | 1T9AS40285B540094 | 05 | Trailer | Repossessed | 03-JAN-20 | $16,780.00 | $15,941.00 | $363.59 | $85.00 | $498.72 | A | | | | $16,888.31 |

Status:      A-Active      U-Unforgiven      F-Forgiven



## Dealer Payoff Report

```
Requested By:      Burbank, David                                                                                  Date: 11-MAY-20
Pool:              US POOL                                                                                         Time: 02:05:56pm
AFC Branch:        Dallas                                                                                          Page: 2
Dealer #:          443058
Calculated Through: 11-MAY-2020
Sort Order:        VEHICLE                       Include Forgiven: N              Show Recovery Detail: Y
Dealer Name:       Michael Vernon Garrison Dba: Rock Hill Used Cars
Dealer Address:    519 Interstate Highway 30 E, Sulphur Springs Tx 75482
Phone: 903-335-8928    Fax: 903-335-8253         Mobile: 903-951-8597    Email: Dgarrison31@Hotmail.Com     Restricted: Y         Potential Loss: Y
Credit Limit       $500,000.00                                           Terms  45  DAYS
```

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Write Off Status | Recovery Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1081 | 3C63RRGL8EG149807 | 14 | 3500 | Repossessed | 08-JAN-20 | $27,980.00 | $26,581.00 | $564.78 | $85.00 | $665.06 | A | | | | $27,895.84 |
| 1084 | 1FT7W2BTXFEA02463 | 15 | F250sd | Received | 15-JAN-20 | $28,490.00 | $27,065.50 | $516.02 | $85.00 | $637.90 | A | | | | $28,304.42 |
| 1085 | 1GTJK33214F263548 | 04 | Sierra 3500 | Repossessed | 15-JAN-20 | $24,940.00 | $23,693.00 | $451.73 | $85.00 | $595.20 | A | | | | $24,824.93 |
| 1086 | 1FMJU1K54CEF09406 | 12 | Expedition | Repossessed | 22-JAN-20 | $23,440.00 | $22,268.00 | $371.04 | $85.00 | $545.62 | A | | | | $23,269.66 |
| 1087 | 1FMHK8F89BGA68442 | 11 | Explorer | Repossessed | 22-JAN-20 | $16,280.00 | $15,466.00 | $257.71 | $85.00 | $469.36 | A | | | | $16,278.07 |
| 1088 | 3D7KU28C64G204039 | 04 | Ram 2500 | Repossessed | 29-JAN-20 | $20,840.00 | $20,840.00 | $612.52 | $85.00 | $679.43 | A | | | | $22,216.95 |
| 1089 | 3D7MX48A37G804242 | 07 | Ram 3500 | Repossessed | 29-JAN-20 | $22,940.00 | $22,940.00 | $674.25 | $85.00 | $716.51 | A | | | | $24,415.76 |
| 1090 | 3D7KR28A48G116225 | 08 | Ram 2500 | Repossessed | 12-FEB-20 | $16,280.00 | $16,280.00 | $406.97 | $85.00 | $560.17 | A | | | | $17,332.14 |
| 1091 | 1FTHX25F0TEB25935 | 96 | F250 | Repossessed | 19-FEB-20 | $12,770.00 | $12,770.00 | $291.27 | $85.00 | $491.51 | A | | | | $13,637.78 |
| 1092 | 1FVACWDU5DHFA3237 | 13 | Freightliner | Repossessed | 19-FEB-20 | $29,490.00 | $29,490.00 | $672.63 | $85.00 | $726.03 | A | | | | $30,973.66 |
| 1093 | 1GCJK33265F919308 | 05 | Silverado 3500 | Received | 26-FEB-20 | $24,940.00 | $24,940.00 | $514.35 | $85.00 | $632.25 | A | | | | $26,171.60 |
| 1094 | 1GCJK33648F114088 | 08 | Silverado 3500 | Repossessed | 04-MAR-20 | $18,790.00 | $18,790.00 | $384.18 | $145.00 | $234.03 | A | | | | $19,553.21 |
| 1095 | 1HFVE04R7G4000179 | 16 | Pioneer 1000-5 Deluxe | Repossessed | 12-MAR-20 | $17,290.00 | $17,290.00 | $277.85 | $85.00 | $490.35 | A | | | | $18,143.20 |
| | | | | | Totals : | $622,690.00 | $522,726.24 | $12,378.42 | $4,475.00 | $15,800.48 | | | | | $555,380.14 |

**Total Payoff:   $555,393.29**

```
                    Status:    A-Active    U-Unforgiven    F-Forgiven
```