Lawton Cache Auto Auction

# EXHIBIT R

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/06/2019
Print Time: 10:55 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 106

| BUYER(Purchaser) :P-109420 376 | Seller P117163 | SALE#: 36237 |
|---|---|---|
| Mike Garrison 903-440-5557 | P117163 Parker Auto Auction | DATE: 7/31/19 |
| Rock Hill Used Cars | Colby Parker | STATUS: SLD |
| 549 Interstate 30 East | P.O. Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulpher Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 3D7ML48C26G178761 **178761**
ODOMETER STATUS
YEAR 2006 MAKE DODGE
MODEL RAM 3500 QUA BODY QUAD P
COLOR Silver RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **56423** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 21,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 21,940.00 |
| | PAID: | 21,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  8/06/2019
Print Time: 10:56 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   066

| | |
|---|---|
| **BUYER(Purchaser) :**P-109420    376 | Seller    **UD-9266** |
| Mike  Garrison                903-440-5557 | UD-9266  Advantage Truck -David Ivey |
| Rock Hill Used Cars | David Kroth |
| 549 Interstate 30 East | 1635 S. Green |
| Sulphur Springs, TX 75482 | Purcell, OK 73080 |

| | |
|---|---|
| SALE#: | 36236 |
| DATE: | 7/31/19 |
| STATUS: | SLD |
| DRIVE: | Yellow |
| LANE | |

**VEHICLE DESCRIPTION**

SERIAL   3D7ML48A18G219298      **219298**

ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2008 | MAKE | DODGE |
| MODEL | RAM 3500 | BODY | QUAD C |
| COLOR | SILVER | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | Conform/Clean | TRANS | |

| | |
|---|---|
| SALE PRICE: | 25,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 25,440.00 |
| PAID: | 25,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **87440**    miles and to t'
best of my knowledge,  it reflects the actual mileage of the vehicle, unles
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 8/21/2019
Print Time: 1:46 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT# | 020 |

| BUYER(Purchaser) :P-109420  376 | Seller  **UD2133** | SALE#:  36539 |
|---|---|---|
| Mike Garrison  903-440-5557 | UD2133 Mainer Ford | DATE:  8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:  SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1FTSW21P57EB14538  B14538
ODOMETER STATUS
YEAR  2007  MAKE  FORD
MODEL  F250 SUPER D  BODY  QUAD P
COLOR  GRAY  RADIO
LICENSE  FUEL
TITLE  TRANS  AUTO

| | SALE PRICE: | 20,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,440.00 |
| | PAID: | 20,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **42420**  miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.



443058 – 1034
ROCK HILL USED CARS
DALLAS
1FTSW21P57EB14538

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  9/04/2019
Print Time:  10:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  154

| BUYER(Purchaser) :P-109420      376 | Seller      M-7119 | SALE#:  36814 |
| --- | --- | --- |
| Mike Garrison          903-440-5557 | M-7119 Big Dawg Motors | DATE:  9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:  SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   5UTGN2428HM007662        007662
ODOMETER STATUS
YEAR      2017           MAKE   Tiger
MODEL    Car Trailer     BODY   TRAILE
COLOR                    RADIO
LICENSE                  FUEL
TITLE                    TRANS

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   00   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

| | SALE PRICE: | 29,250 |
| --- | --- | --- |
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,740.00 |
| | PAID: | 29,740.00 |
| | BALANCE: | $0.00 |
| | PD BY:FL | |
| | AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 021

| BUYER(Purchaser) :P-109420     376 | Seller     UD2133 | SALE#:   37288 |
|---|---|---|
| Mike Garrison     903-440-5557 | UD2133 Mainer Ford | DATE:   9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1GNEC16Z82J293191     293191
ODOMETER STATUS

| YEAR | 2002 | MAKE | CHEVROLE |
|---|---|---|---|
| MODEL | C1500 | BODY | WAGON |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | MANUAL |

| | SALE PRICE: | 15,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,280.00 |
| | PAID: | |
| | BALANCE: | $15,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires     that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____     state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  82433    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/02/2019
Print Time: 10:20 AM

