IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NextGear Capital Inc et al,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | **Criminal Action No. 4:20-CV-959-P** |
| **Druien, Inc. et al,** | § § § | |
| Defendants. | § § § | |

### ORDER OF REASSIGNMENT

It is **ORDERED** that this matter be reassigned to the docket of United States Magistrate Judge Jeffrey L. Cureton to conduct all further proceedings. The Clerk of Court is ordered to change the case letter designation to a 'BJ'.

**SO ORDERED** on this **27th day** of **October, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE