IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL INC., et al, <br> PLAINTIFFS, | § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. 4:20-CV-959-BJ <br> ECF |
| DRUIEN, INC., et al, <br> DEFENDANTS. | § <br> § <br> § | |

## ORDER FOR REVISED JOINT STATUS REPORT
## AND
## MODIFIED INSTRUCTIONS FOR ELECTRONIC CASE FILING (ECF)

Following the consent of all parties, the above-numbered and styled cause of action was transferred to the docket of the United States Magistrate Judge. This Court has reviewed the parties' Joint Scheduling Report (doc 16) filed at the direction of the United States District Judge.[1] To enable this Court to enter an appropriate Scheduling Order, it is **ORDERED** that within **twenty-one (21) days** of the date of this Order the parties file a Revised Joint Status Report that will include the following information:

(1) An update on settlement prospects, if any;

(2) Any change in the parties' anticipated discovery completion date;

(3) Two agreed dates for trial of this cause of action that are within a reasonable time from the date of this order, taking into consideration the length of time the parties need to complete discovery, file pre-trial motions, and prepare for trial;[2]

---

[1] The Court incorporates the instructions and requirements set forth in the Order Requiring Scheduling Conference and Report for Contents of Scheduling Order issued by the District Judge and expects the parties to abide by such instructions and requirements.

[2] By way of this Order, the parties are informed that this Court schedules only one case for trial for each setting. The parties should be prepared to go to trial on either of the two requested trial dates.

(4) If the parties require an electronic courtroom during the trial;[3] and

(5) Any other matters relevant to the status and disposition of this case.

Any differences between counsel as to any of the above matters shall be set forth in the report. All parties must participate in the preparation of the revised report, but Plaintiff's counsel is responsible for filing the Revised Status Report.

It is **FURTHER ORDERED** that all filings in this case will continue to be governed by the local rules governing electronic case filing **with the following modification**:

Local Civil rule 7.1.(c) is modified in that proposed orders shall be submitted electronically with **every** motion by e-mailing the order to: cureton_orders@txnd.uscourts.gov in WordPerfect or Word format. These orders must be submitted via e-mail either prior to or simultaneously with the filing of the motion as instructed under the ECF system's "Proposed Orders" event.

It is **FURTHER ORDERED** that all future filings in this cause shall bear civil action number **4:20-CV-959-BJ** to reflect that the undersigned is the presiding judge in this action. Failure to use the correct civil action number, including the letter designation "**-BJ**," results in the misrouting of pleadings, motions and other documents and impedes the court's ability to review matters in a timely manner. Filings with an incorrect civil action number may be unfiled.

SIGNED: October 28, 2020.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[3] If the parties request an electronic courtroom, they must contact chambers at 817-850-6690 no later than five (5) business days before trial to schedule training on the use of the electronic equipment.