**FILED**
**November 5, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT  bb

4:20-cv-959-P
Doc 17

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

LEGAL NORTH TEXAS TX 750
28 OCT 2020PM

PITNEY BOWES
$ 000.50⁰
OCT 27 2020
MAILED FROM ZIP CODE 76102

FORT WORTH DIVISION
RECEIVED
2020 NOV -5 PM 12:26

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

NIXIE   750  FE 1         0011/03/20
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 76102364185    *2834-02416-28-46*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NextGear Capital Inc et al, | § | |
| Plaintiffs, | § | |
| v. | § | Criminal Action No. 4:20-CV-959-P |
| Druien, Inc. et al, | § | |
| Defendants. | § | |

**ORDER OF REASSIGNMENT**

It is **ORDERED** that this matter be reassigned to the docket of United States Magistrate Judge Jeffrey L. Cureton to conduct all further proceedings. The Clerk of Court is ordered to change the case letter designation to a 'BJ'.

**SO ORDERED** on this **27th day** of **October, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE