4:20cv959; Doc. 18

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P    OCT 28 2020
0000910049
MAILED FROM ZIP CODE 76102

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2020 NOV -9 PM 1:30

DEPUTY CLERK

LEGAL MAIL
76102>3641

NIXIE      750    FE 1       0011/03/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 76102364185      *1882-03073-05-25

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL INC., et al,<br>PLAINTIFFS, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-959-BJ<br>ECF |
| DRUIEN, INC., et al,<br>DEFENDANTS. | § § § | |

ORDER FOR REVISED JOINT STATUS REPORT
AND
MODIFIED INSTRUCTIONS FOR ELECTRONIC CASE FILING (ECF)

Following the consent of all parties, the above-numbered and styled cause of action was transferred to the docket of the United States Magistrate Judge. This Court has reviewed the parties' Joint Scheduling Report (doc 16) filed at the direction of the United States District Judge.[1] To enable this Court to enter an appropriate Scheduling Order, it is **ORDERED** that within **twenty-one (21) days** of the date of this Order the parties file a Revised Joint Status Report that will include the following information:

(1) An update on settlement prospects, if any;

(2) Any change in the parties' anticipated discovery completion date;

(3) Two agreed dates for trial of this cause of action that are within a reasonable time from the date of this order, taking into consideration the length of time the parties need to complete discovery, file pre-trial motions, and prepare for trial;[2]

---

[1] The Court incorporates the instructions and requirements set forth in the Order Requiring Scheduling Conference and Report for Contents of Scheduling Order issued by the District Judge and expects the parties to abide by such instructions and requirements.

[2] By way of this Order, the parties are informed that this Court schedules only one case for trial for each setting. The parties should be prepared to go to trial on either of the two requested trial dates.

(4) If the parties require an electronic courtroom during the trial;[3] and

(5) Any other matters relevant to the status and disposition of this case.

Any differences between counsel as to any of the above matters shall be set forth in the report. All parties must participate in the preparation of the revised report, but Plaintiff's counsel is responsible for filing the Revised Status Report.

It is **FURTHER ORDERED** that all filings in this case will continue to be governed by the local rules governing electronic case filing **with the following modification**:

> Local Civil rule 7.1.(c) is modified in that proposed orders shall be submitted electronically with **every** motion by e-mailing the order to: cureton_orders@txnd.uscourts.gov in WordPerfect or Word format. These orders must be submitted via e-mail either prior to or simultaneously with the filing of the motion as instructed under the ECF system's "Proposed Orders" event.

It is **FURTHER ORDERED** that all future filings in this cause shall bear civil action number **4:20-CV-959-BJ** to reflect that the undersigned is the presiding judge in this action. Failure to use the correct civil action number, including the letter designation "**-BJ**," results in the misrouting of pleadings, motions and other documents and impedes the court's ability to review matters in a timely manner. Filings with an incorrect civil action number may be unfiled.

SIGNED: October 28, 2020.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[3] If the parties request an electronic courtroom, they must contact chambers at 817-850-6690 no later than five (5) business days before trial to schedule training on the use of the electronic equipment.

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<12722737@txnd.uscourts.gov>
Subject:Activity in Case 4:20-cv-00959-BJ NextGear Capital Inc et al v. Druien,
Inc. et al Order
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 10/28/2020 10:56 AM CDT and filed
on 10/28/2020


Case Name: NextGear Capital Inc et al
v. Druien, Inc. et al
Case Number: 4:20-cv-00959-BJ
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?337068

Filer:


Document Number: 18


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/1771113725867?caseid=337068&de_seq_num=62&magi
c_num=MAGIC


Docket Text:
ORDER FOR REVISED JOINT STATUS REPORT
AND MODIFIED INSTRUCTIONS FOR ELECTRONIC CASE FILING (ECF): To enable
this Court to enter an appropriate Scheduling Order, it is ORDERED that
within twenty-one (21) days of the date of this Order the parties file a
Revised Joint Status Report. It is FURTHER ORDERED that all future filings
in this cause shall bear civil action number 4:20-CV-959-BJ. (see order
for specifics) (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/28/2020)
(tln)


4:20-cv-00959-BJ Notice has been electronically mailed to:
Alan B Padfield   abp@padfieldstout.com, tneal@padfieldstout.com

Joseph M Vacek   jvacek@galyen.com, CivilLaw@galyen.com, golivares@galyen.com

Christopher Arisco   carisco@padfieldstout.com

4:20-cv-00959-BJ Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments).

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

Michael Vernon Garrison
549 I-30 E.
Sulphur Springs, TX 75482


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=10/28/2020] [FileNumber=12722735-0]
[73a3124f231b461369000c69af4f9baf0ce730271d6661ccc1dd1d2b468087829d9d0d1590b35ac
b9e8a08b001962d6fd5dadb122a99efbb29b795b07a16def1]]