**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>          Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br><br>          Defendants. | Civil Action No. 4:20-CV-959-BJ |

---

### NOTICE OF SUBPOENA COMMANDING THE PRODUCTION OF DOCUMENTS

---

NextGear Capital, Inc. and Automotive Finance Corporation, plaintiffs in the above-styled civil federal action, hereby give notice pursuant to FED. R. CIV. P. 45(a)(4) to all parties that it intends to serve the attached subpoena commanding the production of documents upon Mainer Auto Group, LP d/b/a Mainer Ford.

Respectfully submitted,

PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
817-338-1616  phone
817-338-1610  fax

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D. # 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear Capital, Inc. and*
*Automotive Finance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I served a copy of the foregoing Notice of Subpoena Commanding The Production of Documents to Druien, Inc. and Lisa Druien, by and through their attorney of record, via e-mail at jvacek@galyen.com and certified mail at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, and defendants Michael Vernon Garrison, *pro se*, at 549 I-30 E., Sulphur Springs, Texas 75482, and Austin Michael Garrison, *pro se*, at 4658 I-30 E., Sulphur Springs, Texas 75482.

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D. # 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear Capital, Inc. and*
*Automotive Finance Corporation*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| NextGear Capital, Inc. and Automotive Finance Corp | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:20-CV-959-BJ |
| Druien, Inc. d/b/a Lawton Auto Auction, Lisa Druien, | ) | |
| Michael Garrison and Austin Garrison | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Mainer Auto Group, LP d/b/a Mainer Ford, b/s Mainer Ford at 1724 NW 234th Street NW, Okarche, OK 73762.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents related to the sale or transfer of vehicles identified in the attached Exhibit "A" Duces Tecum, and complete, sign, have notarized, and return the attached business records affidavit along with any responsive documents produced. Blanks preceded with the "*" symbol in the business records affidavit must be complete.

| Place: Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102 | Date and Time: <br><br> 02/15/2020 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/06/2021

         *CLERK OF COURT*

                                OR

| _____ | _____ |
|---|---|
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   NextGear Capital, Inc. and Automotive Finance Corporation                      , who issues or requests this subpoena, are:

Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102, carisco@padfieldstout.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   4:20-CV-959-BJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person '
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT "A"
## DUCES TECUM

**Documents and Records to be Produced:**

Document Requests Related to 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303

1.  Produce all auction invoices, receipts, and statements related to the sale of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303, which is identified in the Exhibit "B" Lawton Auto Auction invoice dated August 14, 2019.

2.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303.

3.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303.

4.  Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 to Rock Hill Used Cars in June of 2019 as set forth in the attached Exhibit "C" Texas Certificate of Title.

5.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 from January 1, 2019, to present.

6.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 from January 1, 2019, to present.

7.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 from January 1, 2019, to present.

8.  Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 from January 1, 2019, to present.

9.  Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2004 Chevrolet Avalanche, VIN # 3GNEC12T04G171303 from January 1, 2019, to present.

Document Requests Related to 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679

10. Produce all auction invoices, receipts, and statements related to the sale of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679, which is identified in the Exhibit "D" Lawton Auto Auction invoice dated October 30, 2019.

11. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR26067903.

12. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679.

13. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 to Rock Hill Used Cars in June of 2019 as set forth in the attached Exhibit "E" Texas Certificate of Title.

14. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 from January 1, 2019, to present.

15. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 from January 1, 2019, to present.

16. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 from January 1, 2019, to present.

17. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 from January 1, 2019, to present.

18. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2011 Chevrolet Tahoe, VIN # 1GNSCDFJ5BR260679 from January 1, 2019, to present.

Document Requests Related to 1996 Ford Windstar, VIN # 2FMDA5148TBB47033

19. Produce all auction invoices, receipts, and statements related to the sale of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033, which is identified in the Exhibit "F" Lawton Auto Auction invoice dated January 29, 2020.

20. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033.

21. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033.

22. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 to Rock Hill Used Cars in July of 2019 as set forth in the attached Exhibit "G" Texas Certificate of Title.

23. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 from January 1, 2019, to present.

24. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 from January 1, 2019, to present.

25. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 from January 1, 2019, to present.

26. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 from January 1, 2019, to present.

27. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 1996 Ford Windstar, VIN # 2FMDA5148TBB47033 from January 1, 2019, to present.

<u>Document Requests Related to 2006 Nissan Maxima, VIN # 1N4BA41E46C810994</u>

1.  Produce all auction invoices, receipts, and statements related to the sale of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994, which is identified in the Exhibit "H" Lawton Auto Auction invoice dated January 29, 2020.

2.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994.

