AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:20-CV-959-BJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CHRISTOPHER CLYDE BRADY on *(date)* 1-8-21.

☑ I served the subpoena by delivering a copy to the named person as follows: CHRISTOPHER CLYDE BRADY @ 211 ST. HWY. 182, QUITMAN, TX 75783 @ 5:05 PM on *(date)* 1-8-21; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-8-21

Michael W. Wheeler
*Server's signature*

Michael W. Wheeler - PROCESS SERVER
*Printed name and title*   # 11885

1360 VZCR 2102, CANTON, TX 75103
*Server's address*

Additional information regarding attempted service, etc.: