AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:20-CV-959-BJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Colby Wayne Parker
on *(date)* 01/07/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows: I Personally Served Colby Wayne Parker at the address of 351 CR 3505, Sulphur Springs, Tx 75482
at 10:26am on *(date)* 01/09/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/11/2021

_____
Server's signature

Stanley L. Fisher   Psc# 10972   Exp. 06/30/2022
*Printed name and title*

1900 Ramblewood Ct, Sulphur Springs, Tx 75482
*Server's address*

Additional information regarding attempted service, etc.: