## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Texas

Case Number: 4:20-CV-959-BJ

Plaintiff:
**NEXTGEAR CAPITAL INC AND AUTOMOTIVE FINANCE CORP**

vs.

Defendant:
**DRUIEN INC D/B/A LAWTON AUTO AUCTION, ET AL**


BBW2021000227

Received by Martin Jesse Miller on the 7th day of January, 2021 at 12:23 pm to be served on **FRONTERA VEHICLE SALES & PARTS INC B/S CHRIS GRAHAM, 1237 SOUTHRIDGE CT, STE 207- ZT FINANCIAL SERVICES, HURST, TX 76053**.

I, Martin Jesse Miller, do hereby affirm that on the **8th day of January, 2021** at **3:40 pm, I:**

Served an authorized agent by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION / EXHIBITS A, B, C, D, E / BUSINESS RECORDS AFFIDAVIT** with the date and hour of service endorsed thereon by me, to: **ZACH TAKKOUCH** as **ACCOUNTANT** at the address of: **1237 SOUTHRIDGE CT, STE 207- ZT FINANCIAL SERVICES, HURST, TX 76053** on behalf of **FRONTERA VEHICLE SALES & PARTS INC**, and informed said person of the contents therein, in compliance with state statutes.

"My name is Martin Miller my date of birth is 10/14/1964 and my address is 9705 Hathman Lane, Fort Worth, TX 76244. I declare under penalty of perjury that the foregoing is true and correct. Executed in Tarrant County, State of Texas on the ___11___ Day of ___Jan___, 2021, Martin Miller declarant."

**Martin Jesse Miller**
PSC-14157, Exp 3/31/22

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2021000227
Ref: NG/AFC.Rockhill

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x