## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Texas

Case Number: 4:20-CV-959-BJ

Plaintiff:
**NEXTGEAR CAPITAL INC AND AUTOMOTIVE FINANCE CORP**

vs.

Defendant:
**DRUIEN INC D/B/A LAWTON AUTO AUCTION, ET AL**



BBW2021000219

Received by Caryn Miller on the 7th day of January, 2021 at 11:49 am to be served on **MANIER AUTO GROUP LP DBA MAINER FORD B/S MAINER FORD, 1724 NW 234TH STREET NW, OKARCHE, OK 73762.**

I, Caryn Miller, being duly sworn, depose and say that on the **11th day of January, 2021** at **5:30 pm, I:**

Served an authorized agent by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION / EXHIBITS A, B & C / BUSINESS RECORDS AFFIDAVIT** with the date and hour of service endorsed thereon by me, to: **PHIL BATESON** as **MANAGER** at the address of: **1724 NW 234TH STREET NW, OKARCHE, OK 73762** on behalf of **MANIER AUTO GROUP LP**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13 day of _____, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

# 06005777
EXP. 06/13/22
STATE OF OKLAHOMA

_____
Caryn Miller
Process Server

**Pronto Process**
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2021000219
Ref: NG/AFC.Rockhill

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x