## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Texas

Case Number: 4:20-CV-959-BJ

Plaintiff:
**NEXTGEAR CAPITAL INC AND AUTOMOTIVE FINANCE CORP**
vs.
Defendant:
**DRUIEN INC D/B/A LAWTON AUTO AUCTION, ET AL**


BBW2021000222

Received by Caleb Malone on the 7th day of January, 2021 at 12:23 pm to be served on **WICHITA FALLS FORD LINCOLN INC C/O CT CORPORATION SYSTEM, 1999 BRYAN ST, STE 900, DALLAS, TX 75201**.

I, Caleb Malone, being duly sworn, depose and say that on the **7th day of January, 2021** at **1:35 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION / EXHIBITS A, B, C / BUSINESS RECORDS AFFIDAVIT** with the date and hour of service endorsed thereon by me, to: **Lindsey Barrientez, Intake Specialist for CT Corporation System** as **Registered Agent** at the address of: **1999 BRYAN ST, SUITE 900, DALLAS, TX 75201** on behalf of **WICHITA FALLS FORD LINCOLN INC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 7 day of January, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2024
Notary ID 129009133

**Caleb Malone**
PSC-1574 exp 10/31/2021

**Pronto Process**
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2021000222
Ref: NG/AFC.Rockhill

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x