IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br><br>   Defendants. | Civil Action No. 4:20-CV-959-BJ |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES

On this day the Court considered the *Motion to Dismiss Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services* (the "Motion") filed by Plaintiffs NextGear Capital, Inc. and Automotive Finance Corporation (collectively "Plaintiffs"). After consideration of the Motion and the record in this proceeding, the Court finds that the Plaintiffs no longer desire to pursue Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services and have shown just cause for relief and that the Motion should be GRANTED. It is therefore

  ORDERED that the Motion is GRANTED; and it is further

IT IS FURTHER ORDERED that Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services is dismissed, without prejudice, from this proceeding.

SIGNED: _____

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE