demand may be made by LENDER even if the Dealer is in compliance with each and every term of this Note.

9.9 Signature. LENDER and Dealer expressly agree that LENDER may, at LENDER's option, execute this Note and the documents contemplated hereby by way of a signature stamp or other authorized facsimile signature of an officer of LENDER. LENDER and Dealer expressly agree that except as authorized under Section 2.10 or the attached Power of Attorney, Dealer may only execute this Note and the documents contemplated hereby by way of an original signature and not by way of a facsimile thereof.

9.10 Enforcement. LENDER and Dealer intend and believe that each provision in this Note complies with all applicable ordinances, laws, statutes and judicial and administrative decisions; however, if any provision in this Note is found by a court of law to be in violation of any applicable ordinances, laws, statutes, judicial or administrative decisions, or public policy, then it is the intent of the parties of this Note that such provision be given force to the fullest possible extent that it is legal, valid and enforceable, that the remainder of this Note shall be construed as if such provision were not contained herein and that the remainder of this Note continue in full force and effect.

9.11 JURISDICTION AND CHOICE OF LAW. THIS NOTE AND ANY AND ALL AGREEMENTS OR AUTHORIZATIONS EXECUTED BY DEALER OR LENDER IN CONNECTION HEREWITH SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, AS AMENDED FROM TIME TO TIME, WITHOUT RESORT TO PRINCIPLES OF CONFLICTS OF LAWS. BY EXECUTION OF THIS NOTE, DEALER SUBMITS TO THE PERSONAL JURISDICTION OF THE COURTS OF THE STATE OF INDIANA AND TO VENUE IN THE CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY OR MARION COUNTY, INDIANA. ANY ACTION INITIATED BY DEALER AGAINST LENDER SHALL BE FILED AND CONDUCTED SOLELY IN SAID COURTS. LENDER MAY BRING ANY SUIT AGAINST DEALER IN ANY COURT OF COMPETENT JURISDICTION, AND DEALER HEREBY CONSENTS TO LENDER'S CHOICE IN FORUM. DEALER FURTHER WAIVES ANY RIGHT WHICH IT MAY HAVE TO REMOVE SUCH LITIGATION OR MATTER TO A FEDERAL COURT OR TO REQUIRE THAT ANY SUCH LITIGATION OR MATTER TAKE PLACE IN A FEDERAL COURT. DEALER AND LENDER AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THE CLAIMANT'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION. THIS PARAGRAPH IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

9.12 WAIVER OF JURY TRIAL RIGHTS. DEALER AND LENDER EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL

ONE, BUT THAT IT MAY BE WAIVED, THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH ANY ASPECT OF THE PAST, PRESENT, OR FUTURE RELATIONSHIP OF THE PARTIES INCLUDING, BUT NOT LIMITED TO, ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS NOTE AND ANY RELATED AGREEMENTS, INSTRUMENTS OR TRANSACTIONS. THIS PARAGRAPH IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY. Nothing in this section shall be construed as limiting or waiving any right LENDER may have pursuant to Section 9.13 of this Agreement.

9.13 Arbitration. Except as expressly provided elsewhere in this agreement, or as otherwise expressly agreed to in writing by LENDER, any and all questions or disputes between LENDER and Dealer, including, but not limited to, any questions or disputes arising from or relating to the operation of, the interpretation of, or in any way connected with, this Agreement, may, at the unilateral discretion and direction of LENDER, be submitted for final determination via arbitration pursuant to applicable laws of Indiana, and Dealer hereby consents to the final determination by arbitration of any disputes so submitted by LENDER. In the event that litigation has been commenced by Dealer or guarantor(s), (if any), against LENDER prior to such submission, or if in the event that litigation has been commenced by LENDER against Dealer, guarantor or any third party, at the sole discretion of LENDER to arbitrate such litigation, all parties to such litigation hereby agree to permanently discontinue, without delay, such litigation upon receipt of 15 days written notice. ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION, UNLESS BOTH DEALER AND LENDER SPECIFICALLY AGREE TO DO SO IN WRITING FOLLOWING INITIATION OF THE ARBITRATION. The arbitration shall be conducted by a single arbitrator. Each party shall select a certified arbitrator. Those arbitrators shall then select one arbitrator who shall arbitrate the case. Any arbitrator selected shall be qualified to conduct commercial arbitrations under the provisions of the applicable laws of Indiana. The proceedings before the arbitrator shall take place in Hamilton County or Marion County, Indiana or such other place as the arbitrator may direct. The parties to this agreement, including guarantor(s), (if any), agree and represent to one another that the decision or award of the arbitrator so appointed shall be final and binding upon such parties and shall not be subject to appeal or judicial review. The parties to this agreement, including the guarantor(s), (if any), represent to one another that this section constitutes

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

an express agreement between them to arbitrate in the event that LENDER, in its sole discretion, decides to submit a question or dispute to arbitration. The parties to this agreement hereby agree that the costs of the arbitration shall be Obligations as defined in this agreement.

9.14 Title Processing Fees. If LENDER determines that it is necessary or desirable to transfer or convert title or obtain a new or replacement Title for any Vehicle, Dealer agrees to pay LENDER a title transfer or processing fee not to exceed $100 for each Title processed, in addition to all of LENDER's expenses and costs incidental thereto, which shall include, but are not limited to, fees and expenses incurred by attorneys (including paralegals and similar persons) and any filing fees or taxes.

9.15 Attorneys' Fees Expenses and Costs. In addition to all other amounts payable hereunder by Dealer, Dealer agrees to reimburse LENDER on demand for any and all attorneys' (including paralegals' and similar persons') fees, accountants' fees, appraisers' fees, and all expenses and costs incurred in collecting or enforcing payment of the Obligations hereunder or in curing any default, including without limitation those fees and costs incurred (a) with or without suit; (b) in any appeal; (c) in any bankruptcy, insolvency or receivership proceeding; and (d) in any post-judgment collection proceedings, plus Interest at the rate provided herein.

9.16 Communication. Dealer acknowledges that Dealer is obtaining credit from, or is guaranteeing credit from, LENDER. Dealer authorizes LENDER to (a) share any and all information that it possesses regarding Dealer's account, including but not limited to information regarding Dealer's loan history, account history, account balance, credit worthiness, and inventory vehicle data with any third party and (b) to receive information concerning Dealer's business affairs from any third party. Dealer does hereby authorize LENDER to release and disclose any and all of Dealer's general business information now or hereinafter in LENDER's possession, including but not limited to information regarding the business name, address, email address, and telephone number, to any third party. Dealer also authorizes LENDER to release and disclose any and all of Dealer's account and inventory information now or hereinafter in LENDER's possession, including but not limited to any and all inventory vehicle data loan documents, any business financial information retained or maintained by LENDER, and/or any information relating to Dealer's performance history with LENDER to any third party. Dealer authorizes LENDER, and its respective affiliates, subsidiaries and parent companies to: a) send facsimile transmissions to Dealer at the facsimile numbers listed as Dealer's facsimile number in any communication sent from time to time by Dealer; b) make telephone calls to Dealer at the telephone numbers listed as Dealer's telephone number in any communication sent from time to time by Dealer; c) send emails to Dealer at the email addresses listed as Dealer's email address in any communication sent from time to time by Dealer; and d) communicate to Dealer via any and all other forms of communications, for the purposes of including, but not limited to marketing, collection and any other communication needs. Dealer agrees that this permission will remain in effect until cancelled by Dealer in writing.

[Signatures on next page]

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Dealer's Name and Dealer's Place(s) of Business:
MICHAEL VERNON GARRISON
DBA: ROCK HILL USED CARS
519 INTERSTATE HIGHWAY 30 E
SULPHUR SPRINGS, TX  75482

Dealer's state of incorporation, organization or other business entity registration: Texas

WHEREFORE, the Dealer has on behalf of themselves individually and in their representative capacity, executed this Note on the Third day of September, 2013.

Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

By: _____ Owner
MICHAEL VERNON GARRISON , OWNER

By: _____

By: _____

By: _____

Automotive Finance Corporation ("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## TERM SHEET FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Date of Original Note: SEP 03, 2013

The following terms, as defined in the Demand Promissory Note and Security Agreement (the "Note"), shall apply effective immediately:

Floorplan Fee: The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period. The Floorplan Fee will be charged for any additional Period.

Interest: Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
4.5% per annum, compounded daily.

However, in no event shall the calculation of prime rate be at a rate less than five percent (5%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date extensions shall be limited to:
2 times. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 30 days.

Period: The Period shall be:
30 days.

Executed by the undersigned duly authorized representatives effective as of the Third day of September, 2013.

| Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS | Automotive Finance Corporation ("LENDER") |
|---|---|
| By: _Michael Garrison Owner_ | By: _____ |
| MICHAEL VERNON GARRISON , OWNER | An Officer of LENDER |
| By: _____ | To be executed at AFC Corporate office |
| By: _____ | |
| By: _____ | |

# EXHIBIT A

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS:

That pursuant to Ind. Code § 30-5-1-1 et seq. and in accordance with the Demand Promissory Note and Security Agreement between Automotive Finance Corporation ("LENDER") and **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS** (hereinafter referred to jointly and severally as the "Dealer"), to which reference is made for the meaning of all capitalized terms used herein, a power of attorney is hereby conferred by the undersigned on his or her behalf and on behalf of Dealer upon LENDER, an Indiana corporation, the address of the principal office of which is listed on the web site currently located at www.AFCDEALER.com or a successor thereto or such other place as LENDER may designate, to:

(a)  act with general authority with respect to all personal property of the undersigned or Dealer and transactions involving or relating to the same;

(b)  act on behalf of the undersigned and Dealer to assign, reassign, or obtain titles in connection with transactions involving Purchase Money Inventory, Collateral and other property of the undersigned or Dealer;

(c)  act on behalf of the undersigned and Dealer to prepare, sign, endorse, execute and deliver documents including, but not limited to financing statements, notes, checks, drafts, and titles in connection with transactions involving Purchase Money Inventory, Collateral and other property of the undersigned or Dealer;

(d)  act with general authority with respect to claims and litigation of or relating to Purchase Money Inventory, Collateral, and other property of the undersigned or Dealer;

(e)  act with general authority with respect to delegating authority;

(f)  act with general authority with respect to insurance, and accounts or transactions with banks and other financial institutions, of or relating to Purchase Money Inventory, Collateral, and other property of the undersigned or Dealer; and

(g)  act with general authority regarding all other matters which LENDER may, in its sole discretion, deem expedient, reasonable, or necessary in the discharge of the authority hereby conferred -- all as if done by the undersigned or Dealer directly.

