

**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014801 | 443058-1095 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2016 HONDA PIONEER 1000-5 | 785 | 1HFVE04R7G4000179 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 9,250.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $420.00

**Net Proceeds :** $8,830.00

brenda timmons

# Bill of Sale

**ADESA**

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE

Sale Price: $9,250.00

Auctioneer: Tanner Farley

### SALE INFORMATION

**Sale Date:** 6/11/2020   **Lot #: MC653**   Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788098000070     Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1HFVE04R7G4000179**     Stock #: 827868
2016 HONDA PIONEER, Black, 1000-5
Body Style: ATV
**Odometer: 785 Miles**
                          Client Unit ID: 15014801

Category: RRP

### VEHICLE OPTIONS

Automatic Transmission, 3 Passenger,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **PRIME MOTORCYCLES** |
|---|---|---|---|
| | | | POWERPLAY MOTORSPORTS LLC |
| | 11299 N. Illinois Street | | 1100 S FRENCH AVE |
| | Carmel, IN  46032 | | SANFORD, FL  32771 |
| | (317) 815-9645 | | (407) 383-1905 |
| | | | License: FL/VI10396171 |

SELLING REPRESENTATIVE: ADESA Block Representative     BUYING REPRESENTATIVE: MARK RILEY

*Signature on File.*     *Signature on File*

SELLER     BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest), where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **PRIME MOTORCYCLES** |
|---|---|---|---|
| | | | POWERPLAY MOTORSPORTS LLC |
| | 11299 N. Illinois Street | | 1100 S FRENCH AVE |
| | Carmel, IN  46032 | | SANFORD, FL  32771 |
| | (317) 815-9645 | | (407) 383-1905 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2016, HONDA, PIONEER, Black, 1000-5, ATV | |
|---|---|---|---|---|
| **Sale Date: 6/11/2020** | Lot #: MC653  Sale Type: Consignment Sale | **VIN: 1HFVE04R7G4000179** | Stock #: 827868 | **Odometer: 785 Miles** |

PAY PROCEEDS TO:    PAR North America
                11299 N. Illinois StreetSuite 300
                Carmel, IN 46032
                (317) 818-4500

PAYMENT TYPE:    ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788098000070        Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,250.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: UNK000179. |
| Total: | ($9,000.00) | |
| Net Due: | ($9,000.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| Total: $9,000.00 | Issue ACH W/O Tran (net) | $9,250.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15023098 | 443058-1093 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2005 Chevrolet Silverado 3500 | 165,103 | 1GCJK33265F919308 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 3,700.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $465.00
**Net Proceeds :** $3,235.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS

---

## VEHICLE SALE

Sale Price: $3,700.00

Auctioneer: Angie Meler

---

## SALE INFORMATION

**Sale Date: 6/11/2020**       **Lot #: T 1014**   Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/2080612900028    Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1GCJK33265F919308**       Stock #: 830872
2005 CHEVROLET SILVERADO 3500, White, DRW LS
Body Style: CREW CAB 167 WB 4WD
**Odometer: 165,103 Miles**
                    Client Unit ID: 15023098
Category: RRP

### VEHICLE OPTIONS
8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN 46278 | | GARLAND, TX 75041 |
| | (317) 818-4500 | | (972) 840-0300 |
| | | | License: TX/P101346 |

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

Signature on File.

SELLER                                    BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good funds. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|

7835 Woodland Dr Suite 150
Indianapolis, IN  46278
(317) 818-4500

ZAMORA PEREZ INVESTMENTS LLC

3329 S GARLAND AVE
GARLAND, TX  75041
(972) 840-0300

| SALE INFORMATION | | VEHICLE INFORMATION | 2005, CHEVROLET, SILVERADO 3500, White, DRW LS, CREW CAB 167 WB 4WD |
|---|---|---|---|
| **Sale Date: 6/11/2020** | **Lot #: T 1014**  Sale Type: Consignment Sale | **VIN: 1GCJK33265F919308** | Stock #: 830872   **Odometer: 165,103 Miles** |

PAY PROCEEDS TO:   PAR North America
11299 N. Illinois StreetAttn: PAR Accounting
Carmel, IN 46032
(317) 818-4500

PAYMENT TYPE:   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20806129000289                Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,700.00) | |
| Seller Fee | $75.00 | - CONTRACT |
| Mechanical Work - Labor | $45.00 | NO START - APPROVED 5.19 MS/Ck no start, Injection pump is bad. Rec video |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 919308 |
| Total: | ($3,405.00) | |
| Net Due: | ($3,405.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($45.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $3,405.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,700.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014799 | 443058-1094 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Chevrolet Silverado 3500 | 180,372 | 1GCJK33648F114088 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 9,100.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 67.50 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $517.50

**Net Proceeds :** $8,582.50

brenda.timmons

# Bill of Sale

 **ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

## VEHICLE SALE

Sale Price: $9,100.00

Auctioneer: Angie Meier

## SALE INFORMATION

**Sale Date:** 6/11/2020   **Lot #:** T 1023   Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20806125000223   Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1GCJK33648F114088**   Stock #: 829889
2008 CHEVROLET SILVERADO 3500HD, Black, DRW LTZ
Body Style: 4WD CREW CAB 167
**Odometer: 180,372 Miles**
Client Unit ID: 15014799

Category: RRP

### VEHICLE OPTIONS
8 Cylinder Diesel, Automatic Transmission, Sun Roof, Dual - AC, AM\FM\CD, 4WD, 5 Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Memory Seat, On Star,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is   Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:   PAR/AFC Corporate**

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

**BUYER:   NATIONAL AUTO REMARKETING**

720 S LOCUST ST
DENTON, TX 76201
(972) 221-5556
License: TX/P158243

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: NICK FALLAHZADEH

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **NATIONAL AUTO REMARKETING** |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | | 720 S LOCUST ST<br>DENTON, TX 76201<br>(972) 221-5556 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2008, CHEVROLET, SILVERADO 3500HD, Black, DRW LTZ, 4WD CREW CAB 167 |
|---|---|---|---|
| Sale Date: 6/11/2020 | Lot #: T 1023  Sale Type: Consignment Sale | VIN: 1GCJK33648F114088   Stock #: 829889 | **Odometer: 180,372 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000223                Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,100.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $67.50 | N/S PRIMED FUEL SYSTEM, RUNS, HAS BAD THROTTLE BODY AND ALTERNATOR NOT CHARGING PROPERLY, WILL NOT ACCELERATE |
| Recon - Wash | $30.00 | DETRASH/INOP |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 485951 |
| Total: | ($8,752.50) | |
| Net Due: | ($8,752.50) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $8,752.50 | Issue ACH W/O Tran (net) | ($67.50) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $9,100.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Friday, 19 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014780 | 443058-1079 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F350SD | 120,297 | 1FD8W3HT2FEA32814 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/17/2020 | $ 17,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Internet Fee | Auction | | $ 30.00 |
| EPA | Auction | | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | | $ 175.00 |
| Auction Sale Fee | Auction | | $ 75.00 |
| Recon: Wash/Vac | Auction | | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $484.00

**Net Proceeds :** $16,516.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

**VEHICLE SALE**

Sale Price: $17,000.00          SOS - Off the Block Sale

Auctioneer:

**SALE INFORMATION**

Sale Date: 6/17/2020     Lot #: OC5     Sale Type: Internet

**TITLE INFORMATION**

Title State/Number: IN/20806125000169          Certificate of Origin: No

**VEHICLE INFORMATION**

VIN: **1FD8W3HT2FEA32814**          Stock #: 827873
2015 FORD SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB
Body Style: 4WD CREW CAB 176 WB
**Odometer: 120,297 Miles**
                                    Client Unit ID: 15014780
Category: RRP

**VEHICLE OPTIONS**

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD,
4WD, 6 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Traction Control,

**CERTIFICATIONS**

**AUCTION LIGHTS**

Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN  46032 | | DASSEL, MN  55325 |
| | (317) 815-9645 | | (320) 275-2150 |
| | | | License: MN/DLR39331 |

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: CRAIG MCDONALD

*Signature on File*          *Signature on File*

SELLER          BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN 46032 | | DASSEL, MN 55325 |
| | (317) 815-9645 | | (320) 275-2150 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB, 4WD CREW CAB |
|---|---|---|---|---|
| **Sale Date: 6/17/2020** | **Lot #: OC5** | Sale Type: Internet | **VIN: 1FD8W3HT2FEA32814** | Stock #: 827873     **Odometer: 120,297 Miles** |

**PAY PROCEEDS TO:**     PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**     ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000169     Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($17,000.00) | |
| Seller Fee | $105.00 | |
| Recon - Wash and Vac | $30.00 | L1 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FD8W3HT2FEA32814. |
| Total: | ($16,686.00) | |
| Net Due: | ($16,686.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $16,686.00 | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($105.00) |
| | Issue ACH W/O Tran (net) | $17,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 22 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15031273 | 443058-1084 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F250SD | 149,985 | 1FT7W2BTXFEA02463 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/18/2020 | $ 10,800.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon Fee | Auction | RECON: Detail | $ 80.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $329.00
**Net Proceeds :** $10,471.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $10,800.00

