# STATE OF OKLAHOMA

| | | |
|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE |
| 1FTSW21P57EB14538 | 2007 | FORD |

| | | TITLE NO. |
|---|---|---|
| | | 810006631861 |

| | | |
|---|---|---|
| BODY TYPE | MODEL | |
| PK | F2S | |

| | DATE 1st SOLD | DATE ISSUED |
|---|---|---|
| | 04-Dec-2006 | 17-Apr-2019 |

AGENT NO.
M8832

| APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|
| 16-Apr-2019 | | Transfer |

| | | DATE INS. |
|---|---|---|
| | Exempt | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



ROCK HILL USED CARS
DALLAS
443058 – 1034
1FTSW21P5
7EB14538

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47053629

(This is not a title number)



OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2601315

## ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): *Christi Sanders*     Printed Name of Seller(s): *CHRISTI SANDERS*

Subscribed and Sworn to Before me this **31** Day of *May* 20**19**

Notary Public: *Kathy Martinez*     Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____



KATHY MARTINEZ
NOTARY
# 00019494
EXP. 11/22/20
STATE OF OKLA
PUBLIC

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____  **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 8/21/2019
Print Time: 1:46 PM

*Title*

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 020

| BUYER(Purchaser) :P-109420 376 | Seller **UD2133** | SALE#: 36539 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 1FTSW21P57EB14538 | B14538 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2007 | MAKE FORD |
| MODEL | F250 SUPER D | BODY QUAD P |
| COLOR | GRAY | RADIO |
| LICENSE | | FUEL |
| TITLE | | TRANS AUTO |

| | SALE PRICE: | 20,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,440.00 |
| | PAID: | 20,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **42420** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
 **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Open sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.



CITY NATIONAL BANK
PO BOX 798
SULPHUR SPRINGS, TX 75483-0798

JAN 24 2018

0
0
7
0
1
0

▼ **DETACH HERE** ▼

---



◥||◣ **TEXAS CERTIFICATE OF TITLE** ◥||◣

TEXAS DEPARTMENT OF MOTOR VEHICLES

**TxDMV**

137984463

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5UTGN2428HM007662 | 2017 | TIGR | UT |

TITLE/DOCUMENT NUMBER · DATE TITLE ISSUED
11200043109110146 01/19/2018

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 4000 | 917579J |

PREVIOUS OWNER
BRINKLEY AUCTIONS IDABEL OK

OWNER
JANET LEIGH DUNLAP
JARRED AUSTIN DUNLAP
601 S KAUFMAN
MT VERNON, TX 75482

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK.

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

ROCK HILL USED CARS
443058 — 1037
DALLAS
5UTGN2428 HM007662

DATE OF LIEN                    1ST LIENHOLDER
01/11/2018 CITY NATIONAL BANK
PO BOX 798
SUL SPGS, TX 75483

1ST LIEN RELEASED ____8-15-18____ DATE
BY _____
AUTHORIZED AGENT

DATE OF LIEN                    2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE
BY _____
AUTHORIZED AGENT

DATE OF LIEN                    3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE
BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

FORM 30-C REV. 05/2016     DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade in a vehicle, be sure to protect yourself by filing the Vehicle Transfer **Notification** online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**     `137984463`

► **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: *Austin Financial Services*   Street: *549 I-30*   City: *Sulphur Sprgss*   State: *TX*   Zip: *75402*

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths): 
Date of Sale: *5-3-18*

Signature of Seller/Agent: *Paul W Dunlap*   Printed Name (same as signature): *Signed Austin Dunlap Scott Utah*

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent:   Printed Name (same as signature): *A GARSON*

---

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: *Big Army Motors*   Street: *1748 Airport Rd*   City: *Hotsprings*   State: *AR*   Zip: *71913*

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):
Date of Sale: *8-1-19*

Dealer's Name: *Austin Financial Services*   Dealer No.: *M7119*

Agent's Signature   Printed Name (same as signature): *Austin Garrison*

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: *Kyle Way*   Printed Name (same as signature): *Kyle Way*

---

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: *Rock Hill Used Cars*   Street: *519 I-30*   City: *Sulphur Spgs*   State: *TX*   Zip: *75402*

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):
Date of Sale:

Dealer's Name: *Big Army Motors*   Dealer No.: *M7119*

Agent's Signature: *Kyle Way*   Printed Name (same as signature): *Kyle Way*

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent   Printed Name (same as signature)

---

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:   Street:   City:   State:   Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):
Date of Sale:

Dealer's Name   Dealer No.

Agent's Signature   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent   Printed Name (same as signature)

---

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

(OWNER'S COPY) IS HELD BY SECURITY INTEREST   ORIGINAL TITLE AND IS SUBJECT TO A SECURITY   www.ALLCITYAUTO.com

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  9/04/2019
Print Time: 10:44 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  154

| BUYER(Purchaser) :P-109420  376 | Seller  **M-7119** | SALE#:  36814 |
|---|---|---|
| Mike  Garrison  903-440-5557 | M-7119  Big Dawg Motors | DATE:  9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:  SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

| SERIAL  5UTGN2428HM007662  007662 | |
|---|---|
| ODOMETER STATUS | |
| YEAR  2017 | MAKE  Tiger |
| MODEL  Car Trailer | BODY  TRAILE |
| COLOR | RADIO |
| LICENSE | FUEL |
| TITLE | TRANS |

| | SALE PRICE: | 29,250 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,740.00 |
| | PAID: | 29,740.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI  AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **00**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. *The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.*
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER<br>1GNEC16Z82J293191 | YEAR<br>2002 | MAKE<br>CHEV | TITLE NO.<br>810006672244 |
| BODY TYPE<br>UT | MODEL<br>C15 | DATE 1st SOLD<br>06-Nov-2013 | DATE ISSUED<br>19-Apr-2019 |
| AGENT NO.<br>M8832 | APPLICATION DATE<br>18-Apr-2019 | ODOMETER<br>Exempt | TYPE OF TITLE<br>Transfer |
| | | | DATE INS.<br>LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 – 1049
ROCK HILL USED CARS
DALLAS
T
1GNEC16Z8 2J293191

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47063823

(This is not a title number)

---



OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2601303

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD2133

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Spring TX 75482

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

exempt (NO TENTHS) ☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): Christi Sanders   Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this 31 Day of May 20 19

Notary Public: Kathy Martina   Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____



Affix
Notary Seal / Stamp
Here

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

Affix
Notary Seal / Stamp
Here

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

Affix
Notary Seal / Stamp
Here

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/02/2019
Print Time: 10:21 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 021

| **BUYER(Purchaser) :**P-109420   376 | Seller **UD2133** | SALE#: 37288 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE: 9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL | 1GNEC16Z82J293191 | 293191 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 2002 | MAKE CHEVROLE |
| MODEL | C1500 | BODY WAGON |
| COLOR | White | RADIO |
| LICENSE | | FUEL Gas |
| TITLE | | TRANS MANUAL |

| | SALE PRICE: | 15,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,280.00 |
| | PAID: | |
| | BALANCE: | $15,280.00 |
| | PD BY: | AFC |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **82433** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| JM1GG12L761105547 | 2006 | MAZD | | 810003520053 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| SD | SPEED | | | 4/3/2017 |

| AGENT NO. | | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8813 | | | | Transfer |
| | | | Exempt | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

