IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>    Defendants. | Civil Action No. 4:20-cv-959-BJ |

## ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is NextGear Capital, Inc. and Automotive Finance Corporation's Amended Motion for Leave to File Second Amended Complaint (the "Motion"). After consideration of the Motion and argument of counsel, the Court FINDS that the Motion should be GRANTED.

Accordingly, the Court GRANTS the Motion, and the Second Amended Complaint attached to the Motion as Exhibit "A" is hereby deemed filed as of the date of this order granting leave pursuant to Local Rule 15.1(b).

 

_____
Jeffrey L. Cureton
UNITED STATES MAGISTRATE JUDGE