IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., ET AL.,<br>Plaintiff. | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-959-BJ |
| | § | |
| DRUIEN, INC.,<br>Defendant. | §<br>§<br>§ | |

## ORDER TO SHOW CAUSE

On November 24, 2020, this Court entered its Order of Referral for Mediation in May 2021, which stated, in part:

> It is **FURTHER ORDERED** that the parties shall agree on a mediation date and an impartial mediator no later than **March 1, 2021**, and shall notify the Court in writing as to the mediator's name, address, telephone number, and facsimile number. If the parties are unable to agree on an impartial mediator, the Court will appoint one at either party's written request. . . .

As of the date of this order, the parties have not complied with the Court's November 24, 2020 order. Accordingly, it is **ORDERED** that the parties show cause, in writing, no later than **Wednesday, March 10, 2021** as to why they have not complied with the November 24, 2020 order of this Court regarding the designation of a mediator. The parties' showing in response to this order shall include the mediator information (or the parties' written request for the Court to appoint a mediator) required by the November 24 order.

Failure to comply timely with this order may result in appropriate sanctions, including entry of dismissal or default judgment without further notice.

SIGNED March 3, 2021.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE