**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br>    Plaintiffs,<br><br>V.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br>    Defendant. | § § § § § § § § § § § § § § § § § § § | Case No. 4:20-cv-00959-P |

## DEFENDANTS' DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION AND LISA DRUIEN RULE 26(A)(1) DISCLOSURES

**NOW COME** Defendants' Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, named Defendants in the above-entitled and numbered cause, (collectively hereinafter "Defendants") and file this Initial Disclosure in accordance with Federal Rule of Civil Procedure 26(a)(1). Defendants will supplement their disclosures if needed and as required by federal and local rules.

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information.

    a. NextGear Capital, Inc.  c/o Padfield & Stout, LLP 420 Throckmorton Street, Suite 1210 Fort Worth, Texas 76102, (817) 338-1616

   i. Plaintiff in the current lawsuit

b. Automotive Finance Corporation c/o Padfield & Stout, LLP 420 Throckmorton Street, Suite 1210 Fort Worth, Texas 76102, (817) 338-1616

   i. Plaintiff in the current lawsuit

c. Employees and officers of Automotive Finance Corporation c/o Padfield & Stout, LLP 420 Throckmorton Street, Suite 1210 Fort Worth, Texas 76102, (817) 338-1616

   i. Have knowledge concerning the allegations made by Plaintiffs.

d. Employees and officers of NextGear Capital, Inc. c/o Padfield & Stout, LLP 420 Throckmorton Street, Suite 1210 Fort Worth, Texas 76102, (817) 338-1616

   i. Have knowledge concerning the allegations made by Plaintiffs.

e. Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction c/o Baily & Galyen, 1300 Summit Ave., Ste. 650, Fort Worth, Texas 76102, (817) 276-6000

   i. Defendant in the current lawsuit

f. Employees and officers of Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction c/o Baily & Galyen, 1300 Summit Ave., Ste. 650, Fort Worth, Texas 76102, (817) 276-6000

   i. Have knowledge of the operations, management, and procedures of Druien Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction

g. Lisa Druien c/o Baily & Galyen, 1300 Summit Ave., Ste. 650, Fort Worth, Texas 76102, (817) 276-6000

   i. Defendant in the current lawsuit

h. Emmett Druien, 4NW Heatherstone Drive, Lawton, Oklahoma 73505

   i. Has knowledge concerning the operations, management, and procedures of Druien Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction

i. Austin Michael Garrison, 4658 I30 E., Sulphur Springs, Texas 75482

   i. Pro Se Defendant in the current lawsuit

    j. Michael Vernon Garrison, 549 I-30 E, Sulphur Springs, Texas 75482

        i. Pro Se Defendant in the current lawsuit

    k. All witness identified by Plaintiffs' or Michael Vernon Garrison, or Austin Michael Garrison in the above captioned lawsuit

2. A copy of, or description by category of location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

    a. None at this time. Defendant will supplement.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

    a. Defendants are not claiming damages at this time.

4. For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    a. None known

Defendants reserve their right to amend these Initial Disclosures pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

Bailey & Galyen
1300 Summit Avenue
Suite 650
Fort Worth, Texas 76102
Tel. (817) 276-6000
Fax. (817) 276-6010


By: */s/ Joseph M. Vacek*
    Joseph M. Vacek
    Texas Bar No. 24039948
    Email: CivilLaw@galyen.com
    Attorney for Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020 a true and correct copy the foregoing was served in accordance to the Federal Rules of Procedure.

VIA EMAIL
Christopher V. Arisco
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Attorney for Plaintiff

VIA U.S. MAIL
Michael Vernon Garrison individually and d/b/a Rock Hill Used Cars
549 I-30 E
Sulphur Springs, Texas 75482

VIA U.S. MAIL
Austin Michael Garrison individually and d/b/a Austin Financial Services
4658 I-30 E
Sulphur Springs, Texas 75482


By: /s/ Joseph M. Vacek
Joseph M. Vacek