**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br><br>            Defendants. | Civil Action No. 4:20-CV-959-BJ |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RULE 26 INITIAL DISCLOSURES FROM DEFENDANTS DRUIEN, INC. d/b/a LAWTON AUTO AUCTION a/k/a LAWTON CACHE AUTO AUCTION AND LISA DRUIEN**

ON THIS DAY, came for consideration Plaintiffs' NextGear Capital, Inc. and Automotive Finance Corporation Motion to Compel Rule 26 Initial Disclosures from Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien (the "Motion"), and after consideration of the evidence and argument of counsel, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien (collectively, the "Defendants") shall serve and produce to Plaintiffs, NextGear Capital, Inc. and Automotive Finance Corporation, by and through

its counsel for record, Padfield & Stout, LLP, at 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102, substantive and responsive Rule 26(a)(1) disclosures within fourteen (14) days of entry of this Order that identify a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that Defendants have in their possession, custody, or control and may use to support their claims or defenses, or else be barred from using any such undisclosed documents at any pre-trial hearing or trial;

IT IS FURTHER ORDERED that Defendants shall pay to Plaintiffs the reasonable costs incurred by Plaintiffs for pursuing the motion to compel, which shall be awarded by separate order upon submission of a fee application by Plaintiffs within fourteen (14) days of this Order itemizing Plaintiffs' reasonable costs and expenses in prosecuting the Motion.

_____
Jeffrey L. Cureton
UNITED STATES MAGISTRATE JUDGE