# Christopher V. Arisco

| | |
|---|---|
| **From:** | Christopher V. Arisco |
| **Sent:** | Thursday, February 25, 2021 6:40 PM |
| **To:** | dgarrison31@hotmail.com |
| **Cc:** | Alan B. Padfield |
| **Subject:** | RE:    [External] NextGear / AFC v. Rock Hill Used Cars, et al. [case # 4:20-cv-00959] - REVISED STATUS REPORT |
| **Attachments:** | DN 23 - Scheduling Order.pdf |
| **Importance:** | High |

Austin and Michael Garrison,

Please let me know when you have a time to confer tomorrow.  Per the attached scheduling order, the parties need to confer regarding settlement and update the court pursuant to a report.  A copy of the scheduling order is attached.  I have attempted several times to get in touch with you to discuss setting up a settlement conference, among other things, but have not been successful in getting in touch with either of you.  It was especially important to talk to you so we could arrange to meet in person as required by the scheduling order.  If we are unable to meet in person to confer as required by the court order, I will be required to submit a written report to the court indicating that you have been unresponsive to my requests to set up a settlement conference.  Please let me know ASAP what your intentions are regarding the required settlement conference.


Best Regards,


Christopher V. Arisco
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102
Ph: (817) 338-1616
Fax: (817) 338-1610
www.padfieldstout.com

1