IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br><br>Defendants. | Civil Action No. 4:20-CV-959-BJ |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES

Pending before the Court is Plaintiff's Motion to Dismiss Austin Michael Garrison a/k/a Mike Garrison d/b/a/ Austin Financial Services (the "Motion") [doc. 40], filed by Plaintiffs NextGear Capital, Inc. and Automotive Finance Corporation (collectively "Plaintiffs") on February 10, 2021. Having carefully considered the Motion and noting that no Defendant filed a response, the Court finds that the Motion should be **GRANTED** as the Plaintiffs no longer desire to pursue Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services and have shown just cause for relief.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion to Dismiss Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services [doc. 40] is **GRANTED**.

It is further **ORDERED** that Austin Michael Garrison a/k/a Mike Garrison d/b/a Austin Financial Services is **DISMISSED**, without prejudice, from this proceeding.

SIGNED March 10, 2021.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE