# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>　　　　　　Defendants. | Civil Action No. 4:20-cv-959-BJ |

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

Before the Court is NextGear Capital, Inc. and Automotive Finance Corporation's Motion To Amend Scheduling Order (the "Motion"). After consideration of the Motion and argument of counsel, the Court FINDS that good cause exists pursuant to Fed. R. Civ. P. 16(b)(4) to modify the current scheduling order entered on November 24, 2020 [Doc. # 23] and that the Motion is unopposed, and therefore the Motion should be GRANTED.

Accordingly, the Court GRANTS the Motion, and shall issue a new scheduling order that extends the expert witness disclosure deadline, discovery deadline, pre-trial and dispositive motions deadlines, final pre-trial conference, and non-jury trial by ninety (90) or more days pursuant to a separate amended scheduling order to be issued by the Court. All other deadlines not otherwise modified as requested by Plaintiffs in their Motion shall remain the same.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Cureton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE