UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

**OFFICIAL BUSINESS**

FORT WORTH DIVISION
RECEIVED

2021 MAR 18 PM 2:00

DEPUTY CLERK

LEGAL NORTH TEXAS TX 750
4 MAR 2021 PM

$000.51⁰
MAR 03 2021
MAILED FROM ZIP CODE 76102

NIXIE     750  FE  1        0003/17/21
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

Austin Michael Garrison
4658 I-30 E.
Sulphur Springs, TX 75482

75482>2641
75482-524658

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ET AL., § <br> Plaintiff. § <br> § <br> VS. § <br> § <br> DRUIEN, INC., § <br> Defendant. § | CIVIL ACTION NO. 4:20-CV-959-BJ |

## ORDER TO SHOW CAUSE

On November 24, 2020, this Court entered its Order of Referral for Mediation in May 2021, which stated, in part:

> It is **FURTHER ORDERED** that the parties shall agree on a mediation date and an impartial mediator no later than **March 1, 2021**, and shall notify the Court in writing as to the mediator's name, address, telephone number, and facsimile number. If the parties are unable to agree on an impartial mediator, the Court will appoint one at either party's written request. . . .

As of the date of this order, the parties have not complied with the Court's November 24, 2020 order. Accordingly, it is **ORDERED** that the parties show cause, in writing, no later than **Wednesday, March 10, 2021** as to why they have not complied with the November 24, 2020 order of this Court regarding the designation of a mediator. The parties' showing in response to this order shall include the mediator information (or the parties' written request for the Court to appoint a mediator) required by the November 24 order.

Failure to comply timely with this order may result in appropriate sanctions, including entry of dismissal or default judgment without further notice.

SIGNED March 3, 2021.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE