# EXHIBIT E

# SOT Vehicle Report

**Business:** Rock Hill Used Cars (92421)

**Buyer Business Status:** Non Performing

**LOC Type:** All

**Run Date:** 5/1/2020 1:45 PM

**Flooring Status:** Both (Approved & Written Off)

**Unit Status:** CUV, SAU, SOT

**Requested By:** Gene Wheeler

| Stock # | Date Floored | Vehicle Description | VIN | Original Amount | Principal Balance | Written Off Principal | Vehicle Status |
|---|---|---|---|---|---|---|---|
| 334 | 1/23/2020 | 2015 Ram 3500 | 3C63RRHLXFG642243 | $ 27,125.00 | $ 27,125.00 | $ 0.00 | CUV |
| 346 | 1/29/2020 | 2014 Ram 3500 | 3c63rrgl7eg235772 | $ 36,070.00 | $ 36,070.00 | $ 0.00 | CUV |
| 356 | 3/4/2020 | 2000 Ford Mustang | 1FAFP4446YF239383 | $ 10,265.00 | $ 10,265.00 | $ 0.00 | CUV |
| 361 | 3/18/2020 | 2008 FORD F-550 F SUPER DUTY | 1FDAX57R18ED86326 | $ 28,675.00 | $ 28,675.00 | $ 0.00 | CUV |
| 362 | 3/18/2020 | 2011 Nissan Sentra | 3N1AB6AP3BL646445 | $ 13,675.00 | $ 13,675.00 | $ 0.00 | CUV |
| **Total: 5 Records** | | | | **$ 115,810.00** | **$ 115,810.00** | **$ 0.00** | |