# EXHIBIT G

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3GNEC12T04G171303 | 2004 | CHEV | 810006241985 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | CAV | 26-Jan-2009 | 07-Jan-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M0923 | 04-Jan-2019 | Exempt | Transfer |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

KELLY LONG
11713 NW 116TH ST
YUKON OK 73099-8107

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46639629
(This is not a title number)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here: )**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Mainer Ford

**Purchaser(s) Complete Address:** PO Box 834 Okarche, OK 73762

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Kelly Long

Subscribed and Sworn to Before me this 8 Day of June, 2019

Notary Public: Kathy Martinez Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Notary Seal / Stamp

KATHY MARTINEZ
NOTARY
#00019494
EXP. 11/22/20
PUBLIC
STATE OF OKLAHOMA

**Signature of Buyer(s):** [signature] **Printed Name of Buyer(s):** CHRISTI SANDERS

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** UD2133

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2598515

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 I-30 East Sulphur Springs TX 75482

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

e x e m p t (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** Christi Sanders **Printed Name of Seller(s):** CHRISTI SANDERS

Subscribed and Sworn to Before me this 12 Day of July, 20 19

Notary Public: Kathy Martinez Commission Expiration: ____________

KATHY MARTINEZ Notary Public #00019494 EXP. 11/22/20 STATE OF OKLAHOMA — Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** ____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________ **Printed Name of Seller(s):** ____________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________ Commission Expiration: ____________

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________ **DATE OF LIEN:** ____________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 8/15/2019
Print Time: 11:59 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

| BUYER(Purchaser) | Seller | Sale |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **UD2133** | SALE#: 36483 |
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 8/14/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 3GNEC12T04G171303 171303
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2004 | MAKE | CHEVROLE |
| MODEL | AVALANCHE | BODY | WAGON |
| COLOR | Blue | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 11,000 |
| BUYER FEE: | 230.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 11,230.00 |
| PAID: | 11,230.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 71430 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Printed name of person(buyer) signing ______________________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

15 AUG 2019 PM 4 1

Nextgear - Funding Service
1320 City Center Dr. Suite 100A
Carmel, Indiana
46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FDAF57R48EB34427 | 2008 | FORD | 810006408904 |

BODY TYPE: CB
MODEL: F5D
DATE 1st SOLD: 18-Oct-2007
DATE ISSUED: 11-Mar-2019
AGENT NO.: M3219
APPLICATION DATE: 08-Mar-2019
ODOMETER: Exempt
TYPE OF TITLE: Transfer
DATE INS. LOSS OR SALVAGE:

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 3177
MCALESTER OK 74502-3177

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
46895304
(This is not a title number)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** 402316 **)**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Big Dawg Motorz

**Purchaser(s) Complete Address:** 210 MAin StD Hotsprings AR. 75201

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X E M P T (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**  **Printed Name of Seller(s):** Jason B[illegible]

Subscribed and Sworn to Before me this 14 Day of March, 2019

Notary Public: Ben Schoggins Commission Expiration:

BEN SCHOGGINS NOTARY PUBLIC # 14006526 EXP. 07/24/22 STATE OF OKLAHOMA

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** Kyle [signature] **Printed Name of Buyer(s):** Kyle [illegible]

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** W3316

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2288787

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rockwall Used Cars

**Purchaser(s) Complete Address:** 519 I-30 Sulphur Springs tx 75482

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X E M P T (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Jason Ball

Subscribed and Sworn to Before me this 15 Day of April, 2019

Notary Public: [signature] Commission Expiration:

BEN SCHOGGINS NOTARY # 14006526 EXP. 07/24/22 PUBLIC STATE OF OKLAHOMA

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):

**Purchaser(s) Complete Address:**

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** **Printed Name of Seller(s):**

Subscribed and Sworn to Before me this Day of , 20

Notary Public: Commission Expiration:

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** **DATE OF LIEN:**

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/17/2019
Print Time: 1:57 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 030

| BUYER(Purchaser) | Seller | |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **M-7119** | SALE#: 37723 |
| Mike Garrison 903-440-5557 | M-7119 Big Dawg Motors | DATE: 10/16/19 |
| Rock Hill Used Cars | Kyle Way | STATUS: SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: Yellow |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FDAF57R48EB34427 B34427
ODOMETER STATUS
YEAR 2008 MAKE FORD
MODEL SUPER DUTY F BODY
COLOR White RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 28,500 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,990.00 |
| PAID: | |
| BALANCE: | $28,990.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **199211** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

OKLAHOMA CITY
18 OCT '19
PM 5 1

Nextgear
1320 City Center Drive, Ste 100A
Carmel, IN 46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GDJ5C1114F500844 | 2004 | GMC | 726304117001A |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| CB | C5C | 03/31/2004 | 07/24/2004 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| 7263 | 900 ACTUAL | TRANSFER |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ROBERT J. &/OR JEAN A. JOHNSON
DBA/JOHNSON MACHINE INC.
PO BOX 324
OWASSO OK 74055-0324

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

04/01/2004 09:25 GMAC

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO. 042067263A3397

25422260
(This is not a title number)

VOID IF ALTERED

Federal law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

**IMPORTANT NOTICE**

Each person, except a licensed used car dealer, is required by law to obtain a transfer title in his name within THIRTY days after acquiring ownership or possession of this vehicle. Failure to do so subjects the owner or possessor to a fine and a penalty.

Assignment below positively must be signed and sworn to before a NOTARY PUBLIC.

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**

USE ONLY IF DEALER ASSIGNMENT

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT): BIG DAWG MOTORS

PURCHASERS ADDRESS: 22 MAIN ST CITY: HOT SPRINGS ST: AR. ZIP:

LIEN HOLDER: DATE OF LIEN:

LIEN HOLDER ADDRESS: CITY: ST: ZIP:

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING: E X E, M P T — NO TENTHS

☐ 1. The amount of mileage stated is in excess of mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): Kyle Way — of Seller(s): Robert Jonson

PRINTED NAME: of Buyer(s): Kyle WAY — of Seller(s): Robert Jomson

Subscribed and sworn to before me this ______ day of ______

My Commission Expires ______

NOTARY PUBLIC

**RE-ASSIGNMENT BY OKLAHOMA DEALER**

NO. ______

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT): ROCK HILL USED CARS

PURCHASERS ADDRESS: 519 I-30 CITY: Sulphur Springs ST: TX ZIP: 75482

LIEN HOLDER: DATE OF LIEN:

LIEN HOLDER ADDRESS: CITY: ST: ZIP:

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING: E X E, M P T — NO TENTHS

☐ 1. The amount of mileage stated is in excess of mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): ______ of Seller(s): Kyle Way

PRINTED NAME: of Buyer(s): ______ of Seller(s): Kyle WAY

Subscribed and sworn to before me this ______ day of ______

My Commission Expires ______

NOTARY PUBLIC

**RE-ASSIGNMENT BY OKLAHOMA DEALER**

NO. ______

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP IN THIS SPACE

I/we hereby assign and warrant title of the vehicle described on the reverse side of this certificate subject to the following liens or encumbrances, if any, and none other.

PURCHASERS NAME (TYPE OR PRINT):

PURCHASERS ADDRESS: CITY: ST: ZIP:

LIEN HOLDER: DATE OF LIEN:

LIEN HOLDER ADDRESS: CITY: ST: ZIP:

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING: ☐☐☐,☐☐☐ — NO TENTHS

☐ 1. The amount of mileage stated is in excess of mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

ACTUAL SELLING PRICE $

SIGNATURE(S) of Buyer(s): ______ of Seller(s): ______

PRINTED NAME: of Buyer(s): ______ of Seller(s): ______

Subscribed and sworn to before me this ______ day of ______

My Commission Expires ______

NOTARY PUBLIC

| DEBTOR NAMES AND ADDRESSES (*Last Name First*) | SECURED PARTY NAME AND ADDRESS | OKLAHOMA TAX COMMISSION USE ONLY |
|---|---|---|
| Johnson, Jean A.<br>304 E. 19th<br>Owasso, OK 74055 | Rush Truck Center<br>6015 S. 49th W. Ave.<br>Tulsa, OK 741072 | |

MOTOR LICENSE AGENT USE ONLY

| DATE L.E.F. RECEIVED | TIME RECEIVED | |
|---|---|---|
| 4 1 2004 | X 9:25 | [X] A.M. [ ] P.M. |

RECEIPT NUMBER

040927251A5188

MOTOR LICENSE AGENT (*Identification/Signature*)

040927251A5188

BILLIE GIVENS 7251PJ

THIS LIEN FORM COVERS THE FOLLOWING VEHICLE:

| DATE OF SECURITY AGREEMENT | ORIGINAL OKLAHOMA TITLE NO. | VEHICLE IDENTIFICATION NO. (V.I.N.) |
|---|---|---|
| 03/31/04 | MSO | 1GDJ5C1114F500844 |

| MODEL YEAR | MAKE AND MODEL | BODY TYPE |
|---|---|---|
| 2004 | GMC TC5C042 | Regular Cab |

DEAR CUSTOMER:

We have released the lien on your vehicle described above, as of the "Release Effective Date" shown by my signature, and have advised the Oklahoma Tax Commission of this Release. To obtain a new Certificate of Title, with our lien omitted, please take this Release and your present Title to you local Motor License Agent. The Motor License Agent will issue a new Certificate of Title to you, for which there will be a small fee.

