# EXHIBIT L



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014760 | 443058-1049 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2002 Chevrolet Suburban | 318,890 | 1GNEC16Z82J293191 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

Total Charges : $279.00

Net Proceeds : $321.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE
Sale Price: $600.00

Auctioneer: Wade Shaw

## SALE INFORMATION
**Sale Date: 6/4/2020**      **Lot #: F 170**      Sale Type: Consignment Sale

## TITLE INFORMATION
Title State/Number: IN/20806125000099          Certificate of Origin: No

## VEHICLE INFORMATION
**VIN: 1GNEC16Z82J293191**          Stock #: 827830
2002 CHEVROLET SUBURBAN, White, LS
Body Style: 4DR 1500
**Odometer: 318,890 Miles**
                              Client Unit ID: 15014760
Category: RRP

## VEHICLE OPTIONS
8 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 7 Passenger, Leather Interior, Power Driver Seat, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

## CERTIFICATIONS

## AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LANES MOTORS AND USED CARS LLC** |
|---|---|---|---|
| | | | LANES MOTORS AND USED CARS LLC |
| | 11299 N. Illinois Street | | 8906 LANDERS ROAD |
| | Carmel, IN 46032 | | SHERWOOD, AR 72120 |
| | (317) 815-9645 | | (501) 351-5772 |
| | | | License: AR/M9299 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: DANIEL PEREZ

Signature on File

*Signature on File*

SELLER                                    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received as good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LANES MOTORS AND USED CARS LLC** |
|---|---|---|---|
| | | | LANES MOTORS AND USED CARS LLC |
| | 11299 N. Illinois Street | | 8906 LANDERS ROAD |
| | Carmel, IN 46032 | | SHERWOOD, AR 72120 |
| | (317) 815-9645 | | (501) 351-5772 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2002, CHEVROLET, SUBURBAN, White, LS, 4DR 1500 |
|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 170 | Sale Type: Consignment Sale | VIN: 1GNEC16Z82J293191 | Stock #: 827830     **Odometer: 318,890 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**
ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000099      Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Total: | ($491.00) | |
| Net Due: | ($491.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| Total: $491.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014764 | 443058-1050 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2006 Mazda Mazda6 | 160,578 | JM1GG12L761105547 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $454.00

**Net Proceeds :** $746.00

brenda.timmons

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE

Sale Price: $1,200.00

Auctioneer: Wade Shaw

### SALE INFORMATION

**Sale Date:** 6/4/2020     **Lot #:** F 160     Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000148     Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: JM1GG12L761105547**     Stock #: 828716
2006 MAZDA MAZDA6, Grey, GRAND TOURING MAZDAS
Body Style: 4DR SDN
**Odometer: 160,578 Miles**
                  Client Unit ID: 15014764
Category: RRP

### VEHICLE OPTIONS

4 Cylinder Gas Turbo, 6 Speed Transmission, Sun Roof, Air Conditioning, AM\FM\CD, Drive Train - All Wheel, 5 Passenger, Leather Interior, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **HONDO MOTORS** |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | | 920 S BUCKNER BLVD<br>DALLAS, TX 75217<br>(214) 391-6777<br>License: TX/P121593 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: NAZIR AHMAD

Signature on File

| SELLER | BUYER |
|---|---|

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **HONDO MOTORS** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 920 S BUCKNER BLVD |
| | Carmel, IN  46032 | | DALLAS, TX  75217 |
| | (317) 815-9645 | | (214) 391-6777 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2006, MAZDA, MAZDA6, Grey, GRAND TOURING MAZDAS, 4DR SDN |
|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 160** | Sale Type: Consignment Sale | **VIN:** JM1GG12L761105547 | Stock #: 828716 |
| | | | | **Odometer: 160,578 Miles** |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000148        Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L1 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 105547 |
| Total: | ($916.00) | |
| Net Due: | ($916.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $916.00 | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014769 | 443058-1055 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2009 Ford F250SD | 999,999 | 1FTSX20R89EA01704 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $420.00
**Net Proceeds :** $780.00

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
TMU
AS IS

### VEHICLE SALE

Sale Price: $1,200.00

Auctioneer: Bandy Assiter

### SALE INFORMATION

Sale Date: 6/4/2020        Lot #: T 989        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806130000390        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FTSX20R89EA01704**        Stock #: 827882
2009 FORD SUPER DUTY F-250, White, 2WD SUPERCAB 158 XL
Body Style: 4 DOOR 2WD
**Odometer: 999,999 Miles**
        Client Unit ID: 15014769
Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, Rear Wheel Drive, 5 Passenger, Vinyl Interior, Air Bag - Dual, Power Steering, Cruise Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is     Yellow Light - Caution     Blue Light - Title Received

*This vehicle is sold AS IS - No Arbitration

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:    PAR/AFC Corporate**        **BUYER:    GL EXPRESS LLC**

                                                                  GL EXPRESS LLC

11299 N. Illinois Street                                  60 ASBURY RD STE# 326
Carmel, IN 46032                                          HACKETTSTOWN, NJ 07840
(317) 815-9645                                            (347) 962-9254
                                                                  License: NJ/07217U

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: LEVAN NAZGAIDZE

Signature on File                                        Signature on File

SELLER                                                    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GL EXPRESS LLC** |
|---|---|---|---|
| | | | GL EXPRESS LLC |
| | 11299 N. Illinois Street | | 60 ASBURY RD STE# 326 |
| | Carmel, IN 46032 | | HACKETTSTOWN, NJ 07840 |
| | (317) 815-9645 | | (347) 962-9254 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2009, FORD, SUPER DUTY F-250, White, 2WD SUPERCAB 158 XL, 4 DOOR 2WD |
|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: T 989 | Sale Type: Consignment Sale | VIN: 1FTSX20R89EA01704 | Stock #: 827882 |
| | | | | **Odometer: 999,999 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/20806130000390     Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FTSX20R89EA01704. |
| Total: | ($950.00) | |
| Net Due: | ($950.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | Issue ACH W/O Tran (net) | ($175.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| Total: $950.00 | Issue ACH W/O Tran (net) | $1,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014775 | 443058-1062 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2011 Chevrolet Silverado 2500 | 267,242 | 1GC0KVCG2BZ387391 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 2,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $290.00
**Net Proceeds :** $1,710.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

## VEHICLE SALE

Sale Price: $2,000.00

Auctioneer: Bandy Assiter

## SALE INFORMATION

**Sale Date:** 6/4/2020      **Lot #: T 1004**      Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20806125000161      Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1GC0KVCG2BZ387391**      Stock #: 827860
2011 CHEVROLET SILVERADO 2500HD, White, WORK TRUCK
Body Style: 4WD REG CAB 133.7
**Odometer: 267,242 Miles**
                               Client Unit ID: 15014775
Category: RRP

### VEHICLE OPTIONS
8 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, 4WD, 3 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is      Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **P P D AUTO DIVISION LLC** |
|---|---|---|---|
| | | | P P D AUTO DIVISION LLC |
| | 11299 N. Illinois Street | | 5620 SOUTHMOST RD |
| | Carmel, IN 46032 | | BROWNSVILLE, TX 78521 |
| | (317) 815-9645 | | (956) 509-0587 |
| | | | License: TX/P110589 |

SELLING REPRESENTATIVE: Selling Representative not in list      BUYING REPRESENTATIVE: RAUL PIZANA

Signature on File.      Raul Pizana

SELLER      BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage, This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **P P D AUTO DIVISION LLC** |
|---|---|---|---|
| | | | P P D AUTO DIVISION LLC |
| | 11299 N. Illinois Street | | 5620 SOUTHMOST RD |
| | Carmel, IN 46032 | | BROWNSVILLE, TX 78521 |
| | (317) 815-9645 | | (956) 509-0587 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2011, CHEVROLET, SILVERADO 2500HD, White, WORK TRUCK, 4WD REG CAB 133.7 |
|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: T 1004**  Sale Type: Consignment Sale | **VIN: 1GC0KVCG2BZ387391** | |
| | | Stock #: 827860 | **Odometer: 267,242 Miles** |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000161          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($2,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | NO START - APPROVED 5.19 MSI/TRANS & TRANSFER CASE MISSING. REC VIDEO |
| Total: | ($1,880.00) | |
| Net Due: | ($1,880.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $2,000.00 |
| Total: $1,880.00 | Issue ACH W/O Tran (net) | ($45.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines. '



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014783 | 443058-1081 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2014 Ram 3500 | 149,464 | 3C63RRGL8EG149807 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 15,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $454.00

