IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>            Plaintiffs,<br><br>   v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, EMMETT DRUIEN, AND MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS,<br><br>            Defendants. | Civil Action No. 4:20-CV-959-BJ |

## NOTICE OF EXPERT DISCLOSURE

In compliance with the Scheduling Order [Doc # 23] entered on November 24, 2020, and within the time frame specified in the amendment to the scheduling order entered on March 23, 2021 [Doc. # 76], Plaintiffs NextGear Capital, Inc. and Automotive Finance Corporation state that they have served the this Notice of Expert Disclosure to Defendant Michael Garrison, *pro se,* at 549 i-30 E., Sulphur Springs, Texas 75482, and Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, by and through their counsel of record, Joseph M. Vacek and Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via certified mail, return receipt requested, and e-mail at dgarrison31@hotmail.com, jvacek@galyen and rtallini@galyen.com.

Respectfully submitted this 26th day of March, 2021.

**Respectfully Submitted,**

PADFIELD & STOUT, LLP
420 Throckmorton, Suite 1210
Fort Worth, Texas 76102
Phone: (817) 338-1616
Fax: (817) 338-1610

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear and AFC*

# CERTIFICATE OF SERVICE

This is to certify that on March 26, 2021, a true and correct copy of the foregoing *Notice of Expert Disclosure* has been forwarded to Defendant M. Garrison, *pro se,* at 549 i-30 E., Sulphur Springs, Texas 75482, Defendant A. Garrison, *pro se*, at 4658 I30 E., Sulphur Springs, Texas 75482, and Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, by and through their counsel of record, Joseph M. Vacek and Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via certified mail, return receipt requested, and e-mail at dgarrison31@hotmail.com, jvacek@galyen and rtallini@galyen.com.

/s/ Christopher V. Arisco
Christopher V. Arisco