
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 5 2021
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND AUSTIN MICHAEL GARRISON A/K/A MIKE GARRISON D/B/A AUSTIN FINANCIAL SERVICES,<br><br>Defendants. | Civil Action No. 4:20-CV-959-BJ |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RULE 26 INITIAL DISCLOSURES FROM DEFENDANTS DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION AND LISA DRUIEN

Pending before the Court is Plaintiffs' NextGear Capital, Inc. and Automotive Finance Corporation Motion to Compel Rule 26 Initial Disclosures from Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien ("Defendants") [doc. 68], filed March 4, 2021. Having carefully considered the motion, and noting that Defendants wholly failed to file a response, the Court concludes that the Motion should be **GRANTED**.

Based on the foregoing, it is **ORDERED** that Plaintiffs' Motion to Compel Rule 26 Initial Disclosures from Defendants [doc. 68] is **GRANTED**.

It is further **ORDERED** that Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien shall, **no later than 4:30 p.m. on April 12, 2021**, serve and produce to Plaintiffs NextGear Capital, Inc. and Automotive Finance Corporation substantive and responsive Rule 26(a)(1) disclosures that identify a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that Defendants have in their possession, custody, or control and may use to support their claims or defenses. Failure of Defendants to comply may result in them being barred from using any such undisclosed documents at any pre-trial hearing or trial.

SIGNED April 5, 2021.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE