IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)



| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, AND MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS,<br><br>Defendants. | Civil Action No. 4:20-CV-959-BJ |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RULE 26 INITIAL DISCLOSURES FROM DEFENDANT MICHAEL VERNON GARRISON d/b/a ROCK HILL USED CARS

Pending before the Court is Plaintiffs' NextGear Capital, Inc. and Automotive Finance Corporation Motion to Compel Rule 26 Initial Disclosures from Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars ("Defendant") [doc. 73] ("the Motion"), filed March 11, 2021. Having carefully considered the Motion, and noting that Defendant wholly failed to file a response, the Court concludes that the Motion should be **GRANTED**.

Based on the foregoing, it is **ORDERED** that Plaintiffs' Motion to Compel Rule 26 Initial Disclosures from Defendant [doc. 73] is **GRANTED**.

It is further **ORDERED** that Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars ("Defendant") shall, **no later than 4:30 p.m. on April 26, 2021**, serve and produce to Plaintiffs,

NextGear Capital, Inc. and Automotive Finance Corporation substantive and responsive Rule 26(a)(1) disclosures. Failure of Defendant to comply may result in him being barred from using any such evidence at any pre-trial hearing or trial.

SIGNED April 5, 2021.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE