# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>          Defendants. | Civil Action No. 4:20-CV-959-BJ |

### NOTICE OF SERVING PLAINTIFF'S FIRST CONSOLIDATED REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST FOR ADMISSIONS, AND INTERROGATORIES DIRECTED TO DEFENDANTS DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION AND LISA DRUIEN

I certify that on April 15, 2021, I served Plaintiff's First Consolidated Request for Production of Documents, Request for Admissions, and Interrogatories Directed to Defendant Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction upon Defendant Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, by and through its counsel of record, Joseph M. Vacek and Richard Tallini, via email and certified mail, return receipt requested.

I certify that on April 15, 2021, I served Plaintiff's First Consolidated Request for Production of Documents, Request for Admissions, and Interrogatories Directed to Defendant Lisa Druien upon Defendant Lisa Druien, by and through her counsel of record, Joseph M. Vacek and Richard Tallini, via email and certified mail, return receipt requested.

        **Respectfully Submitted,**

        PADFIELD & STOUT, L.L.P
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        Phone: 817-338-1616
        Fax: 817-338-1610

        <u>/s/  Christopher V. Arisco</u>
        Alan B. Padfield
        State Bar I.D.# 00784712
        abp@padfieldstout.com
        Christopher V. Arisco
        State Bar I.D. #24064830
        carisco@padfieldstout.com

        *Attorneys for NextGear Capital, Inc. and Automotive Finance Corporation*

## CERTIFICATE OF SERVICE

This is to certify that I have on April 15, 2021, I served a copy of the foregoing to Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, by and through their counsel of record, Joseph M. Vacek and Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via e-mail and certified mail, return receipt requested, at jvacek@galyen and rtallini@galyen.com, and defendant Michael Vernon Garrison, pro se, at 549 I-30 E., Sulphur Springs, Texas 75482, via certified mail, return receipt requested and e-mail at dgarrison31@hotmail.com.

        <u>/s/ Christopher V. Arisco</u>
        Christopher V. Arisco