# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District District of Texas

Case Number: 4:20-CV-00959-BJ

Plaintiff:
**NEXTGEAR CAPITAL INC. ET AL.**

vs.

Defendant:
**DRUIEN INC ET AL.**


BBW2021003404

Received by Cheryl Turner on the 26th day of March, 2021 at 12:29 pm to be served on **EMMETT DRUIEN, 9 SW 112TH STREET, LAWTON, OK 73505.**

I, Cheryl Turner, do hereby affirm that on the **31st day of March, 2021** at **5:24 pm**, I:

**INDIVIDUALLY/PERSONALLY** delivered by delivering a true copy of the **SUMMONS IN A CIVIL ACTION /SECOND AMENDED COMPLAINT/ EXHIBITS A, B, C, D, E, F, G, H, I, J, K, L, M, N, O** with the date of service endorsed thereon by me, to: **EMMETT DRUIEN** at the address of: **9 SW 112TH STREET, LAWTON, OK 73505,** and informed said person of the contents therein, in compliance with state statutes.

"My name is Cheryl Turner my date of birth is 10/9/1970 and my address is 12284 Ne Trail Rd, Elgin, OK 73538. I declare under penalty of perjury that the foregoing is true and correct. Executed in Comanche County, OK on the ____31____ Day of March, 2021, Cheryl Turner declarant."

_____
Cheryl Turner
Process Server

**Pronto Process**
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2021003404

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x