**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**(FORT WORTH DIVISION)**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>        Defendants. | Civil Action No. 4:20-CV-959-BJ |

**NOTICE OF SERVING PLAINTIFFS' REQUESTS FOR ADMISSIONS DIRECTED TO DEFENDANT MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS**

I certify that on April 23, 2021, I served Plaintiffs' Requests for Admissions Directed to Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars upon Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars, *pro se*, via certified mail, return receipt requested and via e-mail.

        **Respectfully Submitted,**

        PADFIELD & STOUT, L.L.P
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        Phone: 817-338-1616
        Fax: 817-338-1610

        /s/  Christopher V. Arisco
        Alan B. Padfield
        State Bar I.D.# 00784712
        abp@padfieldstout.com
        Christopher V. Arisco
        State Bar I.D. #24064830
        carisco@padfieldstout.com

        *Attorneys for NextGear Capital, Inc. and Automotive Finance Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have on April 23, 2021, I served a copy of the foregoing to Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, by and through their counsel of record, Joseph M. Vacek and Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via e-mail and/or ECF at jvacek@galyen and rtallini@galyen.com, and defendant Michael Vernon Garrison, pro se, at 549 I-30 E., Sulphur Springs, Texas 75482, via certified mail, return receipt requested and e-mail at dgarrison31@hotmail.com.

<u>/s/ Christopher V. Arisco</u>
Christopher V. Arisco