IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>    Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## MOTION FOR ENTRY OF DEFAULT UNDER FED. R. CIV. P. 55(a)

The plaintiffs in this action, NextGear Capital, Inc. ("NextGear") and Automotive Finance Corporation ("AFC") (collectively the "Plaintiffs"), by counsel, files this its Motion for Entry of Default Under Fed. R. Civ. P. 55(a), and in support thereof would respectfully show the Court as follows:

1. The name of the Defendant against whom a Default Judgment is sought is Emmett Druien.

2. Plaintiffs filed their Second Amended Complaint in the above-captioned proceeding on March 25, 2021.

3. On March 31, 2021, the Summons in a Civil Action and the Plaintiff's Second Amended Complaint were served on the Defendant Emmett Druien by a private process server as stated on the Return of Service. Attached hereto as Exhibit "A" is the Return of Service showing the summons service executed on Defendant Emmett Druien which was filed with the Court on

April 22, 2021 [Doc. # 86].

4. The time for filing an Answer or other response expired on April 21, 2021.

5. No answer or other response has been filed or served by the Defendant Emmett Druien on the Plaintiffs.

6. The default of Defendant Emmett Druien is hereby requested and the Clerk of the Court should enter a Default.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Clerk of the Court enter a Default against the Defendant Emmett Druien.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear and AFC*

## CERTIFICATE OF SERVICE

This is to certify that on April 23, 2021, a true and correct copy of the foregoing has been forwarded to defendant M. Garrison, *pro se,* at 549 i-30 E., Sulphur Springs, Texas 75482, via certified mail, return receipt requested and via email at dgarrison31@hotmail.com, and Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction and Lisa Druien, by and through their counsel of record, Joseph M. Vacek and Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via ECF and/or e-mail at jvacek@galyen and rtallini@galyen.com.

/s/ Christopher V. Arisco
Christopher V. Arisco