# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN, <br><br> Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## CLERK'S ENTRY OF DEFAULT UNDER FED. R. CIV. P. 55(a)

The Clerk for the United States District Court for the Northern District of Texas, having reviewed the docket in the above-styled and numbered matter, and having received the Affidavit of counsel for the Plaintiffs in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant Emmett Druien, hereby notes and dockets a Clerk's Entry of Default in the above-captioned proceeding.

DATED: _____                                    FOR THE COURT

                                                     _____