IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| **NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,** | § § § § | **Case No. 4:20-cv-00959-BJ** |
| **Plaintiffs,** | § § | |
| V. | § § | |
| **DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,** | § § § § § § § § | |
| **Defendants.** | § § | |

## NOTICE OF SUBSTITUTION

Defendants, Druien, Inc. D/B/A Lawton Auto Auction A/K/A Lawton Cache Auto Auction, Lisa Druien, and Emmitt Druien, respectfully gives notice to this Court and to all counsel of record that Richard Fiory Tallini of the law firm of Bailey & Galyen, 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, will replace Joseph M. Vacek of that firm as counsel of record in the above numbered and entitled cause for Druien, Inc. D/B/A Lawton Auto Auction A/K/A Lawton Cache Auto Auction, Lisa Druien, and Emmitt Druien.

        Respectfully submitted,

        Bailey & Galyen
        1300 Summit Avenue, Suite 650
        Fort Worth, Texas 76102
        Tel. (817) 276-6000
        Fax. (817) 276-6010

        /s/ Richard Fiory Tallini
        Richard Fiory Tallini
        Texas Bar No. 24093548
        Email: CivilLaw@galyen.com

        Attorney for Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien

## CERTIFICATE OF SERVICE

This is to certify that on May 6, 2021, a true and correct copy of the foregoing Notice of Substitution has been forwarded to defendant M. Garrison, pro se, at 549 I-30 E., Sulphur Springs, Texas 75482, via certified mail, return receipt requested, and NextGear and AFC by and through their counsel of record, Alan B. Padfield and Christopher V. Arisco of Padfield & Stout, L.L.P., 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102, via ECF and by email to abp@padfieldstout.com carisco@padfieldstout.com.

        /s/ Richard Fiory Tallini
        Richard Fiory Tallini