IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| **NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,** | § § § § | Case No. 4:20-cv-00959-BJ |
| **Plaintiffs,** | § § § | |
| V. | § § | |
| **DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,** | § § § § § § § § § | |
| **Defendants.** | § § | |

## ORDER
## ON DEFENDANT EMMETT DRUIEN'S MOTION
## TO VACATE ORDER OF DEFAULT

This Matter, having come before the Court on the Defendant Emmett Druiens Motion to Vacate Order of Default, and

It Appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Defendant, Emmett Druien, has ten days to file his Answer.

Entered this _____ day of _____, 2021

By_____
Jeffrey L. Cureton
United States District Judge