IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)



| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>    Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## AGREED JUDGMENT AS TO DEFENDANT MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS ONLY

Came on for consideration the agreement in this case between NextGear Capital, Inc. ("NextGear") and Automotive Finance Corporation ("AFC") (collectively the "Plaintiffs"), and Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars ("M. Garrison"). Pursuant to the agreement of Plaintiffs and M. Garrison, as reflected herein by the signature of counsel for NextGear and AFC and the signature of Garrison, a *pro se* Defendant, the Court finds that entry of a judgment against Garrison is proper in this case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff NextGear Capital, Inc. do have and recover of and from Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars the sum of $936,999.94, pre-judgment and post-judgment interest as provided by law along with all costs of court. Additionally, Plaintiff NextGear Capital, Inc. shall recover of and from Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars the sum of $50,000.00 for Plaintiff NextGear Capital, Inc.'s reasonable and necessary attorney's fees

with post judgment interest at the rate of 5.00%, and with its costs in this behalf expended and that it have its execution.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff Automotive Finance Corporation do have and recover of and from Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars the sum of $392,994.79, pre-judgment and post-judgment interest as provided by law along with all costs of court. Additionally, Plaintiff Automotive Finance Corporation shall recover of and from Defendant Michael Vernon Garrison d/b/a Rock Hill Used Cars the sum of $50,000.00 for Plaintiff Automotive Finance Corporation's reasonable and necessary attorney's fees with post judgment interest at the rate of 5.00%, and with its costs in this behalf expended and that it have its execution.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all writs and processes, including any writ of execution, for the enforcement and collection of this judgment or the costs of court shall issue as necessary in favor of Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all relief not specifically granted herein is denied.

SIGNED this the 12th day of May, 2021.

_____
Jeffrey L. Cureton
UNITED STATES MAGISTRATE JUDGE

**AGREED FOR ENTRY:**

*NextGear Capital, Inc.*

/s/ John Wick
By: John Wick
Its: Vice President

*Automotive Finance Corporation*

/s/ Tamara Weisfeld
By: Tamara Weisfeld
Its: Senior Corporate Counsel

*Michael Vernon Garrison d/b/a Rock Hill Used Cars*

/s/ Michael Vernon Garrison

By: Michael Vernon Garrison