IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL INC., ET AL. § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-CV-959-BJ |
| § | |
| DRUIEN, INC., ET AL. § | |

## ORDER GRANTING DEFENDANT EMMETT DRUIEN'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT

Pending before the Court is Defendant Emmett Druien's Motion to Vacate Clerk's Entry of Default [doc. 92], filed May 6, 2021. Having carefully considered the motion, and noting that Plaintiffs wholly failed to file a response, the Court concludes that, pursuant to Federal Rule of Civil Procedure 55(c), good cause exists to set aside the Clerk's entry of default entered on April 26, 2021, and, consequently, Defendant Emmett Druien's motion should be **GRANTED**.

Based on the foregoing, it is **ORDERED** that Defendant Emmett Druien's Motion to Vacate Clerk's Entry of Default [doc. 92] is **GRANTED** and the Clerk's entry of default as to Emmett Druien [doc. 89] entered on April 26, 2021 is **SET ASIDE**.

It is further **ORDERED** that Defendant Emmett Druien shall, **no later than June 11, 2021**, file his Answer to Plaintiffs' Amended Complaint.

SIGNED June 2, 2021.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE