**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>    Defendants. | Civil Action No. 4:20-CV-959-BJ |

**NOTICE OF SERVING PLAINTIFF'S FIRST CONSOLIDATED REQUEST
FOR PRODUCTION OF DOCUMENTS, REQUEST FOR ADMISSIONS,
AND INTERROGATORIES DIRECTED TO DEFENDANT EMMETT DRUIEN**

    I certify that on June 8, 2021, I served Plaintiff's First Consolidated Request for Production of Documents, Request for Admissions, and Interrogatories Directed to Defendant Emmett Druien upon Defendant Emmett Druien, by and through his counsel of record, Richard Tallini, via email and certified mail, return receipt requested.

**Respectfully Submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/  Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear Capital, Inc. and Automotive Finance Corporation*

### CERTIFICATE OF SERVICE

This is to certify that I have on June 8, 2021, I served a copy of the foregoing to Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Emmett Druien, and Lisa Druien, by and through their counsel of record, Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via e-mail and certified mail, return receipt requested, at rtallini@galyen.com.

/s/ Christopher V. Arisco
Christopher V. Arisco