# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>            Plaintiffs,<br><br>  v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, EMMETT DRUIEN, AND MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS,<br><br>            Defendants. | Civil Action No. 4:20-CV-959-BJ |

## NOTICE OF AMENDED RULE 26(a)(2) INITIAL DISCLOSURE OF EXPERT WITNESS INFORMATION

In compliance with the Scheduling Order [Doc # 23] entered on November 24, 2020, and within the time frame specified in the amendment to the scheduling order entered on March 23, 2021 [Doc. # 76], Plaintiffs NextGear Capital, Inc. and Automotive Finance Corporation state that they have served the Plaintiffs' Amended Rule 26(a)(2) Initial Disclosure of Expert Witness Information to Defendants Emmett Druien, Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, and Lisa Druien, by and through their counsel of record, Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via certified mail, return receipt requested, and via email at rtallini@galyen.com.

Respectfully submitted this 28th day of June, 2021.

**Respectfully Submitted,**

PADFIELD & STOUT, LLP
420 Throckmorton, Suite 1210
Fort Worth, Texas 76102
Phone: (817) 338-1616
Fax: (817) 338-1610

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear and AFC*

# CERTIFICATE OF SERVICE

This is to certify that on June 28, 2021, a true and correct copy of the foregoing *Notice of Amended Rule 26(a)(2) Initial Disclosure of Expert Witness Information* has been forwarded to Defendants Emmett Druien, Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, and Lisa Druien, by and through their counsel of record, Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via ECF, via certified mail, return receipt requested, and via email at rtallini@galyen.com.

/s/ Christopher V. Arisco
Christopher V. Arisco