# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN, <br><br> Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs NextGear Capital, Inc. ("NextGear") and Automotive Finance Corporation ("AFC") (collectively, the "Plaintiffs"), and files this its Motion for Summary Judgment (the "Motion") moving the Court to enter final judgment on every element of each of Plaintiffs' causes of action against Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien (collectively, the "Druien Parties").

The grounds for this Motion are that Plaintiffs NextGear and AFC are entitled to summary judgment under Federal Rule of Civil Procedure 56 because there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law. Therefore, Plaintiffs NextGear and AFC respectfully request that the Court enter final judgment on every element of each of Plaintiffs' causes of action against the Druien Parties. Each of the required matters will be set forth in Plaintiffs' Brief in Support of Motion for Summary Judgment.

                       **Respectfully Submitted,**

                       PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear and AFC*

## CERTIFICATE OF SERVICE

This is to certify that on August 30, 2021, a true and correct copy of the foregoing has been forwarded to Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien, by and through their counsel of record, Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via ECF.

/s/ Christopher V. Arisco
Christopher V. Arisco