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT# **020**

| BUYER(Purchaser) :P-109420 376 | Seller **UD2133** | | |
|---|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | SALE#: **37287** | |
| Rock Hill Used Cars | Christi Sanders | DATE: 9/25/19 | |
| 549 Interstate 30 East | PO Box 834 | STATUS: **SLD** | |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | DRIVE: | |
| | | LANE | |

**VEHICLE DESCRIPTION**

SERIAL JM1GG12L761105547 **105547**
ODOMETER STATUS
YEAR **2001** MAKE **MAZDA**
MODEL MAZDASPEED6 BODY **SEDAN**
COLOR **Gray** RADIO
LICENSE FUEL **Gas**
TITLE TRANS **AUTO**

| | SALE PRICE: | 13,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 13,270.00 |
| | PAID: | |
| | BALANCE: | $13,270.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
(Transferor's /seller hand printed name)

(Of the vehicle herein described) now reads **51423** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale, LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/14/2019
Print Time: 2:31 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 148

| BUYER(Purchaser) :P-109420 | 376 |
|---|---|
| Mike Garrison | 903-440-5557 |
| Rock Hill Used Cars | |
| 549 Interstate 30 East | |
| Sulphur Springs, TX 75482 | |

Seller **UD-7857**
UD-7857 Lawton Cache Auto Auction
Emmett Druien
1 SW 112th Street
Lawton, OK 73505

| SALE#: | 37366 |
|---|---|
| DATE: | 10/02/19 |
| STATUS: | SLD |
| DRIVE: | Green |
| LANE | |

**VEHICLE DESCRIPTION**

| SERIAL | 1GRAA9224SB029809 | 029809 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 1995 | MAKE Great Dane |
| MODEL | Trailer | BODY VAN |
| COLOR | White | RADIO |
| LICENSE | | FUEL |
| TITLE | | TRANS |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **01**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 29,000 |
|---|---|
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | 29,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI | |
| AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before during or after the
sale. LAWTON CACHE AUCTION DOES NOT HAVE INSURANCE COVERING ANY VF                                         : is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the                     is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all item:                    chase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold throu;                      er
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbranc            s agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purcha
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the nigl
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/15/2019
Print Time: 11:33 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  032

| BUYER(Purchaser) :P-109420 376 | Seller     UD2133 | SALE#:     37580 |
| Mike Garrison            903-440-5557 | UD2133 Mainer Ford | DATE:   10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071     184071
ODOMETER STATUS
YEAR     2010          MAKE  DODGE
MODEL   CHALLENGER  BODY  2D COU
COLOR   Black         RADIO
LICENSE                FUEL  Diesel
TITLE                  TRANS AUTO

| | SALE PRICE:   14,000 |
| | BUYER FEE:   270.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   14,270.00 |
| ATC | PAID: |
| | BALANCE:   $14,270.00 |
| | PD BY: |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  154868   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Aut
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

ROCK HILL USED CARS
DALLAS
2B3CJ4DV0 AH184071

443058 – 1054

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:32 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| **BUYER(Purchaser) :**P-109420   376 | Seller   **P148883** | SALE#:   37578 |
|---|---|---|
| Mike Garrison   903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL | 1FTSX20R89EA01704 | A01704 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2009 | MAKE | FORD |
| MODEL | F250SD | BODY | SUPERC |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **345169** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 22,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,440.00 |
| A↑C | PAID: | |
| | BALANCE: | $22,440.00 |
| | PD BY: | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Case 4:20-cv-00059-P Document 14-18 Filed 08/25/20 Page 10 of 28 PageID 4673

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **033**

| BUYER(Purchaser) :P-109420 376 | Seller **P-117163** | SALE#: 37726 |
|---|---|---|
| Mike Garrison 903-440-5557 | P-117163 Star Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS: SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1HSHBAHNXXH659029 659029
ODOMETER STATUS
YEAR 1999    MAKE Intl
MODEL 8000    BODY
COLOR White    RADIO
LICENSE    FUEL Diesel
TITLE    TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | |
| BALANCE: | $28,490.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **264320** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Case 4:20-cv-00059-P   Document 14-18   Filed 08/25/20   Page 11 of 28   PageID 274

## Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 033 |
|---|---|---|

| **BUYER(Purchaser) :** P-109420    376 | Seller    **P-117163** | SALE#:    37726 |
|---|---|---|
| Mike Garrison    903-440-5557 | P-117163  Star Motors | DATE:    10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:    SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

### VEHICLE DESCRIPTION

| | |
|---|---|
| SERIAL   1HSHBAHNXXH659029    659029 | |
| ODOMETER STATUS | |
| YEAR   1999 | MAKE   Intl |
| MODEL   8000 | BODY |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS  AUTO |

| | | |
|---|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | |
| BALANCE: | $28,490.00 |
| PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **264320**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Case 4:20-cv-00059-P Document 14-18 Filed 08/25/20 Page 21 of 28 PageID 1675

# Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 11/05/2019
Print Time: 11:00 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | 11-5-19 | UNIT# | 009 |
|---|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-6418** | SALE#: | 38054 |
|---|---|---|---|
| Mike Garrison    903-440-5557 | UD-6418 Executive Kars | DATE: | 10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS: | SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE | |

## VEHICLE DESCRIPTION

SERIAL   1GC0KVCG2BZ387391    387391
ODOMETER STATUS
YEAR   2011    MAKE   CHEVROLE
MODEL   SILVERADO 25   BODY   REG CA
COLOR   White    RADIO
LICENSE    FUEL   Diesel
TITLE    TRANS   AUTO

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **266956**    miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

| | SALE PRICE: | 16,500 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| | PD BY FI | |
| | AFC | |

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 – 1062
ROCK HILL USED CARS
DALLAS
B
1GC0KVCG2 BZ387391

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Aut
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:14 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 075

| BUYER(Purchaser) :P-109420 376 | Seller **UD2133** | SALE#: 38503 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FT7W2BTXFEC20953 C20953

ODOMETER STATUS

YEAR 2015    MAKE FORD

MODEL F250SD    BODY CREW C

COLOR Black    RADIO

LICENSE    FUEL Diesel

TITLE    TRANS AUTO

| | | |
|---|---|---|
| SALE PRICE: | 30,000 |
| BUYER FEE: | 500.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 30,500.00 |
| PAID: | 30,500.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **185470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 - 1068
ROCK HILL USED CARS DALLAS
1FT7W2BTX FEC20953

Lawton Cache Auto Auction

 **COMPLETED**

1-7-20

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   1/06/2020
Print Time:  2:52 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420        376 | Seller       **A32814** | SALE#:      39208 |
|---|---|---|
| Mike  Garrison                      903-440-5557 | A32814 ENVIROCLEAN | DATE:       1/03/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:        SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:       Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FD8W3HT2FEA32814          A32814 | |
|---|---|
| ODOMETER STATUS | |
| YEAR      2015 | MAKE  FORD |
| MODEL    F350 | BODY  4DR |
| COLOR    White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

| | SALE PRICE: | 34,500 |
|---|---|---|
| | BUYER FEE: | 570.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 35,070.00 |
| | PAID: | 35,070.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI  AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **112637**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.



443058 — 1079
ROCK HILL USED CARS
DALLAS
1FD8W3HT2 | FEA32814

Lawton Cache Auto Auction

 **COMPLETED**

$2.7.20$

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/06/2020
Print Time: 2:57 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  022

| BUYER(Purchaser) :P-109420  376 | Seller     **UD-5503** | SALE#:  39207 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD-5503  GPR Auto & Truck Sales | DATE:  1/03/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:  **SLD** |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:  Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1T9AS40285B540094   **540094**
ODOMETER STATUS
YEAR   **2005**   MAKE  Tak
MODEL   Trailer   BODY
COLOR   Black   RADIO
LICENSE   FUEL
TITLE   TRANS