3.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994.

4.  Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 to Rock Hill Used Cars in July of 2019 as set forth in the attached Exhibit "I" Texas Certificate of Title.

5.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 from January 1, 2019, to present.

6.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 from January 1, 2019, to present.

7.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 from January 1, 2019, to present.

8.  Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 from January 1, 2019, to present.

9.  Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2006 Nissan Maxima, VIN # 1N4BA41E46C810994 from January 1, 2019, to present.

<u>Document Requests Related to 2007 Ford F250, VIN # 1FTSW21P57EB14538</u>

1. Produce all auction invoices, receipts, and statements related to the sale of the 2007 Ford F250, VIN # 1FTSW21P57EB14538, which is identified in the Exhibit "J" Lawton Auto Auction invoice dated August 21, 2019.

2. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2007 Ford F250, VIN # 1FTSW21P57EB14538.

3. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2007 Ford F250, VIN # 1FTSW21P57EB14538.

4. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 to Rock Hill Used Cars in May of 2019 as set forth in the attached Exhibit "K" Texas Certificate of Title.

5. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 from January 1, 2019, to present.

6. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 from January 1, 2019, to present.

7. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 from January 1, 2019, to present.

8. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 from January 1, 2019, to present.

9. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2007 Ford F250, VIN # 1FTSW21P57EB14538 from January 1, 2019, to present.

<u>Document Requests Related to 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191</u>

1. Produce all auction invoices, receipts, and statements related to the sale of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191, which is identified in the Exhibit "L" Lawton Auto Auction invoice dated September 25, 2019.

2. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191.

3. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191.

4. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 to Rock Hill Used Cars in May of 2019 as set forth in the attached Exhibit "M" Texas Certificate of Title.

5. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 from January 1, 2019, to present.

6. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 from January 1, 2019, to present.

7. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 from January 1, 2019, to present.

8. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 from January 1, 2019, to present.

9. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2002 Chevrolet C1500, VIN # 1GNEC16Z82J293191 from January 1, 2019, to present.

<u>Document Requests Related to 2001 Mazda Speed6, VIN # JM1GG12L761105547</u>

1. Produce all auction invoices, receipts, and statements related to the sale of the 2001 Mazda Speed6, VIN # JM1GG12L761105547, which is identified in the Exhibit "N" Lawton Auto Auction invoice dated September 25, 2019.

2. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2001 Mazda Speed6, VIN # JM1GG12L761105547.

3. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2001 Mazda Speed6, VIN # JM1GG12L761105547.

4. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 to Rock Hill Used Cars in March of 2019 as set forth in the attached Exhibit "O" Texas Certificate of Title.

5. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 from January 1, 2019, to present.

6. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 from January 1, 2019, to present.

7. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 from January 1, 2019, to present.

8. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 from January 1, 2019, to present.

9. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2001 Mazda Speed6, VIN # JM1GG12L761105547 from January 1, 2019, to present.

Document Requests Related to 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071

1.  Produce all auction invoices, receipts, and statements related to the sale of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071, which is identified in the Exhibit "P" Lawton Auto Auction invoice dated October 9, 2019.

2.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071.

3.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071.

4.  Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 to Rock Hill Used Cars as set forth in the attached Exhibit "Q" Texas Certificate of Title.

5.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 from January 1, 2019, to present.

6.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 from January 1, 2019, to present.

7.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 from January 1, 2019, to present.

8.  Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 from January 1, 2019, to present.

9.  Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2010 Dodge Challenger, VIN # 2B3CJ4DV0AH184071 from January 1, 2019, to present.

<u>Document Requests Related to 2015 Ford F250, VIN # 1FT7W2BTXFEC20953</u>

1. Produce all auction invoices, receipts, and statements related to the sale of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953, which is identified in the Exhibit "R" Lawton Auto Auction invoice dated November 27, 2019.

2. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953.

3. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953.

4. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 to Rock Hill Used Cars as set forth in the attached Exhibit "S" Texas Certificate of Title.

5. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 from January 1, 2019, to present.

6. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 from January 1, 2019, to present.

7. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 from January 1, 2019, to present.

8. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 from January 1, 2019, to present.

9. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2015 Ford F250, VIN # 1FT7W2BTXFEC20953 from January 1, 2019, to present.

<u>Document Requests Related to 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406</u>

1. Produce all auction invoices, receipts, and statements related to the sale of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406, which is identified in the Exhibit "T" Lawton Auto Auction invoice dated January 22, 2020.

2. Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406.

3. Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406.

4. Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406, to Rock Hill Used Cars as set forth in the attached Exhibit "U" Texas Certificate of Title.

5. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406 from January 1, 2019, to present.

6. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406 from January 1, 2019, to present.

7. Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406 from January 1, 2019, to present.

8. Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406 from January 1, 2019, to present.

9. Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2012 Ford Expedition, VIN # 1FMJU1K54CEF09406 from January 1, 2019, to present.

<u>Document Requests Related to 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442</u>

1.  Produce all auction invoices, receipts, and statements related to the sale of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442, which is identified in the Exhibit "V" Lawton Auto Auction invoice dated January 22, 2020.

2.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Druien Inc. d/b/a Lawton Auto Auction related to the sale by Mainer Ford of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442.

3.  Produce all written contracts, agreements, and any exhibits or attachments thereto with Michael Garrison d/b/a Rock Hill Used Cars related to the sale by Mainer Ford of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442.

4.  Produce all written contracts, agreements, invoices, receipts, certificates of title or title applications and documents, or other related documents reflecting the sale or transfer of ownership of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442, to Rock Hill Used Cars in June of 2019 as set forth in the attached Exhibit "W" Texas Certificate of Title.

5.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Michael Garrison d/b/a Rock Hill Used Cars related to the sale or transfer of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442 from January 1, 2019, to present.

6.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Druien, Inc. d/b/a Lawton Auto Auction related to the sale or transfer of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442 from January 1, 2019, to present.

7.  Produce all written communications, correspondence, notes, e-mails, and/or text messages by and between Mainer Ford and Lisa Druien related to the sale or transfer of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442 from January 1, 2019, to present.

8.  Produce all copies of checks (front and back) received by Mainer Ford that correspond to payment from the sale of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442 from January 1, 2019, to present.

9.  Produce any monthly bank statements (redaction of confidential material permitted) identifying the receipt of money by Mainer Ford that correspond to payment from the sale of the 2010 Ford Explorer, VIN # 1FMHK8F89BGA68442 from January 1, 2019, to present.

Lawton Cache Auto Auction

**EXHIBIT B**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/15/2019
Print Time:  11:59 AM

1 Southwest 112th St,
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | | |
|---|---|---|---|
| Mike  Garrison                903-440-5557 | UD2133  Mainer Ford | SALE#: | 36483 |
| Rock Hill Used Cars | Christi Sanders | DATE: | 8/14/19 |
| 549 Interstate 30 East | PO Box 834 | STATUS: | SLD |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | DRIVE: | Green |
| | | LANE | |

**VEHICLE DESCRIPTION**

SERIAL  3GNEC12T04G171303   171303
ODOMETER STATUS
YEAR   2004        MAKE   CHEVROLE
MODEL   AVALANCHE    BODY   WAGON
COLOR   Blue        RADIO
LICENSE          FUEL   Diesel
TITLE           TRANS   AUTO

| | | |
|---|---|---|
| | SALE PRICE: | 11,000 |
| | BUYER FEE: | 230.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 11,230.00 |
| | PAID: | 11,230.00 |
| | BALANCE: | $0.00 |
| PD BY:FI | | |
| NEXTGEAR | | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   71430   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3GNEC12T04G171303 | 2004 | CHEV | 810006241985 |

| BODY TYPE | MODEL | | |
|---|---|---|---|
| PK | CAV | DATE 1st SOLD | DATE ISSUED |
| | | 26-Jan-2009 | 07-Jan-2019 |

| AGENT NO | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M0923 | 04-Jan-2019 | Exempt | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

KELLY LONG
11713 NW 116TH ST
YUKON OK 73099-8107

EXHIBIT
C

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46639629

(This is not a title number)

---

ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _____ )

| IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE |
|---|

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Mainer Ford**
Purchaser(s) Complete Address: **PO Box 834** **Okarche, OK 73762**
Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. Warning --- Odometer Discrepancy

Signature of Seller(s): *Kelly Long*      Printed Name of Seller(s) *Kelly Long*

Subscribed and Sworn to Before me this ____ 8 ____ Day of ____ June ____, 20. 19

Notary Public *Kathy Martin*  Commission Expiration: _____



*Notarization required only on Seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): *Christi Sanders*      Printed Name of Buyer(s) **CHRISTI SANDERS**

VOID IF ALTERED

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: *UD 2133*

OKLAHOMA
MOTOR VEHICLE
**$3.50**
TAX STAMP
2598515

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *549 I-30 East    Sulphur Springs TX  75482*

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

*exempt* (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning – Odometer Discrepancy**

Signature of Seller(s): *Christi Sanders*    Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this *12* Day of *July* 20 *19*

Notary Public: *Kathy Martin*  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATHY MARTIN
NOTARY PUBLIC
#0001948
EXP. 11/22/20
STATE OF OKLAHOMA