Dealer shall indemnify, defend and hold harmless LENDER, its affiliates, subsidiaries, officers, directors, employees, representatives, successors, and assigns from and against any and all loss, damage, liability, claims, cause of action, and expenses of whatever kind, arising from the exercise of authority hereunder. The liability of LENDER and/or any person to whom it delegates authority hereunder, to the undersigned, Dealer or any third person shall be limited to acts in bad faith. This power of attorney shall be irrevocable until such time as each and every Obligation of the undersigned and Dealer to LENDER has been satisfied in full. The revocation or termination hereof shall be ineffective unless and until actual notice or knowledge of such revocation or termination shall have been received by the parties acting under this power of attorney. The undersigned represents and warrants that he/she is a duly authorized agent of Dealer and by execution of this Power of Attorney, Dealer is lawfully bound to and obligated by the terms hereof. This power of attorney shall be governed by the substantive laws of the State of Indiana without resort to principles of conflicts of law.

[Signatures on next page]

## EXHIBIT B
Page 1 of 2

AFC Rev. 04/26/13

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Executed this Third day of September, 2013.

MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

By: _____ Owner   Sep 03, 2013        _____   Sep 03, 2013
MICHAEL VERNON GARRISON , OWNER        Date                 MICHAEL VERNON GARRISON      Date

By: _____          _____            _____   _____
                                        Date                                             Date

By: _____          _____            _____   _____
                                        Date                                             Date

By: _____          _____            _____   _____
                                        Date                                             Date


STATE OF  Texas  _____      COUNTY OF  TARRANT  _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who
acknowledged the execution of the foregoing Power of Attorney this  14  of  September , 2013.

_____                My Commission Expires: _____     ADAM JAMES COMPTON
(Notary Public Signature)                                                    Notary Public, State of Texas
                                                                             My Commission Expires
                                                                             November 21, 2016

Adam Compton  _____            My County of Residence:  DALLAS  _____
(Printed Name)


## EXHIBIT B
Page 2 of 2

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS
AGENT.

### TERM SHEET FOR SALVAGE VEHICLES
### DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT
### (U.S.)

Dealer: **MICHAEL VERNON GARRISON, DBA: ROCK HILL USED CARS**

The following terms, as defined or redefined below or in the Demand Promissory Note and Security Agreement, shall apply effective immediately:

Floorplan Fee: The Floorplan Fee for Salvage Vehicles shall be assessed each Period as follows: *$50 if less than or equal to $1,000 or $75 if over $1,000.*

Interest: Interest shall accrue on all Obligations for Salvage Vehicles, pursuant to the Note, at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus *4.5 %* per annum.

However, in no event shall the calculation of prime rate be at a rate less than five percent (5%) per annum.

Number of Curtailment Date Extensions: For Salvage Vehicles the Number of Curtailment Date Extensions shall be limited to *2* times. If Dealer is in compliance with all other provisions of this Agreement, LENDER may, in its sole discretion, permit an extension of the Curtailment Date relative to a Salvage Vehicle, upon the payment of Interest, Floorplan Fee(s), and a minimum of Five Percent (5%) of the outstanding Advance relating to such Salvage Vehicle.

Period: The Period for Salvage Vehicles shall be *40* days.

Sales of Purchase Money Inventory: Notwithstanding anything in the Note or the attached Exhibits to the contrary, Dealer represents that all Advances shall be used to purchase either a Vehicle(s) or a Salvage Vehicle(s) and that said Vehicle(s) or Salvage Vehicle(s) will not be broken down or dismantled and sold as vehicle parts.

Salvage Vehicle: a Vehicle (i) acquired at a salvage auction, (ii) listed as a total loss by the insurer of such Vehicle, or (iii) titled as "salvage" under applicable state laws; provided that such Vehicle (x) was acquired for the purpose of resale and not for the purpose of being dismantled and (y) has not been dismantled, disassembled or reduced to component parts.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note as supplemented herein.

[Signatures on next page]

Salvage US Rev. 10/24/2012
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

### TERM SHEET FOR SALVAGE VEHICLES
### DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT
### (U.S.)

Executed by the undersigned duly authorized representatives effective as of the **Third day of September, 2013**.

Dealership: **MICHAEL VERNON GARRISON, DBA:
ROCK HILL USED CARS**

By: _____
MICHAEL VERNON GARRISON , OWNER

By: _____

By: _____

By: _____

Guarantor: _____
MICHAEL VERNON GARRISON

Automotive Finance Corporation
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

---

Only for LENDER office use

Dealer #: 443058          Contract #: 10645860              Branch#: 170

Page 2 of 2

Salvage US Rev. 10/24/2012
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO
CAPITAL MARKETS CORP. AS AGENT.

## U.S. TERM SHEET AMENDMENT FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Dealer #: 443058          Date of Original Note: 09/03/2013

Contract Id #: 12288280          Branch #: 1170

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

The following terms, as defined in the Note, shall apply effective immediately:

Floorplan Fee: The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period. The Floorplan Fee will be charged for any additional Period.

Interest: Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
6.25% per annum, compounded daily.

However, in no event shall the prime interest rate be less than three and one quarter percent (3.25%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date Extensions shall be limited to:
2 times. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 30 days.

Period: The Period shall be:
30 days.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the Term Sheet changes as set out above.

[Signatures on next page]

Term Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Executed by the undersigned duly authorized representatives effective as of the **Thirtieth day of April, 2015.**

**Dealership** MICHAEL VERNON GARRISON DBA:
ROCK HILL USED CARS

By: _____ Owner
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation
("LENDER")**

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

**Guarantor:** _____
MICHAEL VERNON GARRISON

STATE OF ___Texas___   COUNTY OF ___Denton___

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Amendment this __30__ of __April__, __2015__.

_____
(Notary Public Signature)

My Commission Expires _____

JONATHAN MCAFFREY HOWELL
Notary Public, State of Texas
My Commission Expires
November 24, 2018

___Jonathan McAffrey Howell___
(Printed Name)

My County of Residence: ___Tarrant___

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____     By: _____
                     Signature                                  Print Name

Term Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT .

# U.S. AGGREGATE ADVANCE LIMIT AMENDMENT
## TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Dealer #: 443058                    Date of Original Note: 09/03/2013

Contract Id #: 12288280             Branch #: 1170

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **One Hundred Fifty Thousand Dollars ($150000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Thirtieth day of April, 2015.**

Dealership: MICHAEL VERNON GARRISON DBA:
ROCK HILL USED CARS

By: _____ OWNER
MICHAEL VERNON GARRISON, OWNER

Automotive Finance Corporation
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

Guarantor: _____
MICHAEL VERNON GARRISON

STATE OF  Texas _____   COUNTY OF  Denton _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this  30 of April  2015.

_____
(Notary Public Signature)

Jonathan McAffrey Howell
(Printed Name)

My Commission Expires: _____

My County of Residence: Tarrant _____

JONATHAN MCAFFREY HOWELL
Notary Public, State of Texas
My Commission Expires
November 24, 2018

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____          By: _____
           Signature                              Print Name

Line Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## U.S. AGGREGATE ADVANCE LIMIT AMENDMENT
## TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058              Date of Original Note: 09/03/2013

Contract Id #: 12582730        Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **Three Hundred  Thousand Dollars ($300000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Sixth day of August, 2015**.

---

**Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

By: _____  OWNER
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation ("LENDER")**

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

---

Guarantor: _____
MICHAEL VERNON GARRISON

STATE OF _____    COUNTY OF _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this ____ of _____, 20___

_____
(Notary Public Signature)

_____
(Printed Name)

My Commission Expires: _____

My County of Residence: _____

Eligible for Non AFC Witness or Notary

Witnessed By: _____        By: _____
                    Signature                                Print Name

Line Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

## U.S. TERM SHEET AMENDMENT FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058          Date of Original Note: 09/03/2013

Contract Id #: 12582730          Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

The following terms, as defined in the Note, shall apply effective immediately:

Floorplan Fee: The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period. The Floorplan Fee will be charged for any additional Period.

Interest: Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
6.25% per annum, compounded daily.

However, in no event shall the calculation of prime rate be at a rate less than three and one quarter percent (3.25%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date Extensions shall be limited to:
1 time. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 45 days.

Period: The Period shall be:
45 days.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the Term Sheet changes as set out above.

[Signatures on next page]

Term Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

Executed by the undersigned duly authorized representatives effective as of the **Sixth day of August, 2015**.