Auctioneer: Bandy Assiter

## SALE INFORMATION

Sale Date: 6/18/2020      Lot #: B 129      Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806143000645      Certificate of Origin: No

### VEHICLE INFORMATION

VIN: 1FT7W2BTXFEA02463      Stock #: 832469
2015 FORD SUPER DUTY F-250 SRW, White, XL
Body Style: TRUCK
**Odometer: 149,985 Miles**
                    Client Unit ID: 15031273
Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Vinyl Interior, Power Steering, Power Locks, Power Windows,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is      Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LAKE CITY INVESTMENT LLC** |
|---|---|---|---|
| | | | LAKE CITY INVESTMENT LLC |
| | 11299 N. Illinois Street | | 980 N MILL ST |
| | Carmel, IN 46032 | | LEWISVILLE, TX 75057 |
| | (317) 815-9645 | | (972) 436-0080 |
| | | | License: TX/P121351 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: CARLOS SANDOVAL

Signature on File

SELLER                                           BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LAKE CITY INVESTMENT LLC** |
|---|---|---|---|
| | | | LAKE CITY INVESTMENT LLC |
| | 11299 N. Illinois Street | | 980 N MILL ST |
| | Carmel, IN 46032 | | LEWISVILLE, TX 75057 |
| | (317) 815-9645 | | (972) 436-0080 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-250 SRW, White, XL, TRUCK |
|---|---|---|---|
| **Sale Date: 6/18/2020**   **Lot #: B 129**   Sale Type: Consignment Sale | | **VIN: 1FT7W2BTXFEA02463**   Stock #: 832469   **Odometer: 149,985 Miles** | |

PAY PROCEEDS TO:      PAR North America
                      11299 N. Illinois StreetSuite 300
                      Carmel, IN 46032
                      (317) 818-4500

PAYMENT TYPE:         ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806143000645          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($10,800.00) | |
| Seller Fee | $75.00 | |
| Recon - Complete Detail | $80.00 | L6 |
| EPA Fee | $4.00 | |
| Total: | ($10,641.00) | |
| Net Due: | ($10,641.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $10,800.00 |
| Total: $10,641.00 | Issue ACH W/O Tran (net) | ($80.00) |
| | Issue ACH W/O Tran (net) | ($4.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 24 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014798 | 443058-1092 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2013 FREIGHTLINER M2 106 | 311,551 | 1FVACWDU5DHFA3237 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/22/2020 | $ 11,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Internet Fee | Auction | | $ 30.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $775.00
**Net Proceeds :** $10,225.00

brenda.limmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $11,000.00                    SOS - Off the Block Sale

Auctioneer:

## SALE INFORMATION

Sale Date: 6/22/2020        Lot #: OC15        Sale Type: Internet

## TITLE INFORMATION

Title State/Number: IN/20788098000068          Certificate of Origin: No

## VEHICLE INFORMATION

VIN: **1FVACWDU5DHFA3237**          Stock #: 828787
2013 FREIGHTLINER M2, White,
Body Style: TRUCK
**Odometer: 311,551 Miles**
                                  Client Unit ID: 15014798
Category: RRP

## VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, Drive Train - 2 Wheel, 2 Passenger, Cloth Interior,

## CERTIFICATIONS

## AUCTION LIGHTS

Green Light - Ride and Drive    Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **EXECUTIVE AUTO SALES LLC** |
|---|---|---|---|
| | | | EXECUTIVE AUTO SALES LLC |
| | 11299 N. Illinois Street | | 2125 ALBANY POST RD 205 |
| | Carmel, IN 46032 | | MONTROSE, NY 10548 |
| | (317) 815-9645 | | (203) 738-9537 |
| | | | License: NY/7123488 |

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: ANTHONY SYKES

*Signature on File*                              *Signature on File*

SELLER                                           BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **EXECUTIVE AUTO SALES LLC** |
|---|---|---|---|
| | | | EXECUTIVE AUTO SALES LLC |
| | 11299 N. Illinois Street | | 2125 ALBANY POST RD 205 |
| | Carmel, IN 46032 | | MONTROSE, NY 10548 |
| | (317) 815-9645 | | (203) 738-9537 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2013, FREIGHTLINER, M2, White, , TRUCK | |
|---|---|---|---|---|---|
| **Sale Date:** 6/22/2020 | **Lot #: OC15**  Sale Type: Internet | | **VIN: 1FVACWDU5DHFA3237** | Stock #: 828787 | **Odometer: 311,551 Miles** |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788098000068     Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($11,000.00) | |
| Seller Fee | $105.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485936 |
| Total: | ($10,395.00) | |
| Net Due: | ($10,395.00) | |

### PAYMENTS AND ADJUSTMENTS

| | Issue ACH W/O Tran (net) | ($105.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | $11,000.00 |
| Total: $10,395.00 | Issue ACH W/O Tran (net) | ($500.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014770 | 443058-1056 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1999 INTERNATIONAL 8000- | 482,101 | 1HSHBAHNXXH659029 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges : $245.00**

**Net Proceeds : $1,355.00**

brenda.timmons

# Bill of Sale

## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

### VEHICLE SALE

Sale Price: $1,600.00

Auctioneer: Tommy Hale

### SALE INFORMATION

**Sale Date: 6/25/2020**   **Lot #: T 1016**   Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/10788098000071   Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1HSHBAHNXXH659029**   Stock #: 828974
1999 INTERNATIONAL 8000 SERIES CAB, White,
Body Style: TRUCK
**Odometer: 482,101 Miles**

Client Unit ID: 15014770

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, 7 Speed Transmission, Hard Top, Air Conditioning, AM\FM\Cassette, Drive Train - 2 Wheel, 2 Passenger, Vinyl Interior,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is   Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

| SELLER: | **PAR/AFC Corporate** | BUYER: | **D & B USED CARS INC** |
|---|---|---|---|
| | | | D & B USED CARS INC |
| | 11299 N. Illinois Street | | 2101 W JEFFERSON ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75051 |
| | (317) 815-9645 | | (817) 501-4809 |
| | | | License: TX/P126991 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: DAVID CONTRERAS REYES

Signature on File.

**SELLER**

**BUYER**

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

**Invoice to Seller**



| **ADESA Dallas** | SELLER: **PAR/AFC Corporate** | BUYER: **D & B USED CARS INC** |
|---|---|---|
| 3501 Lancaster Hutchins Road | | D & B USED CARS INC |
| Hutchins, TX 75141 | 11299 N. Illinois Street | 2101 W JEFFERSON ST |
| (972) 225-6000 | Carmel, IN 46032 | GRAND PRAIRIE, TX 75051 |
| | (317) 815-9645 | (817) 501-4809 |

| SALE INFORMATION | VEHICLE INFORMATION | 1999, INTERNATIONAL, 8000 SERIES CAB, White, , TRUCK | |
|---|---|---|---|
| **Sale Date: 6/25/2020**   Lot #: **T 1016**  Sale Type: Consignment Sale | **VIN: 1HSHBAHNXXH659029** | Stock #: 828974 | **Odometer: 482,101 Miles** |

**PAY PROCEEDS TO:**   PAR North America
                       11299 N. Illinois StreetSuite 300
                       Carmel, IN 46032
                       (317) 818-4500

**PAYMENT TYPE:**      ACH W/O Tran

---

**TITLE INFORMATION**

Title State/Number: IN/10788098000071                Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,600.00) | |
| Seller Fee | $75.00 | |
| Total: | ($1,525.00) | |
| Net Due: | ($1,525.00) | |

---

**PAYMENTS AND ADJUSTMENTS** | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,600.00 |

Total: $1,525.00

---

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014774 | 443058-1058 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1988 Ford LN 7000 | 87,443 | 1FDNR72P7JVA28327 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $745.00

**Net Proceeds :** $455.00

brenda.timmons

# Bill of Sale

| ADESA Dallas | ANNOUNCEMENTS |
|---|---|
| 3501 Lancaster Hutchins Road | OWNER AFC-DALLAS |
| Hutchins, TX 75141 | AS IS |
| (972) 225-6000 | |

**ADESA**

## VEHICLE SALE

Sale Price: $1,200.00

Auctioneer: Cody Shelley

## SALE INFORMATION

**Sale Date:** 6/25/2020     **Lot #: D 177**     Sale Type: Consignment Sale

## TITLE INFORMATION

Title State/Number: IN/20788098000072          Certificate of Origin: No

## VEHICLE INFORMATION

**VIN: 1FDNR72P7JVA28327**          Stock #: 828960

1988 FORD L7000, White,

Body Style: TRUCK

**Odometer: 87,443 Miles**

          Client Unit ID: 15014774

Category: RRP

## VEHICLE OPTIONS

6 Cylinder Diesel, 5 Speed Transmission, Hard Top, Drive Train - 2 Wheel, 2 Passenger, Vinyl Interior,

## CERTIFICATIONS

## AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

---

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| **SELLER:**   **PAR/AFC Corporate** | **BUYER:**   **CARS ENTERPRISE** |
|---|---|
| 11299 N. Illinois Street | 911 S BECKLEY AVE |
| Carmel, IN 46032 | DALLAS, TX 75203 |
| (317) 815-9645 | (214) 710-7418 |
| | License: TX/P118641 |

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: SANTIAGO VARA

Signature on File.