DAVID KORZUN OR
BRENDA KORZUN
14300 OLD BARN RD
EDMOND OK 73025-9129



443058 — 1050

ROCK HILL USED CARS
DALLAS
JM1GG12L7 61105547

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

3/3/2017          WELLS FARGO DLR SERVICES

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44071975

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted. **Mainer Ford**

Purchaser(s) Name (Type or Print): **PO Box 834**

Purchaser(s) Complete Address: **Okarche, OK 73762**

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _David Korzun_   Printed Name of Seller(s) David Korzun

Subscribed and Sworn to Before me this _23_ Day of _March_ 20 _19_

Notary Public: _Kathy Martin_   Commission Expiration: _____

*Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _Christi Sander_   Printed Name of Buyer(s): CHRISTI SANDER

KATHI MARTINEZ
NOTARY
# 00180
EXP 11/22/20
STATE OF OKLA

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** 4D 2133

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 Interstate 30 East Sulphur Springs TX

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

OKLAHOMA MOTOR VEHICLE
$3.50
TAX STAMP
2601320

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

1. The odometer has exceeded its mechanical limits.
2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** Christi Sanders   **Printed Name of Seller(s):** CHRISTI SANDERS

Subscribed and Sworn to Before me this 31 Day of May, 20 19

**Notary Public:** Kathy Martin   Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**   **Printed Name of Buyer(s):**

KATHY MARTIN
Notary Public, State of Oklahoma
19464
Comm #12200

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**Purchaser(s) Name** (Type or Print):

**Purchaser(s) Complete Address:**

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

1. The odometer has exceeded its mechanical limits.
2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**   **Printed Name of Seller(s):**

Subscribed and Sworn to Before me this   Day of   20

**Notary Public:**   Commission Expiration:

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):**   **Printed Name of Buyer(s):**

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:**   **DATE OF LIEN:**

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**

5780420201

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

196455216

VIN: JM1GG12L761105547          VEHYR: 2006      MAKE: MAZD          MODEL: SPEED      BODY:
AGNT #: M5579                              LIEN DATE: 03/03/2017

LIEN DEBTOR: KORZUN,DAVID & BRENDA

KORZUN,DAVID & BRENDA
14300 OLD BARN RD
EDMOND OK 73025-9129

LIEN HOLDER: WELLS FARGO DLR SERVICES

WELLS FARGO DLR SERVICES                                                              REF#: 196455216
PO BOX 997517
SACRAMENTO CA 95899-7517

TO:    OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

Wachovia Dealer Services, Inc
WFS Financial Inc.
WFS FNCL INC
Wells Fargo Dealer Services
Without Warranty

X _____                                    DATE    MAR 2 1 2019

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

THIS IS A TRUE AND EXACT
COPY OF THE ORIGINAL

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

KATHY MARTINEZ
NOTARY
# 00019494
EXP. 11/22/20
PUBLIC
STATE OF OKLAHOMA

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:20 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   020

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   37287 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD2133  Mainer Ford | DATE:   9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   JM1GG12L761105547   105547
ODOMETER STATUS
YEAR   2001   MAKE   MAZDA
MODEL   MAZDASPEED6 BODY   SEDAN
COLOR   Gray   RADIO
LICENSE   FUEL   Gas
TITLE   TRANS AUTO

| | SALE PRICE: | 13,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 13,270.00 |
| | PAID: | |
| | BALANCE: | $13,270.00 |
| AFC | PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **51423**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GRAA9224SB029809 | 1995 | GDAN | 810007174953 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| VAN | | | | 05-Sep-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1617 | 04-Sep-2019 | 0 | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

LAWTON AUTO AUCTION
1 SW 112TH ST
LAWTON OK 73505-9553

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 — 1053
ROCK HILL USED CARS
T
DALLAS
1GRAA9224 SB029809

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47631782

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD 7857

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Austin Financial Services RockHill Used Cars

Purchaser(s) Complete Address: 549 Interstate Hwy 30 E

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): Emmett

Printed Name of Seller(s): Emmitt Druien

Subscribed and Sworn to Before me this   11   Day of   Oct   20   19

Notary Public: KWo   Commission Expiration: 4-19-22

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):   Printed Name of Buyer(s):

LISA DRUIEN
NOTARY
Notary #11003225
EXP. 4/19/2022
PUBLIC
STATE OF OKLAHOMA

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature. Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature. Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

# Lawton Auto Auction

#9 SW 112th Street

Lawton, Oklahoma 73505

580/536-4645

**ERROR AFFADAVIT**

**STATE OF OKLAHOMA**

TITLE NO 8100071174958          VIN 1GRAA9224SB029809

YEAR 1995    MAKE C Dan    MODEL Van

**REASON FOR ERROR:**

_____ Seller signed his/her name in the wrong assignment section.

_____ Seller assigned title to himself.

__X__ Seller assigned title to wrong party.

_____ Purchaser's name in FIRST assignment should read: Rock Hill Used Cars

_____ Scrapped, dismantled/destroyed vehicle section in error.

_____ Address was entered incorrectly in FIRST assignment should read: _____

_____ Assignment was placed in wrong assignment section in error.

_____ Seller signed in the lien release section in error.

_____ Mileage in assignment should read: _____

_____ Customer changed his/her mind.

_____ Date of sale recorded in error. Date sold should read: _____

_____ Other: _____

_____

Date 10-11-15    Signed Emmit

Notary _____    Commission Expires 4-19-22

LISA DRUIEN
NOTARY
#10003225
EXP. 4/19/2022
PUBLIC
STATE OF OKLAHOMA

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/14/2019
Print Time: 2:31 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  148

| BUYER(Purchaser) :P-109420 | 376 | Seller | **UD-7857** | SALE#: | 37366 |
|---|---|---|---|---|---|
| Mike  Garrison | 903-440-5557 | UD-7857 Lawton Cache Auto Auction | | DATE: | 10/02/19 |
| Rock Hill Used Cars | | Emmett Druien | | STATUS: | SLD |
| 549 Interstate 30 East | | 1 SW 112th Street | | DRIVE: | Green |
| Sulphur Springs, TX 75482 | | Lawton, OK 73505 | | LANE | |

**VEHICLE DESCRIPTION**

| SERIAL | 1GRAA9224SB029809 | 029809 |
|---|---|---|
| ODOMETER STATUS | | |
| YEAR | 1995 | MAKE  Great Dane |
| MODEL | Trailer | BODY  VAN |
| COLOR | White | RADIO |
| LICENSE | | FUEL |
| TITLE | | TRANS |

| | | |
|---|---|---|
| SALE PRICE: | 29,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,490.00 |
| PAID: | 29,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **01** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 2B3CJ4DV0AH184071 | 2010 | DODG | 810007155335 |

| BODY TYPE | MODEL | | DATE ISSUED |
|---|---|---|---|
| CP | CHE | DATE 1st SOLD 26-Mar-2010 | 12-Jul-2019 |

AGENT NO. M8832

APPLICATION DATE 11-Jul-2019

ODOMETER 154868 Actual

TYPE OF TITLE Transfer

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 - 1054
ROCK HILL USED CARS
DALLAS
2B3CJ4DV0 AH184071