Please call if you should have any questions concerning this Release.

REPRESENTING THE SECURED PARTY GMAC

X [signature]

RELEASE EFFECTIVE DATE 1/20/09

ASSIGNEE OF SECURED PARTY AND ADDRESS

GMAC
P.O. Box 8102
Cockeysville, MD 21030

ENCLOSURES

- [ ] CERTIFICATE OF TITLE
- [ ] APPLICATION FOR TITLE
- [ ] MANUFACTURER'S STATEMENT OF ORIGIN (M.S.O.)
- [ ] FEE

SECURED PARTY/ASSIGNEE SIGNATURES

/ Rush Truck Center

By: Pam Canterbury
*Representing Secured Parties or Assignee*

*Date Executed* 03/31/04

LIEN ENTRY FORM — MOTOR VEHICLE — OKLAHOMA

**COPY 4: LIEN RELEASE - FROM SECURED PARTY TO DEBTOR**

*Form Approved by Oklahoma Tax Commission 7/79*

Lawton Cache Auto Auction

Title

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 2:22 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

**BUYER(Purchaser) :**P-109420 376
Mike Garrison 903-440-5557
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller **P-109420**
P-109420 Rock Hill Used Cars
Mike Garrison
549 Interstate 30 East
Sulphur Springs, TX 75482

SALE#: 37728
DATE: 10/16/19
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 1CDJ5C1114F500844 500844
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2004 | MAKE | GMC |
| MODEL | C5C | BODY | |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 33,900 |
| BUYER FEE: | 570.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 34,470.00 |
| PAID: | 34,470.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **62400** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# TEXAS CERTIFICATE OF TITLE

Texas Department of Transportation

VEHICLE TITLES AND REGISTRATION DIVISION

91914519

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTSX20R19EA01706 | 2009 | FORD | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 16300140021141318 | 08/13/2009 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 6800 | 0564AD |

PREVIOUS OWNER

CHAPARRAL FORD INC DEVINE TX

ODOMETER READING

322

OWNER

W M LEASING OF TEXAS, L.P.
10701 TODD RD
HOUSTON, TX 77002

REMARK(S)

ACTUAL MILEAGE
DIESEL

X ______________________

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN

1ST LIENHOLDER

NONE

1ST LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN

2ND LIENHOLDER

2ND LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN

3RD LIENHOLDER

3RD LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT

WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE

SIGNATURE ______ DATE

SIGNATURE ______ DATE

FORM 30-C REV. 6/2009

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Truck Parts & Equipment, Inc — Street: 3116 S Hwy 77 — City: Waxahachie — State: TX — Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 330,337

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 11-26-18 — Signature of Seller/Agent: [signature] — Printed Name (same as signature): Robert C Poole

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Kalien Thomas — Printed Name (same as signature): Kalien Thomas

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Vehicle Sales & Parts, Inc — Street: 3030 S Hwy 77 — City: Waxahachie — State: TX — Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 330,337

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 11-26-18 — Dealer's Name: Frontera Truck Parts & Equipment, Inc — Dealer No. P121786

Agent's Signature: Kalien Thomas — Printed Name (same as signature): Kalien Thomas

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: [signature] — Printed Name (same as signature): [signature]

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 330469

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 5/3/19 — Dealer's Name: Frontera Vehicle Sales & Parts Inc — Dealer No. P148883

Agent's Signature: CKlaus — Printed Name (same as signature): CKlaus

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:

1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 2:04 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

| BUYER(Purchaser) | Seller | Sale |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **P148883** | SALE#: 37729 |
| Mike Garrison 903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE: 10/16/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS: SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FTSX20R19EA01706 A01706
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2009 | MAKE | FORD |
| MODEL | F250SD | BODY | SUPERC |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 16,000 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,280.00 |
| PAID: | 16,280.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 330469 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Printed name of person(buyer) signing ______________________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GNSCDFJ5BR260679 | 2011 | CHEV | 81006768663 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| UT | CTA | 27-Sep-2011 | 11-Jun-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 08-Jun-2019 | 118245 Actual | Transfer |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD OF BRISTOW
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47272167
(This is not a title number)

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2601424

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** UD 2133 **)**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 I-30 East Sulphur Springs TX 75482

**Actual Purchase Price of Vehicle:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 1 9 1 0 1 (NO TENTHS)

- ☐ 1. The odometer has exceeded its mechanical limits.
- ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** Christi Sanders **Printed Name of Seller(s):** CHRISTI SANDERS

Subscribed and Sworn to Before me this 17 Day of June, 2019

Notary Public: Kathy Martinez Commission Expiration: ____________

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATHY MARTINEZ NOTARY PUBLIC # 00019494 EXP. 11/22/20 STATE OF OKLAHOMA

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:__________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):__________

**Purchaser(s) Complete Address:**__________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**__________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**__________ **Printed Name of Seller(s):**__________

Subscribed and Sworn to Before me this __________ Day of__________, 20____

Notary Public: __________ Commission Expiration:__________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**__________ **Printed Name of Buyer(s):**__________

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:__________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):__________

**Purchaser(s) Complete Address:**__________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**__________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**__________ **Printed Name of Seller(s):**__________

Subscribed and Sworn to Before me this __________ Day of__________, 20____

Notary Public: __________ Commission Expiration:__________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**__________ **Printed Name of Buyer(s):**__________

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:**__________ **DATE OF LIEN:**__________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**__________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 10:15 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 034

| BUYER(Purchaser) | Seller | Sale |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **UD2133** | SALE#: 38052 |
| Mike Garrison 903-440-5557 | UD2133 Mainer Ford | DATE: 10/30/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| | | | |
|---|---|---|---|
| SERIAL | 1GNSCDFJ5BR260679 | | 260679 |
| ODOMETER STATUS | | | |
| YEAR | 2011 | MAKE | CHEVROLE' |
| MODEL | TAHOE | BODY | 4D UTI |
| COLOR | Silver | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 25,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 25,940.00 |
| PAID: | 25,940.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **118245** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# STATE OF CALIFORNIA
# CERTIFICATE OF TITLE

·56316082725

VEHICLE HISTORY

COMMERCIAL

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
| --- | --- | --- | --- |
| 1FTSW31P04EA21086 | 2004 | FORD | 7H58975 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| --- | --- | --- | --- | --- | --- | --- |
| PK | 2 | 06781 | D | | $36 | 12/31/2018 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
| --- | --- | --- | --- | --- | --- |
| 2003 | LQ | 2004 | ZV | | 08/27/18 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 12/07/2003 ODOMETER READING 53 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
MONTANARO DAVID J
1664 QUIET OAKS DR
ARROYO GRANDE CA 93420

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RE[illegible]S INTEREST IN THE VEHICLE.

1a. 8/29/18 DATE X [signature] SIGNATURE OF REGISTERED OWNER

1b. ______ DATE X ______ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ , ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

***I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
| --- | --- | --- | --- |
| 8/29/18 | X [signature] | | X |

| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |
| --- | --- |
| David J Montanaro | Rock Hill USED CARS |

***IMPORTANT READ CAREFULLY***

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X ______
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date ______

012484 CA 183492167

REG. 17.30RS (REV.02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

KEEP IN A SAFE PLACE - VOID IF ALTERED

## APPLICATION FOR TRANSFER BY NEW OWNER (Please print or type.)

**Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The** [illegible] **certificate must be presented to DMV to record the ownership change.**

NEW REGISTERED OWNER

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD*

3b. ☐ AND ☐ OR *(LAST, FIRST, MIDDLE)*

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER<br>X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER<br>X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

LEASED VEH. ONLY — 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

NEW LIENHOLDER

11. NAME OF **LIENHOLDER** – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID — ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

DEALER TRANSACTIONS ONLY

14. Odometer now reads: ______ , ______ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ***WARNING*** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

| DATE | SIGNATURE OF AUTHORIZED AGENT<br>X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING<br>X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION | AUCTION NAME | | DEALER NUMBER |

15. Odometer now reads: ______ , ______ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ***WARNING*** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| DATE | SIGNATURE OF AUTHORIZED AGENT<br>X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING<br>X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

16. Odometer now reads: ______ , ______ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ***WARNING*** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| DATE | SIGNATURE OF AUTHORIZED AGENT<br>X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING<br>X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/25/2019
Print Time: 1:08 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