**Net Proceeds :** $15,146.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE
Sale Price: $15,600.00

Auctioneer: Wade Shaw

### SALE INFORMATION
**Sale Date: 6/4/2020**      **Lot #: F 156**      Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/2080612500176          Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 3C63RRGL8EG149807**          Stock #: 828856
2014 RAM 3500, White, TRADESMAN
Body Style: 4WD CREW CAB 169
**Odometer: 149,464 Miles**
                                      Client Unit ID: 15014783
Category: RRP

### VEHICLE OPTIONS
6 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, 4WD, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLOBAL MOTOR CARS** |
|---|---|---|---|
| | | | GLOBAL AUTO MOTORS LLC |
| | 11299 N. Illinois Street | | 620 HIGHWAY 6 S |
| | Carmel, IN 46032 | | HOUSTON, TX 77079 |
| | (317) 815-9645 | | (346) 402-5949 |
| | | | License: TX/P113119 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: FAHEEM CHANDA

Signature on File

*Signature on File*

SELLER                                         BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



### ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLOBAL MOTOR CARS** |
|---|---|---|---|
| | | | GLOBAL AUTO MOTORS LLC |
| | 11299 N. Illinc s Street | | 620 HIGHWAY 6 S |
| | Carmel, IN 46032 | | HOUSTON, TX 77079 |
| | (317) 815-9645 | | (346) 402-5949 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2014, RAM, 3500, White, TRADESMAN, 4WD CREW CAB 169 |
|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 156 | Sale Type: Consignment Sale | VIN: 3C63RRGL8EG149807 | Stock #: 828856   Odometer: 149,464 Miles |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

## TITLE INFORMATION
Title State/Number: IN/20806125000176          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($15,600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L5 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 149807 |
| Total: | ($15,316.00) | |
| Net Due: | ($15,316.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $15,316.00 | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $15,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014787 | 443058-1086 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|---------------------|---------|-----|
| | 2012 Ford Expedition | 115,038 | 1FMJU1K54CEF09406 |

| Auction | Sale Date | Sale Price |
|---------|-----------|------------|
| ADESA DALLAS | 06/04/2020 | $ 8,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $424.00

**Net Proceeds :** $8,176.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $8,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020        Lot #: F 148        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000182        Certificate of Origin: No

### VEHICLE INFORMATION

VIN: **1FMJU1K54CEF09406**        Stock #: 827811
2012 FORD EXPEDITION, White, LIMITED
Body Style: 2WD 4DR
**Odometer: 115,038 Miles**
                                    Client Unit ID: 15014787
Category: RRP

### VEHICLE OPTIONS

8 Cylinder Gas, Automatic Transmission. Sun Roof, Dual - AC, AM\FM\CD, Rear Wheel Drive, 7 Passenger, Leather Interior. Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control, Navigational System, Memory Seat, Sirius Satellite Radio, Bluetooth, Power Liftgate, Back-up Camera.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | 11299 N. Illinois Street | | GLK AUTO GROUP LLC |
| | Carmel, IN  46032 | | 2800 E JEFFERSON ST |
| | (317) 815-9645 | | GRAND PRAIRIE, TX  75051 |
| | | | (972) 237-2736 |
| | | | License: TX/P130474 |

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: HECTOR HERNANDEZ

Signature on File

SELLER                                                BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an Invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



### ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | | | GLK AUTO GROUP LLC |
| | 11299 N. Illinois Street | | 2800 E JEFFERSON ST |
| | Carmel, IN  46032 | | GRAND PRAIRIE, TX  75051 |
| | (317) 815-9645 | | (972) 237-2736 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2012, FORD, EXPEDITION, White, LIMITED, 2WD 4DR | |
|---|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 148 | Sale Type: Consignment Sale | **VIN: 1FMJU1K54CEF09406** | Stock #: 827811 | **Odometer: 115,038 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**
ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000182         Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($8,600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L3 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398318 |
| Total: | ($8,346.00) | |
| Net Due: | ($8,346.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $8,346.00 | Issue ACH W/O Tran (net) | ($145.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $8,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014789 | 443058-1088 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2004 Dodge Ram 2500 | 149,070 | 3D7KU28C64G204039 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 4,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 90.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $510.00

**Net Proceeds :** $3,690.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $4,200.00

Auctioneer: Wade Shaw

## SALE INFORMATION

| Sale Date: 6/4/2020 | Lot #: F 155 | Sale Type: Consignment Sale |

### TITLE INFORMATION

Title State/Number: IN/20806125000187          Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 3D7KU28C64G204039**          Stock #: 827947

2004 DODGE RAM 2500, Beige, SLT

Body Style: 4DR QUAD CAB 160.5

**Odometer: 149,070 Miles**

Client Unit ID: 15014789

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\Cass\CD, 4WD, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **SHORT MOTOR COMPANY** |
|---|---|---|---|
| | | | SHORT ENTERPRISES INC |
| | 11299 N. Illinois Street | | 4362 MCCART AVE |
| | Carmel, IN  46032 | | FORT WORTH, TX  76115 |
| | (317) 815-9645 | | (817) 988-2629 |
| | | | License: TX/P7946 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: BRADY SHORT

Signature on File

SELLER          BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **SHORT MOTOR COMPANY** |
|---|---|---|---|
| | | | SHORT ENTERPRISES INC |
| | 11299 N. Illinois Street | | 4362 MCCART AVE |
| | Carmel, IN 46032 | | FORT WORTH, TX 76115 |
| | (317) 815-9645 | | (817) 988-2629 |

### SALE INFORMATION

| Sale Date: 6/4/2020 | Lot #: F 155 | Sale Type: Consignment Sale |
|---|---|---|

### VEHICLE INFORMATION

2004, DODGE, RAM 2500, Beige, SLT, 4DR QUAD CAB 160.5

| VIN: 3D7KU28C64G204039 | Stock #: 827947 | Odometer: 149,070 Miles |
|---|---|---|

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000187        Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,200.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $90.00 | NO START - APPROVED 5.18 MS//DIAG NO START REPAIRED SHIFT CABLE AND ADJUSTED, RUNS AND DRIVES |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7KU28C64G204039. |
| Total: | ($3,860.00) | |
| Net Due: | ($3,860.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($90.00) |
| Total: $3,860.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $4,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014794 | 443058-1090 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Dodge Ram 2500 | 237,483 | 3D7KR28A48G116225 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 3,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| Mechanical Work - Labor | Auction | RECON: Body Work | $ 100.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $365.00

**Net Proceeds :** $3,235.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $3,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020        Lot #: F 167        Sale Type: Consignment Sale

## TITLE INFORMATION

Title State/Number: IN/20806125000199        Certificate of Origin: No

## VEHICLE INFORMATION

VIN: 3D7KR28A48G116225        Stock #: 827929
2008 DODGE RAM 2500, Silver, SLT
Body Style: 2WD QUAD CAB 140.5
**Odometer: 237,483 Miles**

Client Unit ID: 15014794

Category: RRP

## VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control,

## CERTIFICATIONS

## AUCTION LIGHTS

Red Light - As Is        Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:** **PAR North America**

7835 Woodland Dr Suite 150
Indianapolis, IN 46278
(317) 818-4500

**BUYER:** **DFW TRUCKS**

ZAMORA PEREZ INVESTMENTS LLC

3329 S GARLAND AVE
GARLAND, TX 75041
(972) 840-0300
License: TX/P101346

SELLING REPRESENTATIVE: Selling Representative not in list

Signature on File

SELLER

BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN 46278 | | GARLAND, TX 75041 |
| | (317) 818-4500 | | (972) 840-0300 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2008, DODGE, RAM 2500, Silver, SLT, 2WD QUAD CAB 140.5 |
|---|---|---|---|---|
| **Sale Date: 6/4/2020** | **Lot #: F 167** | Sale Type: Consignment Sale | **VIN: 3D7KR28A48G116225** | Stock #: 827929     **Odometer: 237,483 Miles** |

**PAY PROCEEDS TO:**
    PAR North America
    11299 N. Illinois StreetAttn: PAR Accounting
    Carmel, IN 46032
    (317) 818-4500

**PAYMENT TYPE:**
    ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/20806125000199      Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,600.00) | |
| Seller Fee | $95.00 | |
| Body Shop - Labor | $100.00 | DE ID - APPROVED 5.29 MS |
| Total: | ($3,405.00) | |
| Net Due: | ($3,405.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($100.00) |
| | Issue ACH W/O Tran (net) | ($95.00) |
| | Issue ACH W/O Tran (net) | $3,600.00 |
| Total: $3,405.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014749 | 443058-1028 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2006 Dodge Ram 3500 | 204,874 | 3D7ML48C26G178761 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 6,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $499.00

**Net Proceeds :** $5,501.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE
Sale Price: $6,000.00

Auctioneer: Wade Shaw

### SALE INFORMATION
**Sale Date: 6/4/2020**      **Lot #: F 166**      Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/2080612500045          Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 3D7ML48C26G178761**          Stock #: 827973
2006 DODGE RAM 3500, Silver, SLT
Body Style: 4DR QUAD CAB 160.5 D
**Odometer: 204,874 Miles**
                          Client Unit ID: 15014749
Category: RRP

### VEHICLE OPTIONS
6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear
Wheel Drive, 5 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks,
Power Windows, Cruise Control,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may
result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill
of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless
disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical
limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 11299 N. Illinois Street | | 3329 S GARLAND AVE |
| | Carmel, IN 46032 | | GARLAND, TX 75041 |
| | (317) 815-9645 | | (972) 840-0300 |
| | | | License: TX/P101346 |

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

Signature on File.