| | SALE PRICE: | 16,500 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

ROCK HILL USED CARS   DALLAS   B   1T9AS40285B540094   4443058 – 1080

**Lawton Cache Auto Auction**

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/09/2020
Print Time: 3:44 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# 148 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-4843** | SALE#:    39378 |
|---|---|---|
| Mike  Garrison    903-440-5557 | UD-4843  Bottoms Up Motorsports | DATE:    1/08/20 |
| Rock Hill Used Cars | Michael Lawson | STATUS:    SLD |
| 549 Interstate 30 East | Po Box 187 | DRIVE: |
| Sulphur Springs, TX 75482 | Collinville, OK 74021 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   3C63RRGL8EG149807    149807 |
|---|
| ODOMETER STATUS |

| YEAR | 2014 | MAKE | RAM |
|---|---|---|---|
| MODEL | 3500 | BODY | 4DR |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 27,500 |
|---|---|---|
| | BUYER FEE: | 480.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 27,980.00 |
| | PAID: | |
| | BALANCE: | $27,980.00 |
| | PD BY: | APC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **149460** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS
4443058 – 1081
3C63RRGL8 EG149807
DALLAS  B

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/15/2020
Print Time: 1:28 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 162

| BUYER(Purchaser) :P-109420 376 | Seller **A32814** | SALE#: 39466 |
|---|---|---|
| Mike Garrison 903-440-5557 | A32814 ENVIROCLEAN | DATE: 1/15/20 |
| Rock Hill Used Cars | Cat Lard | STATUS: SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

| | | |
|---|---|---|
| SERIAL | 1FT7W2BTXFEA02463 | A02463 |
| ODOMETER STATUS | | |
| YEAR | 2015 | MAKE FORD |
| MODEL | F250SD | BODY CREW C |
| COLOR | White | RADIO |
| LICENSE | | FUEL Diesel |
| TITLE | | TRANS AUTO |

| | |
|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | 28,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **147864** miles and t
best of my knowledge, it reflects the actual mileage of the vehicle, un
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/15/2020
Print Time: 1:23 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 034

| BUYER(Purchaser) :P-109420 376 | Seller **UD-2790** | SALE#: 39463 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-2790 Rick Jones Buick-GMC Inc | DATE: 1/15/20 |
| Rock Hill Used Cars | Kathy Loula | STATUS: SLD |
| 549 Interstate 30 East | PO Box 158 | DRIVE: Green |
| Sulphur Springs, TX 75482 | El Reno, OK 73036 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

**VEHICLE DESCRIPTION**

SERIAL 1GTJK33214F263548 263548
ODOMETER STATUS
YEAR 2004 MAKE GMC
MODEL SIERRA BODY QUAD P
COLOR Tan RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| SALE PRICE: | 24,500 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 24,940.00 |
| PAID: | 24,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **124500** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after pu The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Se warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory par that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to you daily.



4443058 – 1085
ROCK HILL USED CARS
DALLAS
1GTJK3321 4F263548

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 2:50 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **026**

| BUYER(Purchaser) :P-109420      376 | Seller     **UD2133** | SALE#:      39651 |
|---|---|---|
| Mike   Garrison               903-951-8597 | UD2133  Mainer Ford | DATE:     1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | | | ODOMETER DISCLOSURE STATEMENT |

SERIAL   1FMJU1K54CEF09406      **F09406**

ODOMETER STATUS

| YEAR | 2012 | MAKE | FORD |
| MODEL | EXPEDITION | BODY | 4D UTI |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **106157**   miles and best of my knowledge, it reflects the actual mileage of the vehicle, ur one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer readin reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| SALE PRICE: | 23,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,440.00 |
| PAID: | 23,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

| Lawton Cache Auto Auction | | **INVOICE & BILL OF SALE** |
|---|---|---|
| | | 580-536-4645 |
| 1 Southwest 112th St. | | Print Date:  1/28/2020 |
| Lawton, OK 73505 | | Print Time:  2:44 PM |