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning – Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20 ___

Notary Public: _____  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

EXHIBIT
D

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 10:15 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 034

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   38052 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   10/30/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1GNSCDFJ5BR260679   260679
ODOMETER STATUS

| YEAR | 2011 | MAKE | CHEVROLE |
|---|---|---|---|
| MODEL | TAHOE | BODY | 4D UTI |
| COLOR | Silver | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | | |
|---|---|---|
| | SALE PRICE: | 25,500 |
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 25,940.00 |
| | PAID: | 25,940.00 |
| | BALANCE: | $0.00 |
| PD BY:FI NEXT | | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   118245   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GNSCDFJ5BR260679 | 2011 | CHEV | 810006768663 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| UT | CTA | | 27-Sep-2011 | 11-Jun-2019 |

| AGENT NO | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 08-Jun-2019 | 118245 Actual | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD OF BRISTOW
PO BOX 834
OKARCHE OK 73762-0834

**EXHIBIT E**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above, which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.

(This is not a title number)




---


OKLAHOMA MOTOR VEHICLE
$3.50
TAX STAMP
2601424

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD 2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 I-30 East    Sulphur Springs TX 75482

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked

 1 1 9 1 0 1

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Chris Sander    Printed Name of Seller(s): CHRISN SANDERS

Subscribed and Sworn to Before me this 17 Day of June, 20 19

Notary Public: Kathy Martin    Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.



Signature of Buyer(s): _____    Printed Name of Buyer(s): _____



## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s):_____   Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____Day of_____, 20_____

Notary Public:_____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____   Printed Name of Buyer(s):_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME:_____ DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Lawton Cache Auto Auction


**EXHIBIT F**

INVOICE & BILL OF SALE
580-536-4645
Print Date:  2/04/2020
Print Time:  1:27 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT# | 082 |
|---|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller      **UD2133** | SALE#:    39779 |
|---|---|---|
| Mike  Garrison                    903-951-8597 | UD2133 Mainer Ford | DATE:    1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2FMDA5148TBB47033     **B47033**
ODOMETER STATUS

| YEAR | 1996 | MAKE | FORD |
|---|---|---|---|
| MODEL | WINDSTAR | BODY | SPORT |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| SALE PRICE: | 8,000 |
|---|---|
| BUYER FEE: | 190.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 8,190.00 |
| PAID: | 8,190.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   42387   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
2FMDA5148TBB47033

YEAR
1996

MAKE
FORD

TITLE NO
810006996409

BODY TYPE
SV

MODEL
WWG

DATE 1st SOLD

DATE ISSUED
14-Jun-2019

AGENT NO.
M8832

APPLICATION DATE
13-Jun-2019

ODOMETER

TYPE OF TITLE
Original

Exempt

DATE INS
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

EXHIBIT
G

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

It is hereby certified that according to the records of the Oklahoma Tax Commission the person named hereon is the owner of the vehicle described above which is subject to a lien or as shown hereon, the vehicle may be subject to other liens or security interests.

CONTROL NO.

(This is not a title number)



---

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here) *UD2133*



I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print) *Rock Hill Used Cars*

Purchaser(s) Complete Address *549 I-30 East  Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle:



OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2598505

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Christi Sands*    Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this *12* Day of *July* 20 *19*

Notary Public *Kathy Martin*    Commission Expiration:

Notarization required of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s):    Printed Name of Buyer(s):

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle, unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**EXHIBIT H**

INVOICE & BILL OF SALE
580-536-4645
Print Date:  2/04/2020
Print Time:  1:26 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 074 |
|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    UD2133 | SALE#:    39778 |
|---|---|---|
| Mike   Garrison              903-951-8597 | UD2133 Mainer Ford | DATE:    1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1N4BA41E46C810994    810994
ODOMETER STATUS

| YEAR | 2006 | MAKE | NISSAN |
|---|---|---|---|
| MODEL | MAXIMA | BODY | SEDAN |
| COLOR | Maroon | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   39463    miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
       reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
       **WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 7,000 |
|---|---|
| BUYER FEE: | 180.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 7,180.00 |
| PAID: | 7,180.00 |
| BALANCE: | $0.00 |

PD BY:FI
NEXT

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 1N4BA41E46C810994 | 2006 | NISS | 810007013704 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| SD | MAXIMA | | 21-Jun-2019 |

| A/SLID NO | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 20-Jun-2019 | Exempt | Original |
| | | | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834



**EXHIBIT I**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above, which is subject to a lien or a lien, however, the vehicle may be subject to other liens or security interest.*

CONTROL NO.
47316/19

(This is not a title number)