**Dealership MICHAEL VERNON GARRISON DBA:**
**ROCK HILL USED CARS**

By: _____
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation**
**("LENDER")**

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

**Guarantor:**

_____
MICHAEL VERNON GARRISON

STATE OF _____     COUNTY OF _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Amendment this _____ of _____

_____
(Notary Public Signature)

_____
(Printed Name)

Eligible for Notary, Witness, AFC Witness, or Notary

My Commission Expires: _____

My County of Residence: _____

Witnessed By: _____          By: _____
                    Signature                              Print Name

Term Amend. AFC Rev 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

**U.S. AGGREGATE ADVANCE LIMIT AMENDMENT**
**TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT**

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058                     Date of Original Note: 09/03/2013

Contract Id #: 13709091              Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **Five Hundred  Thousand Dollars ($500000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Thirteenth day of July, 2016**.

| **Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS** | **Automotive Finance Corporation ("LENDER")** |
|---|---|
| By: _____ Owner | By: _____ |
| MICHAEL VERNON GARRISON, OWNER | An Officer of LENDER |
| | To be executed at AFC Corporate office |

Guarantor:

_____

MICHAEL VERNON GARRISON

STATE OF _Texas_   COUNTY OF _Dallas_

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this 14 of July 2016

(Notary Public Signature) _____

My Commission Expires: _02/28/18_

(Print _____)

My County of Residence: _Dallas_

SABRINA L. MERRITT
Notary Public, State of Texas
My Commission Expires
February 28, 2018

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____        By: _____
                  Signature                              Print Name

Line Amend. AFC Rev. 01/01/2016
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Automotive Finance Corporation 317-843-4770 |

**B. E-MAIL CONTACT AT FILER (optional)**

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Automotive Finance Corporation |
| 13085 Hamilton Crossing Blvd, Suite 300 |
| Carmel, IN 46032 |
| USA |

**FILING NUMBER:** 13-0028278970
**FILING DATE:** 09/05/2013    09:46 AM
**DOCUMENT NUMBER:** 499502730002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| GARRISON | MICHAEL | | VERNON | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 519 INTERSTATE HIGHWAY 30 E | SULPHUR SPRINGS | TX | 75482 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** ROCK HILL USED CARS | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 519 INTERSTATE HIGHWAY 30 E | SULPHUR SPRINGS | TX | 75482 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** AUTOMOTIVE FINANCE CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| WWW.AFCDEALER.COM, 13085 HAMILTON CROSSING BLVD SUITE 300 | CARMEL | IN | 46032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtors assets and properties wherever located, including without
limitation: accounts, chattel paper, deposit accounts, documents, equipment,
fixtures, inventory and other goods, general intangibles, instruments, insurance
policies, investment property, letter of credit rights, money, software,
supporting obligations, and titles, now owned or hereafter acquired by Debtor;
any and all proceeds, products, additions, accessions, accessories, and
replacements of the foregoing; and all of Debtors computer records, business
papers, ledger sheets, files, books, and records relating to the foregoing, now
owned or hereafter acquired.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
443058ER

FILING OFFICE COPY

**UCC FINANCING STATEMENT AMENDMENT**
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Automotive Finance Corporation 317-843-4770

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Automotive Finance Corporation
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN 46032
USA

**FILING NUMBER:** 18-00083882
**FILING DATE:** 03/13/2018     12:09 PM
**DOCUMENT NUMBER:** 799858470003
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**13-0028278970**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**8.** ☐ **COLLATERAL CHANGE: Also** check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **AUTOMOTIVE FINANCE CORPORATION** | | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
**443058ER MICHAEL VERNON GARRISON**

**FILING OFFICE COPY**

## EXHIBIT J

### UNCONDITIONAL AND CONTINUING GUARANTY

TO: **AUTOMOTIVE FINANCE CORPORATION**

DATE: September 3, 2013

FOR VALUE RECEIVED, and in consideration of credit and services given or to be given to MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS (hereinafter referred to jointly and severally as the "Debtor") by Automotive Finance Corporation ("LENDER"), the undersigned hereby jointly and severally guaranty the full and prompt payment, when due, whether by acceleration or otherwise, together with interest and all costs, expenses and attorneys' fees, of any and all obligations of the Debtor to LENDER including such indebtedness as may be encompassed by the term "Obligations" as defined in the Demand Promissory Note and Security Agreement executed by and between LENDER and Debtor, as amended, supplemented or modified from time to time, whether or not such amounts exceed any advance limit applicable to Debtor or communicated to the undersigned (hereinafter collectively referred to as the "Liabilities"). Interest shall be charged from the date of demand until payment in full, both before and after judgment at the same rate per annum as set out in the Liabilities. This is an irrevocable, unconditional and continuing guaranty; it shall cover and secure any amount at any time owing on the Liabilities.

The undersigned each hereby waive any and all presentment, demand, protest and notice of dishonor, non-payment or other default with respect to any of the Liabilities. The undersigned each hereby grant to LENDER full power to deal in any manner with the Liabilities without notice to the undersigned, including, but without limiting the generality of the foregoing, the following powers: (a) to modify or otherwise change any terms of all or any part of the Liabilities or the rate of interest thereon, to grant any extension or renewal thereof, and any other indulgence with respect thereto, and to effect any release, compromise or settlement with respect thereto; and (b) to enter into any agreement of forbearance with respect to all or any part of the Liabilities or with respect to all or any part of the collateral related thereto and to change the terms of any such agreement. The obligations of the undersigned hereunder shall not be released, discharged or in any way affected, nor shall the undersigned have any rights or recourse against LENDER by reason of any action LENDER may take or omit to take under the foregoing powers.

If a claim is made upon LENDER at any time for repayment or recovery of any amount(s) or other value received by LENDER, from any source, in payment of or on account of any of the Liabilities of the Debtor guarantied hereunder and LENDER repays or otherwise becomes liable for all or any part of such claim by reason of: (a) any judgment, decree or order of any court or administrative body having competent jurisdiction; or (b) any settlement or compromise of any such claim, the undersigned shall remain jointly and severally liable to LENDER hereunder for the amount so repaid or for which LENDER is otherwise liable to the same extent as if such amount(s) had never been received by LENDER, notwithstanding any termination hereof or the cancellation of any note, instrument, or other agreement evidencing any of the Liabilities.

In case the Debtor shall fail to pay all or any part of the Liabilities when due, whether by acceleration or otherwise, according to the terms thereof, the undersigned will immediately pay the amount due and unpaid by the Debtor in like manner as if such amount constituted the direct and primary obligation of the undersigned. LENDER shall not be required, prior to any such payment by or demand on the undersigned, to make any demand upon or pursue or exhaust any of its rights or remedies against the Debtor or others with respect to the payment of any of the Liabilities.

Notwithstanding anything to the contrary in this guaranty, the undersigned each hereby irrevocably waive(s) all rights he/she may have at law or in equity (including, without limitation, any law subrogating the undersigned to the rights of LENDER) to seek contribution, indemnification, or any other form of reimbursement from the Debtor, any other guarantor, or any other person hereafter primarily or secondarily liable for any obligations of the Debtor to LENDER, for any disbursement made by the undersigned under or in connection with this guaranty or otherwise. The undersigned furthermore waive: (a) all defenses based on suretyship, notice, impairment of collateral, or LENDER's failure to perfect or keep perfected any security interest in the collateral; and (b) any defenses which the Debtor may assert on the Liabilities including but not limited to failure of consideration, breach of warranty, fraud, payment, statute of frauds, bankruptcy, lack of legal capacity, statute of limitations, lender liability, accord and satisfaction, and usury.

This guaranty is in addition to and not in substitution for any other guaranty or other securities which LENDER may now or hereafter hold for all or any part of the Liabilities, and LENDER shall not be under any other obligation to marshal in favor of the undersigned any other guaranties or other securities or any monies or other assets which LENDER may be entitled to receive or may have a claim upon. No loss of or in respect of or unenforceability of any other guaranties or other securities which LENDER may now or hereafter hold in respect of any of the Liabilities, whether resulting from the fault of LENDER or otherwise, shall in any way limit or lessen the undersigned's liability under this guaranty.

The undersigned understand and agree that no loans made by the undersigned to the Debtor are permitted to be repaid by the Debtor while this guaranty or any indebtedness to LENDER is outstanding. All debts and liabilities, present and future, of Debtor to the undersigned are hereby assigned to LENDER and postponed to the Liabilities, and all monies received by the undersigned in respect thereof shall be received in trust for LENDER and forthwith upon receipt shall be paid over to LENDER, unless prior written authorization to the contrary has been obtained from LENDER, without in any way lessening or limiting the liability of the undersigned under this guaranty. This assignment and postponement is independent of the guaranty and shall remain in full force and effect until repayment in full to LENDER of all the Liabilities, notwithstanding that the liability of the undersigned under this guaranty may have been discharged or terminated.

By execution of this guaranty, the undersigned authorizes LENDER and any of its officers or employees to take any and all action to secure and perfect its interest in the foregoing assignment including but not limited to executing and filing, on behalf of the undersigned and without the undersigned's signature, original financing statements, amendments, continuation statements, and any other documents LENDER deems necessary or desirable to protect its interests.

This guaranty shall not be discharged or otherwise affected by the death or loss of capacity of the Debtor, by any change in the name of the Debtor, or (if a partnership, limited liability company or other membership organization) by any change in the membership of the Debtor or (if a corporation) by any change in the officers, capital structure, by-laws or articles of the Debtor, by the sale of the Debtor's business or any part thereof, by the Debtor being reorganized or being amalgamated with one or more other corporations or other entities, by the Debtor becoming bankrupt or insolvent or by any other matter or thing whatsoever but shall continue to apply to all Liabilities whether incurred before or after any such event. In the case of a change in the membership, partners or shareholders of the Debtor or in the case of the Debtor being reorganized or being amalgamated with one or more other entities, this guaranty shall apply to the liabilities of the resulting entity, and the term "Debtor" includes each such resulting entity. This guaranty shall not be discharged or otherwise affected by the death of the undersigned.

The undersigned hereby warrants to LENDER that the undersigned has by independent means made himself/herself fully aware of Debtor's financial condition. The undersigned agrees to pay all costs, expenses, and attorneys' fees incurred by LENDER in the enforcement of this guaranty.

### EXHIBIT C

Page 1 of 3

AFC Rev 04/26/13

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

The undersigned acknowledges that the undersigned is guaranteeing credit from LENDER. The undersigned authorizes LENDER to obtain credit information from a credit bureau and any financial institution or trade creditor that the undersigned has provided as well as any other credit investigation that LENDER in LENDER's sole discretion deems necessary. The undersigned also authorizes LENDER to contact any third parties and to disclose the undersigned's information for purposes of, including, but not limited to, assessing the undersigned's credit worthiness, collection of any outstanding debt, and obtaining intercreditor agreements and perfecting LENDER's security interest. The undersigned also authorizes LENDER to disclose the above described information to any of its affiliates, subsidiaries, and parent companies. Further, if credit is granted to the Debtor, the undersigned authorizes LENDER to review the account periodically, which could include obtaining additional credit reports regarding the undersigned. The undersigned also authorizes LENDER to disclose credit information into any credit database.