SELLER                                                       BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

| ADESA Dallas | SELLER: | **PAR/AFC Corporate** | BUYER: | **CARS ENTERPRISE** |
|---|---|---|---|---|

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**SELLER:** **PAR/AFC Corporate**

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

**BUYER:** **CARS ENTERPRISE**

911 S BECKLEY AVE
DALLAS, TX 75203
(214) 710-7418

| SALE INFORMATION | | | VEHICLE INFORMATION | 1988, FORD, L7000, White, , TRUCK | |
|---|---|---|---|---|---|
| Sale Date: 6/25/2020 | Lot #: D 177 | Sale Type: Consignment Sale | VIN: 1FDNR72P7JVA28327 | Stock #: 828960 | **Odometer: 87,443 Miles** |

**PAY PROCEEDS TO:**   PAR North America

11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788098000072          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485937 |
| Total: | ($625.00) | |
| Net Due: | ($625.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| Issue ACH W/O Tran (net) | ($75.00) | |
| Issue ACH W/O Tran (net) | $1,200.00 | |
| Issue ACH W/O Tran (net) | ($500.00) | |

Total: $625.00

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014758 | 443058-1037 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2017 APALM CAR TRAILER | 1 | 5UTGN2428HM007662 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 07/09/2020 | $ 3,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $445.00

**Net Proceeds :** $2,555.00

brenda.limmons

## Bill of Sale



**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC DALLAS
AFFIDAVIT OF PHYSICAL INSPECTION
AS IS

### VEHICLE SALE

Sale Price: $3,000.00

Auctioneer: Farely Tanner

### SALE INFORMATION

Sale Date: 7/9/2020     Lot #: **TR547**     Sale Type: Consignment Sale

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

### TITLE INFORMATION

Title State/Number: IN/20788120000107     Certificate of Origin: No

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

### VEHICLE INFORMATION

**VIN: 5UTGN2428HM007662**     Stock #: 827826

2017 TIGER TRAILERS 32, BLACK, GOOSENECK FLATBED
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

Client Unit ID: 15014758

Category: RRP

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALL STAR GROUP** |
|---|---|---|---|

### VEHICLE OPTIONS

11299 N. Illinois Street
Carmel, IN  46032
(317) 815-9645

2151 GREENS RD
HOUSTON, TX  77032
(281) 716-7165
License: TX/P117977

### CERTIFICATIONS

SELLING REPRESENTATIVE: Selling Representative not in list     BUYING REPRESENTATIVE: JUAN FUENTES GONZALEZ

### AUCTION LIGHTS

Red Light - As Is     Yellow Light - Caution     Blue Light - Title Received

*This vehicle is sold AS IS - No Arbitration

*Signature on File*

Signature on File

SELLER     BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALL STAR GROUP** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 2151 GREENS RD |
| | Carmel, IN 46032 | | HOUSTON, TX 77032 |
| | (317) 815-9645 | | (281) 716-7165 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2017, TIGER TRAILERS, 32, BLACK, GOOSENECK FLATBED, UTILITY TRAILER |
|---|---|---|---|---|
| Sale Date: 7/9/2020 | Lot #: TR547   Sale Type: Consignment Sale | | VIN: 5UTGN2428HM007662 | Stock #: 827826       **Odometer: 1 Miles** |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

**TITLE INFORMATION**

Title State/Number: IN/20788120000107            Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 388288 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 5UTGN2428HM007662. |
| Total: | ($2,710.00) | |
| Net Due: | ($2,710.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($40.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $2,710.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014782 | 443058-1080 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2005 TAKE THREE TRAILER | 1 | 1T9AS40285B540094 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 07/09/2020 | $ 4,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $445.00
**Net Proceeds :** $3,555.00

brenda.timmons

# Bill of Sale

## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE

Sale Price: $4,000.00

Auctioneer: Farely Tanner

### SALE INFORMATION

Sale Date: 7/9/2020      Lot #: TR548      Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788124000050      Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1T9AS40285B540094**      Stock #: 827876
2005 TAKE 3 TRAILERS 40, BLACK, GOOSENECK
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**
                               Client Unit ID: 15014782
Category: RRP

### VEHICLE OPTIONS

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is      Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:**  **PAR/AFC Corporate**          **BUYER:**  **FALCON WHOLESALE II LLC**

                                                      FALCON WHOLESALE II LLC

11299 N. Illinois Street                              5888 DIXIE HWY
Carmel, IN 46032                                     CLARKSTON, MI 48346
(317) 815-9645                                        (586) 907-7742
                                                      License: MI/B001800

SELLING REPRESENTATIVE: Selling Representative not in list      BUYING REPRESENTATIVE: BILLIE LESTER

*Signature on File*                                    *Signature on File*

SELLER                                                 BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**SELLER:** PAR/AFC Corporate

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

**BUYER:** **FALCON WHOLESALE II LLC**

FALCON WHOLESALE II LLC

5888 DIXIE HWY
CLARKSTON, MI 48346
(586) 907-7742

| SALE INFORMATION | | | VEHICLE INFORMATION | 2005, TAKE 3 TRAILERS, 40, BLACK, GOOSENECK, UTILITY TRAILER | |
|---|---|---|---|---|---|
| Sale Date: 7/9/2020 | Lot #: TR548 | Sale Type: Consignment Sale | VIN: 1T9AS40285B540094 | Stock #: 827876 | **Odometer: 1 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N, Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/20788124000050          Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 388289 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1T9AS40285B540094. |
| Total: | ($3,710.00) | |
| Net Due: | ($3,710.00) | |

**PAYMENTS AND ADJUSTMENTS**

Total: $3,710.00

| | |
|---|---|
| Issue ACH W/O Tran (net) | ($40.00) |
| Issue ACH W/O Tran (net) | ($75.00) |
| Issue ACH W/O Tran (net) | $4,000.00 |
| Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 15 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014796 | 443058-1091 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|--------------------|---------| ----|
| | 1996 Ford F250 | 181,497 | 1FTHX25F0TEB25935 |

| Auction | Sale Date | Sale Price |
|---------|-----------|------------|
| Ardmore Car Auction | 07/06/2020 | $ 3,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| Recon Fee | Auction | | $ 65.00 |
| Auction Sale Fee | Auction | | $ 140.00 |
| Mechanical Work - Labor | Auction | | $ 180.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $555.00

**Net Proceeds :** $3,045.00

brenda.timmons

# ARDMORE CAR AUCTION, LLC

**BOX 1713**          **438 LODGE RD.**
**ARDMORE, OK 73402**     **OVERBROOK, OK 73453**

## SALE EVERY MONDAY - 7:00 P.M.
**580-226-7710**

CAR NO                    DATE    7/6/30

CO. NAME _____ HFC Rock Hill

ADDRESS_____

CITY_____

| ODOMETER | 181514 |

LOW

O ACTUAL MILES

YEAR ___96__ MAKE _Ford_    O EXCEED MECHANICAL LIMITS

BODY_____ MODEL _250_    O WARNING-Odometer Discrepancy

LICENSE # _____ I.D. # _FTHX25F0TEB25935_

| R | H | AT | 4 SP | 3 SP | PS | PB | AIR | EW | TILT | CRUSE | MOTOR | COLOR |
|---|---|----|----|----|----|----|-----|----|------|-------|-------|-------|
|   |   |    |    |    |    |    |     |    |      |       |       | Blue  |

CONDITIONS OF SALE:  DRIVE O    GOOD GEARS O    DEFECTS O    AS IS O

REMARKS:

UD # _____

### ARDMORE CAR AUCTION, LLC DOES NOT GUARANTEE MILES

ARDMORE CAR AUCTION, LLC DOES NOT PROVIDE ANY INSURANCE COVERAGE ON ANY VEHICLES. CUSTOMER ASSUMES ALL RISKS OR LIABILITIES. CONSIGNMENT SALES OF OUT OF STATE TITLES.

ARDMORE CAR AUCTION, LLC ASSUMES ABSOLUTELY NO RESPONSIBILITY FOR YEAR, MODEL, OR THE ODOMETER MILEAGE. NOT FOR THE VALIDITY OF THE MILEAGE STATEMENT PROVIDED BY THE SELLER TO THE BUYER. SELLER MUST ANNOUCE IF THE ODOMETER IS NOT WORKING PROPERLY.