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
47401143
(This is not a title number)



**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
2598694

## ASSIGNMENT OF TITLE BY REGISTERED OWNER (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print) Rock Hill Used Cars

Purchaser(s) Complete Address 549 1-30 East Sulphur Springs TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): Christi Sanders   Printed Name of Seller(s) CHRISTI SANDERS

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: Kathey Martinez   Commission Expiration: _____

Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____



VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:45 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 032

| **BUYER(Purchaser) :P-109420** 376 | Seller **UD2133** | SALE#: 37580 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL 2B3CJ4DV0AH184071 | 184071 |
|---|---|

ODOMETER STATUS

YEAR 2010 MAKE DODGE
MODEL CHALLENGER BODY 2D COU
COLOR Black RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| SALE PRICE: | 14,000 |
|---|---|
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 14,270.00 |
| PAID: | 14,270.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **154868** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# TEXAS CERTIFICATE OF TITLE

Texas Department of Transportation

**VEHICLE TITLES AND REGISTRATION DIVISION**

91767888

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTSX20R89EA01704 | 2009 | FORD | PK |

TITLE/DOCUMENT NUMBER  DATE TITLE ISSUED

16320140015132727  08/03/2009

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 6800 | 0536AD |

PREVIOUS OWNER

CHAPARRAL FORD INC DEVINE TX

OWNER

W M LEASING OF TEXAS LP
4730 SE LOOP 410
SAN ANTONIO, TX 78222

REMA

ACTUAL MILI
DIESEL

ROCK HILL USED CARS
DALLAS
1FTSX20R8 9EA01704
443058 – 1055

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|
| NONE | |

1ST LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 6/2009      DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Case 4:20-cv-00959-P Document 42-5 Filed 03/25/21 Page 23 of 69 PageID 4086

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING STATE AND SALES PRICE TO THE PURCHASER WHO MUST FILE FOR A NEW TITLE IN COUNTY TAX ASSESSOR-COLLECTOR'S OFFICE WITHIN 20 DAYS TO AVOID PENALTY.

▶ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Truck Parts + Equipment, Inc. | Street: 3116 S Hwy 77 | City: Waxahachie | State: Tx | Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): exempt 345,168

Date of Sale: 1 26 18

Signature of Seller/Agent

Printed Name (same as signature): Robert C Pook

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Kalien Thomas

Printed Name (same as signature): Kalien Thomas

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Vehicle Sales + Parts, Inc. | Street: 3030 S Hwy 77 | City: Waxahachie | State: Tx | Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 345,168

Date of Sale: 1 26 18

Dealer's Name: Frontera Truck Parts + Equipment, Int

Dealer No.: P121786

Agent's Signature: Kalien Thomas

Printed Name (same as signature): Kalien Thomas

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 345,169

Date of Sale: 5 3 19

Dealer's Name: Frontera Vehicle Sales + Parts Inc

Dealer No.: 148883

Agent's Signature: Klaus

Printed Name (same as signature): Klaus

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

# STATEMENT OF FACT

YEAR: 2009 MAKE: Ford VIN: 1FTSX20R89EA01704

DOCUMENT
TITLE NUMBER: 16320140015132727 STATE: TX

_____ Name of Purchaser was entered in error and has been corrected to show correct Purchaser as:
_____

_____ The Names _____ and _____
are one and the same.

_____ Date of sale on the above title was entered in error and been corrected to read
as_____

_____ Seller assigned title to him/herself in error. Title is now corrected to show correct purchaser as
_____.

_____ Seller signed on purchaser line error

__X__ Odometer reading was entered in error on the title/transfer document for the above described
vehicle. Odometer reading should read as follows: 345,168

_____ Other: _____

**I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODMETOR READING IS THE ACTUAL MILEAGE OF
THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:**

___ The mileage stated is in excel of its mechanical limits
___ The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY
ODOMETER READING (NO TENTHS)

_____     Robert C Peek     DATE: 11-26-18
Signature of Seller/Agent     Printed Name

_____     Kalien Thomas     DATE: 11-26-18
Signature of Buyer/Agent     Printed Name

WARNING: Transportation Code, Section, 501.155, provides that falsifying information on title transfer documents
is a THIRD-DECREE FELONY OFFENSE PUNISHABLE BY NOT MORE THAN TEN (10) YEARS IN PRISON. In addition to
imprisonment, a fine up to $10,000 may also be imposed.
THE UNDERSIGNED HEREBY CERTIFIES THE FOLLOWING FACTS REGARDING THE VEHICLE DESCRIBED ARE TO BE
TRUE AND CORRECT:

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/15/2019
Print Time: 11:44 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 031

| | | |
|---|---|---|
| **BUYER(Purchaser) :**P-109420   376 | Seller   **P148883** | SALE#:   37578 |
| Mike Garrison   903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1FTSX20R89EA01704    A01704
ODOMETER STATUS
YEAR   2009      MAKE  FORD
MODEL  F250SD    BODY  SUPERC
COLOR  White     RADIO
LICENSE          FUEL  Diesel
TITLE            TRANS AUTO

| | | |
|---|---|---|
| SALE PRICE: | 22,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 22,440.00 |
| PAID: | 22,440.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **345169**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

# STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
| 1HSHBAHNXXH659029 | 1999 | INTL | 810007400403 |

| | | | |
|---|---|---|---|
| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
| TR | 8000 | | 08-Oct-2019 |

| | | | |
|---|---|---|---|
| AGENT NO. | COLOR | ODOMETER | TYPE OF TITLE |
| M4517 | White | | Original |

| | |
|---|---|
| APPLICATION DATE | |
| 07-Oct-2019 | Exempt |

DATE INS:
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

HORACE WHITTEN
PO BOX 716
IDABEL OK 74745-0716



443058 – 1056
ROCK HILL USED CARS
DALLAS

1HSHBAHNX XH659029

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*



CONTROL NO.
47774378

(This is not a title number)

---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Star Motors

Purchaser(s) Complete Address: P.O. Box 895 Sulphur Springs, TX 75410

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer discrepancy.

Σ X C M P T (NO TENTHS)

Signature of Seller(s): Horace Whitten   Printed Name of Seller(s): HORACE WHITTEN

Subscribed and Sworn to Before me this 18th Day of October, 2019

Notary Public: Sean Smith   Commission Expiration: 03-05-23



SEAN SMITH
IN AND FOR
#19002342
Notary EXP. 03/05/23
STATE OF OKLAHOMA
NOTARY PUBLIC

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): Cody z

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** P117163

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Usen Cars

**Purchaser(s) Complete Address:** 519 I-30 Sulpher Springs ty n54452

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

[2 X 4 u 8 6] (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _Colby Park_   **Printed Name of Seller(s):** Colby Parker

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

[_ _ _ _ _ _] (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____   **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 9:42 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 033

| BUYER(Purchaser) :P-109420  376 | Seller  **P-117163** | SALE#: 37726 |
|---|---|---|
| Mike Garrison  903-440-5557 | P-117163 Star Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS: SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1HSHBAHNXXH659029  **659029**
ODOMETER STATUS
YEAR 1999  MAKE Intl
MODEL 8000  BODY
COLOR White  RADIO
LICENSE  FUEL Diesel
TITLE  TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 28,000 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | 28,490.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **264320** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