**BUYER(Purchaser)** :P-109420 376
Mike Garrison 903-440-5557
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller **MO**
MO David Montanaro
David Montanaro
1664 Quite Oaks Dr
Arroyo Grande Oaks Dr, CA 93420

SALE#: 38501
DATE: 11/20/19
STATUS: SLD
DRIVE: Yellow
LANE

**VEHICLE DESCRIPTION**

SERIAL 1FTSW31P04EA21086 A21086
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2004 | MAKE | FORD |
| MODEL | F350 SUPER D | BODY | QUAD P |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 16,500 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,780.00 |
| PAID: | 16,780.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 137331 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

X 23

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1H9CE53311A263507 | 2001 | HDAB | 810006948052 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| TRL | 53' | | 16-May-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1617 | 15-May-2019 | 0 | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

LAWTON AUTO AUCTION
1 SW 112TH ST
LAWTON OK 73505-9553

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47176640
(This is not a title number)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** UD7857 **)**

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate:

**Purchaser(s) Name** (Type or Print): Rockhill Used Cars

**Purchaser(s) Complete Address:** ______

**Actual Purchase Price of Vehicle:** ______

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

[ ][ ][ ][ ][ ][ ] (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Emmett Druien

Subscribed and Sworn to Before me this 21 Day of May, 2019

Notary Public: [signature] Commission Expiration: 4-19-22

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

Affix Notary Seal/Stamp Here

LISA DRUIEN NOTARY PUBLIC #10003225 EXP. 4/19/2022 STATE OF OKLAHOMA

**Signature of Buyer(s):** ______ **Printed Name of Buyer(s):** ______

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:__________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): __________

**Purchaser(s) Complete Address:** __________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** __________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** __________ **Printed Name of Seller(s):** __________

Subscribed and Sworn to Before me this ______ Day of ______, 20___

Notary Public: __________ Commission Expiration: __________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** __________ **Printed Name of Buyer(s):** __________

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:__________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): __________

**Purchaser(s) Complete Address:** __________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** __________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** __________ **Printed Name of Seller(s):** __________

Subscribed and Sworn to Before me this ______ Day of ______, 20___

Notary Public: __________ Commission Expiration: __________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** __________ **Printed Name of Buyer(s):** __________

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** __________ **DATE OF LIEN:** __________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** __________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:37 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 105

| **BUYER(Purchaser) :**P-109420 376 | Seller **UD-7857** | SALE#: 38053 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-7857 Lawton Cache Auto Auction | DATE: 11/20/19 |
| Rock Hill Used Cars | Emmett Druien | STATUS: SLD |
| 549 Interstate 30 East | 1 SW 112th Street | DRIVE: Green |
| Sulphur Springs, TX 75482 | Lawton, OK 73505 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1H9CE53311A263507 263507
ODOMETER STATUS
YEAR 2001 MAKE HDAB
MODEL 53' BODY TRAILE
COLOR Black RADIO
LICENSE FUEL
TITLE TRANS

| | |
|---|---|
| SALE PRICE: | 27,000 |
| BUYER FEE: | 480.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 27,480.00 |
| PAID: | 27,480.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Printed name of person(buyer) signing ______________________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

142261036

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1GRAA922XSB029801 | 1995 | GDAN | RF |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 03200043348153204 | 09/14/2018 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| 1GR | | 15790 | TONLY09 |

PREVIOUS OWNER

PPC TRANSPORTATION CO PITTSBURG TX

ODOMETER READING

OWNER

RHORY CHEYENNE WILSON
3950 FM 1735
MT PLEASANT, TX 75455

REMARK(S)

X ______________________________

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN — 1ST LIENHOLDER

NONE

1ST LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED AGENT

DATE OF LIEN — 2ND LIENHOLDER

2ND LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED AGENT

DATE OF LIEN — 3RD LIENHOLDER

3RD LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**

WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE — DATE

SIGNATURE — DATE

SIGNATURE — DATE

FORM 30-C REV. 05/2016

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

14226 1036

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Rock Hill Used Cars 549 Interstate 30 Sulphur Springs TX 75482

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

exempt

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale 12-11-2018

[signature]

Signature of Seller/Agent

Rhory Wilson

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:

1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:18 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 109

| **BUYER(Purchaser) :**P-109420 376 | Seller **RHOR** | SALE#: 38504 |
|---|---|---|
| Mike Garrison 903-440-5557 | RHOR Rhory Cheyenne Wilson | DATE: 11/27/19 |
| Rock Hill Used Cars | Rhory Wilson | STATUS: SLD |
| 549 Interstate 30 East | 3950 Fm 1735 | DRIVE: |
| Sulphur Springs, TX 75482 | Mt Pleasant, TX 75455 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1GRAA922XSB029801 029801
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 1995 | MAKE | Gdan |
| MODEL | 1GR | BODY | TRAILE |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

| | |
|---|---|
| SALE PRICE: | 16,000 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,280.00 |
| PAID: | 16,280.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
| --- | --- | --- | --- |
| 3D7MX48CX7G723854 | 2007 | DODG | 251207026002B |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
| --- | --- | --- | --- |
| PK | SQ3 | 12/28/2006 | 12/07/2011 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
| --- | --- | --- |
| 4918 | 162384 | TRANSFER |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

INDUSTRIAL MAINTENANCE INC
330 S MILL ST
PRYOR OK 74361-5218

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO. 113414918A7084
36123505
(This is not a title number.)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** U-6026 **)**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Pryor Consignment & Auto Sales

**Purchaser(s) Complete Address:** 100 N Mill, Pryor OK 74361

**Actual Purchase Price of Vehicle:** $5,000

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X e m p t (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Chad Peters (President)

Subscribed and Sworn to Before me this 22nd Day of November, 2019

Notary Public: [signature] Commission Expiration: May 8, 2021

KATIE LANTZ
Notary Public - State of Oklahoma
Commission Number 09004093
My Commission Expires May 8, 2021

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** [signature] **Printed Name of Buyer(s):** Chad Peters (Owner)

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: ____________

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2795425

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X E M P T (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Chad Peters

Subscribed and Sworn to Before me this 22nd Day of November, 20 19

Notary Public: [signature] Commission Expiration: May 8, 2021

KATIE LANTZ Notary Public, State of Oklahoma Commission Number 09004093 My Commission Expires May 8, 2021

Affix Notary Seal / Stamp Here

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: ____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________ **Printed Name of Seller(s):** ____________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________ Commission Expiration: ____________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________ **DATE OF LIEN:** ____________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________

AFFIDAVIT OF FACT

TO WHOM IT MAY CONCERN:

YEAR 2007 MAKE Dodge MODEL SQ3

TITLE # 2512070260002B VIN # 3D7mx48cx7G723854

REASON FOR ERROR

____ Seller signed name incorrectly

____ Seller signed title in wrong area

____ Seller assigned title to himself/herself

____ Purchaser name misspelled. Should be ____________________

____ Address was placed in lien holder's section

____ Seller placed name in lien holder's section. Seller has no security interest on this vehicle.

____ Assignment was placed in re-assignment section

____ Sale between ____________________ & ____________________ never took place. NO FRAUD INTENDED.

____ Date of sale was recorded in error. Correct date of sale should read ____________________.

___ OTHER Address on 1st assignment entered in error with a mark over. Address should read- 111 N. Mill Pryor, Ok. 74361 No fraud intended

DATE 11/22/19 SIGNATURE(WITNESS) [signature]

Subscribed and sworn to me before this 22 day of November, 2019.

My commission expires ____________________ NOTARY [signature]

(SEAL) MIKKI CROWEN NOTARY # 14007026 EXP. 08/07/22 PUBLIC STATE OF OKLAHOMA



Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

Title

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/05/2019
Print Time: 1:51 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

**BUYER(Purchaser) :**P-109420 376
Mike Garrison 903-440-5557
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller **UD-6026**
UD-6026 Pryer Consignment & Auto Sales
Chad Peterson
111 N Mill
Pryor, OK 79361

SALE#: 38711
DATE: 12/04/19
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 3D7MX48CX7G723854 723854
ODOMETER STATUS
YEAR 2007 MAKE DODGE
MODEL RAM 3500 QUA BODY QUAD P
COLOR Black RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 19,000 |
| BUYER FEE: | 320.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 19,320.00 |
| PAID: | 19,320.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **163406** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FT8W3DT0FEA26911 | 2015 | FORD | 810006944313 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F350 | 23-Jul-2014 | 23-May-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1612 | 22-May-2019 | 5666 Actual | Repo |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SOUTHWEST OKLAHOMA FCU
1806 NW LIBERTY AVE
LAWTON OK 73507-5027

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47202686
(This is not a title number)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here: __________)**