SELLER                                      BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by
reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle
and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to
Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your
dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



| ADESA Dallas | | SELLER: | PAR/AFC Corporate | BUYER: | DFW TRUCKS |
|---|---|---|---|---|---|
| 3501 Lancaster Hutchins Road | | | | | ZAMORA PEREZ INVESTMENTS LLC |
| Hutchins, TX 75141 | | | 11299 N. Illinois Street | | 3329 S GARLAND AVE |
| (972) 225-6000 | | | Carmel, IN 46032 | | GARLAND, TX 75041 |
| | | | (317) 815-9645 | | (972) 840-0300 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2006, DODGE, RAM 3500, Silver, SLT, 4DR QUAD CAB 160.5 D | |
|---|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 166 | Sale Type: Consignment Sale | VIN: 3D7ML48C26G178761 | Stock #: 827973 | Odometer: 204,874 Miles |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/2080612500045          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($6,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | DIAG NO START, BLED FUEL SYSTEM TO MAKE RUN |
| Recon - Wash and Vac | $30.00 | L7 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7ML48C26G178761. |
| Total: | ($5,671.00) | |
| Net Due: | ($5,671.00) | |

| PAYMENTS AND ADJUSTMENTS | | | |
|---|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) | |
| | Issue ACH W/O Tran (net) | $6,000.00 | |
| Total: $5,671.00 | Issue ACH W/O Tran (net) | ($4.00) | |
| | Issue ACH W/O Tran (net) | ($30.00) | |
| | Issue ACH W/O Tran (net) | ($45.00) | |
| | Issue ACH W/O Tran (net) | ($175.00) | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| .  MICHAEL VERNON GARRISON DBA: ROCK | 15014755 | 443058-1034 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2007 Ford F250SD | 253,209 | 1FTSW21P57EB14538 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 3,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $465.00

**Net Proceeds :** $2,535.00

# Bill of Sale



## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

**VEHICLE SALE**

Sale Price: $3,000.00

Auctioneer: Bandy Assiter

---

## SALE INFORMATION

**Sale Date:** 6/4/2020       **Lot #:** T 990       Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN\20806125000119          Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1FTSW21P57EB14538**          Stock #: 827871
2007 FORD SUPER DUTY F-250, Grey, LARIAT
Body Style: 4WD CREW CAB 172 LA
**Odometer: 253,209 Miles**
                              Client Unit ID: 15014755
Category: RRP

### VEHICLE OPTIONS
8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, 4WD, 6 Passenger, Leather Interior, Air Bag - Dual, Power Steering.

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **RIOS AUTO SALES** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 3202 E MAIN ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75050 |
| | (317) 815-9645 | | (214) 724-3646 |
| | | | License: TX/P45304 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: REFUGIO PEREZ

*Signature on File*

*Signature on File*

SELLER

BUYER

---

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **RIOS AUTO SALES** |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | | 3202 E MAIN ST<br>GRAND PRAIRIE, TX 75050<br>(214) 724-3646 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2007, FORD, SUPER DUTY F-250, Grey, LARIAT, 4WD CREW CAB 172 LA |
|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: T 990** | Sale Type: Consignment Sale | **VIN: 1FTSW21P57EB14538** | Stock #: 827871 |
| | | | | **Odometer: 253,209 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:** ACH W/O Tran

## TITLE INFORMATION
Title State/Number: IN/20806125000119          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,000.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $45.00 | Check No Start - APPROVED 5.29 MS/Injection pump is bad. Rec video |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FTSW21P57EB14538. |
| Total: | ($2,705.00) | |
| Net Due: | ($2,705.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($45.00) |
| Total: $2,705.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,000.00 |
| | Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014767 | 443058-1054 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2010 Dodge Challenger | 155,164 | 2B3CJ4DV0AH184071 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 4,400.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $444.00

**Net Proceeds :** $3,956.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE
Sale Price: $4,400.00

Auctioneer: Wade Shaw

## SALE INFORMATION
**Sale Date: 6/4/2020**       **Lot #: F 158**       Sale Type: Consignment Sale

## TITLE INFORMATION
Title State/Number: IN/2080612700014        Certificate of Origin: No

## VEHICLE INFORMATION
**VIN: 2B3CJ4DV0AH184071**        Stock #: 827820
2010 DODGE CHALLENGER, Black, SE
Body Style: 2DR CPE
**Odometer: 155,164 Miles**
                              Client Unit ID: 15014767
Category: RRP

## VEHICLE OPTIONS
6 Cylinder Gas, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

## CERTIFICATIONS

## AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **A-TEAM MOTORS LLC** |
|---|---|---|---|
| | | | A-TEAM MOTORS LLC |
| | 7835 Woodland Dr Suite 150 | | 3607 W ROOSEVELT DR |
| | Indianapolis, IN  46278 | | LITTLE ROCK, AR  72204 |
| | (317) 818-4500 | | (501) 954-0343 |
| | | | License: AR/M10406 |

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: MALACHI AKINS

Signature on File        *Signature on File*

SELLER        BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller

| **ADESA Dallas**<br>3501 Lancaster Hutchins Road<br>Hutchins, TX 75141<br>(972) 225-6000 | SELLER: **PAR North America**<br><br>7835 Woodland Dr Suite 150<br>Indianapolis, IN 46278<br>(317) 818-4500 | BUYER: **A-TEAM MOTORS LLC**<br><br>A-TEAM MOTORS LLC<br>3607 W ROOSEVELT DR<br>LITTLE ROCK, AR 72204<br>(501) 954-0343 |
|---|---|---|

| **SALE INFORMATION** | | **VEHICLE INFORMATION** | 2010, DODGE, CHALLENGER, Black, SE, 2DR CPE |
|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 158** | Sale Type: Consignment Sale | **VIN: 2B3CJ4DV0AH184071** | Stock #: 827820 | **Odometer: 155,164 Miles** |

| PAY PROCEEDS TO: | PAR North America<br>11299 N. Illinois StreetAttn: PAR Accounting<br>Carmel, IN 46032<br>(317) 818-4500 |
|---|---|
| PAYMENT TYPE: | ACH W/O Tran |

## TITLE INFORMATION

Title State/Number: IN/20806127000114          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,400.00) | |
| Seller Fee | $95.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398317 |
| Total: | ($4,126.00) | |
| Net Due: | ($4,126.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| Total: $4,126.00 | Issue ACH W/O Tran (net) | ($145.00) |
| | Issue ACH W/O Tran (net) | ($95.00) |
| | Issue ACH W/O Tran (net) | $4,400.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014776 | 443058-1068 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|---------------------|---------|-----|
| | 2015 Ford F250SD | 189,990 | 1FT7W2BTXFEC20953 |

| Auction | Sale Date | Sale Price |
|---------|-----------|------------|
| ADESA DALLAS | 06/04/2020 | $ 23,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $279.00
**Net Proceeds :** $22,721.00

brenda.timmons

## Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE

Sale Price: $23,000.00

Auctioneer: Wade Shaw

### SALE INFORMATION

**Sale Date: 6/4/2020**      **Lot #: F 165**      Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN20806125000107      Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FT7W2BTXFEC20953**      Stock #: 827809
2015 FORD SUPER DUTY F-250 SRW, Black, LARIAT
Body Style: CREW CAB
**Odometer: 189,990 Miles**
                                        Client Unit ID: 15014776
Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Dual - AC, AM\FM\CD, 4WD, 5 Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Windows, Traction Control, Navigational System, Memory Seat, Sirius Satellite Radio, Bluetooth,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALPHA AUTOPLEX** |
|---|---|---|---|
| | | | RALLY FINANCE INC |
| | 11299 N. Illinois Street | | 3090 N STEMMONS FWY |
| | Carmel, IN 46032 | | DALLAS, TX 75247 |
| | (317) 815-9645 | | (214) 597-3003 |
| | | | License: TX/P137745 |