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | | UNIT#  **085** |

| BUYER(Purchaser) :P-109420    376 | Seller    **UD2133** | SALE#:    39650 |
|---|---|---|
| Mike  Garrison            903-951-8597 | UD2133  Mainer Ford | DATE:    1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FMHK8F89BGA68442    A68442 | |
|---|---|
| ODOMETER STATUS | |
| YEAR    2010 | MAKE  FORD |
| MODEL   EXPLORER | BODY  4D UTI |
| COLOR   Black | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

| | SALE PRICE:    16,000 |
|---|---|
| | BUYER FEE:    280.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   16,280.00 |
| | PAID:        16,280.00 |
| | BALANCE:        $0.00 |
| | PD BY:FI
AFC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **135484**    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

ROCK HILL USED CARS
DALLAS
1FMHK8F89  BGA68442
4443058 – 1087

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 1/30/2020
Print Time: 10:29 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 073

| **BUYER(Purchaser) :**P-109420    376 | Seller    204039 | SALE#:    39774 |
|---|---|---|
| Mike  Garrison    903-951-8597 | 204039  Christopher Brady | DATE:    1/29/20 |
| Rock Hill Used Cars | Christopher Brady | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 525 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Quitman, TX 75783 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KU28C64G204039    204039

ODOMETER STATUS

| YEAR | 2004 | MAKE | DODGE |
|---|---|---|---|
| MODEL | RAM 2500 QUA | BODY | QUAD P |
| COLOR | Gold | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 20,400 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,840.00 |
| | PAID: | 20,840.00 |
| | BALANCE: | $0.00 |
| PD BY:FI AFC | | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **149263** miles and to best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS DALLAS    3D7KU28C64G204039    443058 – 1088

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 1/30/2020
Print Time: 10:28 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **069**

| BUYER(Purchaser) :P-109420    376 | Seller    **SB** | SALE#: | 39773 |
|---|---|---|---|
| Mike Garrison    903-951-8597 | SB Security State Bank | DATE: | 1/29/20 |
| Rock Hill Used Cars | R Chang | STATUS: | SLD |
| 549 Interstate 30 East | PO Box 749 | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Wewoka, OK 74884 | LANE | |

| **VEHICLE DESCRIPTION** | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**SERIAL**    3D7MX48A37G804242    **804242**
ODOMETER STATUS
**YEAR**    2007     **MAKE**   DODGE
**MODEL**   RAM 3500    **BODY**   QUAD C
**COLOR**   Blue     **RADIO**
**LICENSE**       **FUEL**   Diesel
**TITLE**       **TRANS** AUTO

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **123470**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 22,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,940.00 |
| | PAID: | 22,940.00 |
| | BALANCE: | $0.00 |
| PD BY:FI AFC | | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton C Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, durin sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The bu expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after p The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 2/13/2020
Print Time: 3:54 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

| BUYER(Purchaser) :P-109420 376 | Seller **UD-5503** | SALE#: 39968 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD-5503 GPR Auto & Truck Sales | DATE: 2/12/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS: SLD |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE: Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 3D7KR28A48G116225 | 116225 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2008 | MAKE DODGE |
| MODEL | RAM 2500 | BODY QUAD C |
| COLOR | Silver | RADIO |
| LICENSE | | FUEL Diesel |
| TITLE | | TRANS AUTO |

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | |
| | BALANCE: | $16,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **231360** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:07 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# 117 |
|---|---|

| BUYER(Purchaser) :P-109420   376 | Seller **UD2860** | SALE#: 40115 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD2860  Seth Wadley Ford Lincoln | DATE: 2/19/20 |
| Rock Hill Used Cars | Davi Hardimest | STATUS: SLD |
| 549 Interstate 30 East | 519 I-30 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL  1FTHX25F0TEB25935   **B25935**
ODOMETER STATUS
YEAR  1996    MAKE  FORD
MODEL  F250    BODY  SUPER
COLOR  Blue    RADIO
LICENSE    FUEL  Diesel
TITLE    TRANS  AUTO

| | SALE PRICE: | 12,500 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| AFC | TOTAL DUE: | 12,770.00 |
| | PAID: | |
| | BALANCE: | $12,770.00 |
| | PD BY: | |