---

ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: **UD2133** )



**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
2598513

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *549 I-30 East  Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1  The odometer has exceeded its mechanical limits
☐ 2  The odometer reading is NOT the actual mileage  Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): *Christi Sander*   Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this *12* Day of *July* 20 *19*

Notary Public *Kathy Martin*   Commission Expiration:

*Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.*



Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED



## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Aug 21 2019 02:23PM Lawton Auto Auction 580-536-4649                    page 1

Lawton Cache Auto Auction

## EXHIBIT J

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  8/21/2019
Print Time:  1:46 PM

**ANNOUNCED CONDITIONS OR COMMENTS:**                   UNIT#   020

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   36539 |
|---|---|---|
| Mike Garrison         903-440-5557 | UD2133 Mainer Ford | DATE:   8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSW21P57EB14538        B14538
ODOMETER STATUS
YEAR   2007        MAKE   FORD
MODEL   F250 SUPER D   BODY   QUAD P
COLOR   GRAY        RADIO
LICENSE          FUEL
TITLE          TRANS AUTO

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   42420   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
          **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

| | |
|---|---|
| SALE PRICE: | 20,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 20,440.00 |
| PAID: | 20,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

443058 — 1034
ROCK HILL USED CARS
DALLAS
1FTSW21P57EB14538

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FTSW21P57EB14538 | 2007 | FORD | 810006631861 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F2S | 04-Dec-2006 | 17-Apr-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 16-Apr-2019 | Exempt | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 — 1034
ROCK HILL USED CARS
DALLAS

1FTSW21P5 7EB14538

### EXHIBIT K

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47053629
(This is not a title number)

---

**OKLAHOMA MOTOR VEHICLE** $3.50 TAX STAMP 2601315

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD2133   )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS) ☐ (NO TENTHS)

Signature of Seller(s): *Christi Sanders*   Printed Name of Seller(s): *CHRISTI SANDERS*

Subscribed and Sworn to Before me this 31 Day of May , 20 19

Notary Public: *Kathy Martinez*   Commission Expiration: _____

*Notarization required only for seller's signature(s). Affix notary seal/stamp to the right.*



KATHY MARTINEZ
NOTARY
# 00010045
EXP. 11/22/20
STATE OF OKLAHOMA
PUBLIC

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com

ORIGINAL THIS IS A COPY IS HELD BY AFC
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐   (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning –– Odometer Discrepancy**

Signature of Seller(s): _____      Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____      Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐   (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning –– Odometer Discrepancy**

Signature of Seller(s): _____      Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix
Notary Seal / Stamp
Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____      Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Oct 02 2019 10:57AM Lawton Auto Auction 580-536-4649                 page 1

## EXHIBIT L

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   021 |
|---|---|---|

| **BUYER(Purchaser)** :P-109420       376 | Seller      **UD2133** | SALE#:      37288 |
|---|---|---|
| Mike  Garrison                        903-440-5557 | UD2133 Mainer Ford | DATE:      9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:      SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1GNEC16Z82J293191       293191

ODOMETER STATUS

| YEAR    2002 | MAKE   CHEVROLE |
|---|---|
| MODEL   C1500 | BODY   WAGON |
| COLOR   White | RADIO |
| LICENSE | FUEL   Gas |
| TITLE | TRANS  MANUAL |

| | SALE PRICE: | 15,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,280.00 |
| | PAID: | |
| | BALANCE: | $15,280.00 |
| | PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   82433    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS
DALLAS
B

443058 – 1049

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GNEC16Z82J293191 | 2002 | CHEV | 810006672244 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| UT | C15 | 06-Nov-2013 | 19-Apr-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 18-Apr-2019 | Exempt | Transfer |

DATE INS.,
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



ROCK HILL USED CARS
DALLAS

1GNEC16Z82J293191

443058 – 1049



EXHIBIT
M

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47063823

(This is not a title number)





OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP

2601303

ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD2133   )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *549 Interstate 30 East Sulphur Spring TX*

Actual Purchase Price of Vehicle: *7,5482*

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

*exempt*  ☐ (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Christi Sanders*   Printed Name of Seller(s): *CHRISTI SANDERS*

Subscribed and Sworn to Before me this *31* Day of *May* 20 *19*

Notary Public: *Kathy Martinez*   Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name (Type or Print):** _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name (Type or Print):** _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____   **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

Oct 02 2019 11:03AM Lawton Auto Auction 580-536-4649                    page 3

Lawton Cache Auto Auction

| EXHIBIT N |

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:20 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# 020 |
|---|---|