The undersigned authorizes LENDER to share any and all information that it possesses regarding the undersigned's account and relationship to Debtor, including but not limited to information regarding loan history, account history, account balance, and credit worthiness with any third party. The undersigned does hereby authorize LENDER to release and disclose any and all of the undersigned's general business information now or hereinafter in LENDER's possession, including but not limited to information regarding the business name, address, and telephone number, to any third party. The undersigned also authorizes LENDER to release and disclose any and all account information now or hereinafter in LENDER's possession, including but not limited to any and all loan documents, any business financial information retained or maintained by LENDER, and/or any information relating to the undersigned's performance history with LENDER to any third party.

Whenever possible each provision of this guaranty shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provision of this guaranty shall be prohibited by or invalid under such law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this guaranty.

THIS GUARANTY SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, AS AMENDED FROM TIME TO TIME, WITHOUT RESORT TO PRINCIPLES OF CONFLICTS OF LAWS. BY EXECUTION OF THIS GUARANTY, THE UNDERSIGNED SUBMITS TO THE PERSONAL JURISDICTION OF THE COURTS OF THE STATE OF INDIANA AND TO VENUE IN THE CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY OR MARION COUNTY, INDIANA. ANY ACTION INITIATED BY THE UNDERSIGNED AGAINST LENDER SHALL BE FILED AND CONDUCTED SOLELY IN SAID COURTS. LENDER MAY BRING ANY SUIT AGAINST THE UNDERSIGNED IN ANY COURT OF COMPETENT JURISDICTION, AND THE UNDERSIGNED HEREBY CONSENTS TO LENDER'S CHOICE OF FORUM. THE UNDERSIGNED FURTHER WAIVES ANY RIGHT WHICH IT MAY HAVE TO REMOVE SUCH LITIGATION OR MATTER TO A FEDERAL COURT OR TO REQUIRE THAT ANY SUCH LITIGATION OR MATTER TAKE PLACE IN A FEDERAL COURT. THE UNDERSIGNED AND LENDER AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THE CLAIMANT'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION.

THE UNDERSIGNED AND LENDER EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED. THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION BETWEEN THEM, INCLUDING, BUT NOT LIMITED TO, ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS GUARANTY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS GUARANTY AND THE TRANSACTIONS CONTEMPLATED HEREBY.

All rights, powers, privileges and immunities of LENDER hereunder shall inure to the benefit of the successors and assigns of LENDER, and shall be binding upon each of the undersigned, his/her personal representatives, heirs and assigns.

[Signatures on next page]

**EXHIBIT C**
Page 2 of 3

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Witness the hand and seal of the undersigned the day and year first above written.

| MICHAEL VERNON GARRISON | Sep 03, 2013 Date | | Date |
| | Date | | Date |
| | Date | | Date |
| | Date | | Date |

STATE OF _Texas_                 COUNTY OF _TARRANT_

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Unconditional and Continuing Guaranty this _4_ of _September_, 20_13_.

(Notary Public Signature)                    My Commission Expires: _____

_Adam Compton_                               My County of Residence: _Dallas_
(Printed Name)

                                             DALLAS

**ADAM JAMES COMPTON**
Notary Public, State of Texas
My Commission Expires
November 21, 2016

**EXHIBIT C**
Page 3 of 3

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.


**Dealer Payoff Report**

| | |
|---|---|
| Requested By: Burbank, David | Date: 11-MAY-20 |
| Pool: US POOL | Time: 02:05:56pm |
| AFC Branch: Dallas | Page: 1 |
| Dealer #: 443058 | |
| Calculated Through: 11-MAY-2020 | |

Sort Order: VEHICLE          Include Forgiven: N          Show Recovery Detail: Y
Dealer Name: Michael Vernon Garrison Dba: Rock Hill Used Cars
Dealer Address: 519 Interstate Highway 30 E, Sulphur Springs Tx 75482
Phone: 903-335-8928   Fax: 903-335-8253          Mobile: 903-951-8597          Email: Dgarrison31@Hotmail.Com          Restricted: Y          Potential Loss: Y
Credit Limit: $500,000.00                                    Terms 45 DAYS

## Contract Charges

| Charge Date | Description | Due Date | Last Paid | Charge Amount | Balance |
|---|---|---|---|---|---|
| 17-FEB-20 | COURIER FEE | 18-MAR-20 | $0.00 | $13.15 | $13.15 |
| | | | | | ========= |
| | | | | Contract Charges Due: | $13.15 |

## Vehicle Charges

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Write Off Status | Write Off Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1028 | 3D7ML48C2 6G178761 | 06 | Ram 3500 | Repossessed | 31-JUL-19 | $21,940.00 | $12,013.44 | $353.09 | $230.00 | $628.66 | A | | | | $13,225.19 |
| 1029 | 3D7ML48A1 8G219298 | 08 | Ram 3500 | Repossessed | 31-JUL-19 | $25,440.00 | $13,929.88 | $409.43 | $230.00 | $681.19 | A | | | | $15,250.50 |
| 1034 | 1FTSW21P5 7EB14538 | 07 | F250sd | Repossessed | 21-AUG-19 | $20,440.00 | $11,184.77 | $255.11 | $230.00 | $543.00 | A | | | | $12,212.88 |
| 1037 | 5UTGN2428 HM007662 | 17 | Car Trailer | Repossessed | 04-SEP-19 | $29,740.00 | $16,273.73 | $300.14 | $230.00 | $593.48 | A | | | | $17,397.35 |
| 1049 | 1GNEC16Z8 2J293191 | 02 | Suburban | Repossessed | 25-SEP-19 | $15,280.00 | $10,451.52 | $267.82 | $435.00 | $302.84 | A | | | | $11,457.18 |
| 1050 | JM1GG12L7 61105547 | 06 | Mazda6 | Repossessed | 25-SEP-19 | $13,270.00 | $9,076.68 | $232.58 | $435.00 | $276.45 | A | | | | $10,020.71 |
| 1053 | 1GRAA9224 SB029809 | 95 | Trailer | Repossessed | 14-OCT-19 | $29,490.00 | $20,171.16 | $403.43 | $205.00 | $612.36 | A | | | | $21,391.95 |
| 1054 | 2B3CJ4DV0 AH184071 | 10 | Challenger | Repossessed | 09-OCT-19 | $14,270.00 | $9,760.68 | $207.39 | $205.00 | $457.93 | A | | | | $10,631.00 |
| 1055 | 1FTSX20R8 9EA01704 | 09 | F250sd | Repossessed | 09-OCT-19 | $22,440.00 | $15,348.96 | $326.13 | $205.00 | $550.33 | A | | | | $16,430.42 |
| 1056 | 1HSHBAHNX XH659029 | 99 | 8000-Series | Repossessed | 16-OCT-19 | $28,490.00 | $19,487.16 | $371.54 | $205.00 | $589.60 | A | | | | $20,653.30 |
| 1058 | 1FDNR72P7 JVA28327 | 88 | N-Series | Repossessed | 16-OCT-19 | $18,290.00 | $12,510.36 | $238.52 | $205.00 | $484.60 | A | | | | $13,438.48 |
| 1062 | 1GC0KVCG2 BZ387391 | 11 | Silverado 2500 | Repossessed | 30-OCT-19 | $16,780.00 | $14,346.90 | $417.17 | $180.00 | $547.92 | A | | | | $15,491.99 |
| 1068 | 1FT7W2BTX FEC20953 | 15 | F250sd | Repossessed | 27-NOV-19 | $30,500.00 | $30,500.00 | $1,477.28 | $145.00 | $871.50 | A | | | | $32,993.78 |
| 1079 | 1FD8W3HT2 FEA32814 | 15 | F350sd | Repossessed | 03-JAN-20 | $35,070.00 | $33,316.50 | $759.90 | $85.00 | $718.48 | A | | | | $34,879.88 |
| 1080 | 1T9AS4028 5B540094 | 05 | Trailer | Repossessed | 03-JAN-20 | $16,780.00 | $15,941.00 | $363.59 | $85.00 | $498.72 | A | | | | $16,888.31 |

Status:     A-Active     U-Unforgiven     F-Forgiven

# Dealer Payoff Report

| | |
|---|---|
| Requested By: | Burbank, David |
| Pool: | US POOL |
| AFC Branch: | Dallas |
| Dealer #: | 443058 |
| Calculated Through: | 11-MAY-2020 |
| Sort Order: | VEHICLE |
| Dealer Name: | Michael Vernon Garrison Dba: Rock Hill Used Cars |
| Dealer Address: | 519 Interstate Highway 30 E, Sulphur Springs Tx 75482 |

Date: 11-MAY-20
Time: 02:05:56pm
Page: 2

Include Forgiven: N          Show Recovery Detail:Y

Phone: 903-335-8928     Fax: 903-335-8253          Mobile: 903-951-8597          Email:Dgarrison31@Hotmail.Com          Restricted: Y          Potential Loss: Y