ARDMORE CAR AUCTION, LLC WILL NOT BE RESPONSIBLE IN CASE OF FIRE, THEFT, COLLISION, HAIL, WINDSTORM OR ANY DAMAGE TO ANY VEHICLE CONSIGNED FOR SALE OR STORED AT ARDMORE CAR AUCTION, LLC.

**SELLER**  3600        **BUYER**  3600

SELLING PRICE $ _____    SELLING PRICE $ _____
Default                                    1000 95
SALES FEE $ __65__ 140    BUYER'S FEE $ _____
Repairs    __80__
TOTAL SELLERS PRICE $ _3215_   FLOOR FEE $ _____

1800 CASH          TOTAL BUYER'S PRICE $ _3090 85_

1895 due          #3695 Total

## ODOMETER MILEAGE STATEMENT

(FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. AN INACCURATE OR UNTRUTHFUL STATEMENT MAY MAKE YOU LIABLE FOR DAMAGES TO YOUR TRANSFEREE, FOR ATTORNEY FEES, AND FOR CIVIL OR CRIMINAL PENALTIES, PURSUANT TO SECTIONS 409, 412 AND 413 OF THE MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972 (PUBLIC LAW 92-513, AS AMENDED BY PUBLIC LAW 94-364)

I,_____ STATE THAT THE ODOMETER OF THE
     TRANSFERRERS NAME - SELLER (PRINT)

VEHICLE DESCRIBED BELOW NOW READS_____MILES/KILOMETERS

CHECK ONE BOX ONLY:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehilce's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

☐ The odometer has exceeded it's mechanical limits described at left.

☐ The odometer reading is NOT the actual mileage. WARNING ODOMETER DISCREPANCY described at left.

PAYMENT OF ALL DRAFTS AND CHECKS GUARANTEED TO SELLER BY ARDMORE CAR AUCTION, LLC PROVIDING (1) SALE IS MADE IN ACCORDANCE WITH AUCTION RULES (2) VEHICLE IS SOLD ON AUCTION BLOCK (3) SELLER SELLING ON GREEN LIGHT GIVING BUYER A DRIVE (4) CORRECT TITLE PAPERS ARE PRESENTED TO ARDMORE CAR AUCTION, LLC FOR PAYMENT WITHIN 20 DAYS FROM DATE OF SALE (5) ARDMORE CAR AUCTION, LLC WILL NOT GUARANTEE SALES MADE ON AUCTION LOT UNLESS SALE IS APPROVED BY MANAGEMENT (6) ALL TITLES MUST BE CLEARED THROUGH ARDMORE CAR AUCTION, LLC. THE UNDERSIGNED BUYER AGREES TO PAY ARDMORE CAR AUCTION, LLC FOR THE ABOVE DESCRIBED VEHICLE IF CORRECT TITLE PAPERS ARE PRESENTED TO HIM FOR PAYMENT WITHIN 30 DAYS FROM DATE OF SALE. ALL TITLES MUST BE ENCLOSED IN BUYER'S DRAFT. SELLER AGREES THAT ANY AMOUNTS OWING TO AUCTION PRESENTLY OR PAST DUE SHALL BE DEDUCTED FROM THE PROCEEDS OF SALE.

TRANSFEREE'S NAME (BUYER) _Abdelguardan_

STREET ADDRESS _____

CITY _____

RECEIPT OF COPY ACKNOWLEDGED

X _____

TRANSFEREE'S SIGNATURE - BUYER

Wallie Printing - Ardmore, OK



## AUCTION SERVICING AGREEMENT

This Auction Servicing Agreement (hereinafter referred to as the "Agreement") is made this *17* day of December, 2013 by and between Automotive Finance Corporation, an Indiana corporation (hereinafter referred to as "AFC") and Druien, Inc. dba Lawton Cache Auto Auction, an Oklahoma corporation (hereinafter referred to as "Auction").

### RECITALS:

**WHEREAS,** Auction owns and operates an auto auction facility or facilities (hereinafter collectively referred to as "Auction Facility").

**WHEREAS,** AFC desires to assist its customers who are licensed motor vehicle dealers (hereinafter individually referred to as "Dealer" and collectively referred to as "Dealers") in financing their used vehicle purchases made at Auction Facility.

**WHEREAS,** AFC and Auction have agreed that AFC will facilitate the purchase at Auction Facility of used vehicles by certain Dealers pursuant to a line of credit extended to Dealers by AFC (hereinafter referred to as "Credit").

**NOW, THEREFORE,** in consideration of mutual covenants and agreements set forth herein, the parties hereto agree as follows:

1.    **Plan Administration**.

(a)    In granting Credit to the Dealer, AFC shall have sole discretion as to the terms and conditions of such Credit. Only a Dealer, and such representatives of the Dealer for which Auction has received written authorization from such Dealer, shall be permitted by Auction to purchase vehicles at Auction Facility with Credit.

(b)    No later than one (1) hour prior to the start of the auction sale, AFC will advise Auction, by email, by posting onto AFC's website, by facsimile transmission, via Auction ACCESS®, or by any other method mutually agreed to in writing by the President of AFC and the chief executive officer of Auction, or their authorized representatives, of the amount of Credit available to Dealers that wish to use Credit to purchase vehicles at such auction sale ("Original Credit"). AFC's liability to Auction for each such Dealer's Original Credit shall remain in effect until 11:59 p.m. on the day that such Original Credit information is originally posted on AFC's website or sent to Auction by AFC. AFC further agrees to advise Auction by email, by posting onto AFC's website, by facsimile transmission, or by any other method mutually agreed to in writing by the President of AFC and the chief executive officer of Auction, or their authorized representatives, of any withdrawal or reduction of any Dealer's Original Credit. In the event AFC advises Auction of the withdrawal or reduction of any Dealer's Original Credit during an auction sale, Auction shall use commercially reasonable efforts to notify the affected Dealer of such withdrawal or reduction and shall not issue gate passes to such Dealer for any vehicle purchased where the aggregate purchases for such Dealer exceed the amount of Credit available to such Dealer at that time. Notwithstanding Auction's failure to notify any Dealer of such withdrawal or reduction of any such Dealer's Original Credit or Auction's inadvertent issuance of a gate pass, AFC shall remain liable to Auction for purchases by such Dealer up to an amount equal to such Dealer's Original Credit. Notwithstanding anything to the contrary herein, under no circumstance shall AFC be liable to Auction with respect to purchases made by any Dealer for any amount in excess of such Dealer's Original Credit. In the event the Auction does not receive the Original Credit information for any Dealer, Auction shall not allow such Dealer or Dealers to purchase with Credit and AFC shall not be liable to Auction for any such purchases.

(c)    Within one business day after the conclusion of each auction sale, Auction shall, by email, by facsimile transmission, or by any other method mutually agreed to in writing by the President of AFC

AFC
OFFICER

Auction          Auction

Auction Agreement_non_NAAA__01_09_13

and the chief executive officer of Auction, or their authorized representatives, provide AFC with documentation for vehicles purchased by any Dealer with Credit, specifying for each such vehicle (i) the year, make, model, color, body style, and vehicle identification number; (ii) the name and address of the purchasing Dealer; (iii) the actual sale price; and (iv) the buyer's fee due to Auction; (v) the mileage listed on the odometer; (vi) whether or not such vehicle was purchased during an auction sale on the auction block or off of the auction block; and (vii) whether or not such vehicle was on site at the Auction Facility at the time of such sale. Regardless of the amount of a Dealer's available Credit, Auction shall not place any vehicle purchase on a Dealer's AFC floor plan without the Dealer's express authorization.

(d) Subject to paragraph 1(b), provided that an Event of Default by Auction does not exist and Auction is in compliance with all the terms of this Agreement, AFC shall pay to Auction the reasonable sale price, and the buyer's fee due to Auction for each vehicle identified in paragraph 1(c) within one business day of AFC's receipt of the original Title, properly endorsed or assigned by the applicable seller, along with the completed odometer disclosure statement, the original sales invoice or consignor ticket which lists the name and address of the seller and the buyer's fee due to Auction, as a separate item from the purchase price, and any additional documentation required by State regulation to transfer title to the vehicle. Each such payment by AFC shall be made via check (delivered via overnight courier or hand delivery) or Automated Clearing House ("ACH") transfer to the account designated by Auction in writing to AFC in accordance with ACH policies and procedures.

(e) If a payment is made in error or an overpayment is made by AFC to Auction via ACH, AFC shall have the right to debit the amount of such payment or overpayment from the Auction's account via ACH.

2. **Representations and Warranties**. Auction represents and warrants that all information provided in any documentation sent to AFC pursuant to this Agreement is accurate and complete in all respects and that such documentation is sufficient to transfer marketable title to the subject vehicle(s).

3. **Confidentiality**.

(a) AFC acknowledges that AFC may gain access to information about Auction, the disclosure of which could substantially harm Auction's business and AFC agrees not to disclose such information to any third party except under order of a court of competent jurisdiction.