**FORREST L SHAW**
3577 FM 2262
GROVETON, TX 75845

▼ DETACH HERE ▼

# ⚜ TEXAS CERTIFICATE OF TITLE ⚜

**TxDMV** TEXAS DEPARTMENT OF MOTOR VEHICLES

## CERTIFIED COPY

**11173072**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FDNR72P7JVA28327 | 1988 | FORD | DP |

TITLE/DOCUMENT NUMBER
**26928043717130400**                     ORIGINAL TITLE DATE

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | CERTIFIED COPY DATE |
|---|---|---|---|---|
| | | 12700 | 1GC467 | 09/11/2019 |

PREVIOUS OWNER
**DAVID BRYAN MT ENTERPRI, TX**

OWNER
**FORREST L SHAW**
3577 FM 2262
GROVETON, TX 75845

**DIESEL**

REMAI

ROCK HILL USED CARS
DALLAS
443058 — 1058
1FDNR72P7JVA28327

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**WARNING:**
THIS IS A REPLACEMENT CERTIFICATE OF TITLE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE. ANY PURCHASER OR LIENHOLDER MAY REQUIRE THE SELLER TO GUARANTEE AGAINST ANY LOSS CLAIMED UPON THE PRESENTATION OF THE ORIGINAL CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED _____ DATE |
|---|---|---|
| | | BY _____ AUTHORIZED AGENT |
| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED _____ DATE |
| | | BY _____ AUTHORIZED AGENT |
| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED _____ DATE |
| | | BY _____ AUTHORIZED AGENT |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-CCO REV. 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

LC (THIS IS A COPY) IS HELD BY AFC SUBJECT TO AFC's SECURITY INTEREST WWW.AFCDealer.com — ORIGINAL TITLE (THIS IS A COPY) IS SUBJECT TO AFC's SECURITY INTEREST

**Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**    11173072

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Star Motors   Street: P.O. Box 895   City: Sulphur Springs   State: TX   Zip: 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): EXEMPT
Date of Sale: 10-20-19

Signature of Seller/Agent: _____   Printed Name (same as signature): FL SAAB

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): Colby Parker

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Buck Hill Used Cars   Street: 519 I-30   City: Sulphur Springs   State: TX   Zip: 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): EXEMPT
Date of Sale: 10-20-19   Dealer's Name: Star Motors   Dealer No.: P117163

Agent's Signature: Colby Parker   Printed Name (same as signature): Colby Parker

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): _____
Date of Sale: _____   Dealer's Name: _____   Dealer No.: _____

Agent's Signature: _____   Printed Name (same as signature): _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): _____
Date of Sale: _____   Dealer's Name: _____   Dealer No.: _____

Agent's Signature: _____   Printed Name (same as signature): _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Title

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 10/22/2019
Print Time: 9:44 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 031

| BUYER(Purchaser) :P-109420 376 | Seller P-117163 | SALE#: 37727 |
|---|---|---|
| Mike Garrison 903-440-5557 | P-117163 Star Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS: SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL 1FDNR72P7JVA28327 A28327
ODOMETER STATUS
YEAR 1988 MAKE FORD
MODEL N-SERIES BODY
COLOR White RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | SALE PRICE: | 18,000 |
|---|---|---|
| | BUYER FEE: | 290.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 18,290.00 |
| | PAID: | 18,290.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **196270** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF OKLAHOMA

### CERTIFICATE OF TITLE

| | | | |
|---|---|---|---|
| **VEHICLE IDENTIFICATION NUMBER** 1GC0KVCG2BZ387391 | **YEAR** 2011 | **MAKE** CHEV | **TITLE NO.** 810007611013 |
| **BODY TYPE** PK | **MODEL** 2KH | | **DATE 1st SOLD** 25-Jul-2011 | **DATE ISSUED** 11-Oct-2019 |
| **AGENT NO.** M8812 | **COLOR** White | **APPLICATION DATE** 10-Oct-2019 | **ODOMETER** 266155 Actual | **TYPE OF TITLE** Duplicate |

**DATE INS.
LOSS OR SALVAGE**

**NAME AND ADDRESS OF VEHICLE OWNER**

EXECUTIVE KARS
4200 NEWCASTLE RD
OKLAHOMA CITY OK 73119-1221

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 – 1062
ROCK HILL USED CARS
DALLAS
1GC0KVCG2 BZ387391

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47786738

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD 6415

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
28583:15

Purchaser(s) Name (Type or Print): ROCK Hill Used Cars

Purchaser(s) Complete Address: 519 I-30 E Sulphur Springs, TX 75482

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

2 6 6 9 5 6 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this 20th Day of Oct 20 19

Notary Public: _____ Commission Expiration: 1-29-23

**CHERYL SMITH
#15000893
EXP. 01/29/23
STATE OF OKLAHOMA
NOTARY PUBLIC**

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

**VOID IF ALTERED**

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____   **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

**Signature of Buyer(s):** _____   **Printed Name of Buyer(s):** _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____   **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 11:00 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

| **BUYER(Purchaser) :**P-109420 376 | Seller **UD-6418** | SALE#: 38054 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-6418 Executive Kars | DATE: 10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS: SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL 1GC0KVCG2BZ387391 **387391**
ODOMETER STATUS
YEAR 2011 MAKE CHEVROLE
MODEL SILVERADO 25 BODY REG CA
COLOR White RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **266956** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | |
|---|---|
| SALE PRICE: | 16,500 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,780.00 |
| PAID: | 16,780.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FT7W2BTXFEC20953 | 2015 | FORD | | 810007261348 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | F250 | | | 29-Aug-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8828 | Black | 28-Aug-2019 | 185463 | Original |
| | | | Actual | |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



ROCK HILL USED CARS
DALLAS

443058 – 1068

1FT7W2BTX FEC20953

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
47606113

(This is not a title number)





**OKLAHOMA MOTOR VEHICLE**
**$3.50**
**TAX STAMP**
2598704

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2133

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on the certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*
Purchaser(s) Complete Address: *549 I-30 East    Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning— Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): *Christi Sander* Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this _____ Day of _____ 20 ___

Notary Public: *Kathy Martin* Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

KATHY MARTINEZ
NOTARY
# 00019494
EXP. 11/22/20
PUBLIC
STATE OF OKLAHOMA

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date: 12/02/2019
Print Time: 3:14 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 075

| BUYER(Purchaser) :P-109420 376 | Seller **UD2133** | SALE#: 38503 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | |
|---|---|
| SERIAL 1FT7W2BTXFEC20953 C20953 | |
| ODOMETER STATUS | |
| YEAR 2015 MAKE FORD | |
| MODEL F250SD BODY CREW C | |
| COLOR Black RADIO | |
| LICENSE FUEL Diesel | |
| TITLE TRANS AUTO | |

| | |
|---|---|
| SALE PRICE: | 30,000 |
| BUYER FEE: | 500.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 30,500.00 |
| PAID: | 30,500.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **185470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FD8W3HT2FEA32814

YEAR
2015

MAKE
FORD

TITLE NO.
810004658680

BODY TYPE
CH

MODEL
F3D

DATE 1st SOLD
08-Oct-2014

DATE ISSUED
23-Jan-2018

AGENT NO.
M8808

ODOMETER
79806
Actual

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY OK 73172-1090

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/18/2017        FORD MOTOR CREDIT COMPANY

ROCK HILL USED CARS
DALLAS
1FD8W3HT2 FEA32814
T
443058 — 1079

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle de
above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
45232706
(This is not a title number.)