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars 5

**Purchaser(s) Complete Address:** 549 Interstate 30 East Sulphur Springs TX 75482

**Actual Purchase Price of Vehicle:** __________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 4 4 8 9 3 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] for SWOFCU **Printed Name of Seller(s):** LISA K FLORES for SWOFCU

Subscribed and Sworn to Before me this 28 Day of June, 2019

Notary Public: [signature] Commission Expiration: October 1, 2020

NOTARY PUBLIC State of Okla.
Stephanie R. Jarvis
Comm. # 12009310

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** __________ **Printed Name of Buyer(s):** __________

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________________ **DATE OF LIEN:** ____________________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/19/2019
Print Time: 12:45 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 036
B01-000000-L

| **BUYER(Purchaser)** :P-109420 376 | Seller **UD-8299** | SALE#: 39043 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-8299 Southern Oklahoma Auto | DATE: 12/18/19 |
| Rock Hill Used Cars | Larry Berryhill | STATUS: IN |
| 549 Interstate 30 East | 5625 W.Bdwy | DRIVE: |
| Sulphur Springs, TX 75482 | Ardmore, OK 73401 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FT8W3DT0FEA26911 A26911
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2015 | MAKE | FORD |
| MODEL | F350SD | BODY | CREW C |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 23,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,500.00 |
| PAID: | 23,500.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **144823** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3B7KC23C92M236518 | 2002 | DODG | 810007855013 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | RAM 2500 | | 17-Dec-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8812 | Silver | 16-Dec-2019 | Exempt | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

CHACO'S AUTO SALES
244 S QUADRUM DR
OKLAHOMA CITY OK 73108-1101

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48030221
(This is not a title number)

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2364646

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: 4399)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 519 I-30E Sulphur Springs, TX 75485

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] agt **Printed Name of Seller(s):** M. H. Ramsey Agt

Subscribed and Sworn to Before me this 31 Day of Dec., 2019

Notary Public: Sandra Patton Commission Expiration: 11-20-19

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix Notary Seal/Stamp Here — SANDRA PATTON, NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA, #[illegible]76685

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

---

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________________ **DATE OF LIEN:** ____________________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/06/2020
Print Time: 3:01 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 024

| BUYER | SELLER | SALE |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **UD-4299** | SALE#: 39209 |
| Mike Garrison 903-440-5557 | UD-4299 Chaco's Auto Sales | DATE: 1/03/20 |
| Rock Hill Used Cars | Issac Machado | STATUS: SLD |
| 549 Interstate 30 East | 1310 Sw 29th | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73119 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 3B7KC23C92M236518 236518

ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2002 | MAKE | DODGE |
| MODEL | RAM 2500 QUA | BODY | QUAD C |
| COLOR | Silver | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 14,900 |
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 15,170.00 |
| PAID: | 15,170.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 175468 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Transferee's (buyer) signature) ______________________________

Printed name of person(buyer) signing ______________________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER 1GCJK33D46F252242
YEAR 2006
MAKE CHEV
TITLE NO. 810004540833

BODY TYPE PK
MODEL SK3
DATE 1st SOLD 18-Jul-2006
DATE ISSUED 21-Dec-2017

AGENT NO. M6114
ODOMETER Exempt
TYPE OF TITLE Transfer
DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

JARED L LATTY
PO BOX 126
KIOWA OK 74553-0126

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/1/2017 THE BANK N.A.

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
45128527
(This is not a title number.)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Nix Auto Center

**Purchaser(s) Complete Address:** PO Box 1590 McAlester, OK 74502

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Jared Latty

Subscribed and Sworn to Before me this 3 Day of December, 20 19

Notary Public: [signature] Commission Expiration: 1-27-20

JAY GIACOMO
Notary Public, State of Oklahoma
Commission # 16001023
My Commission Expires Jan. 27, 2020

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

**Signature of Buyer(s):** [signature] **Printed Name of Buyer(s):** Melinda Nix

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD2515

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rockhill Used Cars

**Purchaser(s) Complete Address:** 549 I30 East Sulfur Springs Tx 75482

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Melinda Nix

Subscribed and Sworn to Before me this 23 Day of Dec, 2019

Notary Public: [signature] Commission Expiration: 1-27-20

JAY GIACOMO
Notary Public, State of Oklahoma
Commission # 16001023
My Commission Expires Jan. 27, 2020

Affix Notary Seal / Stamp Here

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: ____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________ **Printed Name of Seller(s):** ____________

Subscribed and Sworn to Before me this ______ Day of ______, 20____

Notary Public: ____________ Commission Expiration: ____________

Affix Notary Seal / Stamp Here

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________ **DATE OF LIEN:** ____________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

L1924613344

VIN: 1GCJK33D46F252242 VEHYR: 2006 MAKE: CHEV MODEL: SK3 BODY: PK

AGNT #: M6114 LIEN DATE: 12/01/2017

LIEN DEBTOR: LATTY,JARED L

LATTY,JARED L
367 CASON RD
KIOWA OK 74553

LIEN HOLDER: THE BANK N.A.

THE BANK N.A.
PO BOX 1067
MCALESTER OK 74502-1067

REF#: L1924613344

TO: OKLAHOMA TAX COMMISSION
MOTOR VEHICLE DIVISION
P.O. BOX 269061
OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR RECORDS TO REFLECT THIS RELEASE.

SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X Christia Norton DATE 12/6/19

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE, PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/09/2020
Print Time: 3:51 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 114

| BUYER(Purchaser) :P-109420 376 | Seller **UD-2515** | SALE#: 39380 |
|---|---|---|
| Mike Garrison 903-440-5557 | UD-2515 Nix Auto Center | DATE: 1/08/20 |
| Rock Hill Used Cars | Ruthie Fulton | STATUS: SLD |
| 549 Interstate 30 East | P O Box 1590 | DRIVE: |
| Sulphur Springs, TX 75482 | Mcalester, OK 74802 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1GCJK33D46F252242 252242
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2006 | MAKE | CHEVROLE' |
| MODEL | SILVERADO | BODY | QUAD P |
| COLOR | Blue | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 21,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 21,940.00 |
| PAID: | |
| BALANCE: | $21,940.00 |
| PD BY: | Next |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **244120** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

NEW MEXICO

MVD-10030
REV. 02/06

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE | TITLE NUMBER |
|---|---|---|
| 3D7TT2CT2BG511932 | ORIGINAL | 13113703A602681 |

| ENGINE OR OTHER I.D. NUMBER | PREVIOUS TITLE NUMBER AND STATE | 1ST REG. | DATE OF ISSUE |
|---|---|---|---|
| | 110520GFE004911 NM | 2011 | 04/23/2013 |

| YEAR | MAKE | MODEL | BODY | CYLS. | DGVW | WT./WHEELS | TYPE OF FUEL | LIENS |
|---|---|---|---|---|---|---|---|---|
| 2011 | DODG | RPC | CW | 08 | 8510 | 6232 | GASOLINE | 1 |

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)
MEMBERS FINANCIAL FCU
PO BOX 9609
MIDLAND TX 79708

LICENSE PLATE NUMBER(S)
825PKW

| VEHICLE CLASS | CLERK |
|---|---|
| TRUCK | SLP |

| FILE DATE | MATURITY DATE | *ODOMETER & CODE | MH SIZE | CNTY. |
|---|---|---|---|---|
| 04/23/2013 | 06/26/2017 | 000005 AM | 00*000 | 00 |

REGISTERED OWNER(S)
MUNOZ JESSE
1106 E FIESTA
CARLSBAD NM 88220

LOCATION OF MANUFACTURED HOME

GREAT SEAL OF THE STATE OF NEW MEXICO 1912 CRESCIT EUNDO

*ODOMETER CODES: AM = ACTUAL VEHICLE MILEAGE, EL = MILEAGE IN EXCESS OF MECHANICAL LIMITS OR NM = NOT ACTUAL MILEAGE:WARNING-ODOMETER DISCREPANCY

SECOND LIENHOLDER
00000

NOT A TITLE NO.
19602681

FILE DATE | MATURITY DATE

DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE, IMPORTANT: THERE IS AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE.

DIRECTOR MVD

I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.
RELEASE OF LIEN Name of Lienholder: Members Financial FCU Date 5.12.2017
Full Signature of Authorized Agent

This Certificate of Title is evidence of legal ownership of the vehicle described above. Upon sale of this vehicle, this certificate must be properly assigned below and presented by the purchaser to the Motor Vehicle Division for transfer. The Division is not responsible for false or fraudulent statements made in connection with this Certificate of Title or held liable for recording errors.

**IMPORTANT:** Buyer (except for dealer) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and state law requires the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $ ______ I (we) hereby sell, assign, transfer and convey this 17 day of July, YR 2019 to

Buyer's Name(s): Tate Branch Dodge

Address 919 S First Street Artesia NM 88210

the vehicle described on the front side of this Certificate of title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE".