SELLING REPRESENTATIVE: Selling Representative not in list      BUYING REPRESENTATIVE: THAYER ALHINDI

Signature on File.

| SELLER | BUYER |
|---|---|

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALPHA AUTOPLEX** |
|---|---|---|---|
| | | | RALLY FINANCE INC |
| | 11299 N. Illinois Street | | 3090 N STEMMONS FWY |
| | Carmel, IN  46032 | | DALLAS, TX  75247 |
| | (317) 815-9645 | | (214) 597-3003 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-250 SRW, Black, LARIAT, CREW CAB |
|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 165** | Sale Type: Consignment Sale | **VIN: 1FT7W2BTXFEC20953** | Stock #: 827809 |
| | | | | **Odometer: 189,990 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000107          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($23,000.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L3 |
| EPA Fee | $4.00 | |
| Total: | ($22,891.00) | |
| Net Due: | ($22,891.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| Total: $22,891.00 | Issue ACH W/O Tran (net) | $23,000.00 |
| | Issue ACH W/O Tran (net) | ($30.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014785 | 443058-1085 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2004 GMC Sierra 3500 | 137,154 | 1GTJK33214F263548 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 6,800.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 95.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $440.00

**Net Proceeds :** $6,360.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $6,800.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020        Lot #: F 151        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788098000073        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1GTJK33214F263548**        Stock #: 829994
2004 GMC SIERRA 3500, Beige, DRW SLT
Body Style: CREW CAB 167 WB 4WD
**Odometer: 137,154 Miles**
        Client Unit ID: 15014785

Category: RRP
    ;

### VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Hard Top, Independent Climate Control, AM\FM \CD, 4WD, 5 Passenger, Leather Interior, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Memory Seat.

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | | | GLK AUTO GROUP LLC |
| | 7835 Woodland Dr Suite 150 | | 2800 E JEFFERSON ST |
| | Indianapolis, IN 46278 | | GRAND PRAIRIE, TX 75051 |
| | (317) 818-4500 | | (972) 237-2736 |
| | | | License: TX/P130474 |

SELLING REPRESENTATIVE: Selling Representative not in list        BUYING REPRESENTATIVE: HECTOR HERNANDEZ

Signature on File

SELLER        BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **GLK AUTO GROUP LLC** |
|---|---|---|---|
| | | | GLK AUTO GROUP LLC |
| | 7835 Woodland Dr Suite 150 | | 2800 E JEFFERSON ST |
| | Indianapolis, IN 46278 | | GRAND PRAIRIE, TX 75051 |
| | (317) 818-4500 | | (972) 237-2736 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2004, GMC, SIERRA 3500, Beige, DRW SLT, CREW CAB 167 WB 4WD |
|---|---|---|---|---|
| **Sale Date:** 6/4/2020 | **Lot #: F 151** | Sale Type: Consignment Sale | **VIN: 1GTJK33214F263548** | Stock #: 829994     **Odometer: 137,154 Miles** |

**PAY PROCEEDS TO:**    PAR North America
    11299 N. Illinois StreetAttn: PAR Accounting
    Carmel, IN 46032
    (317) 818-4500

**PAYMENT TYPE:**    ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20788098000073      Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($6,800.00) | |
| Seller Fee | $95.00 | |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 485962; Changed seller from R2644 |
| Total: | ($6,530.00) | |
| Net Due: | ($6,530.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($95.00) |
| | Issue ACH W/O Tran (net) | $6,800.00 |
| Total: $6,530.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 08 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| .  MICHAEL VERNON GARRISON DBA: ROCK | 15014788 | 443058-1087 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2011 Ford Explorer | 148,451 | 1FMHK8F89BGA68442 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/04/2020 | $ 5,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 145.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $424.00
**Net Proceeds :** $5,176.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $5,600.00

Auctioneer: Wade Shaw

## SALE INFORMATION

Sale Date: 6/4/2020       Lot #: F 152       Sale Type: Consignment Sale

## TITLE INFORMATION

Title State/Number: IN/20806125000139       Certificate of Origin: No

## VEHICLE INFORMATION

**VIN: 1FMHK8F89BGA68442**       Stock #: 827827
2011 FORD EXPLORER, Black, LIMITED
Body Style: 4WD 4DR
**Odometer: 148,451 Miles**
                                          Client Unit ID: 15014788
Category: RRP

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ROBERTS AUTOMOTIVE** |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | | 500 S 2ND AVE<br>DODGE CITY, KS 67801<br>(620) 225-4164<br>License: KS/D3699 |

## VEHICLE OPTIONS

6 Cylinder Gas, Automatic Transmission, Sun Roof, Independent Climate Control, AM\FM \CD, 4WD, 7 Passenger, Leather Interior, Power Driver Seat, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control, Navigational System, Memory Seat, Back-up Camera,

## CERTIFICATIONS

SELLING REPRESENTATIVE: Selling Representative not in list

## AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

BUYING REPRESENTATIVE: ROBERTO DOMINGUEZ

*Signature on File.*

SELLER

*Signature on File*

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. Please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ROBERTS AUTOMOTIVE** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 500 S 2ND AVE |
| | Carmel, IN 46032 | | DODGE CITY, KS 67801 |
| | (317) 815-9645 | | (620) 225-4164 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2011, FORD, EXPLORER, Black, LIMITED, 4WD 4DR | |
|---|---|---|---|---|---|
| Sale Date: 6/4/2020 | Lot #: F 152 | Sale Type: Consignment Sale | VIN: 1FMHK8F89BGA68442 | Stock #: 827827 | **Odometer: 148,451 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000139          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($5,600.00) | |
| Seller Fee | $75.00 | |
| Recon - Wash and Vac | $30.00 | L4 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $145.00 | LOAD 15398320 |
| Total: | ($5,346.00) | |
| Net Due: | ($5,346.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $5,346.00 | Issue ACH W/O Tran (net) | ($145.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $5,600.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500 Fax: (317) 843-3001
Federal ID#: 35-2062003**

Wednesday, 10 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014754 | 443058-1029 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Dodge Ram 3500 | 152,391 | 3D7ML48A18G219298 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/08/2020 | $ 5,300.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Internet Fee | Auction | | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $529.00

**Net Proceeds :** $4,771.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE
Sale Price: $5,300.00          SOS - Off the Block Sale

Auctioneer:

### SALE INFORMATION
Sale Date: 6/8/2020     Lot #: OC36     Sale Type: Internet

### TITLE INFORMATION
Title State/Number: IN/20806125000091          Certificate of Origin: No

### VEHICLE INFORMATION
VIN: 3D7ML48A18G219298          Stock #: 827998
2008 DODGE RAM 3500, Red, ST
Body Style: 2WD QUAD CAB 160.5
Odometer: 152,391 Miles
                              Client Unit ID: 15014754
Category: RRP

### VEHICLE OPTIONS
6 Cylinder Diesel Turbo, 5 Speed Transmission, Hard Top, Air Conditioning, AM\FM\CD, Rear Wheel Drive, 6 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Power Locks, Power Windows,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | PAR/AFC Corporate | BUYER: | AUTO WERX LLC |
|---|---|---|---|
| | | | AMIR ASSADI |
| | 11299 N. Illinois Street | | 4395 SE 95TH ST |
| | Carmel, IN 46032 | | OCALA, FL 34480 |
| | (317) 815-9645 | | (321) 310-4001 |
| | | | License: FL/VI111188971 |