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **181014**    miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  009

| BUYER(Purchaser) :P-109420  376 | Seller  33156 | SALE#: 40117 |
|---|---|---|
| Mike  Garrison  903-951-8597 | 33156 Ryder Truck Rental Lt | DATE: 2/19/20 |
| Rock Hill Used Cars | | STATUS: SLD |
| 549 Interstate 30 East | 4040 NW 72 Ave | DRIVE: Red |
| Sulphur Springs, TX 75482 | Miami, FL 33156 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1FVACWDU5DHFA3237  FA3237
ODOMETER STATUS
YEAR  2013  MAKE  Frieghtline
MODEL  16m  BODY
COLOR  RADIO
LICENSE  FUEL
TITLE  TRANS

| | SALE PRICE: | 29,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| . | TOTAL DUE: | 29,490.00 |
| AFC | PAID: | |
| | BALANCE: | $29,490.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or afte
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchas
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties ag
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

ROCK HILL USED CARS
DALLAS
443058 – 1092
1FVACWDU5DHFA3237

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/26/2020
Print Time:  3:00 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-2332** | SALE#:   40211 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD-2332 Jacksons Chevrolet Of Kingfish | DATE:   2/26/20 |
| Rock Hill Used Cars | Karen Mccarthy | STATUS:   SLD |
| 549 Interstate 30 East | 2600 Frontage Rd. | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Kingfisher, OK 73750 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 1GCJK33265F919308 | | 919308 |
|---|---|---|---|
| ODOMETER STATUS | | | |
| YEAR | 2005 | MAKE | CHEVROLE |
| MODEL | SILVERADO | BODY | QUAD P |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 24,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 24,940.00 |
| | PAID: | |
| | BALANCE: | $24,940.00 |
| | PD BY: | |

AFC

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____  state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **165470**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/05/2020
Print Time: 12:28 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT# | 049 |

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-6768** | SALE#:    40376 |
|---|---|---|
| Mike  Garrison    903-951-8597 | UD-6768 LEE AUTO SALE | DATE:    3/04/20 |
| Rock Hill Used Cars | CHARLES LEE | STATUS:    SLD |
| 549 Interstate 30 East | 1300 SOUTH MAIN | DRIVE:    Green |
| Sulphur Springs, TX 75482 | MCALLISTER, OK | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL  1GCJK33648F114088        114088
ODOMETER STATUS
YEAR    2008            MAKE    CHEVROLET
MODEL   SILVERADO 35  BODY   CREW C
COLOR   BLACK          RADIO
LICENSE                FUEL    Diesel
TITLE                  TRANS   AUTO

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **143220**    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | SALE PRICE: | 18,500 |
|---|---|---|
| | BUYER FEE: | 290.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 18,790.00 |
| | PAID: | |
| | BALANCE: | $18,790.00 |
| | PD BY: | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/12/2020
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT# | 121 |

| BUYER(Purchaser) :P-109420 | 376 | Seller | P132441W | SALE#: | 40489 |
|---|---|---|---|---|---|
| Mike Garrison | 903-951-8597 | P132441W Austin Financial Services | | DATE: | 3/11/20 |
| Rock Hill Used Cars | | Michael Garrett | | STATUS: | SLD |
| 549 Interstate 30 East | | 549 Interstate Hwy 30 E | | DRIVE: | Green |
| Sulphur Springs, TX 75482 | | Sulper Springs, TX 75401 | | LANE | |

| VEHICLE DESCRIPTION | | | |
|---|---|---|---|
| SERIAL 1HFVE04R7G4000179 | 000179 | | |
| ODOMETER STATUS | | | |
| YEAR 2004 | | MAKE Honda | |
| MODEL | | BODY | |
| COLOR Black | | RADIO | |
| LICENSE | | FUEL Gas | |
| TITLE | | TRANS | |

| | | |
|---|---|---|
| SALE PRICE: | 17,000 |
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 17,290.00 |
| PAID: | |
| BALANCE: | $17,290.00 |
| PD BY: | |

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **445** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or at sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale i₅ a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.