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#: 37287 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE: 9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   JM1GG12L761105547   105547
ODOMETER STATUS
YEAR   2001   MAKE   MAZDA
MODEL   MAZDASPEED6 BODY   SEDAN
COLOR   Gray   RADIO
LICENSE   FUEL   Gas
TITLE   TRANS   AUTO

| | SALE PRICE: | 13,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 13,270.00 |
| | PAID: | |
| | BALANCE: | $13,270.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   51423   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
       **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale, LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" -- Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
**JM1GG12L761105547**

YEAR
**2006**

MAKE
**MAZD**

TITLE NO.
**810003520053**

BODY TYPE
**SD**

MODEL
**SPEED**

DATE 1st SOLD

DATE ISSUED
**4/3/2017**

AGENT NO.
**M8813**

ODOMETER
**Exempt**

TYPE OF TITLE
**Transfer**

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

DAVID KORZUN OR
BRENDA KORZUN
14300 OLD BARN RD
EDMOND OK 73025-9129

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

3/3/2017          WELLS FARGO DLR SERVICES

**EXHIBIT O**

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
**44071975**

(This is not a title number)





---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here:

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Mainer Ford**
Purchaser(s) Complete Address: **PO Box 834**
**Okarche, OK 73762**

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

**exempt** (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _David Korzun_          Printed Name of Seller(s): **David Korzun**

Subscribed and Sworn to before me this **23** Day of **March**, 20 **19**

Notary Public: _Kathy Martin_          Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _Christi Sander_          Printed Name of Buyer(s): **CHRISTI SANDE**



VOID IF ALTERED

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD2133

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2601320**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Spring TX

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| e | x | e | m | p | t | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _Christi Sanders_    Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this 31 Day of May, 20 19

Notary Public: _Kathy Martinez_    Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

**PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| | | | | | | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____    Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Affix Notary Seal / Stamp Here**

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Oct 15 2019 12:01PM Lawton Auto Auction 580-536-4649       page 1

Lawton Cache Auto Auction

**EXHIBIT P**

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/15/2019
Print Time: 11:33 AM

ANNOUNCED CONDITIONS OR COMMENTS:          UNIT#   032

| BUYER(Purchaser) :P-109420   376 | Seller    UD2133 | SALE#:   37580 |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | DATE:   10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071     184071

ODOMETER STATUS

YEAR    2010       MAKE   DODGE
MODEL   CHALLENGER   BODY   2D COU
COLOR   Black       RADIO
LICENSE          FUEL   Diesel
TITLE           TRANS  AUTO

| | |
|---|---|
| SALE PRICE: | 14,000 |
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 14,270.00 |
| PAID: | |
| BALANCE: | $14,270.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  154868  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction. Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 2B3CJ4DV0AH184071 | 2010 | DODG | 810007155335 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| CP | CHE | 26-Mar-2010 | 12-Jul-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 11-Jul-2019 | 154868 Actual | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834



443058 – 1054

ROCK HILL USED CARS

DALLAS

2B3CJ4DV0 AH184071

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

**EXHIBIT Q**

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47401143

(This is not a title number)



---

**OKLAHOMA MOTOR VEHICLE**
**$3.50**
TAX STAMP
2598694

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print) **Rock Hill Used Cars**

Purchaser(s) Complete Address **549 I-30 East   Sulphur Springs TX 75482**

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

|  |  | ☐ 1. The odometer has exceeded its mechanical limits. |
|---|---|---|
| (NO TENTHS) | ☐ 2. The odometer reading is NOT the actual mileage. Warning --- Odometer Discrepancy |

Signature of Seller(s): *Christi Sanders*   Printed Name of Seller(s): **CHRISTI SANDERS**

Subscribed and Sworn to Before me this _____ Day of _____ 20____

Notary Public: *Kathy Martin*  Commission Expiration: _____







Affix Notary Seal/Stamp Here

*Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

**VOID IF ALTERED**

A TITLE (THIS IS A COPY) IS HELD BY AFC SUBJECT TO AFCS SECURITY INTEREST www.AFCDealer.com
ORIGINAL TITLE (THIS IS A COPY) IS HELD BY AFC SUBJECT TO AFCS SECURITY INTEREST www.AFCDealer.com

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

| | |
|---|---|
| PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE | I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.<br>**Purchaser(s) Name** (Type or Print): _____<br>**Purchaser(s) Complete Address:** _____<br>**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In:** _____ |

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): _____        Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____        Printed Name of Buyer(s): _____

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

| | |
|---|---|
| PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE | I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.<br>**Purchaser(s) Name** (Type or Print): _____<br>**Purchaser(s) Complete Address:** _____<br>**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In:** _____ |

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): _____        Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____        Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Dec 02 2019 04:40PM Lawton Auto Auction 580-536-4649                    page 1