Credit Limit          $500,000.00          Terms 45  DAYS

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Write Off Status | Write Off Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1081 | 3C63RRGL8EG149807 | 14 | 3500 | Repossessed | 08-JAN-20 | $27,980.00 | $26,581.00 | $564.78 | $85.00 | $665.06 | A | | | | $27,895.84 |
| 1084 | 1FT7W2BTXFEA02463 | 15 | F250sd | Received | 15-JAN-20 | $28,490.00 | $27,065.50 | $516.02 | $85.00 | $637.90 | A | | | | $28,304.42 |
| 1085 | 1GTJK33214F263548 | 04 | Sierra 3500 | Repossessed | 15-JAN-20 | $24,940.00 | $23,693.00 | $451.73 | $85.00 | $595.20 | A | | | | $24,824.93 |
| 1086 | 1FMJU1K54CEF09406 | 12 | Expedition | Repossessed | 22-JAN-20 | $23,440.00 | $22,268.00 | $371.04 | $85.00 | $545.62 | A | | | | $23,269.66 |
| 1087 | 1FMHK8F89BGA68442 | 11 | Explorer | Repossessed | 22-JAN-20 | $16,280.00 | $15,466.00 | $257.71 | $85.00 | $469.36 | A | | | | $16,278.07 |
| 1088 | 3D7KU28C64G204039 | 04 | Ram 2500 | Repossessed | 29-JAN-20 | $20,840.00 | $20,840.00 | $612.52 | $85.00 | $679.43 | A | | | | $22,216.95 |
| 1089 | 3D7MX48A37G804242 | 07 | Ram 3500 | Repossessed | 29-JAN-20 | $22,940.00 | $22,940.00 | $674.25 | $85.00 | $716.51 | A | | | | $24,415.76 |
| 1090 | 3D7KR28A48G116225 | 08 | Ram 2500 | Repossessed | 12-FEB-20 | $16,280.00 | $16,280.00 | $406.97 | $85.00 | $560.17 | A | | | | $17,332.14 |
| 1091 | 1FTHX25F0TEB25935 | 96 | F250 | Repossessed | 19-FEB-20 | $12,770.00 | $12,770.00 | $291.27 | $85.00 | $491.51 | A | | | | $13,637.78 |
| 1092 | 1FVACWDU5DHFA3237 | 13 | Freightliner | Repossessed | 19-FEB-20 | $29,490.00 | $29,490.00 | $672.63 | $85.00 | $726.03 | A | | | | $30,973.66 |
| 1093 | 1GCJK33265F919308 | 05 | Silverado 3500 | Received | 26-FEB-20 | $24,940.00 | $24,940.00 | $514.35 | $85.00 | $632.25 | A | | | | $26,171.60 |
| 1094 | 1GCJK33648F114088 | 08 | Silverado 3500 | Repossessed | 04-MAR-20 | $18,790.00 | $18,790.00 | $384.18 | $145.00 | $234.03 | A | | | | $19,553.21 |
| 1095 | 1HFVE04R7G4000179 | 16 | Pioneer 1000-5 Deluxe | Repossessed | 12-MAR-20 | $17,290.00 | $17,290.00 | $277.85 | $85.00 | $490.35 | A | | | | $18,143.20 |

|  | Totals : | $622,690.00 | $522,726.24 | $12,378.42 | $4,475.00 | $15,800.48 | | | | | $555,380.14 |

**************************************

Total Payoff:          $555,393.29

Status:    A-Active    U-Unforgiven    F-Forgiven



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014760 | 443058-1049 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2002 Chevrolet Suburban | 318,890 | 1GNEC16Z82J293191 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges : ** $279.00
**Net Proceeds : ** $321.00

## EXHIBIT L

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE
Sale Price: $600.00

Auctioneer: Wade Shaw

## SALE INFORMATION
Sale Date: 6/4/2020        Lot #: F 170        Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20806125000099        Certificate of Origin: No

### VEHICLE INFORMATION
VIN: 1GNEC16Z82J293191        Stock #: 827830
2002 CHEVROLET SUBURBAN, White, LS
Body Style: 4DR 1500
**Odometer: 318,890 Miles**
                          Client Unit ID: 15014760
Category: RRP

### VEHICLE OPTIONS
8 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 7 Passenger, Leather Interior, Power Driver Seat, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control.

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LANES MOTORS AND USED CARS LLC** |
|---|---|---|---|
| | | | LANES MOTORS AND USED CARS LLC |
| | 11299 N. Illinois Street | | 8906 LANDERS ROAD |
| | Carmel, IN 46032 | | SHERWOOD, AR 72120 |
| | (317) 815-9645 | | (501) 351-5772 |
| | | | License: AR/M9299 |

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: DANIEL PEREZ

Signature on File        *Signature on File*

SELLER        BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | LANES MOTORS AND USED CARS LLC |
|---|---|---|---|
| | 11299 N. Illinois Street | | LANES MOTORS AND USED CARS LLC |
| | Carmel, IN  46032 | | 8906 LANDERS ROAD |
| | (317) 815-9645 | | SHERWOOD, AR  72120 |
| | | | (501) 351-5772 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2002, CHEVROLET, SUBURBAN, White, LS, 4DR 1500 |
|---|---|---|---|
| Sale Date: 6/4/2020    Lot #: F 170    Sale Type: Consignment Sale | | VIN: 1GNEC16Z82J293191    Stock #: 827830 | **Odometer: 318,890 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/20806125000099                Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Total: | ($491.00) | |
| Net Due: | ($491.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $491.00 | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014764 | 443058-1050 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|---------------------|---------|-----|
| | 2006 Mazda Mazda6 | 160,578 | JM1GG12L761105547 |

| Auction | Sale Date | Sale Price |
|---------|-----------|------------|
| ADESA DALLAS | 06/04/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $454.00

**Net Proceeds :** $746.00

brenda.timmons

# Bill of Sale



## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE

Sale Price: $1,200.00

Auctioneer: Wade Shaw

### SALE INFORMATION

Sale Date: 6/4/2020       Lot #: F 160       Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20806125000148       Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: JM1GG12L761105547**       Stock #: 828716
2006 MAZDA MAZDA6, Grey, GRAND TOURING MAZDAS
Body Style: 4DR SDN
**Odometer: 160,578 Miles**
                        Client Unit ID: 15014764
Category: RRP

### VEHICLE OPTIONS
4 Cylinder Gas Turbo, 6 Speed Transmission, Sun Roof, Air Conditioning, AM\FM\CD, Drive Train - All Wheel, 5 Passenger, Leather Interior, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control.

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

| SELLER: | **PAR/AFC Corporate** | BUYER: | **HONDO MOTORS** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 920 S BUCKNER BLVD |
| | Carmel, IN  46032 | | DALLAS, TX  75217 |
| | (317) 815-9645 | | (214) 391-6777 |
| | | | License: TX/P121593 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: NAZIR AHMAD

*Signature on File*

SELLER                                                        BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **HONDO MOTORS** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 920 S BUCKNER BLVD |
| | Carmel, IN 46032 | | DALLAS, TX 75217 |
| | (317) 815-9545 | | (214) 391-6777 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2006, MAZDA, MAZDA6, Grey, GRAND TOURING MAZDAS, 4DR SDN |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 160** | Sale Type: Consignment Sale | **VIN: JM1GG12L761105547** | Stock #: 828716 **Odometer: 160,578 Miles** |

**PAY PROCEEDS TO:**     PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**     ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000148          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L1 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 105547 |
| Total: | ($916.00) | |
| Net Due: | ($916.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $916.00 | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014769 | 443058-1055 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2009 Ford F250SD | 999,999 | 1FTSX20R89EA01704 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges : $420.00**

**Net Proceeds : $780.00**

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
TMU
AS IS

**VEHICLE SALE**

Sale Price: $1,200.00

Auctioneer: Bandy Assiter

---

**SALE INFORMATION**

**Sale Date: 6/4/2020**     **Lot #: T 989**     Sale Type: Consignment Sale

**TITLE INFORMATION**

Title State/Number: IN/20806130000390     Certificate of Origin: No

**VEHICLE INFORMATION**

**VIN: 1FTSX20R89EA01704**     Stock #: 827882
2009 FORD SUPER DUTY F-250, White, 2WD SUPERCAB 158 XL
Body Style: 4 DOOR 2WD
**Odometer: 999,999 Miles**
                                        Client Unit ID: 15014769
Category: RRP

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**VEHICLE OPTIONS**

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, Rear Wheel Drive, 5 Passenger, Vinyl Interior, Air Bag - Dual, Power Steering, Cruise Control,

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GL EXPRESS LLC** |
|---|---|---|---|
| | | | GL EXPRESS LLC |
| | 11299 N. Illinois Street | | 60 ASBURY RD STE# 326 |
| | Carmel, IN 46032 | | HACKETTSTOWN, NJ 07840 |
| | (317) 815-9645 | | (347) 962-9254 |
| | | | License: NJ/07217U |

**CERTIFICATIONS**

SELLING REPRESENTATIVE: Selling Representative not in list     BUYING REPRESENTATIVE: LEVAN NAZGAIDZE

**AUCTION LIGHTS**

Red Light - As Is     Yellow Light - Caution     Blue Light - Title Received

*This vehicle is sold AS IS - No Arbitration

*Signature on File*     *Signature on File*

SELLER                              BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GL EXPRESS LLC** |
|---|---|---|---|
| | | | GL EXPRESS LLC |
| | 11299 N. Illinois Street | | 60 ASBURY RD STE# 326 |
| | Carmel, IN 46032 | | HACKETTSTOWN, NJ 07840 |
| | (317) 815-9645 | | (347) 962-9254 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2009, FORD, SUPER DUTY F-250, White, 2WD SUPERCAB 158 XL, 4 DOOR 2WD |
|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: T 989 | Sale Type: Consignment Sale | VIN: 1FTSX20R89EA01704 | |
| | | | Stock #: 827882 | **Odometer: 999,999 Miles** |

**PAY PROCEEDS TO:**      PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**      ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806130000390                Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FTSX20R89EA01704. |
| Total: | ($950.00) | |
| Net Due: | ($950.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,200.00 |

Total: $950.00

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014775 | 443058-1062 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2011 Chevrolet Silverado 2500 | 267,242 | 1GC0KVCG2BZ387391 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 2,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $290.00

**Net Proceeds :** $1,710.00

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

---

**VEHICLE SALE**

Sale Price: $2,000.00

Auctioneer: Bandy Assiter

---

**SALE INFORMATION**

**Sale Date: 6/4/2020**      **Lot #: T 1004**      Sale Type: Consignment Sale

**TITLE INFORMATION**

Title State/Number: IN/20806125000161      Certificate of Origin: No

**VEHICLE INFORMATION**

**VIN: 1GC0KVCG2BZ387391**      Stock #: 827860
2011 CHEVROLET SILVERADO 2500HD, White, WORK TRUCK
Body Style: 4WD REG CAB 133.7
**Odometer: 267,242 Miles**
                                           Client Unit ID: 15014775
Category: RRP

**VEHICLE OPTIONS**
8 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, 4WD, 3
Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Traction Control,