(b) Auction acknowledges that Auction may gain access to information about AFC, the disclosure of which could substantially harm the business of AFC and Auction agrees not to disclose such information to any third party except under order of a court of competent jurisdiction.

4. **Events of Default**. Each of the following events shall constitute an Event of Default:

(a) the default in payment or performance of any obligation under this Agreement; and

(b) a party reasonably determining that any covenant, warranty, representation, or statement made by the other party in connection with this Agreement has been breached or is false or misleading.

5. **Remedies**. Upon the occurrence of an Event of Default, the parties shall have the right to pursue any of their respective rights and remedies separately, successively or concurrently, and the exercise of any right or remedy shall not preclude its exercise at a later time or the exercise of other rights or remedies not specifically identified herein.

(a) The parties may (i) demand, receive, AND sue for and collect any moneys due or to become due under this Agreement, including without limitation monies paid in reliance upon a misrepresentation by the other party and (ii) assent to any or all extensions or postponements of time of payment.

AFC
OFFICER

2 of 4

Auction        Auction

Auction Agreement_non_NAAA__01_09_13

(b)    AFC may (i) discontinue providing Credit information; and (ii) upon the continuance of an Event of Default by Auction set-off any amounts owed to Auction by AFC against any amounts owed by Auction to AFC.

6.    **Termination**. This Agreement may be terminated

(a)    immediately in the case of fraud committed by a party;

(b)    immediately by mutual agreement of the parties; or

(c)    by either party giving thirty (30) days prior written notice to the other party.

Notwithstanding the foregoing, the parties' rights and obligations with respect to confidentiality and with respect to the transactions consummated prior to termination, shall survive termination.

7.    **Miscellaneous Provisions**.

(a)    Auction acknowledges AFC's security interest in vehicles owned by Dealers and the proceeds thereof, if and only if, Auction has also received Credit advice with respect to such Dealer as provided in section 1 above. By acknowledging AFC's security interest, Auction does NOT incur any obligations to act at AFC's direction with respect to such vehicles or the proceeds thereof except as provided herein.

(b)    Upon receipt of good funds from AFC, for each vehicle purchased by any Dealer pursuant to the terms of this Agreement, Auction sells and assigns without representation or warranty all of Auction's interest in each such vehicle, including without limitation any security interest or lien that Auction may have in such vehicle, to AFC.

(c)    With respect to the subject matter hereof, this Agreement embodies the entire agreement and understanding between the parties and amends and restates any prior agreements and understandings between them. Notwithstanding the above, the parties acknowledge that it may be necessary to amend the procedures as enumerated in this Agreement. The parties agree that such procedures may be amended by mutual letter agreement signed by both parties.

(d)    Unless otherwise provided for in this Agreement, all notices and other official communications given under this Agreement shall be in writing and shall be delivered in person, by certified mail - return receipt requested and postage prepaid, overnight courier or by confirmed facsimile transmission. All notices to a party will be sent to the addresses set forth below or to such other addresses or persons as such party may designate by notice to the other party hereunder

| TO AFC: | TO AUCTION: |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION | DRUIEN, INC. |
| 13085 Hamilton Crossing Blvd. | DBA LAWTON CACHE AUTO AUCTION |
| Suite 300 | 9 SW 112th Street |
| Carmel, IN 46032 | Lawton, OK 73505 |
| Attn.:    Legal Department | Attn:    Emmett Druien, President |
| Phone:    317-815-9645 | Lisa Druien, Vice President; Treasurer |
| Fax:    866-929-3430 | Phone:    580-536-4645 |
| | Fax:    580-536-4649 |

(e)    This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall be deemed one and the same instrument.

AFC
OFFICER

3 of 4

Auction    Auction

Auction Agreement_non_NAAA__01_09_13

(f)    If any provision of this Agreement is invalid, illegal or unenforceable under any applicable statute or rule of law, the remaining provisions hereof shall remain in full force and effect.

(g)    AUCTION AND AFC EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED. THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT AND RELATED AGREEMENT(S), INSTRUMENTS OR TRANSACTIONS, OR ANY ASPECT OF THE PAST, PRESENT, OR FUTURE RELATIONSHIP OF THE PARTIES. THIS PROVISION IS A MATERIAL INDUCEMENT FOR AFC ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

(h)    Any action initiated by Auction against AFC relating to this Agreement shall be filed and conducted in the Circuit or Superior Courts of Hamilton County or Marion County, State of Indiana. AFC may bring any action against Auction relating to this Agreement in any court of competent jurisdiction, and Auction hereby consents to AFC's choice of forum. This Agreement shall be governed by the substantive laws of the State of Indiana without resort to principles of conflicts of laws. AUCTION AND AFC AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THE CLAIMANT'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

**AUTOMOTIVE FINANCE CORPORATION**

Witness:

By: _Frances C. York_

Print Name: _Frances York_

By: _Joe G-B Keadle_

Print Name: _Joe G-B Keadle_

Title: _____ Vice President - Operations _____

**DRUIEN, INC.**
**DBA LAWTON CACHE AUTO AUCTION**

Witness:

By: _____

Print Name: _Matthew Ramsey_

By: _____

Print Name: ___ Emmett Druien

Its: _____ President _____

Witness:

By: _____

Print Name: _____

By: _____

Print Name: ___ Lisa Druien

Its: _____ Vice President; Treasurer

4 of 4

Lawton Cache Auto Auction

**EXHIBIT N**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/06/2019
Print Time: 10:55 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 106

| **BUYER(Purchaser) :P-109420** 376 | Seller **P117163** | SALE#: 36237 |
|---|---|---|
| Mike Garrison 903-440-5557 | P117163 Parker Auto Auction | DATE: 7/31/19 |
| Rock Hill Used Cars | Colby Parker | STATUS: SLD |
| 549 Interstate 30 East | P.O. Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulpher Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

| | | |
|---|---|---|
| SERIAL 3D7ML48C26G178761 | 178761 | |
| ODOMETER STATUS | | |
| YEAR 2006 | MAKE DODGE | |
| MODEL RAM 3500 QUA | BODY QUAD P | |
| COLOR Silver | RADIO | |
| FUEL Diesel | | |
| LICENSE | | |
| TITLE | TRANS AUTO | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **56423** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| | |
|---|---|
| SALE PRICE: | 21,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 21,940.00 |
| PAID: | 21,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ROCK HILL USED CARS
443058 – 1028
3D7ML48C26G178761
DALLAS
B

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/06/2019
Print Time: 10:56 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 066

| BUYER(Purchaser) :P-109420 376 | Seller **UD-9266** | SALE#: 36236 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-9266 Advantage Truck -David Ivey | DATE: 7/31/19 |
| Rock Hill Used Cars | David Kroth | STATUS: SLD |
| 549 Interstate 30 East | 1635 S. Green | DRIVE: Yellow |
| Sulphur Springs, TX 75482 | Purcell, OK 73080 | LANE |

### VEHICLE DESCRIPTION

SERIAL 3D7ML48A18G219298  **219298**
ODOMETER STATUS

| YEAR | 2008 | MAKE | DODGE |
|---|---|---|---|
| MODEL | RAM 3500 | BODY | QUAD C |
| COLOR | SILVER | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | Conform/Clean | TRANS | |

| | SALE PRICE: | 25,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 25,440.00 |
| | PAID: | 25,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **87440** miles and to t' best of my knowledge, it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 8/21/2019
Print Time: 1:46 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 020

| BUYER(Purchaser) :P-109420 376 | Seller UD2133 | SALE#: 36539 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FTSW21P57EB14538 B14538
ODOMETER STATUS
YEAR 2007 MAKE FORD
MODEL F250 SUPER D BODY QUAD P
COLOR GRAY RADIO
LICENSE FUEL
TITLE TRANS AUTO

| | SALE PRICE: | 20,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,440.00 |
| | PAID: | 20,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **42420** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



ROCK HILL USED CARS
DALLAS
B

1FTSW21P57EB14538

443058 – 1034

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 9/04/2019
Print Time: 10:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 154

| BUYER(Purchaser) :P-109420 376 | Seller M-7119 | SALE#: 36814 |
|---|---|---|
| Mike Garrison 903-440-5557 | M-7119 Big Dawg Motors | DATE: 9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS: SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