## ASSIGNMENT OF TITLE BY REGISTERED OWNER        (If Dealer, List License # Here:

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK HILL USED CARS

Purchaser(s) Complete Address: 5191-30 E, SUlphUR SPRAS,TX

Actual Purchase Price of Vehicle: 75482

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 1 2 6 3 7 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____        Printed Name of Seller(s): Cutod Cro

Subscribed and Sworn to Before me this 23rd Day of December, 20 22

Notary Public: _____        Commission Expiration: 9-27-2022

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____        Printed Name of Buyer(s): _____

MOLLY B. PATTULLO
NOTARY
# 19009788
EXP. 09/27/22
STATE PUBLIC
OF OKLAHOMA

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____     DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

 FORD **CREDIT**

P.O. Box 152271
Irving, TX 75015-2271
1-800-727-7000

12/2/2019

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY        OK 73172

Fax to: N/A

## LIEN RELEASE

**Account No:** 55649088

**Vehicle Owner:**        ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY        OK 73172

## Vehicle Information

| **Make:** FORD | **Model:** F350 |
|---|---|
| **Year:** 2015 | **ID No:** 1FD8W3HT2FEA32814 |

**We regret we were unable to locate the original Oklahoma Lien Entry Form. Please use this document to release the lien.**

This is to certify that Ford Motor Credit Company's security interest in the above-described vehicle has been satisfied by payment on 11/29/19.

Ford Motor Credit Company

Account Services Representative

Sworn to and subscribed before me this ___3___ day of __December__ __2019__

_____
Notary Public

My Commission Expires: _____

STEPHANIE NESTO
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY, TENN.

DOC 835-1 FC-FL-PR 8/10/2005

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1T9AS40285B540094

YEAR
2005

MAKE
TAK

TITLE NO.
810004401306

BODY TYPE
TRLR

MODEL
TRLR

DATE 1st SOLD

DATE ISSUED
06-Nov-2017

AGENT NO.
M8805

ODOMETER
0

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

REYMUNDO MARRUFO
3722 NW 14TH ST
OKLAHOMA CITY OK 73107-4308

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44960219
(This is not a title number.)

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here:

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): GPR Auto + Truck Sales Inc.

Purchaser(s) Complete Address: 5112 S. Shields Blvd OKC OK 73129

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):

Printed Name of Seller(s): Reymundo

Subscribed and Sworn to Before me this ___9+h___ Day of ___Nov___, 20_18_

Notary Public:

Commission Expiration: 2/10/2020

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): Cintia Sorger    Printed Name of Buyer(s) GPR Auto + Truck Sales Inc.



SUSANA X GONZALEZ
NOTARY
# 1600 1418
EXP. 02/10/20
STATE OF OKLAHOMA

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: 5503

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2863913**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK HILL USED CARS

Purchaser(s) Complete Address: 59 I-30 E Sulphur Springs TX 75482

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s):

Printed Name of Seller(s): GPR Auto & Truck Sales, Inc.

Subscribed and Sworn to Before me this 27 Day of Dec, 20 19

Notary Public: Commission Expiration:

**MARSIE DAVIS, IN AND, 14005426, EXP. 06/16/22, STATE OF OKLAHOMA, NOTARY PUBLIC**

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): Printed Name of Buyer(s):

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Printed Name of Seller(s):

Subscribed and Sworn to Before me this Day of, 20

Notary Public: Commission Expiration:

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): Printed Name of Buyer(s):

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: DATE OF LIEN:

LIENHOLDER ADDRESS / CITY / STATE / ZIP:

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3C63RRGL8EG149807 | 2014 | RAM | 810007322630 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | 3ST | | 03-Jun-2014 | 13-Aug-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | 12-Aug-2019 | 52 Actual | Repo |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ME/CU
8812 S WALKER AVE
OKLAHOMA CITY OK 73139-9440

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 — 1081
ROCK HILL USED CARS
DALLAS
T
3C63RRGL8 EG149807

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*



CONTROL NO.
47534190

(This is not a title number)

---

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**  (If Dealer, List License # Here: _____)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Austin Financial Services

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

149454 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the **MUNICIPAL EMPLOYEES CREDIT UNION**

Signature of Seller(s): _____
Printed Name of Seller(s): John Cumming

Subscribed and Sworn to Before me this _6th_ Day of _September_, 20_19_

Notary Public: Sharon Heath   Commission Expiration: _____



Affix Notary Seal / Stamp Here


SHARON HEATH
NOTARY
# 03009265
EXP. 06/23/23
PUBLIC
STATE OF OKLAHOMA

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): JR Huff   Printed Name of Buyer(s): JR HUFF

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** P132441 W

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Bottoms Up MotorSports

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 4 9 4 6 0 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): JR Huff          Printed Name of Seller(s): JR Huff

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): Michael Lawson          Printed Name of Buyer(s): Michael Lawson

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** UD4843

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rockhill USED CARS

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Michael Lawson          Printed Name of Seller(s): Michael Lawson

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

**LIENHOLDER INFORMATION**

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____          DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FT7W2BTXFEA02463

YEAR
2015

MAKE
FORD

TITLE NO.
810007970079

BODY TYPE
CW

MODEL
F2S

DATE 1st SOLD
01-Jul-2014

DATE ISSUED
09-Jan-2020

AGENT NO.
M8808

COLOR
White

APPLICATION DATE
08-Jan-2020

ODOMETER
88828
Actual

TYPE OF TITLE
Duplicate

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY OK 73172-1090

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48111363
(This is not a title number)

ROCK HILL USED CARS
DALLAS
443058 — 1084
1FT7W2BTX FEA02463

---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK Hill USED Cars

Purchaser(s) Complete Address: 5191 -30 E, SUlPhuR.SPRgS,TX

Actual Purchase Price of Vehicle: 75482

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

147,864 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning - Odometer Discrepancy

Signature of Seller(s): _____     14HR

Printed Name of Seller(s): Jessica

Subscribed and Sworn to Before me this _____ Day of Jan 20 20

Notary Public: aura Murphy     Commission Expiration 6 20-20




LAURA MURPHY
#12005843
EXP. 06/20/2020
STATE OF OKLAHOMA
NOTARY PUBLIC

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____  DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

24372A

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA    REBUILT

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GTJK33214F263548 | 2004 | GMC | 810007834109 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | NEW SIERRA | | 31-Dec-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M0929 | Silver | 30-Dec-2019 | Exempt | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

9/3/2016

RICK JONES BUICK-GMC INC
PO BOX 158
EL RENO OK 73036-0158

OR
Rebuilt

9/30/2016

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



ROCK HILL USED CARS
DALLAS
T
1GTJK3321 4F263548

4430058 – 1085

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48080471

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2790

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: Caro 519 I-30E. Sulphur Spring, TX 75482