Name & Address of Lienholder NONE

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

ODOMETER DISCLOSURE STATEMENT: I (we) hereby certify that the ODOMETER READING of this vehicle is: 104352 (NO TENTHS) miles and that stated mileage is (check one of the following): A ☐ the actual mileage OR B ☐ Mileage in excess of mechanical limits OR C ☐ NOT the actual mileage: WARNING-ODOMETER DISCREPANCY.

Signature(s) of Seller(s) X Jesse Munoz by POA Printed Name Jesse Munoz by POA
X ______ Printed Name ______

Signature(s) of Buyer(s) X [signature] AGT Printed Name Vincent Salas AGT
X ______ Printed Name ______

VOID IF ALTERED HOLD TO LIGHT TO VIEW EAGLE WATERMARK

VOID IF ALTERED

NEW MEXICO MOTOR VEHICLE DIVISION

NEW MEXICO MOTOR VEHICLE DIVISION

**FIRST REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this 26 day of Sept, Yr. 2019 to

Buyer's Name(s): Austin Financial Services

Address: [illegible] Highway [illegible] Sulphur Springs, TX [illegible]

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: NONE

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is 104354 (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: Tate Branch Dodge

Signature of Authorized Agent X [signature] Printed Name Vincent Salas

Buyer's Signature X [signature] Printed Name JR Huff

**SECOND REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this 28 day of Sept, Yr. 2019 to

Buyer's Name(s): Big DAWG Motors

Address: 210 Main st Hot springs AR

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: None

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is 104,354 (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☒ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: Austin Financial

Signature of Authorized Agent X JR Huff Printed Name JR Huff

Buyer's Signature X Kyle Way Printed Name Kyle WAY

**THIRD REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this ______ day of ______, Yr. ______ to

Buyer's Name(s): ROCK Hill USED CARS

Address: ______

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: ______

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is 104,360 (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: ______

Signature of Authorized Agent X Kyle Way Printed Name Kyle WAY

Buyer's Signature X ______ Printed Name ______

**FOURTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this ______ day of ______, Yr. ______ to

Buyer's Name(s): ______

Address: ______

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: ______

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is ______ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: ______

Signature of Authorized Agent X ______ Printed Name ______

Buyer's Signature X ______ Printed Name ______

**FIFTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this ______ day of ______, Yr. ______ to

Buyer's Name(s): ______

Address: ______

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: ______

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is ______ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: ______

Signature of Authorized Agent X ______ Printed Name ______

Buyer's Signature X ______ Printed Name ______

**SIXTH REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this ______ day of ______, Yr. ______ to

Buyer's Name(s): ______

Address: ______

the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE"

Name & Address of Lienholder: ______

Lienholder No. (if any) ______ File Date ______ Maturity Date ______

**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is ______ (NO TENTHS) miles and that stated mileage is (check one of the following): A.☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage: WARNING ODOMETER DISCREPANCY.

Name of Dealership: ______

Signature of Authorized Agent X ______ Printed Name ______

Buyer's Signature X ______ Printed Name ______

**ANY ALTERATIONS OR ERASURES WILL VOID THIS TITLE**

NEW MEXICO MOTOR VEHICLE DIVISION

DEAL # 52975
STK # A1038 CUST # 104170

# POWER OF ATTORNEY
# TO DISCLOSE MILEAGE AND ASSIGN TITLE

This form may only be used by dealers accepting a trade-in or to apply for a duplicate title. The original Power of Attorney must accompany the title and be submitted to the New Mexico Motor Vehicle Division or applicable state having jurisdiction. Failure to do so may result in fines and/or imprisonment. Dealer must retain a copy for five (5) years.

I/WE Jessie Munoz Hernandez

APPOINT, (PRINT NAME OF ATTORNEY-IN-FACT) Tate Branch Dodge Chrysler Jeep

WHOSE ADDRESS IS: 919 South First Street (Street) Artesia (City) NM (State) 88210 (Zip Code)

AS MY ATTORNEY-IN-FACT TO DISCLOSE THE MILEAGE ON THE VEHICLE DESCRIBED HEREIN AND ASSIGN TITLE TO DEALER INDICATED BELOW. THE POWER GRANTED BY THIS INSTRUMENT WILL BE REVOKED WHEN THE VEHICLE IS SOLD AT RETAIL.

| VEHICLE IDENTIFICATION NUMBER (VIN) | | YEAR |
|---|---|---|
| 3D7TT2CT2BG511932 | | 2011 |
| **MAKE** | **MODEL** | **BODY TYPE** |
| Ram | 2500 | Crew Cab 4WD |

## ODOMETER DISCLOSURE STATEMENT

**FEDERAL AND STATE LAW REQUIRES THE TRANSFEROR (SELLER) OF A VEHICLE TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. ANYONE CONVICTED OF A FRAUDULENT ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.**

I hereby certify that the odometer currently reads 104352 (no tenths) miles and to the best of my knowledge reflects the actual mileage (Code AM) of the vehicle described above unless one of the following is checked: ☐ Mileage in excess of mechanical limits (Code EL) or ☐ WARNING! Not the actual mileage - Odometer Discrepancy (Code NM).

Jessie Munoz Hernandez — Printed Name of First Seller
X [signature] — Signature of First Seller
07/17/2019 — Date

Printed Name of Second Seller (if Joint Ownership)
X — Signature of Second Seller
Date

1106 E Fiesta Dr — Sellers Street Address
Carlsbad — City
NM — State
88210 — Zip Code

OFFICIAL SEAL
Isabel Vargas
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10-10 2021

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17th DAY OF July 20 19

MY COMMISSION EXPIRES

[signature] NOTARY PUBLIC

I certify that the mileage stated in this Power of Attorney Disclosure is greater than the mileage previously stated on the Certificate of Title.

Tate Branch Dodge Chrysler Jeep — PRINT DEALERSHIP NAME
[signature] — SIGNATURE OF DEALER OR AUTHORIZED AGENT
07/17/2019 — DATE

WHITE COPY: New Mexico Motor Vehicle Division or applicable state having jurisdiction. YELLOW COPY: Seller PINK COPY: Dealer

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/09/2020
Print Time: 3:50 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 150

| BUYER(Purchaser) | Seller | |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **M-7119** | SALE#: 39379 |
| Mike Garrison 903-440-5557 | M-7119 Big Dawg Motors | DATE: 1/08/20 |
| Rock Hill Used Cars | Kyle Way | STATUS: SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

SERIAL 3D7TT2CT2BG511932 511932
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2011 | MAKE | DODGE |
| MODEL | RAM 2500 | BODY | CREW C |
| COLOR | Gray | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 22,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 22,940.00 |
| PAID: | |
| BALANCE: | $22,940.00 |
| PD BY: | Next |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **104360** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

127338295

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FT7W2BTXFEC10911 | 2015 | FORD | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 05771342458104429 | 04/08/2016 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 7500 | FFX7166 |

PREVIOUS OWNER

JOE COOPER FORD MIDW

ODOMETER READING

5

OWNER

ENVIRO CLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY, OK 73172

REMARK(S)

ACTUAL MILEAGE
DIESEL

X ______________________________

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: 04/15/2015

1ST LIENHOLDER: TEXAS CAPITAL BANK, NATIONAL ASSOCIATION
2350 LAKESIDE BLVD. STE 800
RICHARSON, TX 75082

1ST LIEN RELEASED 8/1/18 DATE

BY [signature] AUTHORIZED AGENT

Steve Moon, SVP
Texas Capital Bank

DATE OF LIEN

2ND LIENHOLDER

2ND LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN

3RD LIENHOLDER

3RD LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE

SIGNATURE ______ DATE

SIGNATURE ______ DATE

FORM 30-C REV. 03/2015

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Rock Hill Used Cars 5191 I-30 E Sulphur Sprgs TX 75482

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

123863

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale 12-20-19 x [signature] x Jessica Presley

Signature of Seller/Agent | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:

1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/23/2020
Print Time: 12:21 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 027

| **BUYER(Purchaser)** :P-109420 376 | Seller **A32814** | SALE#: 39647 |
|---|---|---|
| Mike Garrison 903-951-8597 | A32814 ENVIROCLEAN | DATE: 1/22/20 |
| Rock Hill Used Cars | Cat Lard | STATUS: SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FT7W2BTXFEC10911 C10911
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2015 | MAKE | FORD |
| MODEL | F250SD | BODY | CREW C |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 26,500 |
| BUYER FEE: | 470.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 26,970.00 |
| PAID: | 26,970.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 123863 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER USA

Nextgear
1320 City Center DR, Ste 100A
Carmel, IN 46032

46032-381599

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

108471172

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7KR28C65G706682 | 2005 | DODG | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 24300241232104800 | 12/04/2012 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 5500 | BX76515 |

PREVIOUS OWNER

PRUITT FORD BURKBURNETT TX

ODOMETER READING

153361

OWNER

TOMMY A GRUBER
1674 PETERSON RD N
IOWA PARK, TX 76367

REMARK(S)

ACTUAL MILEAGE
DIESEL

X ______________________

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN | 1ST LIENHOLDER

11/14/2012 WICHITA FALLS TEACHER FCU
P O BOX 4516
WICHITA FALLS, TX 76308

1ST LIEN RELEASED 11/16/12 WICHITA FALLS TEACHERS FCU
[signature]
AUTHORIZED AGENT

DATE OF LIEN | 2ND LIENHOLDER

2ND LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN | 3RD LIENHOLDER

3RD LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT

WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE

SIGNATURE ______ DATE

SIGNATURE ______ DATE

FORM 30-C REV. 04/2012

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Wichita Falls Ford Lincoln 5401 Kell Blvd,Wichita Falls, Tx 76310

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

[signature] by POA — Signature of Seller/Agent

Tommy A Gruber — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

[signature] — Signature of Buyer/Agent

Jennifer Burdette, Agent — Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Rock Hill Used Cars

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

243095

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale 1/15/20

Wichita Falls Ford Linc. P43086 — Dealer's Name

Dealer No.