SELLING REPRESENTATIVE: No Rep Present

BUYING REPRESENTATIVE: AMIR ASSADI

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

| **ADESA Dallas** | **SELLER:** | **PAR/AFC Corporate** | **BUYER:** | **AUTO WERX LLC** |
|---|---|---|---|---|
| 3501 Lancaster Hutchins Road | | | | AMIR ASSADI |
| Hutchins, TX 75141 | | 11299 N. Illinois Street | | 4395 SE 95TH ST |
| (972) 225-6000 | | Carmel, IN 46032 | | OCALA, FL 34480 |
| | | (317) 815-9645 | | (321) 310-4001 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2008, DODGE, RAM 3500, Red, ST, 2WD QUAD CAB 160.5 | |
|---|---|---|---|---|---|
| Sale Date: 6/8/2020 | Lot #: OC36 | Sale Type: Internet | VIN: 3D7ML48A18G219298 | Stock #: 827998 | Odometer: 152,391 Miles |

**PAY PROCEEDS TO:**  PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000091          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($5,300.00) | |
| Seller Fee | $105.00 | |
| Mechanical Work - Labor | $45.00 | Check No Start - APPROVED 5.29 MS//DIAG NO START BLED FUEL SYSTEM TO MAKE RUN |
| Recon - Wash and Vac | $30.00 | L7 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7ML48A18G219298. |
| Total: | ($4,941.00) | |
| Net Due: | ($4,941.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($4.00) |
| Total: $4,941.00 | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($105.00) |
| | Issue ACH W/O Tran (net) | $5,300.00 |
| | Issue ACH W/O Tran (net) | ($45.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 10 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014793 | 443058-1089 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2007 Dodge Ram 3500 | 148,480 | 3D7MX48A37G804242 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/08/2020 | $ 9,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Internet Fee | Auction | | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $450.00
**Net Proceeds :** $8,750.00

# Bill of Sale

## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS
Structural Damage

### VEHICLE SALE

Sale Price: $9,200.00          SOS - Off the Block Sale

Auctioneer:

### SALE INFORMATION

Sale Date: 6/8/2020     **Lot #: OC34**     Sale Type: Internet

### TITLE INFORMATION

Title State/Number: IN/2080612500019S          Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 3D7MX48A37G804242**          Stock #: 827824
2007 DODGE RAM 3500, Blue, SLT
Body Style: 4WD QUAD CAB 160.5
**Odometer: 148,480 Miles**
                                   Client Unit ID: 15014793
Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Cloth Interior, Power Driver Seat, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control.

### CERTIFICATIONS

### AUCTION LIGHTS

Green Light - Ride and Drive      Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | PAR/AFC Corporate | BUYER: | CENTRAL MOTORS AUTO SALES INC |
|---|---|---|---|
| | | | CENTRAL MOTORS AUTO SALES INC |
| | 11299 N. Illinois Street | | 902 JOHN HARDEN DRIVE |
| | Carmel, IN  46032 | | JACKSONVILLE, AR  72076 |
| | (317) 815-9645 | | (501) 606-2726 |
| | | | License: AR/M9376 |

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: LUIS PADILLA

*Signature on File*                                *Signature on File*

SELLER                                BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | CENTRAL MOTORS AUTO SALES INC |
|---|---|---|---|
| | | | CENTRAL MOTORS AUTO SALES INC |
| | 11299 N. Illinois Street | | 902 JOHN HARDEN DRIVE |
| | Carmel, IN 46032 | | JACKSONVILLE, AR 72076 |
| | (317) 815-9645 | | (501) 606-2726 |

### SALE INFORMATION
**Sale Date:** 6/8/2020     **Lot #: OC34**     Sale Type: Internet

### VEHICLE INFORMATION
**VIN: 3D7MX48A37G804242**

2007, DODGE, RAM 3500, Blue, SLT, 4WD QUAD CAB 160.5
Stock #: 827824     **Odometer: 148,480 Miles**

### PAY PROCEEDS TO:
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**     ACH W/O Tran

### TITLE INFORMATION
Title State/Number: IN/20806125000195          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,200.00) | |
| Seller Fee | $105.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 3D7MX48A37G804242. |
| Total: | ($8,920.00) | |
| Net Due: | ($8,920.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($105.00) |
| Total: $8,920.00 | Issue ACH W/O Tran (net) | $9,200.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014801 | 443058-1095 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2016 HONDA PIONEER 1000-5 | 785 | 1HFVE04R7G4000179 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 9,250.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $420.00

**Net Proceeds :** $8,830.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE
Sale Price: $9,250.00

Auctioneer: Tanner Farley

### SALE INFORMATION
**Sale Date:** 6/11/2020        **Lot #: MC653**   Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20788098000070        Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1HFVE04R7G4000179**      Stock #: 827868
2016 HONDA PIONEER, Black, 1000-5
Body Style: ATV
**Odometer: 785 Miles**
                            Client Unit ID: 15014801

Category: RRP

### VEHICLE OPTIONS
Automatic Transmission, 3 Passenger,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **PRIME MOTORCYCLES** |
|---|---|---|---|
| | | | POWERPLAY MOTORSPORTS LLC |
| | 11299 N. Illinois Street | | 1100 S FRENCH AVE |
| | Carmel, IN  46032 | | SANFORD, FL  32771 |
| | (317) 815-9645 | | (407) 383-1905 |
| | | | License: FL/VI10396171 |

SELLING REPRESENTATIVE: ADESA Block Representative        BUYING REPRESENTATIVE: MARK RILEY

*Signature on File.*                                      *Signature on File*

SELLER                                                    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **PRIME MOTORCYCLES** |
|---|---|---|---|
| | | | POWERPLAY MOTORSPORTS LLC |
| | 11299 N. Illinois Street | | 1100 S FRENCH AVE |
| | Carmel, IN  46032 | | SANFORD, FL  32771 |
| | (317) 815-9645 | | (407) 383-1905 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2016, HONDA, PIONEER, Black, 1000-5, ATV |
|---|---|---|---|
| **Sale Date:** 6/11/2020 | **Lot #: MC653**  Sale Type: Consignment Sale | **VIN:** 1HFVE04R7G4000179 | Stock #: 827868            **Odometer: 785 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**  ACH W/O Tran

## TITLE INFORMATION
Title State/Number: IN/20788098000070                    Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,250.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: UNK000179. |
| Total: | ($9,000.00) | |
| Net Due: | ($9,000.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $9,250.00 |
| Total: $9,000.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15023098 | 443058-1093 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2005 Chevrolet Silverado 3500 | 165,103 | 1GCJK33265F919308 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 3,700.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 45.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $465.00
**Net Proceeds :** $3,235.00

brenda.timmons

# Bill of Sale



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS

**VEHICLE SALE**

Sale Price: $3,700.00

Auctioneer: Angie Meier

**SALE INFORMATION**

Sale Date: 6/11/2020     Lot #: T 1014     Sale Type: Consignment Sale

**TITLE INFORMATION**

Title State/Number: IN\20806129000289     Certificate of Origin: No

**VEHICLE INFORMATION**

VIN: **1GCJK33265F919308**     Stock #: 830872
2005 CHEVROLET SILVERADO 3500, White, DRW LS
Body Style: CREW CAB 167 WB 4WD
**Odometer: 165,103 Miles**
Category: RRP     Client Unit ID: 15023098

**VEHICLE OPTIONS**
8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

**CERTIFICATIONS**

**AUCTION LIGHTS**
Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN 46278 | | GARLAND, TX 75041 |
| | (317) 818-4500 | | (972) 840-0300 |
| | | | License: TX/P101346 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

Signature on File.