Lawton Cache Auto Auction

**EXHIBIT R**

**INVOICE & BILL OF SALE**
580-536-4645
1 Southwest 112th St.
Lawton, OK 73505

Print Date: 12/02/2019
Print Time: 3:14 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT# 075 |
|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    UD2133 | SALE#: 38503 |
|---|---|---|
| Mike Garrison    903-440-5557 | UD2133 Mainer Ford | DATE: 11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FT7W2BTXFEC20953   C20953
ODOMETER STATUS

| YEAR | 2015 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250SD | BODY | CREW C |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 30,000 |
|---|---|---|
| | BUYER FEE: | 500.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 30,500.00 |
| | PAID: | 30,500.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   185470    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
**1FT7W2BTXFEC20953**

YEAR **2015**    MAKE **FORD**

TITLE NO.
**810007261348**

BODY TYPE **PK**    MODEL **F250**

DATE 1st SOLD

DATE ISSUED
**29-Aug-2019**

AGENT NO. **M8828**    COLOR **Black**

APPLICATION DATE
**28-Aug-2019**

ODOMETER
**185463**
**Actual**

TYPE OF TITLE
**Original**

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

**MAINER FORD**
**PO BOX 834**
**OKARCHE OK 73762-0834**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):





443058 – 1068
ROCK HILL USED CARS
DALLAS

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
**47606113**

(This is not a title number)



---

OKLAHOMA
MOTOR VEHICLE
**$3.50**
TAX STAMP
**2598704**

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: **UD2133**)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *549 I-30 East    Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): *Christi Sander*    Printed Name of Seller(s): *CHRISTI SANDERS*

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: *Kathy Martin*    Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.



Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐     (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning —Odometer Discrepancy

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐     (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning —Odometer Discrepancy

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction


**EXHIBIT T**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/28/2020
Print Time:  2:50 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT#   026 | |

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   39651 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD2133  Mainer Ford | DATE:   1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FMJU1K54CEF09406   F09406
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2012 | MAKE | FORD |
| MODEL | EXPEDITION | BODY | 4D UTI |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | | |
|---|---|---|
| SALE PRICE: | 23,000 | |
| BUYER FEE: | 440.00 | |
| DRAFT FEE: | | |
| SALES TAX | | |
| TOTAL DUE: | 23,440.00 | |
| PAID: | 23,440.00 | |
| BALANCE: | $0.00 | |
| PD BY:FI | | |
| AFC | | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   106157   miles and
best of my knowledge,  it reflects the actual mileage of the vehicle, ur
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 — 1086
ROCK HILL USED CARS
DALLAS
1FMJU1K54CEF09406

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FMJU1K54CEF09406 | 2012 | FORD | 810007809865 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| UT | EXPEDITION | | 17-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8832 | White | 16-Jan-2020 | 106157 Actual | Original |

NAME AND ADDRESS OF VEHICLE OWNER

DATE INS.
LOSS OR SALVAGE

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



EXHIBIT
U


443058 – 1086
ROCK HILL USED CARS
DALLAS
1FMJU1K54 CEF09406

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48144988

(This is not a title number)



---



### ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD2133   )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA MOTOR VEHICLE
$3.50 TAX STAMP
2849381

Purchaser(s) Name (Type or Print): Rockhill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Springs Tx

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

106157 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Christi Sanders   Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this _____ Day of _____, 20____

Notary Public: Kathy Martin   Commission Expiration: _____

Affix Notary Seal / Stamp Here

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED


## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

<table>
<tr><td>PLACE OKLAHOMA<br>MOTOR VEHICLE TAX<br>STAMP HERE</td><td>I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.<br><br>Purchaser(s) Name (Type or Print): _____<br><br>Purchaser(s) Complete Address: _____<br><br>Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In: _____</td></tr>
</table>

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____      Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____      Printed Name of Buyer(s): _____

| Affix<br>Notary Seal / Stamp<br>Here |

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

<table>
<tr><td>PLACE OKLAHOMA<br>MOTOR VEHICLE TAX<br>STAMP HERE</td><td>I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.<br><br>Purchaser(s) Name (Type or Print): _____<br><br>Purchaser(s) Complete Address: _____<br><br>Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In: _____</td></tr>
</table>

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____      Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20_____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____      Printed Name of Buyer(s): _____

| Affix<br>Notary Seal / Stamp<br>Here |

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction



**EXHIBIT V**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 2:44 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 085 |
|---|---|---|

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#: | 39650 |
|---|---|---|---|
| Mike  Garrison   903-951-8597 | UD2133  Malner Ford | DATE: | 1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS: | SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: | Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE | |

**VEHICLE DESCRIPTION**

SERIAL   1FMHK8F89BGA68442   A68442

ODOMETER STATUS

| YEAR | 2010 | MAKE | FORD |
|---|---|---|---|
| MODEL | EXPLORER | BODY | 4D UTI |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   135484   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all liens and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

ROCK HILL USED CARS
DALLAS
B

443058 — 1087

1FMHK8F89 BGA68442

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
**1FMHK8F89BGA68442**

YEAR
**2011**

MAKE
**FORD**

TITLE NO.
**810003905080**

BODY TYPE
**UT**

MODEL
**EPR**

DATE 1st SOLD
**02-Jun-2011**

DATE ISSUED
**30-Jun-2017**

AGENT NO.
**M5579**

ODOMETER
**101929**
**Actual**

TYPE OF TITLE
**Transfer**

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

**MICHAEL PEREZ**
**13117 BEAUMONT DR**
**PIEDMONT OK 73078-3034**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

6/7/2017        BANK OF AMERICA,N.A.



| EXHIBIT |
|---------|
| W |

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
**44454557**
(This is not a title number.)

WHILE THIS IS A COPY) IS HELD BY AFC SUBJECT TO AFC'S SECURITY INTERESTS www.AFCDealer.com

ASSIGNMENT OF TITLE BY REGISTERED OWNER        (If Dealer, List License # Here:

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

Purchaser(s) Name (Type or Print): **Mainer Ford**
Purchaser(s) Complete Address: **PO Box 834**
**Okarche, OK 73762**
Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

| 1 | 3 | 5 | 4 | 2 | 9 | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____     Printed Name of Seller(s): *Michael Perez*

Subscribed and Sworn to Before me this _____ Day of *June* , 20 **19**

Notary Public: *Kathy Martinez*     Commission Expiration: _____

*Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): *Christi Sands*     Printed Name of Buyer(s) **CHRISTI SANDS**

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD 2133



I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Rock Hill Used Cars**

Purchaser(s) Complete Address: **549 I-30 East  Sulphur Springs TX 75482**

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Christi Sander*       Printed Name of Seller(s) **CHRISTY SANDERS**

Subscribed and Sworn to Before me this **12** Day of **July** , 20 **19**

Notary Public *Kathy Martin*  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____       Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____       Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: _____  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____       Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____       DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NEXTGEAR CAPITAL, INC. AND
AUTOMOTIVE FINANCE
CORPORATION,                                )
                                            )
                            Plaintiffs,     )
                                            )
        v.                                  )
                                            )          Adv. Pro. No. 18-03393
DRUIEN, INC. D/B/A LAWSTON                  )
AUTO AUCTION, LISA DRUIEN,                  )
MICHAEL GARRISON D/B/A ROCK                 )
HILL USED CARS, AND AUSTIN                  )
GARRISON D/B/A AUSTIN FINANCIAL             )
SERVICES,                                   )
                                            )
                                            )
                            Defendants.     )

### BUSINESS RECORDS AFFIDAVIT

STATE OF OKLAHOMA                §
                                §
COUNTY OF _____ *     §

BEFORE ME, the undersigned official, on this day personally appeared

*_____, known to me to be a credible person and whom, after having been by

me first duly sworn, under oath deposed and stated the following:

1.      My name is *_____. I am over eighteen years old, I

understand the nature of this oath, and I am otherwise competent to testify as to the matters stated in

this Affidavit. My title at Mainer Auto Group, LP d/b/a Mainer Ford is *_____, and

I am authorized by Mainer Auto Group, LP d/b/a Mainer Ford to testify herein. This testimony is

based on my own personal knowledge and the facts stated herein are true and correct. I have also

personally reviewed each of the documents attached hereto.

3.      I am a custodian of the records of Mainer Auto Group, LP d/b/a Mainer Ford concerning business dealings with Garrison d/b/a Rock Hill Used Cars and/or Druien, Inc. d/b/a Lawton Auto Auction. Attached hereto are *_____ pages of records.  These said pages of records are kept by Mainer Auto Group, LP d/b/a Mainer Ford in the regular course of business, and it was the regular course of Mainer Auto Group, LP d/b/a Mainer Ford's business for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original.

Further affiant sayeth not.

Executed this the *_____ day of *_____, 2021.

*_____

By: *_____

Title: *_____

SUBSCRIBED   AND   SWORN   TO   before   me   by   the   said *_____, the *_____ of Mainer Auto Group, LP d/b/a Mainer Ford, on this the *_____ day of *_____, 2021, to certify which witness my hand and seal of office.

_____
Notary Public In and For Said
County and State