**CERTIFICATIONS**

**AUCTION LIGHTS**
Red Light - As Is      Blue Light - Title Received

---

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **P P D AUTO DIVISION LLC** |
|---|---|---|---|
| | | | P P D AUTO DIVISION LLC |
| | 11299 N. Illinois Street | | 5620 SOUTHMOST RD |
| | Carmel, IN 46032 | | BROWNSVILLE, TX 78521 |
| | (317) 815-9645 | | (956) 509-0587 |
| | | | License: TX/P110589 |

SELLING REPRESENTATIVE: Selling Representative not in list      BUYING REPRESENTATIVE: RAUL PIZANA

Signature on File.      *Raul Pizana*

SELLER      BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **P P D AUTO DIVISION LLC** |
|---|---|---|---|
| | | | P P D AUTO DIVISION LLC |
| | 11299 N. Illinois Street | | 5620 SOUTHMOST RD |
| | Carmel, IN 46032 | | BROWNSVILLE, TX 78521 |
| | (317) 815-9645 | | (956) 509-0587 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2011, CHEVROLET, SILVERADO 2500HD, White, WORK TRUCK, 4WD REG CAB 133.7 |
|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: T 1004**  Sale Type: Consignment Sale | **VIN: 1GC0KVCG2BZ387391** | |
| | | Stock #: 827860 | **Odometer: 267,242 Miles** |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000161                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($2,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | NO START - APPROVED 5.19 MSI/TRANS & TRANSFER CASE MISSING. REC VIDEO |
| Total: | ($1,880.00) | |
| Net Due: | ($1,880.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| Issue ACH W/O Tran (net) | ($75.00) | |
| Issue ACH W/O Tran (net) | $2,000.00 | |
| Issue ACH W/O Tran (net) | ($45.00) | |

Total: $1,880.00

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines. '



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014783 | 443058-1081 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2014 Ram 3500 | 149,464 | 3C63RRGL8EG149807 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 15,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $454.00

**Net Proceeds :** $15,146.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $15,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020        Lot #: F 156        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000176        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 3C63RRGL8EG149807**        Stock #: 828858
2014 RAM 3500, White, TRADESMAN
Body Style: 4WD CREW CAB 169
**Odometer: 149,464 Miles**
                                        Client Unit ID: 15014783
Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, 4WD, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is      Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

**SELLER:** **PAR/AFC Corporate**        **BUYER:** **GLOBAL MOTOR CARS**

                                        GLOBAL AUTO MOTORS LLC

11299 N. Illinois Street                620 HIGHWAY 6 S
Carmel, IN  46032                       HOUSTON, TX  77079
(317) 815-9645                          (346) 402-5949
                                        License: TX/P113119

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: FAHEEM CHANDA

Signature on File                       *Signature on File*

SELLER                                  BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLOBAL MOTOR CARS** |
|---|---|---|---|
| | | | GLOBAL AUTO MOTORS LLC |
| | 11299 N. Illinois Street | | 620 HIGHWAY 6 S |
| | Carmel, IN 46032 | | HOUSTON, TX 77079 |
| | (317) 815-9645 | | (346) 402-5949 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2014, RAM, 3500, White, TRADESMAN, 4WD CREW CAB 169 | |
|---|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 156** | Sale Type: Consignment Sale | **VIN: 3C63RRGL8EG149807** | Stock #: 828856 | **Odometer: 149,464 Miles** |

**PAY PROCEEDS TO:**      PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**          ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000176                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($15,600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | LS |
| EPA Fee | $4.00 | |
| Sublet Transportation | $175.00 | DALLAS TOWBOYS INV 149807 |
| Total: | ($15,316.00) | |
| Net Due: | ($15,316.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($4.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $15,316.00 | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $15,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014787 | 443058-1086 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2012 Ford Expedition | 115,038 | 1FMJU1K54CEF09406 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 8,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $424.00

**Net Proceeds :** $8,176.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $8,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020     Lot #: F 148     Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000182     Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FMJU1K54CEF09406**     Stock #: 827811
2012 FORD EXPEDITION, White, LIMITED
Body Style: 2WD 4DR
**Odometer: 115,038 Miles**

               Client Unit ID: 15014787

Category: RRP

### VEHICLE OPTIONS

8 Cylinder Gas, Automatic Transmission, Sun Roof, Dual - AC, AM\FM\CD, Rear Wheel Drive, 7 Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control, Navigational System, Memory Seat, Sirius Satellite Radio, Bluetooth, Power Liftgate, Back-up Camera.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies that to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage, WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|

GLK AUTO GROUP LLC

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

2800 E JEFFERSON ST
GRAND PRAIRIE, TX 75051
(972) 237-2736
License: TX/P130474

SELLING REPRESENTATIVE: Selling Representative not in list     BUYING REPRESENTATIVE: HECTOR HERNANDEZ

Signature on File

SELLER            BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an Invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | | | GLK AUTO GROUP LLC |
| | 11299 N. Illinois Street | | 2800 E JEFFERSON ST |
| | Carmel, IN  46032 | | GRAND PRAIRIE, TX  75051 |
| | (317) 815-9645 | | (972) 237-2736 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2012, FORD, EXPEDITION, White, LIMITED, 2WD 4DR |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 148** | Sale Type: Consignment Sale | **VIN: 1FMJU1K54CEF09406** | Stock #: 827811    **Odometer: 115,038 Miles** |

**PAY PROCEEDS TO:**     PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**      ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000182                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($8,600.00) | |
| Seller Fee | $75.00 | |
| Recon – Wash and Vac | $30.00 | L3 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398318 |
| Total: | ($8,346.00) | |
| Net Due: | ($8,346.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($30.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $8,346.00 | Issue ACH W/O Tran (net) | ($145.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $8,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014789 | 443058-1088 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2004 Dodge Ram 2500 | 149,070 | 3D7KU28C64G204039 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 4,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 90.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $510.00

**Net Proceeds :** $3,690.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $4,200.00

Auctioneer: Wade Shaw

## SALE INFORMATION

**Sale Date:** 6/4/2020       **Lot #:** F 155       Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000187       Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 3D7KU28C64G204039**       Stock #: 827947
2004 DODGE RAM 2500, Beige, SLT
Body Style: 4DR QUAD CAB 160.5
**Odometer: 149,070 Miles**
                                      Client Unit ID: 15014789

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\Cass\CD, 4WD, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is       Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **SHORT MOTOR COMPANY** |
|---|---|---|---|
| | | | SHORT ENTERPRISES INC |
| | 11299 N. Illinois Street | | 4362 MCCART AVE |
| | Carmel, IN  46032 | | FORT WORTH, TX  76115 |
| | (317) 815-9645 | | (817) 988-2629 |
| | | | License: TX/P7946 |

SELLING REPRESENTATIVE: Selling Representative not in list       BUYING REPRESENTATIVE: BRADY SHORT

Signature on File

| SELLER | BUYER |
|---|---|

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **SHORT MOTOR COMPANY** |
|---|---|---|---|
| | | | SHORT ENTERPRISES INC |
| | 11299 N. Illinois Street | | 4362 MCCART AVE |
| | Carmel, IN 46032 | | FORT WORTH, TX 76115 |
| | (317) 815-9645 | | (817) 988-2629 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2004, DODGE, RAM 2500, Beige, SLT, 4DR QUAD CAB 160.5 |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 155** | Sale Type: Consignment Sale | **VIN: 3D7KU28C64G204039** | Stock #: 827947    **Odometer: 149,070 Miles** |

**PAY PROCEEDS TO:**     PAR North America
                        11299 N. Illinois StreetSuite 300
                        Carmel, IN 46032
                        (317) 818-4500

**PAYMENT TYPE:**        ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000187                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,200.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $90.00 | NO START - APPROVED 5.18 MS//DIAG NO START REPAIRED SHIFT CABLE AND ADJUSTED, RUNS AND DRIVES |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7KU28C64G204039. |
| Total: | ($3,860.00) | |
| Net Due: | ($3,860.00) | |

**PAYMENTS AND ADJUSTMENTS**

Total: $3,860.00

| | | |
|---|---|---|
| Issue ACH W/O Tran (net) | ($175.00) | |
| Issue ACH W/O Tran (net) | ($90.00) | |
| Issue ACH W/O Tran (net) | ($75.00) | |
| Issue ACH W/O Tran (net) | $4,200.00 | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014794 | 443058-1090 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Dodge Ram 2500 | 237,483 | 3D7KR28A48G116225 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 3,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| Mechanical Work - Labor | Auction | RECON: Body Work | $ 100.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $365.00

**Net Proceeds :** $3,235.00

brenda.timmons

# Bill of Sale

## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE

Sale Price: $3,600.00

Auctioneer: Wade Shaw

### SALE INFORMATION

Sale Date: 6/4/2020        Lot #: F 167        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/2080612500199        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 3D7KR28A48G116225**        Stock #: 827929
2008 DODGE RAM 2500, Silver, SLT
Body Style: 2WD QUAD CAB 140.5
**Odometer: 237,483 Miles**
Client Unit ID: 15014794

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM/FM/CD, Rear Wheel Drive, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is        Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:**  **PAR North America**

7835 Woodland Dr Suite 150
Indianapolis, IN 46278
(317) 818-4500

**BUYER:**  **DFW TRUCKS**

ZAMORA PEREZ INVESTMENTS LLC

3329 S GARLAND AVE
GARLAND, TX 75041
(972) 840-0300
License: TX/P101346

SELLING REPRESENTATIVE: Selling Representative not in list

Signature on File

SELLER

BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN 46278 | | GARLAND, TX 75041 |
| | (317) 818-4500 | | (972) 840-0300 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2008, DODGE, RAM 2500, Silver, SLT, 2WD QUAD CAB 140.5 | |
|---|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 167** | Sale Type: Consignment Sale | **VIN: 3D7KR28A48G116225** | Stock #: 827929 | **Odometer: 237,483 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetAttn: PAR Accounting
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000199                     Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,600.00) | |
| Seller Fee | $95.00 | |
| Body Shop - Labor | $100.00 | DE ID - APPROVED 5.29 MS |
| Total: | ($3,405.00) | |
| Net Due: | ($3,405.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | Issue ACH W/O Tran (net) | ($100.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($95.00) |
| Total: $3,405.00 | Issue ACH W/O Tran (net) | $3,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014749 | 443058-1028 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2006 Dodge Ram 3500 | 204,874 | 3D7ML48C26G178761 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 6,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $499.00