SERIAL 5UTGN2428HM007662 007662
ODOMETER STATUS
YEAR 2017 MAKE Tiger
MODEL Car Trailer BODY TRAILE
COLOR RADIO
LICENSE FUEL
TITLE TRANS

| | |
|---|---|
| SALE PRICE: | 29,250 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,740.00 |
| PAID: | 29,740.00 |
| BALANCE: | $0.00 |
| PD BY:FI | |
| AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 00 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 021

| BUYER(Purchaser) :P-109420 376 | Seller UD2133 | SALE#: 37288 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1GNEC16Z82J293191    293191
ODOMETER STATUS

| YEAR | 2002 | MAKE | CHEVROLE |
|---|---|---|---|
| MODEL | C1500 | BODY | WAGON |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | MANUAL |

| SALE PRICE: | 15,000 |
|---|---|
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 15,280.00 |
| PAID: | |
| BALANCE: | $15,280.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **82433** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/02/2019
Print Time: 10:20 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   020

| BUYER(Purchaser) :P-109420     376 | Seller     UD2133 | SALE#:     37287 |
|---|---|---|
| Mike  Garrison     903-440-5557 | UD2133 Mainer Ford | DATE:     9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   JM1GG12L761105547     105547
ODOMETER STATUS
YEAR   2001     MAKE   MAZDA
MODEL   MAZDASPEED6 BODY   SEDAN
COLOR   Gray     RADIO
LICENSE     FUEL   Gas
TITLE     TRANS AUTO

|  |  |  |
|---|---|---|
|  | SALE PRICE: | 13,000 |
|  | BUYER FEE: | 270.00 |
|  | DRAFT FEE: |  |
|  | SALES TAX |  |
|  | TOTAL DUE: | 13,270.00 |
|  | PAID: |  |
|  | BALANCE: | $13,270.00 |
|  | PD BY: |  |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____    state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   51423     miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/14/2019
Print Time: 2:31 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                                      UNIT#   **148**

| BUYER(Purchaser) :P-109420 | 376 | Seller | **UD-7857** | SALE#: | 37366 |
|---|---|---|---|---|---|

BUYER(Purchaser) :P-109420          376
Mike Garrison                       903-440-5557
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller     **UD-7857**
UD-7857 Lawton Cache Auto Auction
Emmett Druien
1 SW 112th Street
Lawton, OK 73505

SALE#:    37366
DATE:     10/02/19
STATUS:   SLD
DRIVE:    Green
LANE

**VEHICLE DESCRIPTION**

SERIAL  1GRAA9224SB029809       **029809**
ODOMETER STATUS
YEAR    1995          MAKE  Great Dane
MODEL   Trailer       BODY  VAN
COLOR   White         RADIO
LICENSE               FUEL
TITLE                 TRANS

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **01**        miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 29,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | 29,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VE          is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the         is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all item:      chase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold throu;        er
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbranc     s agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purcha     ith
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the nigl       tal
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will
daily.



Case 2020-00069593JP Document 44-1   Filed 08/25/20   Page 84 of 280 PageID 45002

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  10/15/2019
Print Time:  11:33 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#    032

| BUYER(Purchaser) :P-109420          376 | Seller          UD2133 | SALE#:          37580 |
|---|---|---|
| Mike Garrison                    903-440-5557 | UD2133 Mainer Ford | DATE:     10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:     Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071          184071
ODOMETER STATUS
YEAR     2010          MAKE   DODGE
MODEL    CHALLENGER  BODY   2D COU
COLOR    Black          RADIO
LICENSE          FUEL   Diesel
TITLE          TRANS   AUTO

|  | SALE PRICE: | 14,000 |
|---|---|---|
|  | BUYER FEE: | 270.00 |
|  | DRAFT FEE: |  |
|  | SALES TAX |  |
|  | TOTAL DUE: | 14,270.00 |
| ATC | PAID: |  |
|  | BALANCE: | $14,270.00 |
|  | PD BY: |  |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **154868**    miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:32 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| BUYER(Purchaser) :P-109420   376 | Seller      P148883 | SALE#:   37578 |
|---|---|---|
| Mike Garrison                903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSX20R89EA01704      A01704
ODOMETER STATUS
YEAR     2009        MAKE   FORD
MODEL    F250SD      BODY   SUPERC
COLOR    White       RADIO
LICENSE              FUEL   Diesel
TITLE                TRANS  AUTO

| | SALE PRICE: | 22,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,440.00 |
| ATC | PAID: | |
| | BALANCE: | $22,440.00 |
| | PD BY: | |

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   345169   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

443058 - 1055
ROCK HILL USED CARS
DALLAS
1FTSX20R8 9EA01704

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **033**

| BUYER(Purchaser) :P-109420    376 | Seller    **P-117163** | SALE#:    37726 |
|---|---|---|
| Mike Garrison    903-440-5557 | P-117163  Star Motors | DATE:    10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:    SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1HSHBAHNXXH659029    659029
ODOMETER STATUS

| YEAR | 1999 | MAKE | Intl |
|---|---|---|---|
| MODEL | 8000 | BODY | |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | |
| | BALANCE: | $28,490.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **264320**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

[ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
[ ] (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____



ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **033**

| BUYER(Purchaser) :P-109420 | 376 | Seller P-117163 | SALE#: 37726 |
|---|---|---|---|
| Mike Garrison | 903-440-5557 | P-117163 Star Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | | Colby Packer | STATUS: SLD |
| 549 Interstate 30 East | | P O Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1HSHBAHNXXH659029    659029
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR 1999 | MAKE Intl | | |
| MODEL 8000 | BODY | | |
| COLOR White | RADIO | | |
| LICENSE | FUEL Diesel | | |
| TITLE | TRANS AUTO | | |

| | |
|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | |
| BALANCE: | $28,490.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **264320** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

## Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 11:00 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | 11-5-19 | UNIT# 009 |
|---|---|---|

| BUYER(Purchaser) :P-109420 376 | Seller UD-6418 | SALE#: 38054 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-6418 Executive Kars | DATE: 10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS: SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

### VEHICLE DESCRIPTION

| | | |
|---|---|---|
| SERIAL 1GC0KVCG2BZ387391 387391 | | |
| ODOMETER STATUS | | |
| YEAR 2011 | MAKE CHEVROLE | |
| MODEL SILVERADO 25 BODY REG CA | | |
| COLOR White | RADIO | |
| LICENSE | FUEL Diesel | |
| TITLE | TRANS AUTO | |

| | SALE PRICE: | 16,500 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| PD BY FI | | |
| AFC | | |

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **266956** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Aut Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:14 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 075

| BUYER(Purchaser) :P-109420 376 | Seller UD2133 | SALE#: 38503 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FT7W2BTXFEC20953 C20953
ODOMETER STATUS
YEAR 2015  MAKE FORD
MODEL F250SD  BODY CREW C
COLOR Black  RADIO
LICENSE  FUEL Diesel
TITLE  TRANS AUTO

| | SALE PRICE: | 30,000 |
|---|---|---|
| | BUYER FEE: | 500.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 30,500.00 |
| | PAID: | 30,500.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **185470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

[ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
[ ] (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your tota' daily.

Lawton Cache Auto Auction



**COMPLETED**
1-7-20

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/06/2020
Print Time: 2:52 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

| BUYER(Purchaser) :P-109420 376 | Seller **A32814** | SALE#: 39208 |
|---|---|---|
| Mike Garrison 903-440-5557 | A32814 ENVIROCLEAN | DATE: 1/03/20 |
| Rock Hill Used Cars | Cat Lard | STATUS: SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FD8W3HT2FEA32814    A32814
ODOMETER STATUS
YEAR 2015          MAKE FORD
MODEL F350        BODY 4DR
COLOR White       RADIO
LICENSE            FUEL Diesel
TITLE              TRANS AUTO

| SALE PRICE: | 34,500 |
|---|---|
| BUYER FEE: | 570.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 35,070.00 |
| PAID: | 35,070.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   112637   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



443058 – 1079
ROCK HILL USED CARS
DALLAS
B
1FD8W3HT2 | FEA32814

Lawton Cache Auto Auction

 **COMPLETED**

$2.7.20$

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  2:57 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  022

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-5503** | SALE#:   39207 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD-5503  GPR Auto & Truck Sales | DATE:   1/03/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:   **SLD** |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1T9AS40285B540094   540094
ODOMETER STATUS
YEAR   2005   MAKE  Tak
MODEL   Trailer   BODY
COLOR   Black   RADIO
LICENSE   FUEL
TITLE   TRANS

| | | |
|---|---|---|
| | SALE PRICE: | 16,500 |
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,780.00 |
| | PAID: | 16,780.00 |
| | BALANCE: | $0.00 |
| | PD BY:F1 AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" -- Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

ROCK HILL USED CARS
DALLAS
1T9AS40285B540094
4443058 – 1080

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 1/09/2020
Print Time: 3:44 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 148

| BUYER(Purchaser) :P-109420 376 | Seller **UD-4843** | SALE#: 39378 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-4843 Bottoms Up Motorsports | DATE: 1/08/20 |
| Rock Hill Used Cars | Michael Lawson | STATUS: SLD |
| 549 Interstate 30 East | Po Box 187 | DRIVE: |
| Sulphur Springs, TX 75482 | Collinville, OK 74021 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 3C63RRGL8EG149807 | 149807 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2014 | MAKE RAM |
| MODEL | 3500 | BODY 4DR |
| COLOR | White | RADIO |
| LICENSE | | FUEL Gas |
| TITLE | | TRANS AUTO |

| | SALE PRICE: | 27,500 |
|---|---|---|
| | BUYER FEE: | 480.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 27,980.00 |
| | PAID: | |
| | BALANCE: | $27,980.00 |
| | PD BY: | AFC |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **149460** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/15/2020
Print Time: 1:28 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 162

| BUYER(Purchaser) :P-109420    376 | Seller    A32814 | SALE#:    39466 |
|---|---|---|
| Mike  Garrison    903-440-5557 | A32814 ENVIROCLEAN | DATE:    1/15/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:    SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