Actual Purchase Price of Vehicle: ___

| OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 1944596 |
|---|

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

e X e m p t (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Kathy Loula

Printed Name of Seller(s): Kathy Loula

Subscribed and Sworn: 13 Day of Jan 2020

Notary Public: Kristina Davidson

Commission Expiration: ___

KRISTINA DAVIDSON
NOTARY
#04007655
EXP: 08/24/20
STATE OF OKLAHOMA
PUBLIC

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): ___    Printed Name of Buyer(s): ___

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____ **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____ **Printed Name of Buyer(s):** _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** _____ **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____ **Printed Name of Buyer(s):** _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____ **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FMJU1K54CEF09406 | 2012 | FORD | DATE 1st SOLD | 810007809865 |

| BODY TYPE | MODEL | | | DATE ISSUED |
|---|---|---|---|---|
| UT | EXPEDITION | | ODOMETER | 17-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | | TYPE OF TITLE |
|---|---|---|---|---|
| M8832 | White | 16-Jan-2020 | 106157 Actual | Original |
| | | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48144988

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: **UD2133**)


OKLAHOMA MOTOR VEHICLE
**$3.50**
TAX STAMP
2849381

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rockhill Used Cars
Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Springs TX

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 0 6 1 5 7 (NO TENTHS)

- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _Christi Sanders_  Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this _____ Day of _____, 20____

Notary Public _Kathy Martinez_  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix Notary Seal / Stamp Here

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

ORIGINAL TITLE (THIS IS A COPY) IS HELD BY AFC'S SECURITY INTEREST AND IS SUBJECT TO AFCDealer.com

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FMHK8F89BGA68442

BODY TYPE
UT

MODEL
EPR

AGENT NO.
M5579

YEAR
2011

MAKE
FORD

TITLE NO.
810003905080

DATE 1st SOLD
02-Jun-2011

DATE ISSUED
30-Jun-2017

ODOMETER
101929
Actual

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MICHAEL PEREZ
13117 BEAUMONT DR
PIEDMONT OK 73078-3034

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

6/7/2017          BANK OF AMERICA,N.A.



443058 – 1087
ROCK HILL USED CARS
DALLAS
1FMHK8F89 BGA68442

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44454557
(This is not a title number.)

---

ASSIGNMENT OF TITLE BY REGISTERED OWNER          (If Dealer, List License # Here:

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):     **Mainer Ford**
                                       **PO Box 834**
Purchaser(s) Complete Address:     **Okarche, OK 73762**
Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 3 5 4 8 4 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s):     Printed Name of Seller(s): _Michael Perez_

Subscribed and Sworn to Before me this _11_ Day of _June_ , 20 _19_

Notary Public: _Kathy Martin_     Commission Expiration:



*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _Christi Sander_     Printed Name of Buyer(s) _CHRISTI SANDER_

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD 2133

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2598516**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Rock Hill Used Cars**

Purchaser(s) Complete Address: **549 I-30 East   Sulphur Springs TX 75482**

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐   (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): *Christi Sanders*      Printed Name of Seller(s) **CHRISTI SANDERS**

Subscribed and Sworn to Before me this _**12**_ Day of _**July**_, 20 **19**

Notary Public *Kathy Martin* Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**KATHY MARTIN NOTARY #00019494 EXP. 11/22/20 STATE OF OKLAHOMA PUBLIC**

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐   (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____      Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____                 DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

# TEXAS CERTIFICATE OF TITLE

134606574

**TxDMV**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7KU28C64G204039 | 2004 | DODG | PK |

TITLE/DOCUMENT NUMBER · DATE TITLE ISSUED

**25000042899135946  06/23/2017**

MODEL · MFG. CAPACITY IN TONS · WEIGHT · LICENSE NUMBER

**7100  1TA698**

PREVIOUS OWNER

ODOMETER READING

**RAYMOND CURBOW MINEOLA TX**

**EXEMPT**

OWNER

REMARK(S)

**CHRISTOPHER CLYDE BRADY**
**PO BOX 525**
**QUITMAN, TX 75783**

**DIESEL**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN · 1ST LIENHOLDER

1ST LIEN RELEASED _____ DATE

**NONE**

DATE OF LIEN · 2ND LIENHOLDER

BY _____
AUTHORIZED AGENT

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN · 3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 05/2016        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

443058 - 1088
ROCK HILL USED CARS
DALLAS
3D7KU28C64G204039

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX**

134606576

▶ FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars   Street: 519 I-30   City: Sulphur Springs   State: tx   Zip: 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale:

Signature of Seller/Agent: Chris Brady   Printed Name (same as signature): Chris brady

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale:   Dealer No.:

Dealer's Name: _____

Agent's Signature: _____   Printed Name (same as signature): _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale:   Dealer No.:

Dealer's Name: _____

Agent's Signature: _____   Printed Name (same as signature): _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale:   Dealer No.:

Dealer's Name: _____

Agent's Signature: _____   Printed Name (same as signature): _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: _____   Printed Name (same as signature): _____

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 3D7MX48A37G804242 | 2007 | DODG | | 810005985354 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | SQ3 | | | 29-Oct-2018 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M6710 | 26-Oct-2018 | 108369 | Repo |
| | | Actual | |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SECURITY STATE BANK
PO BOX 749
WEWOKA OK 74884-0749



THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

T
ROCK HILL USED CARS
DALLAS
3D7MX48A3 7G804242
443058 — 1089

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle a above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46401594

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____ Printed Name of Seller(s): Sec. State Bank _____

Subscribed and Sworn to Before me this ____ 30 ____ Day of ____ Nov ____ 20 18

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

**VOID IF ALTERED**

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7KR28A48G116225 | 2008 | DODG | 810007878625 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | RAM 2500 | | | 28-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8805 | Gray | 27-Jan-2020 | Exempt | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

GPR AUTO & TRUCK SALES, INC
5112 S SHIELDS BLVD
OKLAHOMA CITY OK 73129-3218

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)



*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48180483

(This is not a title number)



---



**OKLAHOMA MOTOR VEHICLE** $3.50 TAX STAMP 2863895

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: **5503** )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *519 I-30 E Sulphur Springs, TX 75482*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

*e x l m p t* (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☑ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): *Cintli Gonzales* Printed Name of Seller(s): GPR Auto + Truck Sales, Inc

Subscribed and Sworn to Before me this *4* Day of *Feb.*, 20 *22*

Notary Public *Sandra Patton* Commission Expiration: *11-20-23*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*



SANDRA PATTON
Notary Seal / Stamp
#99016685
STATE OF OKLAHOMA
NOTARY PUBLIC

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____


VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____          Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20____

Notary Public:_____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____          Printed Name of Buyer(s):_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____          Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of_____, 20____

Notary Public:_____ Commission Expiration:_____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____          Printed Name of Buyer(s):_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME:_____ DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

BH1040C

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

CLASSIC

VEHICLE IDENTIFICATION NUMBER
1FTHX25F0TEB25935

YEAR
1996

MAKE
FORD

TITLE NO.
810008003355

BODY TYPE
PK

MODEL
F25

DATE 1st SOLD

DATE ISSUED
07-Feb-2020

AGENT NO.
M6214

COLOR
White

APPLICATION DATE
06-Feb-2020

ODOMETER
Exempt

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SETH WADLEY FORD LINCOLN
MERCURY
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