[signature] — Agent's Signature

Jennifer Burdette, Agent — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

[signature] — Signature of Buyer/Agent

Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Street City State Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:

1ST LIEN IN FAVOR OF (NAME & ADDRESS)

# State of Texas
## Power of Attorney for Transfer of Ownership to a Motor Vehicle

Federal and state law require that you state the mileage upon transfer of ownership. This form may only be used when title is held by lienholder or is lost. Providing a false statement or failure of the person granted the power of attorney to submit this form to the State may result in fines and/or imprisonment.

## Vehicle Description

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 3D7KR28C65G706682 | 2005 | Dodge | PK | 2500 |

## Part A. Power of Attorney to Transfer Ownership and to Disclose Mileage

**Transferor**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Tommy | A | Gruber | |
| **Entity's Authorized Agent First Name (if applicable)** | **Middle Name** | **Last Name** | **Suffix (if any)** |
| | | | |
| **Address** | **City** | **State** | **Zip** |
| 1674 Peterson Rd N | Iowa Park | TX | 76367 |

**Transferee**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Wichita Falls Ford Lincoln | | | |
| **Entity's Authorized Agent Name (First, Middle, Last, Suffix) (if applicable)** | | **Dealer License Number (if applicable)** | |
| Jennifer Burdette, Agent | | P43086 | |
| **Address** | **City** | **State** | **Zip** |
| 5401 Kell Blvd,Wichita Falls, Tx 76310 | | | |

I, the transferor listed above, appoint the transferee listed above as my attorney-in-fact, to complete all documents necessary to transfer and disclose the mileage on the title for the vehicle described above exactly as stated in the following disclosure. I, the transferor, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the statements below is checked:

Odometer Reading (no tenths): 243078

☐ Mileage Exceeds Mechanical Limits

☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the transferor/agent (seller).

X [signature] Signature of Transferor/Agent (Seller) — Date 1/10/20

[signature] Signature of Transferee/Agent (Purchaser) — Date 1/10/20

## Part B. Power of Attorney to Review Title Documents and Acknowledge Disclosure – if applicable (requires Part A)

**Transferee**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |
| **Entity's Authorized Agent First Name (if applicable)** | **Middle Name** | **Last Name** | **Suffix (if any)** |
| | | | |
| **Address** | **City** | **State** | **Zip** |
| | | | |

**Transferor**

| Dealership Name | | Dealer License Number | |
|---|---|---|---|
| | | | |
| **Authorized Agent First Name** | **Middle Name** | **Last Name** | **Suffix (if any)** |
| | | | |
| **Address** | **City** | **State** | **Zip** |
| | | | |

I, the transferee listed above, appoint the transferor listed above as my attorney-in-fact, to complete all documents necessary to transfer and disclose the mileage on the title for the vehicle described above exactly as stated in the following disclosure. I, the transferor, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the statements below is checked:

Odometer Reading (no tenths):

☐ Mileage Exceeds Mechanical Limits

☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the transferor/agent (seller).

Signature of Transferor/Agent (Seller) — Date

Signature of Transferee/Agent (Purchaser) — Date

## Part C. Dealership Certification (Part B Transferor) – Required and valid only if Parts A and B are used

| Dealership Name | | Dealer License Number | |
|---|---|---|---|
| | | | |
| **Authorized Agent First Name** | **Middle Name** | **Last Name** | **Suffix (if any)** |
| | | | |
| **Address** | **City** | **State** | **Zip** |
| | | | |

I, the individual listed above exercising powers of attorney, hereby certify that the mileage I have disclosed on the title document is consistent with the mileage provided to me in this power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create, any new or additional liability under federal or state law.

Signature of Transferor/Agent — Printed Name (Same as Signature) — Date

Form VTR-271-A (Rev 10/18)

**THIS DOCUMENT IS VOID IF ALTERED.**

31952814

## Information

Federal law specifies a motor vehicle is subject to odometer disclosure when it is self-propelled, less than 10 years old, and has a gross vehicle weight of 16,000 pounds or less. United States Code of Federal Regulations, Title 49, Part 580, provides the rules relative to the Truth in Mileage Act, which dictates when use of a power of attorney is permissible in conjunction with odometer disclosure. Further, federal law requires the odometer disclosure for used vehicles to be made on a certificate of title or a secure power of attorney. Federal law specifies use of a power of attorney is strictly limited to when the title is lost or held by a lienholder, and the only acceptable power of attorney is a secure power of attorney issued by the state. The *Power of Attorney for Transfer of Ownership to a Motor Vehicle* (Form VTR-271-A) is the only acceptable secure power of attorney issued by the State of Texas.

Form VTR-271-A can only be used when the title is lost or held by a lienholder. Proper use of Form VTR-271-A consists of completing Part A when transferring a motor vehicle. **Parts B and C may only be used by a licensed motor vehicle dealer.** If the motor vehicle is transferred by a licensed motor vehicle dealer and the certificate of title is still held by a lienholder, Parts B and C must be completed. If the certificate of title is not held by a lienholder, Parts B and C cannot be used; instead, a certified copy of title (or duplicate title) must be obtained prior to subsequent transfer, and the subsequent purchaser is required to acknowledge the odometer on the certified copy of title (or duplicate title).

If the transferor (owner listed on the title who is selling, donating, gifting, trading, etc.) or transferee (person/entity taking ownership) is unable to complete this form, only a general power of attorney may be used to complete this form for the transferor or transferee. A limited power of attorney cannot be used to complete this form on someone else's behalf. If the transferee or transferor is not an individual, but rather an entity or trust, an agent of that entity or a trustee must complete this form.

Unauthorized printing or reproduction of this document is prohibited. Photocopies may be made only as a completed document for record-keeping purposes by the parties named herein.

## Instructions

Part A is required to be completed by both the transferor (owner listed on the title who is selling, donating, gifting, trading, etc.) and the transferee (person/entity taking ownership) if the title is lost or held by a lienholder. **All signatures must be original signatures. It is strongly advised the duplicate power of attorney also contain original signatures.**

- Upon obtaining the certificate of title or certified copy of title, the transferee in Part A must complete the "assignment of title" and odometer disclosure on the certificate of title or certified copy of title. Any transferee, other than a licensed motor vehicle dealer, is then required to obtain a certificate of title in the name of the transferee supported by this power of attorney.

Part B may only be used by a licensed motor vehicle dealer. Further, Part B may only be used if the motor vehicle is transferred while the certificate of title is held by a lienholder. **Part B cannot be used if the title is lost; instead, a certified copy of title (or duplicate title) must be obtained.** This form may be used to obtain a certified copy of title. In Part B, the transferee (purchaser) acknowledges the odometer disclosed by the transferor (licensed motor vehicle dealer), and grants power of attorney to the transferor to complete the odometer disclosure in the "first reassignment" on the certificate of title as reflected in Part B and to sign on behalf of the transferee (purchaser). **Part B may only be used to appoint the same licensed motor vehicle dealer listed as appointed in Part A.**

- Upon securing the certificate of title, the licensed motor vehicle dealer must complete the "assignment of title" (as recorded in Part A) and "first reassignment" (as recorded in Part B).