SELLER     BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN  46278 | | GARLAND, TX  75041 |
| | (317) 818-4500 | | (972) 840-0300 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2005, CHEVROLET, SILVERADO 3500, White, DRW LS, CREW CAB 167 WB 4WD |
|---|---|---|---|
| Sale Date: 6/11/2020   Lot #: **T 1014**  Sale Type: Consignment Sale | | VIN: **1GCJK33265F919308**   Stock #: 830872   **Odometer: 165,103 Miles** | |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetAttn: PAR Accounting
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN20806129000289                 Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,700.00) | |
| Seller Fee | $75.00 | - CONTRACT |
| Mechanical Work - Labor | $45.00 | NO START - APPROVED 5.19 MS/Ck no start. Injection pump is bad. Rec video |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 919308 |
| Total: | ($3,405.00) | |
| Net Due: | ($3,405.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($45.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $3,405.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,700.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| .  MICHAEL VERNON GARRISON DBA: ROCK | 15014799 | 443058-1094 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Chevrolet Silverado 3500 | 180,372 | 1GCJK33648F114088 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 9,100.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 67.50 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $517.50

**Net Proceeds :** $8,582.50

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

## ANNOUNCEMENTS
OWNER AFC-DALLAS
VIDEO
AS IS

## VEHICLE SALE
Sale Price: $9,100.00

Auctioneer: Angie Meier

## SALE INFORMATION

| | | |
|---|---|---|
| **Sale Date: 6/11/2020** | **Lot #: T 1023** | Sale Type: Consignment Sale |

## TITLE INFORMATION
Title State/Number: IN/20806125000223          Certificate of Origin: No

## VEHICLE INFORMATION
**VIN: 1GCJK33648F114088**          Stock #: 829889
2008 CHEVROLET SILVERADO 3500HD, Black, DRW LTZ
Body Style: 4WD CREW CAB 167
**Odometer: 180,372 Miles**
          Client Unit ID: 15014799
Category: RRP

## VEHICLE OPTIONS
8 Cylinder Diesel, Automatic Transmission. Sun Roof, Dual - AC, AM\FM\CD, 4WD, 5
Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and
Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control.
Memory Seat, On Star,

## CERTIFICATIONS

## AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **NATIONAL AUTO REMARKETING** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 720 S LOCUST ST |
| | Carmel, IN 46032 | | DENTON, TX 76201 |
| | (317) 815-9645 | | (972) 221-5556 |
| | | | License: TX/P158243 |

SELLING REPRESENTATIVE: Selling Representative not in list

*Signature on File*

SELLER

BUYING REPRESENTATIVE: NICK FALLAHZADEH

*Signature on File*

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | NATIONAL AUTO REMARKETING |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN  46032<br>(317) 815-9645 | | 720 S LOCUST ST<br>DENTON, TX  76201<br>(972) 221-5556 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2008, CHEVROLET, SILVERADO 3500HD, Black, DRW LTZ, 4WD CREW CAB 167 |
|---|---|---|---|
| Sale Date: 6/11/2020 | Lot #: T 1023  Sale Type: Consignment Sale | VIN: 1GCJK33648F114088 | Stock #: 829889           Odometer: 180,372 Miles |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

### TITLE INFORMATION
Title State/Number: IN20806125000223                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,100.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $67.50 | N/S PRIMED FUEL SYSTEM, RUNS, HAS BAD THROTTLE BODY AND ALTERNATOR NOT CHARGING PROPERLY, WILL NOT ACCELERATE |
| Recon - Wash | $30.00 | DETRASH/INOP |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 485951 |
| Total: | ($8,752.50) | |
| Net Due: | ($8,752.50) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $8,752.50 | Issue ACH W/O Tran (net) | ($67.50) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $9,100.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Friday, 19 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014780 | 443058-1079 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F350SD | 120,297 | 1FD8W3HT2FEA32814 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/17/2020 | $ 17,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Internet Fee | Auction | | $ 30.00 |
| EPA | Auction | | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | | $ 175.00 |
| Auction Sale Fee | Auction | | $ 75.00 |
| Recon: Wash/Vac | Auction | | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $484.00

**Net Proceeds :** $16,516.00

brenda.timmons

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

### VEHICLE SALE

Sale Price: $17,000.00          SOS - Off the Block Sale

Auctioneer:

### SALE INFORMATION

Sale Date: 6/17/2020          Lot #: OC5          Sale Type: Internet

### TITLE INFORMATION

Title State/Number: IN/20806125000169          Certificate of Origin: No

### VEHICLE INFORMATION

VIN: **1FD8W3HT2FEA32814**          Stock #: 827873
2015 FORD SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB
Body Style: 4WD CREW CAB 176 WB
**Odometer: 120,297 Miles**
          Client Unit ID: 15014780

Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 6 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Traction Control,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN 46032 | | DASSEL, MN 55325 |
| | (317) 815-9645 | | (320) 275-2150 |
| | | | License: MN/DLR39331 |

SELLING REPRESENTATIVE: No Rep Present

*Signature on File*

SELLER

BUYING REPRESENTATIVE: CRAIG MCDONALD

*Signature on File*

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller

| | |
|---|---|
| **ADESA Dallas** | |
| 3501 Lancaster Hutchins Road | |
| Hutchins, TX  75141 | |
| (972) 225-6000 | |

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN  46032 | | DASSEL, MN  55325 |
| | (317) 815-9645 | | (320) 275-2150 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB, 4WD CREW CAB 176 WB |
|---|---|---|---|---|
| Sale Date: 6/17/2020 | Lot #: OC5 | Sale Type: Internet | VIN: 1FD8W3HT2FEA32814 | Stock #: 827873     **Odometer: 120,297 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20806125000169          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($17,000.00) | |
| Seller Fee | $105.00 | |
| Recon - Wash and Vac | $30.00 | L1 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FD8W3HT2FEA32814. |
| Total: | ($16,686.00) | |
| Net Due: | ($16,686.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($175.00) |
| | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| Total: $16,686.00 | Issue ACH W/O Tran (net) | ($105.00) |
| | Issue ACH W/O Tran (net) | $17,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 22 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15031273 | 443058-1084 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F250SD | 149,985 | 1FT7W2BTXFEA02463 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/18/2020 | $ 10,800.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon Fee | Auction | RECON: Detail | $ 80.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $329.00

**Net Proceeds :** $10,471.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE
Sale Price: $10,800.00

Auctioneer: Bandy Assiter

### SALE INFORMATION
Sale Date: 6/18/2020     Lot #: B 129     Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20806143000645     Certificate of Origin: No

### VEHICLE INFORMATION
VIN: **1FT7W2BTXFEA02463**     Stock #: 832469
2015 FORD SUPER DUTY F-250 SRW, White, XL
Body Style: TRUCK
**Odometer: 149,985 Miles**
Client Unit ID: 15031273
Category: RRP

### VEHICLE OPTIONS
8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Vinyl Interior, Power Steering, Power Locks, Power Windows,

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: **PAR/AFC Corporate** | BUYER: **LAKE CITY INVESTMENT LLC** |
|---|---|
| 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | LAKE CITY INVESTMENT LLC<br><br>980 N MILL ST<br>LEWISVILLE, TX 75057<br>(972) 436-0080<br>License: TX/P121351 |

SELLING REPRESENTATIVE: Selling Representative not in list

Signature on File

SELLER

BUYING REPRESENTATIVE: CARLOS SANDOVAL

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LAKE CITY INVESTMENT LLC** |
|---|---|---|---|
| | | | LAKE CITY INVESTMENT LLC |
| | 11299 N. Illinois Street | | 980 N MILL ST |
| | Carmel, IN 46032 | | LEWISVILLE, TX 75057 |
| | (317) 815-9645 | | (972) 436-0080 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-250 SRW, White, XL, TRUCK |
|---|---|---|---|---|
| Sale Date: 6/18/2020 | Lot #: B 129 | Sale Type: Consignment Sale | **VIN: 1FT7W2BTXFEA02463** | Stock #: 832469   **Odometer: 149,985 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20806143000645          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($10,800.00) | |
| Seller Fee | $75.00 | |
| Recon - Complete Detail | $80.00 | L6 |
| EPA Fee | $4.00 | |
| Total: | ($10,641.00) | |
| Net Due: | ($10,641.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $10,800.00 |
| Total: $10,641.00 | Issue ACH W/O Tran (net) | ($80.00) |
| | Issue ACH W/O Tran (net) | ($4.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 24 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014798 | 443058-1092 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2013 FREIGHTLINER M2 106 | 311,551 | 1FVACWDU5DHFA3237 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/22/2020 | $ 11,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Internet Fee | Auction | | $ 30.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $775.00

**Net Proceeds :** $10,225.00

brenda.timmons

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE

Sale Price: $11,000.00          SOS - Off the Block Sale

Auctioneer:

### SALE INFORMATION

**Sale Date:** 6/22/2020     **Lot #: OC15**     Sale Type: Internet

### TITLE INFORMATION

Title State/Number: IN/20788098000068          Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FVACWDU5DHFA3237**          Stock #: 828787
2013 FREIGHTLINER M2, White,
Body Style: TRUCK
**Odometer: 311,551 Miles**
                                        Client Unit ID: 15014798
Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, Drive
Train - 2 Wheel, 2 Passenger, Cloth Interior.