**Net Proceeds :** $5,501.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

---

**VEHICLE SALE**

Sale Price: $6,000.00

Auctioneer: Wade Shaw

---

| SALE INFORMATION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**Sale Date:** 6/4/2020     **Lot #: F 166**     Sale Type: Consignment Sale

**TITLE INFORMATION**
Title State/Number: IN/2080612500045          Certificate of Origin: No

**VEHICLE INFORMATION**
**VIN: 3D7ML48C26G178761**          Stock #: 827973
2006 DODGE RAM 3500, Silver, SLT
Body Style: 4DR QUAD CAB 160.5 D
**Odometer: 204,874 Miles**
                                    Client Unit ID: 15014749
Category: RRP

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

**SELLER:**   **PAR/AFC Corporate**          **BUYER:**   **DFW TRUCKS**

                                                    ZAMORA PEREZ INVESTMENTS LLC

11299 N. Illinois Street                            3329 S GARLAND AVE
Carmel, IN 46032                                    GARLAND, TX 75041
(317) 815-9645                                      (972) 840-0300
                                                    License: TX/P101346

**VEHICLE OPTIONS**
6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control.

**CERTIFICATIONS**

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

**AUCTION LIGHTS**
Red Light - As Is     Blue Light - Title Received

Signature on File.

SELLER                                              BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 11299 N. Illinois Street | | 3329 S GARLAND AVE |
| | Carmel, IN 46032 | | GARLAND, TX 75041 |
| | (317) 815-9645 | | (972) 840-0300 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2006, DODGE, RAM 3500, Silver, SLT, 4DR QUAD CAB 160.5 D |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 166** | Sale Type: Consignment Sale | **VIN: 3D7ML48C26G178761** | Stock #: 827973      **Odometer: 204,874 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**
ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/2080612500045      Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($6,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | DIAG NO START, BLED FUEL SYSTEM TO MAKE RUN |
| Recon - Wash and Vac | $30.00 | L7 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7ML48C26G178761. |
| Total: | ($5,671.00) | |
| Net Due: | ($5,671.00) | |

### PAYMENTS AND ADJUSTMENTS

Total: $5,671.00

| | |
|---|---|
| Issue ACH W/O Tran (net) | ($75.00) |
| Issue ACH W/O Tran (net) | $6,000.00 |
| Issue ACH W/O Tran (net) | ($4.00) |
| Issue ACH W/O Tran (net) | ($30.00) |
| Issue ACH W/O Tran (net) | ($45.00) |
| Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014755 | 443058-1034 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2007 Ford F250SD | 253,209 | 1FTSW21P57EB14538 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 3,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $465.00

**Net Proceeds :** $2,535.00

brenda.timmons

## Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

---

**VEHICLE SALE**

Sale Price: $3,000.00

Auctioneer: Bandy Assiter

---

**SALE INFORMATION**

| | | |
|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: T 990** | Sale Type: Consignment Sale |

**TITLE INFORMATION**

Title State/Number: IN/20806125000119     Certificate of Origin: No

**VEHICLE INFORMATION**

**VIN: 1FTSW21P57EB14538**     Stock #: 527871
2007 FORD SUPER DUTY F-250, Grey, LARIAT
Body Style: 4WD CREW CAB 172 LA
**Odometer: 253,209 Miles**
                                  Client Unit ID: 15014755
Category: RRP

**VEHICLE OPTIONS**
8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM/FM Radio, 4WD, 6 Passenger, Leather Interior, Air Bag - Dual, Power Steering.

**CERTIFICATIONS**

**AUCTION LIGHTS**
Red Light - As Is    Blue Light - Title Received

---

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **RIOS AUTO SALES** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 3202 E MAIN ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75050 |
| | (317) 815-9645 | | (214) 724-3646 |
| | | | License: TX/P45304 |

SELLING REPRESENTATIVE: Selling Representative not in list     BUYING REPRESENTATIVE: REFUGIO PEREZ

Signature on File                          *Signature on File*

SELLER                                    BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Safe is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **RIOS AUTO SALES** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 3202 E MAIN ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75050 |
| | (317) 815-9645 | | (214) 724-3645 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2007, FORD, SUPER DUTY F-250, Grey, LARIAT, 4WD CREW CAB 172 LA |
|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: T 990**   Sale Type: Consignment Sale | **VIN: 1FTSW21P57EB14538** | Stock #: 827871   **Odometer: 253,209 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000119                 Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | Check No Start - APPROVED 5.29 MS/Injection pump is bad. Rec video |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FTSW21P57EB14538. |
| Total: | ($2,705.00) | |
| Net Due: | ($2,705.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($45.00) |
| Total: $2,705.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,000.00 |
| | Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014767 | 443058-1054 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2010 Dodge Challenger | 155,164 | 2B3CJ4DV0AH184071 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 4,400.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $444.00

**Net Proceeds :** $3,956.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $4,400.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020 | Lot #: F 158 | Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/2080612700 0114 | Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 2B3CJ4DV0AH184071** | Stock #: 827820
2010 DODGE CHALLENGER, Black, SE
Body Style: 2DR CPE
**Odometer: 155,164 Miles**

Client Unit ID: 15014767

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **A-TEAM MOTORS LLC** |
|---|---|---|---|
| | | | A-TEAM MOTORS LLC |
| | 7835 Woodland Dr Suite 150 | | 3607 W ROOSEVELT DR |
| | Indianapolis, IN 46278 | | LITTLE ROCK, AR 72204 |
| | (317) 818-4500 | | (501) 954-0343 |
| | | | License: AR/M10406 |

SELLING REPRESENTATIVE: Selling Representative not in list | BUYING REPRESENTATIVE: MALACHI AKINS

*Signature on File*

SELLER

*Signature on File*

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **A-TEAM MOTORS LLC** |
|---|---|---|---|
| | | | A-TEAM MOTORS LLC |
| | 7835 Woodland Dr Suite 150 | | 3607 W ROOSEVELT DR |
| | Indianapolis, IN 46278 | | LITTLE ROCK, AR 72204 |
| | (317) 818-4500 | | (501) 954-0343 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2010, DODGE, CHALLENGER, Black, SE, 2DR CPE | |
|---|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 158** | Sale Type: Consignment Sale | **VIN: 2B3CJ4DV0AH184071** | Stock #: 827820 | **Odometer: 155,164 Miles** |

**PAY PROCEEDS TO:**    PAR North America
11299 N. Illinois StreetAttn: PAR Accounting
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**    ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806127000114              Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,400.00) | |
| Seller Fee | $95.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398317 |
| Total: | ($4,126.00) | |
| Net Due: | ($4,126.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| Total: $4,126.00 | Issue ACH W/O Tran (net) | ($145.00) |
| | Issue ACH W/O Tran (net) | ($95.00) |
| | Issue ACH W/O Tran (net) | $4,400.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014776 | 443058-1068 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F250SD | 189,990 | 1FT7W2BTXFEC20953 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 23,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $279.00
**Net Proceeds :** $22,721.00

brenda.timmons

# Bill of Sale

| | |
|---|---|
| **ADESA Dallas**<br>3501 Lancaster Hutchins Road<br>Hutchins, TX 75141<br>(972) 225-6000 | **ANNOUNCEMENTS**<br>OWNER AFC-DALLAS<br>AS IS |

**VEHICLE SALE**

Sale Price: $23,000.00

Auctioneer: Wade Shaw

---

**SALE INFORMATION**

| Sale Date: 6/4/2020 | Lot #: F 165 | Sale Type: Consignment Sale |

**TITLE INFORMATION**

Title State/Number: IN/2806125000107          Certificate of Origin: No

**VEHICLE INFORMATION**

VIN: **1FT7W2BTXFEC20953**          Stock #: 827809
2015 FORD SUPER DUTY F-250 SRW, Black, LARIAT
Body Style: CREW CAB
**Odometer: 189,990 Miles**

Client Unit ID: 15014776

Category: RRP

**VEHICLE OPTIONS**
8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Dual - AC, AM\FM\CD, 4WD, 5 Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Windows, Traction Control, Navigational System, Memory Seat, Sirius Satellite Radio, Bluetooth,

**CERTIFICATIONS**

**AUCTION LIGHTS**

Red Light - As Is    Blue Light - Title Received

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: **PAR/AFC Corporate** | BUYER: **ALPHA AUTOPLEX** |
|---|---|
| | RALLY FINANCE INC |
| 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | 3090 N STEMMONS FWY<br>DALLAS, TX 75247<br>(214) 597-3003<br>License: TX/P137745 |

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: THAYER ALHINDI

Signature on File.

| SELLER | BUYER |

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALPHA AUTOPLEX** |
|---|---|---|---|
| | | | RALLY FINANCE INC |
| | 11299 N. Illinois Street | | 3090 N STEMMONS FWY |
| | Carmel, IN 46032 | | DALLAS, TX 75247 |
| | (317) 815-9645 | | (214) 597-3003 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-250 SRW, Black, LARIAT, CREW CAB |
|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 165  Sale Type: Consignment Sale | VIN: 1FT7W2BTXFEC20953 | Stock #: 827809  **Odometer: 189,990 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20805125000107           Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($23,000.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L3 |
| EPA Fee | $4.00 | |
| Total: | ($22,891.00) | |
| Net Due: | ($22,891.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| Issue ACH W/O Tran (net) | ($4.00) | |
| Issue ACH W/O Tran (net) | ($75.00) | |
| Issue ACH W/O Tran (net) | $23,000.00 | |
| Issue ACH W/O Tran (net) | ($30.00) | |

Total: $22,891.00

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014785 | 443058-1085 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2004 GMC Sierra 3500 | 137,154 | 1GTJK33214F263548 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 6,800.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $440.00