## VEHICLE DESCRIPTION

SERIAL   1FT7W2BTXFEA02463    A02463
ODOMETER STATUS
YEAR    2015    MAKE   FORD
MODEL    F250SD    BODY   CREW C
COLOR    White    RADIO
FUEL    Diesel
LICENSE
TITLE    TRANS  AUTO

| | | |
|---|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | 28,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

## ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **147864**   miles and t best of my knowledge, it reflects the actual mileage of the vehicle, un one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/15/2020
Print Time: 1:23 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 034

| BUYER(Purchaser) :P-109420 376 | Seller **UD-2790** | SALE#: 39463 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-2790 Rick Jones Buick-GMC Inc | DATE: 1/15/20 |
| Rock Hill Used Cars | Kathy Loula | STATUS: SLD |
| 549 Interstate 30 East | PO Box 158 | DRIVE: Green |
| Sulphur Springs, TX 75482 | El Reno, OK 73036 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL 1GTJK33214F263548 263548
ODOMETER STATUS
YEAR 2004    MAKE GMC
MODEL SIERRA    BODY QUAD P
COLOR Tan    RADIO
LICENSE    FUEL Diesel
TITLE    TRANS AUTO

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **124500** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

| | | |
|---|---|---|
| SALE PRICE: | 24,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 24,940.00 |
| PAID: | 24,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cach Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during o sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buye expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after pu The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Se warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory par that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auctior cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to you daily.



ROCK HILL USED CARS
DALLAS
4430058 – 1085
1GTJK33214F263548

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 2:50 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 026

| BUYER(Purchaser) :P-109420  376 | Seller **UD2133** | SALE#: 39651 |
|---|---|---|
| Mike Garrison  903-951-8597 | UD2133 Mainer Ford | DATE: 1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

SERIAL  1FMJU1K54CEF09406  F09406
ODOMETER STATUS
YEAR  2012  MAKE  FORD
MODEL  EXPEDITION  BODY  4D UTI
COLOR  White  RADIO
LICENSE  FUEL  Diesel
TITLE  TRANS  AUTO

| SALE PRICE: | 23,000 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,440.00 |
| PAID: | 23,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **106157** miles and best of my knowledge, it reflects the actual mileage of the vehicle, ur one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer readin reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 2:44 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 085 |
|---|---|---|

| BUYER(Purchaser) :P-109420　376 | Seller　**UD2133** | SALE#:　39650 |
|---|---|---|
| Mike　Garrison　903-951-8597 | UD2133　Mainer Ford | DATE:　1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:　SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:　Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL　1FMHK8F89BGA68442　A68442
ODOMETER STATUS
YEAR　2010　MAKE　FORD
MODEL　EXPLORER　BODY　4D UTI
COLOR　Black　RADIO
LICENSE　FUEL　Diesel
TITLE　TRANS AUTO

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **135484** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

B
ROCK HILL USED CARS
DALLAS
1FMHK8F89 BGA68442
4443058 – 1087

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/30/2020
Print Time: 10:29 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 073

| BUYER(Purchaser) :P-109420 376 | Seller 204039 | SALE#: 39774 |
|---|---|---|
| Mike Garrison 903-951-8597 | 204039 Christopher Brady | DATE: 1/29/20 |
| Rock Hill Used Cars | Christopher Brady | STATUS: SLD |
| 549 Interstate 30 East | PO Box 525 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Quitman, TX 75783 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL 3D7KU28C64G204039    204039
ODOMETER STATUS
YEAR 2004    MAKE DODGE
MODEL RAM 2500 QUA BODY QUAD P
COLOR Gold    RADIO
LICENSE    FUEL Diesel
TITLE    TRANS AUTO

| | SALE PRICE: | 20,400 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,840.00 |
| | PAID: | 20,840.00 |
| | BALANCE: | $0.00 |
| PD BY:FI AFC | | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **149263** miles and to best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/30/2020
Print Time: 10:28 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 069

| BUYER(Purchaser) :P-109420  376 | Seller SB | SALE#: 39773 |
|---|---|---|
| Mike Garrison  903-951-8597 | SB Security State Bank | DATE: 1/29/20 |
| Rock Hill Used Cars | R Chang | STATUS: SLD |
| 549 Interstate 30 East | PO Box 749 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Wewoka, OK 74884 | LANE |

### VEHICLE DESCRIPTION

| | | |
|---|---|---|
| SERIAL 3D7MX48A37G804242 | | 804242 |
| ODOMETER STATUS | | |
| YEAR 2007 | MAKE | DODGE |
| MODEL RAM 3500 | BODY | QUAD C |
| COLOR Blue | RADIO | |
| LICENSE | FUEL | Diesel |
| TITLE | TRANS | AUTO |

| SALE PRICE: | 22,500 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 22,940.00 |
| PAID: | 22,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **123470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton C Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, durin sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This s a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The bu expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after p... The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/13/2020
Print Time: 3:54 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **009**

| BUYER(Purchaser) :P-109420 | 376 |
|---|---|
| Mike Garrison | 903-951-8597 |
| Rock Hill Used Cars | |
| 549 Interstate 30 East | |
| Sulphur Springs, TX 75482 | |

| Seller | **UD-5503** |
|---|---|
| UD-5503 GPR Auto & Truck Sales | |
| Cintria Gonzales | |
| 5112 S. Shields Blvd | |
| Oklahoma City, OK 73129 | |

| SALE#: | 39968 |
|---|---|
| DATE: | 2/12/20 |
| STATUS: | SLD |
| DRIVE: | Yellow |
| LANE | |

**VEHICLE DESCRIPTION**

| SERIAL | 3D7KR28A48G116225 | 116225 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2008 | MAKE DODGE |
| MODEL | RAM 2500 | BODY QUAD C |
| COLOR | Silver | RADIO |
| LICENSE | | FUEL Diesel |
| TITLE | | TRANS AUTO |

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | |
| | BALANCE: | $16,280.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **231360** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 2/20/2020
Print Time: 1:07 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 117

| BUYER(Purchaser) :P-109420 376 | Seller **UD2860** | SALE#: 40115 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD2860 Seth Wadley Ford Lincoln | DATE: 2/19/20 |
| Rock Hill Used Cars | Davi Hardimest | STATUS: SLD |
| 549 Interstate 30 East | 519 I-30 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FTHX25F0TEB25935 **B25935**
ODOMETER STATUS
YEAR 1996 MAKE FORD
MODEL F250 BODY SUPER
COLOR Blue RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | SALE PRICE: | 12,500 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| AFC | TOTAL DUE: | 12,770.00 |
| | PAID: | |
| | BALANCE: | $12,770.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **181014** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ROCK HILL USED CARS DALLAS
1FTHX25F0TEB25935
443058 – 1091

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/20/2020
Print Time:  1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   009 |
|---|---|---|

| BUYER(Purchaser) :P-109420     376 | Seller        33156 | SALE#:     40117 |
|---|---|---|
| Mike  Garrison                903-951-8597 | 33156 Ryder Truck Rental Lt | DATE:     2/19/20 |
| Rock Hill Used Cars | | STATUS:     SLD |
| 549 Interstate 30 East | 4040 NW 72 Ave | DRIVE:     Red |
| Sulphur Springs, TX 75482 | Miami, FL 33156 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL   1FVACWDU5DHFA3237    FA3237
ODOMETER STATUS
YEAR    2013           MAKE   Frieghtline
MODEL   16m            BODY
COLOR                  RADIO
LICENSE                FUEL
TITLE                  TRANS

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires    that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE:     29,000 |
|---|---|
| | BUYER FEE:      490.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:    29,490.00 |
| AFC | PAID: |
| | BALANCE:    $29,490.00 |
| | PD BY: |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchas The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties ag that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/26/2020
Print Time: 3:00 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

| | |
|---|---|
| **BUYER(Purchaser) :**P-109420  376 | Seller  **UD-2332** |
| Mike Garrison  903-951-8597 | UD-2332 Jacksons Chevrolet Of Kingfish |
| Rock Hill Used Cars | Karen Mccarthy |
| 549 Interstate 30 East | 2600 Frontage Rd. |
| Sulphur Springs, TX 75482 | Kingfisher, OK 73750 |

SALE#: 40211
DATE: 2/26/20
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 1GCJK33265F919308  919308
ODOMETER STATUS
YEAR 2005  MAKE CHEVROLE
MODEL SILVERADO  BODY QUAD P
COLOR White  RADIO
LICENSE  FUEL Diesel
TITLE  TRANS AUTO