4430058 — 1091

ROCK HILL USED CARS
DALLAS

1FTHX25F0 TEB25935

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
48222957

(This is not a title number)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**     (If Dealer, List License # Here: UD2860

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
3140797

Purchaser(s) Name (Type or Print): ROCK HILL USED CARS

Purchaser(s) Complete Address: 519 I-30 E, Sulphur Sprgs TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

EXEMPT (NO TENTHS)     ☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): DHardimon     Printed Name of Seller(s): DHardimsn

Subscribed and Sworn to Before me this 14th Day of FEB 20 20

Notary Public: [signature]     Commission Expiration:

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s):     Printed Name of Buyer(s):



NOTARY PUBLIC State of OK
P JOSEPH
Comm. # 16004973
Expires 05-18-2020

VOID IF ALTERED

**Ownership Transfer Information**

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

**Signature of Seller(s):** _____ **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____ **Printed Name of Buyer(s):** _____

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): _____

**Purchaser(s) Complete Address:** _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

**Signature of Seller(s):** _____ **Printed Name of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** _____ **Printed Name of Buyer(s):** _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** _____ **DATE OF LIEN:** _____

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** _____

V18364  Store 2571

# STATE OF OKLAHOMA   146240

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FVACWDU5DHFA3237 | 2013 | FRHT | 610712306002A |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| CC | 16M | 06/07/2012 | 05/17/2013 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| 6107 | | 30636 | TRANSFER |
| | | ACTUAL | |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

LOWE'S HOME CENTERS INC
530 S GEORGE NIGH EXPY
MCALESTER        OK   74501-6711

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

283526



ROCK HILL USED CARS
DALLAS
T
1FVACWDU5 DHFA3237

443058 – 1092

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.   131376107A2956
38257513

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____ Ryder Truck Rental, LT.
Purchaser(s) Complete Address: 4040 NW 72 Ave., Miami, FL 33166

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

31114|0 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning— Odometer Discrepancy**

Signature of Seller(s): _Jimenez_ For: Lowe's Home Centers Inc   Printed Name of Seller(s): Jessenia Jimenez

Subscribed and Sworn to Before me this ___28th___ Day of ___January___ 20___

Notary Public: _____   Commission Expiration: _May 8, 2020_

GRETA CHEN
MY COMMISSION # FF 961778
EXPIRES: May 8, 2020
Bonded Thru Notary Public Underwriters

Notarization required only of seller's signature(s). Affix notary seal/stamp in box.

Signature of Buyer(s): _____ For: Ryder Truck Rental L.T.   Printed Name of Buyer(s): Vanessa Blanco

---

VOID IF ALTERED

Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: VW-1043956-1

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Ryder Vehicle Sales, LLC**

Purchaser(s) Complete Address: **4040 NW 72 Ave., Miami, FL 33166**

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

`3 1 1 4 1 0` (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): ___ for Ryder Truck Rental L.T.   Printed Name of Seller(s): **Vanessa Bianco**

Subscribed and Sworn to Before me this ___ 28th ___ Day of ___ January ___, 20 20

Notary Public: _____   Commission Expiration: **May 8, 2020**

GRETA CHEN
MY COMMISSION # FF 981778
EXPIRES: May 8, 2020
Bonded Thru Notary Public Underwriters

*Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): ___ for Ryder Vehicle Sales, LLC   Printed Name of Buyer(s): **Tatyana Rivera**

## REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: VI-1043022-3

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Bayshore Ford Truck Sales Inc**

Purchaser(s) Complete Address: **4003 N Dupont Hwy New Castle DE 19720**

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

`3 1 1 4 1 0` (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): ___ for Ryder Vehicle Sales, LLC   Printed Name of Seller(s): **Tatyana Rivera**

Subscribed and Sworn to Before me this ___ 28th ___ Day of ___ January ___, 20 20

Notary Public: _____   Commission Expiration: **May 8, 2020**

GRETA CHEN
MY COMMISSION # FF 981778
EXPIRES: May 8, 2020
Bonded Thru Notary Public Underwriters

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): **Erica Marinangeli**

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

**DIVISION OF MOTOR VEHICLES**

P.O. BOX 698

DOVER, DELAWARE 19903

**DELAWARE DEALER'S REASSIGNMENT**

INVENTORY CONTROL NO.

**484627**

THIS FORM IS TO BE USED BY A LICENSED DELAWARE DEALER FOR THE PURPOSE OF REASSIGNMENT OF A VEHICLE CERTIFICATE OF TITLE OR MANUFACTURER'S CERTIFICATE OF ORIGIN.

DESCRIPTION OF VEHICLE (Required Ownership Documents must Accompany this form)

| YEAR | MAKE | STYLE | MODEL | COLOR | VEHICLE IDENTIFICATION NO. | TITLE NO. OF ATTACHED TITLE | STATE |
|------|------|-------|-------|-------|----------------------------|------------------------------|-------|
| 2013 | FRHT | TK | 16m | | IFVACWDU5DHFA3237 | 610712306002A | OK |

## DELAWARE DEALER REASSIGNMENT 1

The vehicle described above was sold for a:

Total price of $ _____

Less trade-in (DE only) $ _____

Net cost $ _____

Document fee $ _____

If trade-in is indicated, this information is required:
(Delaware registered vehicles only)

Year | Make | Title, Tag No. | State

I, the undersigned licensed dealer, do hereby sell, assign or transfer to:

FULL NAME OF PURCHASER: Rock Hill Used Cars

DATE OF BIRTH — IF UNDER 18 PARENT OR GUARDIAN'S CONSENT

STREET ADDRESS OF PURCHASER

CITY OR TOWN          STATE          ZIP

The vehicle described above and said vehicle is subject to liens or encumbrance set forth herein and none other. If no lien write "None" below.

NAME OF LIEN HOLDER

STREET ADDRESS OF LIEN HOLDER

CITY OR TOWN          STATE          ZIP

## ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage in connection with transfer of ownership. Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following is checked:

ODOMETER READING - MILES (NO TENTHS)
**311,412**

☐ 1. The mileage stated is in excess of odometer mechanical limits. (Exceeds 99,999)

☐ 2. The odometer reading is not the actual mileage. - WARNING - ODOMETER DISCREPANCY

I/WE CERTIFY, UNDER PENALTY OF PERJURY, THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE, INFORMATION AND BELIEF.