Part C must be completed by the licensed motor vehicle dealer if both Parts A and B are completed after the licensed motor vehicle dealer has transferred the assignment (from Part A) and the reassignment (from Part B) to the certificate of title. **Part C must not be completed if Part B is not used.**

## Returning this Power of Attorney

Federal law requires this power of attorney be returned to the issuing state. This can be accomplished as follows:

- When the vehicle is sold to a Texas retail purchaser, the original power of attorney with original signatures must accompany the purchaser's application for Texas title. Dealers are required to maintain the duplicate power of attorney and a copy of the front and back of the certificate of title for five years in accordance with 49 C.F.R. §580.8. Other individuals or entities are not subject to a retention requirement but are encouraged to maintain the duplicate power of attorney and a copy of the front and back of the certificate of title.
- When the vehicle is sold to any dealer (Texas or out of state) or an out of state purchaser, the original power of attorney with original signatures must accompany the title transaction. The duplicate power of attorney and a copy of the front and back of the certificate of title shall be returned by the individual or entity granted power of attorney in Part A (and Part B, if applicable) to:

  Texas Department of Motor Vehicles
  Vehicle Titles and Registration Division
  P.O. Box 26470
  Austin, TX 78755-0470

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

Title

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 3:04 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 094

| **BUYER(Purchaser) :**P-109420 376 | Seller **P-43086** | SALE#: 39652 |
|---|---|---|
| Mike Garrison 903-951-8597 | P-43086 Wichita Falls Ford Lincoln Inc | DATE: 1/22/20 |
| Rock Hill Used Cars | Charles Franser | STATUS: SLD |
| 549 Interstate 30 East | 5401 Kell Blvd | DRIVE: Green |
| Sulphur Springs, TX 75482 | Wichita Falls, TX 76310 | LANE |

**VEHICLE DESCRIPTION**

| | | | |
|---|---|---|---|
| SERIAL | 3D7KR28C65G706682 | | 706682 |
| ODOMETER STATUS | | | |
| YEAR | 2005 | MAKE | DODGE |
| MODEL | RAM 2500 QUA | BODY | QUAD P |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 14,000 |
| BUYER FEE: | 270.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 14,270.00 |
| PAID: | 14,270.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 243095 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

29 JAN 2020 PM 3 L

FOREVER / USA

Nextgear - Funding Serv.
1320 City Center Dr. Suite 100A
Carmel, Indiana
46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|---|
| 2FMDA5148TBB47033 | | 1996 | FORD | | 810006996409 |
| BODY TYPE | MODEL | | | DATE 1st SOLD | DATE ISSUED |
| SV | WWG | | | | 14-Jun-2019 |
| AGENT NO. | | APPLICATION DATE | | ODOMETER | TYPE OF TITLE |
| M8832 | | 13-Jun-2019 | | Exempt | Original |
| | | | | | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47288110
(This is not a title number)

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2598505

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 I-30 East Sulphur Springs TX 75482

**Actual Purchase Price of Vehicle:** ____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** Christi Sanders **Printed Name of Seller(s):** CHRISTI SANDERS

Subscribed and Sworn to Before me this 12 Day of July, 2019

Notary Public: Kathy Martinez Commission Expiration: ____________

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

KATHY MARTINEZ NOTARY PUBLIC STATE OF OKLAHOMA # 00019494 EXP. 11/22/20

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):** ____________

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________ **Printed Name of Seller(s):** ____________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________ Commission Expiration: ____________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):**____________

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________

**Purchaser(s) Complete Address:** ____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________ **Printed Name of Seller(s):** ____________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________ Commission Expiration: ____________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________ **Printed Name of Buyer(s):**____________

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________ **DATE OF LIEN:**____________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**____________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/04/2020
Print Time: 1:27 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 082

| BUYER(Purchaser) | Seller | Sale |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **UD2133** | SALE#: 39779 |
| Mike Garrison 903-951-8597 | UD2133 Mainer Ford | DATE: 1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 2FMDA5148TBB47033 B47033
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 1996 | MAKE | FORD |
| MODEL | WINDSTAR | BODY | SPORT |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 8,000 |
| BUYER FEE: | 190.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 8,190.00 |
| PAID: | 8,190.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 42387 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER / USA

Nextgear - Funding Service
1320 City Center Dr Suit 100A
Carmel, Indiana
46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1N4BA41E46C810994 | 2006 | NISS | | 810007013704 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| SD | MAXIMA | | | 21-Jun-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8832 | 20-Jun-2019 | Exempt | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47316219
(This is not a title number)

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2598513

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 I-30 East Sulphur Springs TX 75482

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** Christi Sanders **Printed Name of Seller(s):** CHRISTI SANDERS

Subscribed and Sworn to Before me this 12 Day of July, 20 19

Notary Public: Kathy Martinez Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Notary Seal / Stamp: KATHY MARTINEZ NOTARY PUBLIC # 00019494 EXP. 11/22/20 STATE OF OKLAHOMA

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________________ Commission Expiration:____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):**____________________

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________________ Commission Expiration:____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):**____________________

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________________ **DATE OF LIEN:**____________________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**____________________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/04/2020
Print Time: 1:26 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 074

| BUYER(Purchaser) :P-109420 376 | Seller UD2133 | |
|---|---|---|
| Mike Garrison 903-951-8597 | UD2133 Mainer Ford | SALE#: 39778 |
| Rock Hill Used Cars | Christi Sanders | DATE: 1/29/20 |
| 549 Interstate 30 East | PO Box 834 | STATUS: SLD |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | DRIVE: Green |
| | | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1N4BA41E46C810994 810994
ODOMETER STATUS
YEAR 2006 MAKE NISSAN
MODEL MAXIMA BODY SEDAN
COLOR Maroon RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 7,000 |
| BUYER FEE: | 180.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 7,180.00 |
| PAID: | 7,180.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 39463 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER / USA

Nextgear - Funding Service
1320 City Center Dr Suit 100A
Carmel, Indiana
46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FTWW33R09EA44875 | 2009 | FORD | 810007133215 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| CW | F3D | | 03-Jul-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M6911 | Gray | 02-Jul-2019 | Exempt | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

BEST TOWING & RECOVERY LLC
502 S 7TH ST
DUNCAN OK 73533-5123

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47363631
(This is not a title number)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Todd Mikel Motors

**Purchaser(s) Complete Address:** 3983 N Hwy 81, #8, Duncan, OK 73533

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] mgr. **Printed Name of Seller(s):** WM Buchanan mgr.

Subscribed and Sworn to Before me this 12th Day of July, 2019

Notary Public: [signature] Commission Expiration: 10/28/19

TABITHA K. LEONHART NOTARY PUBLIC COMM # 11007000 IN AND FOR STATE OF OKLAHOMA

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** Rebecca R. Gordon **Printed Name of Buyer(s):** Rebecca R. Gordon

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:** UD 5750

PLACE OKLAHOMA MOTOR VEHICLE TAX

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 549 Interstate 30 East Sulpher Springs
**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-In:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Blaine Mikel

Subscribed and Sworn to Before me this 25th Day of July, 2019

Notary Public: [signature] Commission Expiration: 10/19/19

TODD C. MIKEL NOTARY PUBLIC STATE OF OKLAHOMA COMM# 11009533

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

**REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:**

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):

**Purchaser(s) Complete Address:**

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** **Printed Name of Seller(s):**

Subscribed and Sworn to Before me this Day of , 20

Notary Public: Commission Expiration:

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** **DATE OF LIEN:**

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/04/2020
Print Time: 1:25 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 008

**BUYER(Purchaser) :**P-109420 376
Mike Garrison 903-951-8597
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller **UD-5750**
UD-5750 Todd Mikel Motors
Todd Mikel
2537 N Hwy 81
Duncan, OK 73533

SALE#: 39777
DATE: 1/29/20
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 1FTWW33R09EA44875 A44875
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2008 | MAKE | FORD |
| MODEL | F350SD | BODY | CREW C |
| COLOR | Grey | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 19,500 |
| BUYER FEE: | 320.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 19,820.00 |
| PAID: | 19,820.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 244950 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER / USA

Nextgear - Funding Service
1320 City Center Dr Suite 100A
Carmel, Indiana
46032

46032-381599

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3FRXF75S95V156426 | 2005 | FORD | 810004186186 |

BODY TYPE: ST
MODEL: F750
DATE 1st SOLD:
DATE ISSUED: 20-Sep-2017
AGENT NO.: M7275
ODOMETER: Exempt
TYPE OF TITLE: Transfer
DATE INS. LOSS OR SALVAGE:

NAME AND ADDRESS OF VEHICLE OWNER

MONTE FREEMAN
13204 S 118TH EAST AVE
BROKEN ARROW OK 74011

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

8/11/2017 MABREY BANK

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44785584
(This is not a title number.)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** , TX

**Actual Purchase Price of Vehicle:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E x e m p t (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** MONTE FREEMAN

Subscribed and Sworn to Before me this 6 Day of August, 2019

Notary Public: [signature] Commission Expiration: 2-15-20

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

Affix Notary Seal / Stamp Here

KRISTEN CODE NOTARY #12001499 EXP. 02/15/20 PUBLIC STATE OF OKLAHOMA

**Signature of Buyer(s):** **Printed Name of Buyer(s):**

VOID IF ALTERED

TRUE AND
EXACT COPY

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/20/2020
Print Time: 1:06 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 118

| BUYER(Purchaser) | Seller | Sale |
|---|---|---|
| **BUYER(Purchaser) :**P-109420 376 | Seller **156426** | SALE#: 40116 |
| Mike Garrison 903-951-8597 | 156426 Monte Freeman | DATE: 2/19/20 |
| Rock Hill Used Cars | Monte Freeman | STATUS: SLD |
| 549 Interstate 30 East | 13204 S 118th East Ave | DRIVE: Green |
| Sulphur Springs, TX 75482 | Broken Arrow, OK 74011 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 3FRXF75S95V156426 156426
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 2005 | MAKE | FORD |
| MODEL | F750 | BODY | 2DR |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 29,500 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,990.00 |
| PAID: | |
| BALANCE: | $29,990.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads 236400 miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature ______________________

Transferee's (buyer) signature ______________________

Transferee's (buyer) signature ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

21 FEB 2020 PM 4 L

FOREVER USA

Nextgear Capital
1320 City Center DR, Ste 100A
Carmel, IN. 46032

46032-381625

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FTNW21F42EA39984 | 2002 | FORD | | 810006533852 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F2S | | 10-Apr-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8804 | 09-Apr-2019 | Exempt | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

KEVIN VANZANT
PO BOX 1384
MUSTANG OK 73064-8384

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47022872
(This is not a title number)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here: __________)**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 5191 I-30 E. Sulphur Springs, TX 75482

**Actual Purchase Price of Vehicle:** __________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Kevin Vanzant

Subscribed and Sworn to Before me this 20th Day of Feb, 2020

Notary Public: Marsie Davis Commission Expiration: __________

***Notarization required only on seller's signature(s). Affix notary seal/stamp to the right.***

MARSIE DAVIS IN AND FOR #14005426 EXP. 06/16/22 STATE OF OKLAHOMA NOTARY PUBLIC

**Signature of Buyer(s):** __________ **Printed Name of Buyer(s):** __________

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________

**Purchaser(s) Complete Address:**____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________ **Printed Name of Seller(s):**____________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________ Commission Expiration:____________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**____________ **Printed Name of Buyer(s):**____________

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________

**Purchaser(s) Complete Address:**____________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________ **Printed Name of Seller(s):**____________

Subscribed and Sworn to Before me this ____________ Day of____________, 20____

Notary Public: ____________ Commission Expiration:____________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**____________ **Printed Name of Buyer(s):**____________

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:**____________ **DATE OF LIEN:**____________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**____________

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 2/26/2020
Print Time: 3:24 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 020

| **BUYER(Purchaser) :**P-109420 376 | Seller **UD-8759** | SALE#: 40217 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD-8759 Kevin Jones Auto Sales | DATE: 2/26/20 |
| Rock Hill Used Cars | Kevin Jones | STATUS: SLD |
| 549 Interstate 30 East | 530 E.Jones | DRIVE: Green |
| Sulphur Springs, TX 75482 | Hollis, OK 73550 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FTNW21F42EA89984 A89984
ODOMETER STATUS
YEAR 2002 MAKE FORD
MODEL F250 SUPER D BODY QUAD P
COLOR Red RADIO
LICENSE FUEL Diesel
TITLE TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 23,500 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 23,940.00 |
| PAID: | |
| BALANCE: | $23,940.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **210105** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FTEX15N9RKA15724 | 1994 | FORD | 810002503424 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| PK | F15 | 11/1/1993 | 8/25/2016 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| M2515 | Exempt | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SETH WADLEY AUTO GROUP
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43181283
(This is not a title number)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: UD2430 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** 519 I-30 E. Sulphur Sprgs TX 75482

**Actual Purchase Price of Vehicle:** ______

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

E X E M P T (NO TENTHS)

- [x] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** KSCUA

Subscribed and Sworn to Before me this 21 Day of February, 20 20

Notary Public: [signature] Commission Expiration: ______

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

[Notary stamp: ADYLEE APPEL, NOTARY PUBLIC, STATE OF OKLAHOMA] Notary Seal/Stamp Here

**Signature of Buyer(s):** ______ **Printed Name of Buyer(s):** ______

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________________

**Purchaser(s) Complete Address:**____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________________ **Printed Name of Seller(s):**____________________

Subscribed and Sworn to Before me this ____________Day of____________, 20____

Notary Public: ____________________ Commission Expiration:____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**____________________ **Printed Name of Buyer(s):**____________________

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):____________________

**Purchaser(s) Complete Address:**____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):**____________________ **Printed Name of Seller(s):**____________________

Subscribed and Sworn to Before me this ____________Day of____________, 20____

Notary Public: ____________________ Commission Expiration:____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):**____________________ **Printed Name of Buyer(s):**____________________

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:**____________________ **DATE OF LIEN:**____________________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:**____________________

Lawton Cache Auto Auction

Title

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/05/2020
Print Time: 12:08 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 010

**BUYER(Purchaser)** :P-109420 376
Mike Garrison 903-951-8597
Rock Hill Used Cars
549 Interstate 30 East
Sulphur Springs, TX 75482

Seller **UD2430**
UD2430 Seth Wadley Auto Group
Sam Cash
PO Box 650
Pauls Valley, OK 73075

SALE#: 40375
DATE: 3/04/20
STATUS: SLD
DRIVE: Green
LANE

**VEHICLE DESCRIPTION**

SERIAL 1FTEX15N9RKA15724 A15724
ODOMETER STATUS

| | | | |
|---|---|---|---|
| YEAR | 1994 | MAKE | FORD |
| MODEL | F150 | BODY | SUPER |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | |
|---|---|
| SALE PRICE: | 8,800 |
| BUYER FEE: | 190.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 8,990.00 |
| PAID: | |
| BALANCE: | $8,990.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **143260** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

Nextgear
1320 City Center Dr, Ste 100A
Carmel, IN 46032

46032-381599

187315B

CERTIFICATE OF TITLE

# STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FDXE4FSXFDA07194 | 2015 | FORD | 810008029229 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| YY | ECONOLINE | | 12-Feb-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M5116 | White | 11-Feb-2020 | 96604 Actual | Original |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

TOMMY NIX AUTO GROUP LLC
PO BOX 1736
TAHLEQUAH OK 74465-1736

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48244734
(This is not a title number)

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2903751

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** **(If Dealer, List License # Here:** UD2804 **)**

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): Rock Hill Used Cars

**Purchaser(s) Complete Address:** ____

**Actual Purchase Price of Vehicle:** ____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

96831 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** [signature] **Printed Name of Seller(s):** Laura Jenkins

Subscribed and Sworn to Before me this 10th Day of March, 2020

Notary Public [signature] Commission Expiration April 25, 2023

BRITTANY SCHNITZER
Notary Public, State of Oklahoma
Commission # 15003835
My Commission Expires 04-25-2023

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____ **Printed Name of Buyer(s):** ____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ____________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: ____________________

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print): ____________________

**Purchaser(s) Complete Address:** ____________________

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** ____________________

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

**Signature of Seller(s):** ____________________ **Printed Name of Seller(s):** ____________________

Subscribed and Sworn to Before me this ____________ Day of ____________, 20____

Notary Public: ____________________ Commission Expiration: ____________________

*Affix Notary Seal / Stamp Here*

***Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.***

**Signature of Buyer(s):** ____________________ **Printed Name of Buyer(s):** ____________________

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

**LIENHOLDER NAME:** ____________________ **DATE OF LIEN:** ____________________

**LIENHOLDER ADDRESS / CITY / STATE / ZIP:** ____________________

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 3/13/2020
Print Time: 10:31 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 142

| **BUYER(Purchaser) :**P-109420 376 | Seller **UD-2804** | SALE#: 40490 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD-2804 Tommy Nix Auto Group | DATE: 3/11/20 |
| Rock Hill Used Cars | Shagla Nix | STATUS: SLD |
| 549 Interstate 30 East | PO Box 1736 | DRIVE: |
| Sulphur Springs, TX 75482 | Tahlequah, OK 74485 | LANE |

**VEHICLE DESCRIPTION**

SERIAL 1FDXE4FSXFDA07194 A07194
ODOMETER STATUS
YEAR 2015 MAKE FORD
MODEL ECONOLINE BODY 2DR
COLOR White RADIO
LICENSE FUEL Gas
TITLE TRANS AUTO

| | |
|---|---|
| SALE PRICE: | 25,000 |
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 25,440.00 |
| PAID: | |
| BALANCE: | $25,440.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I ______________________ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **96831** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) ______________________

Transferee's (buyer) signature) ______________________

Transferee's (buyer) signature) ______________________

Printed name of person(buyer) signing ______________________

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

LAWTON AUTO AUCTION
1 SW 112 St.
Lawton, OK 73505

FOREVER / USA FOREVER / USA

73125-999

Next gear Capital
1320 City Center DR, Ste 100A
CARmel, IN 46032