### CERTIFICATIONS

### AUCTION LIGHTS

Green Light - Ride and Drive     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:   PAR/AFC Corporate**          **BUYER:   EXECUTIVE AUTO SALES LLC**

                                                       EXECUTIVE AUTO SALES LLC

11299 N. Illinois Street                2125 ALBANY POST RD 205
Carmel, IN 46032                        MONTROSE, NY 10548
(317) 815-9645                          (203) 738-9537
                                        License: NY/7123488

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: ANTHONY SYKES

*Signature on File*                     *Signature on File*

SELLER                                  BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **EXECUTIVE AUTO SALES LLC** |
|---|---|---|---|
| | | | EXECUTIVE AUTO SALES LLC |
| | 11299 N. Illinois Street | | 2125 ALBANY POST RD 205 |
| | Carmel, IN  46032 | | MONTROSE, NY  10548 |
| | (317) 815-9645 | | (203) 738-9537 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2013, FREIGHTLINER, M2, White, , TRUCK |
|---|---|---|---|---|
| **Sale Date:** 6/22/2020 | **Lot #: OC15**   Sale Type: Internet | | **VIN: 1FVACWDU5DHFA3237** | Stock #: 828787 |

Odometer: **311,551 Miles**

**PAY PROCEEDS TO:**      PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**      ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788098000068                    Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($11,000.00) | |
| Seller Fee | $105.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485936 |
| Total: | ($10,395.00) | |
| Net Due: | ($10,395.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($105.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | $11,000.00 |
| Total: $10,395.00 | Issue ACH W/O Tran (net) | ($500.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014770 | 443058-1056 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1999 INTERNATIONAL 8000- | 482,101 | 1HSHBAHNXXH659029 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $245.00

**Net Proceeds :** $1,355.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

### VEHICLE SALE
Sale Price: $1,600.00

Auctioneer: Tommy Hale

### SALE INFORMATION
Sale Date: 6/25/2020    Lot #: T 1016    Sale Type: Consignment Sale

### ODOMETER DISCLOSURE STATEMENT
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### TITLE INFORMATION
Title State/Number: IN/10788098000071    Certificate of Origin: No

### VEHICLE INFORMATION
**VIN: 1HSHBAHNXXH659029**    Stock #: 828974
1999 INTERNATIONAL 8000 SERIES CAB, White,
Body Style: TRUCK
**Odometer: 482,101 Miles**
Client Unit ID: 15014770

Category: RRP

### VEHICLE OPTIONS
6 Cylinder Diesel, 7 Speed Transmission, Hard Top, Air Conditioning, AM\FM\Cassette, Drive Train - 2 Wheel, 2 Passenger, Vinyl Interior,

| | |
|---|---|
| **SELLER:** PAR/AFC Corporate | **BUYER:** D & B USED CARS INC |
| 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | D & B USED CARS INC<br>2101 W JEFFERSON ST<br>GRAND PRAIRIE, TX 75051<br>(817) 501-4809<br>License: TX/P126991 |

### CERTIFICATIONS

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: DAVID CONTRERAS REYES

### AUCTION LIGHTS
Red Light - As Is    Blue Light - Title Received

Signature on File

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Invoice to Seller

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **D & B USED CARS INC** |
|---|---|---|---|
| | | | D & B USED CARS INC |
| | 11299 N. Illinois Street | | 2101 W JEFFERSON ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75051 |
| | (317) 815-9645 | | (817) 501-4809 |

| SALE INFORMATION | | VEHICLE INFORMATION | 1999, INTERNATIONAL, 8000 SERIES CAB, White, , TRUCK |
|---|---|---|---|
| **Sale Date: 6/25/2020** | **Lot #: T 1016**  Sale Type: Consignment Sale | **VIN: 1HSHBAHNXXH659029** | Stock #: 828974 |
| | | | **Odometer: 482,101 Miles** |

**PAY PROCEEDS TO:**      PAR North America
                          11299 N. Illinois StreetSuite 300
                          Carmel, IN 46032
                          (317) 818-4500

**PAYMENT TYPE:**         ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/10788098000071                Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,600.00) | |
| Seller Fee | $75.00 | |
| Total: | ($1,525.00) | |
| Net Due: | ($1,525.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| Issue ACH W/O Tran (net) | ($75.00) | |
| Issue ACH W/O Tran (net) | $1,600.00 | |

Total: $1,525.00

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014774 | 443058-1058 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1988 Ford LN 7000 | 87,443 | 1FDNR72P7JVA28327 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $745.00

**Net Proceeds :** $455.00

brenda.timmons

# Bill of Sale

| ADESA Dallas | ANNOUNCEMENTS |
|---|---|
| **ADESA**<br>3501 Lancaster Hutchins Road<br>Hutchins, TX 75141<br>(972) 225-6000 | OWNER AFC-DALLAS<br>AS IS |

**VEHICLE SALE**

Sale Price: $1,200.00

Auctioneer: Cody Shelley

| SALE INFORMATION | ODOMETER DISCLOSURE STATEMENT |
|---|---|
| **Sale Date:** 6/25/2020    **Lot #: D 177**    Sale Type: Consignment Sale | Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above. |

**TITLE INFORMATION**

Title State/Number: IN20788098000072          Certificate of Origin: No

**VEHICLE INFORMATION**

**VIN: 1FDNR72P7JVA28327**          Stock #: 828960

1988 FORD L7000, White,

Body Style: TRUCK

**Odometer: 87,443 Miles**

Client Unit ID: 15014774

Category: RRP

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| | |
|---|---|
| **SELLER: PAR/AFC Corporate**<br><br>11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | **BUYER: CARS ENTERPRISE**<br><br>911 S BECKLEY AVE<br>DALLAS, TX 75203<br>(214) 710-7418<br>License: TX/P118641 |

**VEHICLE OPTIONS**

6 Cylinder Diesel, 5 Speed Transmission, Hard Top, Drive Train - 2 Wheel, 2 Passenger, Vinyl Interior,

**CERTIFICATIONS**

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: SANTIAGO VARA

**AUCTION LIGHTS**

Red Light - As Is    Blue Light - Title Received

Signature on File.

**SELLER**                              **BUYER**

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller

| ADESA Dallas | | |
|---|---|---|
| 3501 Lancaster Hutchins Road | | |
| Hutchins, TX  75141 | | |
| (972) 225-6000 | | |

| SELLER: | **PAR/AFC Corporate** | BUYER: | **CARS ENTERPRISE** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 911 S BECKLEY AVE |
| | Carmel, IN  46032 | | DALLAS, TX  75203 |
| | (317) 815-9645 | | (214) 710-7418 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 1988, FORD, L7000, White, , TRUCK | |
|---|---|---|---|---|---|
| Sale Date: 6/25/2020 | Lot #: D 177 | Sale Type: Consignment Sale | VIN: 1FDNR72P7JVA28327 | Stock #: 828960 | **Odometer: 87,443 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20788098000072            Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485937 |
| Total: | ($625.00) | |
| Net Due: | ($625.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,200.00 |
| | Issue ACH W/O Tran (net) | ($500.00) |
| Total: $625.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014758 | 443058-1037 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2017 APALM CAR TRAILER | 1 | 5UTGN2428HM007662 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 07/09/2020 | $ 3,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $445.00

**Net Proceeds :** $2,555.00

brenda.timmons

# Bill of Sale



## ADESA Dallas

3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC DALLAS
AFFIDAVIT OF PHYSICAL INSPECTION
AS IS

### VEHICLE SALE

Sale Price: $3,000.00

Auctioneer: Farely Tanner

### SALE INFORMATION

Sale Date: 7/9/2020          Lot #: TR547     Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788120000107          Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 5UTGN2428HM007662**          Stock #: 827826
2017 TIGER TRAILERS 32, BLACK, GOOSENECK FLATBED
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**
                                        Client Unit ID: 15014758
Category: RRP

### VEHICLE OPTIONS

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Yellow Light - Caution    Blue Light - Title Received

*This vehicle is sold AS IS - No Arbitration

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **ALL STAR GROUP** |
|---|---|---|---|

SELLER: **PAR/AFC Corporate**

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

BUYER: **ALL STAR GROUP**

2151 GREENS RD
HOUSTON, TX 77032
(281) 716-7165
License: TX/P117977

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: JUAN FUENTES GONZALEZ

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | ALL STAR GROUP |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN 46032<br>(317) 815-9645 | | 2151 GREENS RD<br>HOUSTON, TX 77032<br>(281) 716-7165 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2017, TIGER TRAILERS, 32, BLACK, GOOSENECK FLATBED, UTILITY TRAILER |
|---|---|---|---|
| Sale Date: 7/9/2020   Lot #: TR547   Sale Type: Consignment Sale | | VIN: 5UTGN2428HM007662   Stock #: 827826 | Odometer: 1 Miles |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788120000107          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 388288 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins<br>VIN: 5UTGN2428HM007662. |
| Total: | ($2,710.00) | |
| Net Due: | ($2,710.00) | |

### PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($40.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $2,710.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014782 | 443058-1080 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2005 TAKE THREE TRAILER | 1 | 1T9AS40285B540094 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 07/09/2020 | $ 4,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $445.00

**Net Proceeds :** $3,555.00

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

### VEHICLE SALE
Sale Price: $4,000.00

Auctioneer: Farely Tanner

### SALE INFORMATION
Sale Date: 7/9/2020        Lot #: TR548        Sale Type: Consignment Sale

### TITLE INFORMATION
Title State/Number: IN/20788124000050          Certificate of Origin: No

### VEHICLE INFORMATION
VIN: **1T9AS40285B540094**          Stock #: 827876
2005 TAKE 3 TRAILERS 40, BLACK, GOOSENECK
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**
                                   Client Unit ID: 15014782
Category: RRP

### VEHICLE OPTIONS

### CERTIFICATIONS

### AUCTION LIGHTS
Red Light - As Is     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **FALCON WHOLESALE II LLC** |
|---|---|---|---|
| | | | FALCON WHOLESALE II LLC |
| | 11299 N. Illinois Street | | 5888 DIXIE HWY |
| | Carmel, IN  46032 | | CLARKSTON, MI  48346 |
| | (317) 815-9645 | | (586) 907-7742 |
| | | | License: MI/B001800 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: BILLIE LESTER

*Signature on File*

*Signature on File*

SELLER                                              BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | FALCON WHOLESALE II LLC |
|---|---|---|---|
| | 11299 N. Illinois Street<br>Carmel, IN  46032<br>(317) 815-9645 | | FALCON WHOLESALE II LLC<br><br>5888 DIXIE HWY<br>CLARKSTON, MI  48346<br>(586) 907-7742 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2005, TAKE 3 TRAILERS, 40, BLACK, GOOSENECK, UTILITY TRAILER |
|---|---|---|---|---|
| Sale Date: 7/9/2020 | Lot #: TR548 | Sale Type: Consignment Sale | VIN: 1T9AS40285B540094   Stock #: 827876 | **Odometer: 1 Miles** |

PAY PROCEEDS TO:   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

PAYMENT TYPE:   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20788124000050          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 388289 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins<br>VIN: 1T9AS40285B540094. |
| Total: | ($3,710.00) | |
| Net Due: | ($3,710.00) | |

## PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($40.00) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| Total: $3,710.00 | Issue ACH W/O Tran (net) | $4,000.00 |
| | Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 15 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014796 | 443058-1091 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1996 Ford F250 | 181,497 | 1FTHX25F0TEB25935 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| Ardmore Car Auction | 07/06/2020 | $ 3,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon Fee | Auction | | $ 65.00 |
| Auction Sale Fee | Auction | | $ 140.00 |
| Mechanical Work - Labor | Auction | | $ 180.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $555.00

**Net Proceeds :** $3,045.00

brenda.timmons

# ARDMORE CAR AUCTION, LLC

**BOX 1713**            **438 LODGE RD.**
**ARDMORE, OK 73402**    **OVERBROOK, OK 73453**
**SALE EVERY MONDAY - 7:00 P.M.**
**580-226-7710**

CAR NO

DATE

CO. NAME _____ HFC Rock Hill _____        7/6/30

ADDRESS _____

CITY _____

LOW

YEAR ____ 96 ____ MAKE ____ Ford ____

BODY _____ MODEL ____ F 250 ____

LICENSE # _____ I.D. # 1FTHX25FOTEB25935

ODOMETER 181514

O ACTUAL MILES
O EXCEED MECHANICAL LIMITS
O WARNING-Odometer Discrepancy

| R | H | AT | 4 SP | 3 SP | PS | PB | AIR | EW | TILT | CRUISE | MOTOR | COLOR |
|---|---|----|------|------|----|----|-----|----|----- |--------|-------|-------|
|   |   |    |      |      |    |    |     |    |      |        |       | Blue  |

**CONDITIONS OF SALE:**    **DRIVE O**    **GOOD GEARS O**    **DEFECTS O**    **AS IS O**

REMARKS:

UD # _____

## ARDMORE CAR AUCTION, LLC DOES NOT GUARANTEE MILES

ARDMORE CAR AUCTION, LLC DOES NOT PROVIDE ANY INSURANCE COVERAGE ON ANY VEHICLES. CUSTOMER ASSUMES ALL RISKS OR LIABILITIES. CONSIGNMENT SALES OF OUT OF STATE TITLES.

ARDMORE CAR AUCTION, LLC ASSUMES ABSOLUTELY NO RESPONSIBILITY FOR YEAR, MODEL, OR THE ODOMETER MILEAGE. NOT FOR THE VALIDITY OF THE MILEAGE STATEMENT PROVIDED BY THE SELLER TO THE BUYER. SELLER MUST ANNOUCE IF THE ODOMETER IS NOT WORKING PROPERLY.

ARDMORE CAR AUCTION, LLC WILL NOT BE RESPONSIBLE IN CASE OF FIRE, THEFT, COLLISION, HAIL, WINDSTORM OR ANY DAMAGE TO ANY VEHICLE CONSIGNED FOR SALE OR STORED AT ARDMORE CAR AUCTION, LLC.

**SELLER** 3600                **BUYER** 3600

| SELLING PRICE | $ ____ | SELLING PRICE | $ ____ |
| SALES FEE | $ 140 | BUYER'S FEE | $ ____ 95 |
| TOTAL SELLERS PRICE | $ 3215 | FLOOR FEE | $ ____ |
|  |  | TOTAL BUYER'S PRICE | $ ____ |

1800 CASH

1895 due

#3695 Total

---

## ODOMETER MILEAGE STATEMENT

(FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. AN INACCURATE OR UNTRUTHFUL STATEMENT MAY MAKE YOU LIABLE FOR DAMAGES TO YOUR TRANSFEREE, FOR ATTORNEY FEES, AND FOR CIVIL OR CRIMINAL PENALTIES, PURSUANT TO SECTIONS 409, 412 AND 413 OF THE MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972 (PUBLIC LAW 92-513, AS AMENDED BY PUBLIC LAW 94-364)

I,_____ STATE THAT THE ODOMETER OF THE
      TRANSFERERS NAME - SELLER (PRINT)

VEHICLE DESCRIBED BELOW NOW READS_____MILES/KILOMETERS

CHECK ONE BOX ONLY:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehilce's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

☐ The odometer has exceeded it's mechanical limits described at left.

☐ The odometer reading is NOT the actual mileage. **WARNING ODOMETER DISCREPANCY** described at left.

PAYMENT OF ALL DRAFTS AND CHECKS GUARANTEED TO SELLER BY ARDMORE CAR AUCTION, LLC PROVIDING (1) SALE IS MADE IN ACCORDANCE WITH AUCTION RULES (2) VEHICLE IS SOLD ON AUCTION BLOCK (3) SELLER SELLING ON GREEN LIGHT GIVING BUYER A DRIVE (4) CORRECT TITLE PAPERS ARE PRESENTED TO ARDMORE CAR AUCTION, LLC FOR PAYMENT WITHIN 20 DAYS FROM DATE OF SALE (5) ARDMORE CAR AUCTION, LLC WILL NOT GUARANTEE SALES MADE ON AUCTION LOT UNLESS SALE IS APPROVED BY MANAGEMENT (6) ALL TITLES MUST BE CLEARED THROUGH ARDMORE CAR AUCTION, LLC. THE UNDERSIGNED BUYER AGREES TO PAY ARDMORE CAR AUCTION, LLC FOR THE ABOVE DESCRIBED VEHICLE IF CORRECT TITLE PAPERS ARE PRESENTED TO HIM FOR PAYMENT WITHIN 30 DAYS FROM DATE OF SALE. ALL TITLES MUST BE ENCLOSED IN BUYER'S DRAFT. **SELLER AGREES THAT ANY AMOUNTS OWING TO AUCTION PRESENTLY OR PAST DUE SHALL BE DEDUCTED FROM THE PROCEEDS OF SALE.**

TRANSFEREE'S NAME (BUYER)

STREET ADDRESS

CITY

RECEIPT OF COPY ACKNOWLEDGED

X

TRANSFEREE'S SIGNATURE - BUYER            Wallis Printing - Ardmore, OK

PAID BY CASH