**Net Proceeds :** $6,360.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

---

### VEHICLE SALE

Sale Price: $6,800.00

Auctioneer: Wade Shaw

---

### SALE INFORMATION

Sale Date: 6/4/2020     Lot #: F 151     Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788098000073     Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1GTJK33214F263548**     Stock #: 829994

2004 GMC SIERRA 3500, Beige, DRW SLT
Body Style: CREW CAB 167 WB 4WD
**Odometer: 137,154 Miles**

    Client Unit ID: 15014785

Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Hard Top, Independent Climate Control, AM\FM \CD, 4WD, 5 Passenger, Leather Interior, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Memory Seat.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

---

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SELLER:**   **PAR North America** | **BUYER:** | **GLK AUTO GROUP LLC** |
| | | GLK AUTO GROUP LLC |
| 7835 Woodland Dr Suite 150 | | 2800 E JEFFERSON ST |
| Indianapolis, IN 46278 | | GRAND PRAIRIE, TX 75051 |
| (317) 818-4500 | | (972) 237-2736 |
| | | License: TX/P130474 |

SELLING REPRESENTATIVE: Selling Representative not in list

Signature on File

SELLER

BUYING REPRESENTATIVE: HECTOR HERNANDEZ

BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | | | GLK AUTO GROUP LLC |
| | 7835 Woodland Dr Suite 150 | | 2800 E JEFFERSON ST |
| | Indianapolis, IN 46278 | | GRAND PRAIRIE, TX 75051 |
| | (317) 818-4500 | | (972) 237-2736 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2004, GMC, SIERRA 3500, Beige, DRW SLT, CREW CAB 167 WB 4WD |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 151** | Sale Type: Consignment Sale | **VIN: 1GTJK33214F283548** | Stock #: 829994 |
| | | | | **Odometer: 137,154 Miles** |

**PAY PROCEEDS TO:**      PAR North America
                        11299 N. Illinois StreetAttn: PAR Accounting
                        Carmel, IN 46032
                        (317) 818-4500

**PAYMENT TYPE:**         ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788098000073          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($6,800.00) | |
| Seller Fee | $95.00 | |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 485962; Changed seller from R2644 |
| Total: | ($6,530.00) | |
| Net Due: | ($6,530.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) | |
| | Issue ACH W/O Tran (net) | ($95.00) | |
| Total: $6,530.00 | Issue ACH W/O Tran (net) | $6,800.00 | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014788 | 443058-1087 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2011 Ford Explorer | 148,451 | 1FMHK8F89BGA68442 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 5,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon; Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $424.00

**Net Proceeds :** $5,176.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $5,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

**Sale Date: 6/4/2020**        **Lot #: F 152**        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN20806125000139        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FMHK8F89BGA6B442**        Stock #: 827827
2011 FORD EXPLORER, Black, LIMITED
Body Style: 4WD 4DR
**Odometer: 148,451 Miles**
                                        Client Unit ID: 15014788

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Gas, Automatic Transmission, Sun Roof, Independent Climate Control, AM\FM
\CD, 4WD, 7 Passenger, Leather Interior, Power Driver Seat, Heated Seats - Driver and
Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control,
Traction Control, Navigational System, Memory Seat, Back-up Camera,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is      Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ROBERTS AUTOMOTIVE** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 500 S 2ND AVE |
| | Carmel, IN 46032 | | DODGE CITY, KS 67801 |
| | (317) 815-9645 | | (620) 225-4164 |
| | | | License: KS/D3699 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: ROBERTO DOMINGUEZ

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ROBERTS AUTOMOTIVE** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 500 S 2ND AVE |
| | Carmel, IN  46032 | | DODGE CITY, KS  67801 |
| | (317) 815-9645 | | (620) 225-4164 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2011, FORD, EXPLORER, Black, LIMITED, 4WD 4DR | |
|---|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 152**   Sale Type: Consignment Sale | | **VIN: 1FMHK8F89BGA68442** | Stock #: 827827 | **Odometer: 148,451 Miles** |

**PAY PROCEEDS TO:**
    PAR North America
    11299 N. Illinois StreetSuite 300
    Carmel, IN 46032
    (317) 818-4500

**PAYMENT TYPE:**    ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000139      Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($5,600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398320 |
| Total: | ($5,346.00) | |
| Net Due: | ($5,346.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($145.00) |
| Total: $5,346.00 | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $5,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Wednesday, 10 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014754 | 443058-1029 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Dodge Ram 3500 | 152,391 | 3D7ML48A18G219298 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/08/2020 | $ 5,300.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Mechanical Work – Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Internet Fee | Auction | | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $529.00

**Net Proceeds :** $4,771.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE
Sale Price: $5,300.00          SOS - Off the Block Sale

Auctioneer:

## SALE INFORMATION
**Sale Date: 6/8/2020**     **Lot #: OC36**     Sale Type: Internet

## TITLE INFORMATION
Title State/Number: IN/20806125000091          Certificate of Origin: No

## VEHICLE INFORMATION
**VIN: 3D7ML48A18G219298**          Stock #: 827998
2008 DODGE RAM 3500, Red, ST
Body Style: 2WD QUAD CAB 160.5
**Odometer: 152,391 Miles**
                              Client Unit ID: 15014754
Category: RRP

## VEHICLE OPTIONS
6 Cylinder Diesel Turbo, 5 Speed Transmission, Hard Top, Air Conditioning, AM/FM/CD, Rear Wheel Drive, 6 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows,

## CERTIFICATIONS

## AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

**SELLER:** PAR/AFC Corporate

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

**BUYER:** AUTO WERX LLC

AMIR ASSADI

4395 SE 95TH ST
OCALA, FL 34480
(321) 310-4001
License: FL/VI11188971

SELLING REPRESENTATIVE: No Rep Present

BUYING REPRESENTATIVE: AMIR ASSADI

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is property licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **AUTO WERX LLC** |
|---|---|---|---|
| | | | AMIR ASSADI |
| | 11299 N. Illinois Street | | 4395 SE 95TH ST |
| | Carmel, IN 46032 | | OCALA, FL 34480 |
| | (317) 815-9645 | | (321) 310-4001 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2008, DODGE, RAM 3500, Red, ST, 2WD QUAD CAB 160.5 | |
|---|---|---|---|---|---|
| Sale Date: 6/8/2020 | Lot #: OC36 | Sale Type: Internet | VIN: 3D7ML48A18G21929B | Stock #: 827998 | Odometer: 152,391 Miles |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000091          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($5,300.00) | |
| Seller Fee | $105.00 | |
| Mechanical Work - Labor | $45.00 | Check No Start - APPROVED 5.29 MS/IDIAG NO START BLED FUEL SYSTEM TO MAKE RUN |
| Recon - Wash and Vac | $30.00 | L7 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7ML48A18G219298. |
| Total: | ($4,941.00) | |
| Net Due: | ($4,941.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($4.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $4,941.00 | Issue ACH W/O Tran (net) | ($105.00) |
| | Issue ACH W/O Tran (net) | $5,300.00 |
| | Issue ACH W/O Tran (net) | ($45.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 10 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014793 | 443058-1089 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2007 Dodge Ram 3500 | 148,480 | 3D7MX48A37G804242 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/08/2020 | $ 9,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Internet Fee | Auction | | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $450.00

**Net Proceeds :** $8,750.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS
Structural Damage

## VEHICLE SALE

Sale Price: $9,200.00          SOS - Off the Block Sale

Auctioneer:

## SALE INFORMATION

Sale Date: 6/8/2020     Lot #: DC34     Sale Type: Internet

## TITLE INFORMATION

Title State/Number: IN/20806125000195          Certificate of Origin: No

## VEHICLE INFORMATION

VIN: **3D7MX48A37G804242**          Stock #: 827824
2007 DODGE RAM 3500, Blue, SLT
Body Style: 4WD QUAD CAB 160.5
**Odometer: 148,480 Miles**
                                      Client Unit ID: 15014793
Category: RRP

## VEHICLE OPTIONS

6 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM/FM\CD, 4WD, 5 Passenger, Cloth Interior, Power Driver Seat, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

## CERTIFICATIONS

## AUCTION LIGHTS

Green Light - Ride and Drive     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:   PAR/AFC Corporate**                     **BUYER:   CENTRAL MOTORS AUTO SALES INC**

CENTRAL MOTORS AUTO SALES INC

11299 N. Illinois Street                          902 JOHN HARDEN DRIVE
Carmel, IN 46032                                  JACKSONVILLE, AR 72076
(317) 815-9645                                    (501) 606-2726
                                                  License: AR/M9376

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: LUIS PADILLA

*Signature on File*                             *Signature on File*

SELLER                                          BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

| **ADESA Dallas**<br>3501 Lancaster Hutchins Road<br>Hutchins, TX  75141<br>(972) 225-6000 | SELLER: **PAR/AFC Corporate**<br><br>11299 N. Illinois Street<br>Carmel, IN  46032<br>(317) 815-9645 | BUYER: **CENTRAL MOTORS AUTO SALES INC**<br><br>CENTRAL MOTORS AUTO SALES INC<br><br>902 JOHN HARDEN DRIVE<br>JACKSONVILLE, AR  72076<br>(501) 606-2726 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2007, DODGE, RAM 3500, Blue, SLT, 4WD QUAD CAB 160.5 |
|---|---|---|---|
| Sale Date: 6/8/2020   Lot #: OC34   Sale Type: Internet | | VIN: 3D7MX48A37G804242 | Stock #: 827824   **Odometer: 148,480 Miles** |

| PAY PROCEEDS TO: | PAR North America<br>11299 N. Illinois StreetSuite 300<br>Carmel, IN 46032<br>(317) 818-4500 |
|---|---|
| PAYMENT TYPE: | ACH W/O Tran |

### TITLE INFORMATION

Title State/Number: IN/20806125000195            Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,200.00) | |
| Seller Fee | $105.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins<br>VIN: 3D7MX48A37G804242 |
| Total: | ($8,920.00) | |
| Net Due: | ($8,920.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($175.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($105.00) |
| Total: $8,920.00 | Issue ACH W/O Tran (net) | $9,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.