SALE PRICE: 24,500
BUYER FEE: 440.00
DRAFT FEE:
SALES TAX
TOTAL DUE: 24,940.00
PAID:
BALANCE: $24,940.00
PD BY:

ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **165470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____
Transferee's (buyer) signature _____
Transferee's (buyer) signature _____
Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/05/2020
Print Time: 12:28 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 049

| BUYER(Purchaser) :P-109420 376 | Seller **UD-6768** | SALE#: 40376 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD-6768 LEE AUTO SALE | DATE: 3/04/20 |
| Rock Hill Used Cars | CHARLES LEE | STATUS: SLD |
| 549 Interstate 30 East | 1300 SOUTH MAIN | DRIVE: Green |
| Sulphur Springs, TX 75482 | MCALLISTER, OK | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1GCJK33648F114088    114088
ODOMETER STATUS
YEAR 2008    MAKE CHEVROLE
MODEL SILVERADO 35 BODY CREW C
COLOR BLACK    RADIO
LICENSE    FUEL Diesel
TITLE    TRANS AUTO

| | | |
|---|---|---|
| SALE PRICE: | 18,500 |
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 18,790.00 |
| PAID: | |
| BALANCE: | $18,790.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **143220** miles and to t' best of my knowledge, it reflects the actual mileage of the vehicle, unles one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/12/2020
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 121

| BUYER(Purchaser) :P-109420  376 | Seller  **P132441W** | SALE#: 40489 |
|---|---|---|
| Mike Garrison  903-951-8597 | P132441W Austin Financial Services | DATE: 3/11/20 |
| Rock Hill Used Cars | Michael Garrett | STATUS: SLD |
| 549 Interstate 30 East | 549 Interstate Hwy 30 E | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulper Springs, TX 75401 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1HFVE04R7G4000179  000179
ODOMETER STATUS
YEAR 2004  MAKE Honda
MODEL  BODY
COLOR Black  RADIO
LICENSE  FUEL Gas
TITLE  TRANS

| | | |
|---|---|---|
| SALE PRICE: | 17,000 |
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 17,290.00 |
| PAID: | |
| BALANCE: | $17,290.00 |
| PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **445**  miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or a
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale i
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

...purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

9167 of 15041

0 1 3 6 5 6



TDECU
1001 FM 2004 RD
LAKE JACKSON, TX 77566-4027

**EXHIBIT O**

*32549-11*

▼ DETACH HERE ▼



# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

**120114539**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7ML48C26G178761 | 2006 | DODG | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 11130342009113142 | 01/14/2015 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 12000 | FGV5525 |

PREVIOUS OWNER
**BIG REDS EQUIPMENT**

ODOMETER READING
**EXEMPT**

OWNER

**JODY RUSSELL BERMAN
3211 N ROADRUNNER CT
GRANBURY, TX 76049**

REMARK(S)

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER

01/06/2015  **TDECU
1001 FM 2004
LAKE JACKSON, TX 77566**

1ST LIEN RELEASED  2-11-10

BY  vGil
AUTHORIZED AGENT

DALLAS ROCK HILL USED CARS
3D7ML48C26G178761
4443058 - 1028

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED

BY _____
AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE          DATE

SIGNATURE          DATE

SIGNATURE          DATE

FORM 30-C REV. 04/2012          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Notification online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Always remember to "Protect your title, Texas." For more information, go to www.TxDMV.gov and click on the "Protect your title" topic.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

► **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Colby Parker    Street: P.O. Box 895    City: Sulphur Springs    State: TX    Zip: 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): EXEMPT
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 7-28-19    Signature of Seller/Agent    Printed Name (same as signature): Jody Russell Berman

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: Colby Parker    Printed Name (same as signature): Jody Berman Colby Parker

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars    Street: 519 I-30    City: Sulphur Springs    State: TX    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths): Exempt
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 8-1-19    Dealer's Name: Colby Parker    Dealer No.

Agent's Signature: Colby Parker    Printed Name (same as signature): Colby Parker

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent    Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths):
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:    Dealer's Name:    Dealer No.

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent    Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING (No Tenths):
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:    Dealer's Name:    Dealer No.

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent    Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE.
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

\*\*\*\*\*\*\*\*\*AFFIDAVIT OF CORRECTION\*\*\*\*\*\*\*\*\*

The strikeover on the following Statement of Origin/Title/Vin#
_____ was made due to the following with no fraud intended

( ) typographical error          ( ) Seller signed name incorrectly

( ) customer changed mind, sale did not take place no possession

( ) seller assigned title to himself/herself

( ) seller assigned title to wrong party

( ) purchaser's name misspelled, should read _____

( ) assignment placed in dealer assignment in error

( ) notary placed signature in wrong space

(√) seller signed name in buyer space

( ) buyer signed name in seller space

( ) address incorrect should read _____

( ) _____

_Bruce Holman_  7/29/2019
NOTARY PUBLIC   DATE          SIGNATURE OF SELLER

STATE OF OKLAHOMA, MY COMMISSION EXPIRES 3/17/2023
COUNTY OF MCCURTAIN

BRUCE HOLMES
IN AND FOR
#03004320
EXP. 03/17/23
STATE OF OKLAHOMA
NOTARY PUBLIC

Ardmore

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

D353757A

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7ML48A18G219298 | 2008 | DODG | 810007086812 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | SQ3 | | | 11-Jul-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M2515 | Maroon | 10-Jul-2019 | 83656 Actual | Duplicate |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MARSHALL MCGUIRE
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47393598

(This is not a title number)



---

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Seth Wadley Auto Group**

Purchaser(s) Complete Address: P. O. Box 650 Pauls Valley, OK. 73075

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

EXEMPT (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Marshall mcguire*   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this 24 Day of July 20 19

Notary Public: _____   Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.


ERICA TAYLOR
NOTARY
#17000969
EXP 01/27/21
STATE OF OKLAHOMA

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

**VOID IF ALTERED**

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD2430_

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2534574

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Advantage Truck + Trailer_

Purchaser(s) Complete Address: _1635 S. green Purcell, OK 73080_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_EXEMPT_ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this ___29___ Day of ___July___ 20_19_

Notary Public: _____   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _David Iv____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD8266_

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rock Hill Used Cars_

Purchaser(s) Complete Address: _549 I-30 E Sulphur Springs Tx 75482_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_EXEMPT_ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _David Ive___

Subscribed and Sworn to Before me this ___29th___ Day of ___July___ 20_19_

Notary Public: _____   Commission Expiration: _08/06/22_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

130969

**SETH WADLEY**
CADILLAC BUICK GMC
200 Bollard Road, Pauls Valley, OK 73075
Phone (405) 238-9681
1-800-592-1277

**POWER OF ATTORNEY**

STATE OF OKLAHOMA)
COUNTY OF GARVIN) SS

I, Marshell Mcguire of 10937 Indian Meridia Ave PooliOK 73074
(Address, City, State, Zip)

Owner of Motor Vehicle: Year and Make 2008 Dodge

Serial Number 3D7ML48A18G219298 do constitute Seth Wadley Cadillac Buick GMC my true and lawful attorney, for me and in my name to assign title to said motor vehicle and or to execute all necessary written instruments in connection therewith and to whomsoever as may be designated by my said attorney.

Executed on this the 8th day of June 2019

SIGNED (Individual or Individuals)

SIGNED (Company or Corporation)

Subscribed and sworn to before me this 8th day of June 2019

My Comm Expires: _____

DANIELLE MILLS
NOTARY
#18007020
EXP 07/13/22
PUBLIC
OF OKLAHOMA

**ESTIMATED TRADE PAYOFF**

The payoff figure of _____ on the trade;
(Year, Make, Model)

is an estimate only. If the actual payoff is higher, I will pay the difference to Seth Wadley Cadillac Buick GMC within 3 working days of notice of such. If actual payoff is less, Seth Wadley Cadillac Buick GMC will issue a refund or a different when sending the title to me. I authorize lender to send lien releases & or title direct to Seth Wadley Cadillac Buick GMC.

I have read and fully understand the above

Signed _____ Date 6-8-2019
Customer

For Seth Wadley Cadillac Buick GMC

_____ Date 6-8-19
Business Manager

**TRADE TITLE AGREEMENT**

I agree to provide Seth Wadley Cadillac Buick GMC a negotiable trade title in my name, free and clear from all liens.

I understand any taxes including excise tax and tag fees will be paid by me to bring the tag and tax current at time of trade.

I understand Seth Wadley Cadillac Buick GMC will not accept an insurance dated or salvage title on this trade and I agree to repurchase my trade for full trade in value allowed on the purchase contract if the title is salvage or insurance dated.

Signed _____ Date 6-8-2019
Customer

For Seth Wadley Cadillac Buick GMC

_____ Date 6-8-19
Business Manager