PRINTED NAME OF DEALER          DEALER NUMBER

SIGNATURE OF SELLER/AGENT

X _____

Bayshore Ford Truck Sales, Inc. 385

PRINTED NAME OF SELLER/AGENT
Erica Marinangeli

DATE OF SALE

PRINTED NAME OF PURCHASER/COMPANY/DEALER

I AM AWARE OF THE ABOVE ODOMETER CERTIFICATION
SIGNATURE OF PURCHASER/AGENT

X _____

PRINTED NAME OF PURCHASER/AGENT

TITLE (THIS IS A COPY) IS HELD — SUBJECT TO AFC'S SECURITY INTEREST — www.AFCDealer.com

| | | | | | |
|---|---|---|---|---|---|
| Total price of $ ___ | | | If trade-in is indicated, this information is required: (Delaware registered vehicles only) | | |
| Less trade-in (DE only) $ ___ | | Year | Make | Title, Tag No. | State |
| Net cost $ ___ | | | | | |
| Document fee $ ___ | | | | | |

I, the undersigned licensed dealer, do hereby sell, assign or transfer to:

| FULL NAME OF PURCHASER | The vehicle described above and said vehicle is subject to liens or encumbrance set forth herein and none other: If no lien write "None" below |
|---|---|
| DATE OF BIRTH    IF UNDER 18 PARENT OR GUARDIAN'S CONSENT | NAME OF LIEN HOLDER |
| STREET ADDRESS OF PURCHASER | STREET ADDRESS OF LIEN HOLDER |
| CITY OR TOWN    STATE    ZIP | CITY OR TOWN    STATE    ZIP |

## ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage in connection with transfer of ownership. Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the **ODOMETER READING is the ACTUAL MILEAGE** of the vehicle unless one of the following is checked:

ODOMETER READING - MILES (NO TENTHS)

☐ 1. The mileage stated is in excess of odometer mechanical limits. (Exceeds 99,999)

☐ 2. The odometer reading is not the actual mileage. - **WARNING - ODOMETER DISCREPANCY**

I/WE CERTIFY, UNDER PENALTY OF PERJURY, THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE, INFORMATION AND BELIEF.

| PRINTED NAME OF DEALER | DEALER NUMBER | SIGNATURE OF SELLER/AGENT |
|---|---|---|
| | | X |
| | | PRINTED NAME OF SELLER/AGENT    DATE OF SALE |

| PRINTED NAME OF PURCHASER/COMPANY/DEALER | I AM AWARE OF THE ABOVE ODOMETER CERTIFICATION SIGNATURE OF PURCHASER/AGENT |
|---|---|
| | X |
| | PRINTED NAME OF PURCHASER/AGENT |

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1GCJK33265F919308

YEAR
2005

MAKE
CHEV

TITLE NO.
810003569400

BODY TYPE
PK

MODEL
SK3

DATE 1st SOLD
11-Jul-2005

DATE ISSUED
12-May-2017

AGENT NO
M3707

ODOMETER

Exempt

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

CHANDLER MAASS OR
CRISTINA MAASS
27875 N 2780 RD
OKARCHE OK 73762-7227

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):



443058 – 1093
ROCK HILL USED CARS
DALLAS
1GCJK3326 5F919308

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44256463
(This is not a title number.)



## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here:

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Jacksons of Kingfisher

Purchaser(s) Complete Address: PO Box 268 Kingfisher, ok 73750

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ EXEMPT   (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s):

Printed Name of Seller(s): Chandler Maass

Subscribed and Sworn to Before me this ____ Day of ____, 20 19

Notary Public:

Commission Expiration: 1-18-21

# 17600493
Notary Exp 1-18-21

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):

Printed Name of Buyer(s): Jacksons of Kingfisher



VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD2332

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP** 2852459

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 519 I-30 E Sulphur Springs, TX 75482

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ (NOT THIS)

Printed Name of Seller(s): Jackson

Subscribed and Sworn to Before me this ___10___ Day of ___2___, 20_20_

Notary Public: _____ Commission Expiration: 1-18-21

# 17040483  EXP 1-18-21

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20___

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GCJK33648F114088 | 2008 | CHEV | 810007625646 |

| BODY TYPE | MODEL | | DATE ISSUED |
|---|---|---|---|
| CK30 | SILV | DATE 1st SOLD 04-Sep-2007 | 19-Nov-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M6115 | 18-Nov-2019 | 84000 Actual | Duplicate |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

HENRY E MOSS
92 TOW RD
MCALESTER OK 74501-6676

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the ve above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47932435

(This is not a title number)

ROCK HILL USED CARS
DALLAS
443058 – 1094
1GCJK3364 8F114088

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Lee Auto Sales

Purchaser(s) Complete Address: 1300 South Main McAlester OK 74501

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

EXEMPT (NO TENTHS)

Signature of Seller(s): _____

Printed Name of Seller(s): HENRY Moss

Subscribed and Sworn to Before me this _6_ Day of Dec

Notary Public: _____ Commission Expiration: 7. 7. 20

Notarization required only of seller's signature(s). Affix notary seal/stamp to the _____



CATRINA LEE   Affix / Stamp
Notary Public - State of Oklahoma
Commission Number 08006631
My Commission Expires Jul 7, 2020

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UP6768_

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rockhill Used Cars_

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _Char Lee_

Subscribed and Sworn to Before me this _25_ Day of _Feb_ , 20 _20_

Notary Public: _T. L._ Commission Expiration: _7-7-20_

CATRINA LEE
Notary Public - State of Oklahoma
Commission Number 08006631
My Commission Expires Jul 7, 2020
*Affix Notary Seal / Stamp*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ , 20 ___

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

ORIGINAL TITLE (THIS IS A COPY) IS HELD BY AFC AND IS SUBJECT TO AFC'S SECURITY INTEREST. www.AFCDealer.com

purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

0 0 5 2 1 3

NORTH EAST TEXAS CREDIT UNION
105 W 18TH ST
MT PLEASANT, TX 75455

AFC (THIS IS A AFC'S SECURITY INTEREST) IS HELD BY AFC
www.AFCDealer.com

▼ DETACH HERE ▼

- - -

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

131541750

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1HFVE04R7G4000179 | 2016 | HOND | MV |

TITLE/DOCUMENT NUMBER        DATE TITLE ISSUED
22530042721144808  12/26/2016

MODEL    MFG. CAPACITY IN TONS    WEIGHT    LICENSE NUMBER

PREVIOUS OWNER
AUSTIN MICHAEL GARRISON

OWNER
AUSTIN MICHAEL GARRISON
4658 I-30 EAST
SULPHUR SPRINGS, TX 75482

OFF-HIGHWA

ROCK HILL USED CARS
DALLAS
443058-1095
1HFVE04R7 G4000179

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN              1ST LIENHOLDER                          1ST LIEN RELEASED
                                                                  DATE
12/15/2016  NORTH EAST TEXAS CREDIT UNION    NORTH EAST TEXAS CREDIT UNION
            105 W 18TH ST
            MT PLEASANT, TX 75455                    AUTHORIZED AGENT

DATE OF LIEN              2ND LIENHOLDER                          2ND LIEN RELEASED
                                                                  DATE
                                                         BY
                                                              AUTHORIZED AGENT

DATE OF LIEN              3RD LIENHOLDER                          3RD LIEN RELEASED
                                                                  DATE
                                                         BY
                                                              AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE OWNED JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE        DATE

SIGNATURE        DATE

SIGNATURE        DATE

FORM 30-C REV. 05/2016        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

ation online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**   13154175O

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: RockHill USEDCars          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: ___   ODOMETER READING (No Tenths): ___

Signature of Seller/Agent          Printed Name (same as signature): Austin Garrison

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: ___   ODOMETER READING (No Tenths): ___   Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: ___   ODOMETER READING (No Tenths): ___   Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: ___   ODOMETER READING (No Tenths): ___   Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS)