# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $3,700.00

Auctioneer: Angie Meier

## SALE INFORMATION

Sale Date: 6/11/2020     **Lot #: T 1014**   Sale Type: Consignment Sale

## TITLE INFORMATION

Title State/Number: IN/20806129000289          Certificate of Origin: No

## VEHICLE INFORMATION

**VIN: 1GCJK33265F919308**          Stock #: 830872
2005 CHEVROLET SILVERADO 3500, White, DRW LS
Body Style: CREW CAB 167 WB 4WD
**Odometer: 165,103 Miles**
                                   Client Unit ID: 15023098

Category: RRP

## VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Cloth Interior, Power Driver Seat, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Traction Control,

## CERTIFICATIONS

## AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN  46278 | | GARLAND, TX  75041 |
| | (317) 818-4500 | | (972) 840-0300 |
| | | | License: TX/P101346 |

SELLING REPRESENTATIVE: Selling Representative not in list      BUYING REPRESENTATIVE: LEOPOLDO ZAMORA

Signature on File

| SELLER | BUYER |
|---|---|

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR North America** | BUYER: | **DFW TRUCKS** |
|---|---|---|---|
| | | | ZAMORA PEREZ INVESTMENTS LLC |
| | 7835 Woodland Dr Suite 150 | | 3329 S GARLAND AVE |
| | Indianapolis, IN 46278 | | GARLAND, TX 75041 |
| | (317) 818-4500 | | (972) 840-0300 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2005, CHEVROLET, SILVERADO 3500, White, DRW LS, CREW CAB 167 WB 4WD |
|---|---|---|---|
| **Sale Date: 6/11/2020** | **Lot #: T 1014**  Sale Type: Consignment Sale | **VIN: 1GCJK33265F919308** | Stock #: 830872   **Odometer: 165,103 Miles** |

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetAttn: PAR Accounting
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

## TITLE INFORMATION

Title State/Number: IN/20805129000289            Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,700.00) | |
| Seller Fee | $75.00 | - CONTRACT |
| Mechanical Work - Labor | $45.00 | NO START - APPROVED 5.19 MS/Ck no start, Injection pump is bad. Rec video |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 919308 |
| Total: | ($3,405.00) | |
| Net Due: | ($3,405.00) | |

| PAYMENTS AND ADJUSTMENTS | | | |
|---|---|---|---|
| | Issue ACH W/O Tran (net) | ($45.00) | |
| | Issue ACH W/O Tran (net) | ($175.00) | |
| Total: $3,405.00 | Issue ACH W/O Tran (net) | ($75.00) | |
| | Issue ACH W/O Tran (net) | $3,700.00 | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 574



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 15 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014799 | 443058-1094 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2008 Chevrolet Silverado 3500 | 180,372 | 1GCJK33648F114088 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/11/2020 | $ 9,100.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 67.50 |
| Recon: Wash/Vac | Auction | RECON: Wash | $ 30.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $517.50

**Net Proceeds :** $8,582.50

brenda.timmons

Appendix 575

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

## VEHICLE SALE

Sale Price: $9,100.00

Auctioneer: Angie Meier

## SALE INFORMATION

**Sale Date:** 6/11/2020        **Lot #: T 1023**    Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806125000223        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1GCJK33648F114088**            Stock #: 829889
2008 CHEVROLET SILVERADO 3500HD, Black, DRW LTZ
Body Style: 4WD CREW CAB 167
**Odometer: 180,372 Miles**
                            Client Unit ID: 15014799

Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Sun Roof, Dual - AC, AM\FM\CD, 4WD, 5 Passenger, Leather Interior, Power Driver and Passenger Seats, Heated Seats - Driver and Passenger, Air Bag - Dual, Power Steering, Power Locks, Power Windows, Cruise Control, Memory Seat, On Star,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **NATIONAL AUTO REMARKETING** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 720 S LOCUST ST |
| | Carmel, IN  46032 | | DENTON, TX  76201 |
| | (317) 815-9645 | | (972) 221-5556 |
| | | | License: TX/P158243 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: NICK FALLAHZADEH

*Signature on File*                    *Signature on File*

SELLER                            BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Appendix 576

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | NATIONAL AUTO REMARKETING |
|---|---|---|---|
| | 11299 N. Illinois Street | | 720 S LOCUST ST |
| | Carmel, IN 46032 | | DENTON, TX 76201 |
| | (317) 815-9645 | | (972) 221-5556 |

| SALE INFORMATION | VEHICLE INFORMATION | 2008, CHEVROLET, SILVERADO 3500HD, Black, DRW LTZ, 4WD CREW CAB 167 |
|---|---|---|
| Sale Date: 6/11/2020    Lot #: T 1023   Sale Type: Consignment Sale | VIN: 1GCJK33648F114088    Stock #: 829889    **Odometer: 186,372 Miles** | |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

### TITLE INFORMATION

Title State/Number: IN/20806125000223          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($9,100.00) | |
| Seller Fee | $75.00 | |
| Mechanical Work - Labor | $67.50 | N/S PRIMED FUEL SYSTEM, RUNS, HAS BAD THROTTLE BODY AND ALTERNATOR NOT CHARGING PROPERLY, WILL NOT ACCELERATE |
| Recon - Wash | $30.00 | DETRASH/INOP |
| Sublet: Transportation | $175.00 | DALLAS TOWBOYS INV 485961 |
| Total: | ($8,752.50) | |
| Net Due: | ($8,752.50) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $8,752.50 | Issue ACH W/O Tran (net) | ($67.50) |
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $9,100.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 577



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Friday, 19 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014780 | 443058-1079 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F350SD | 120,297 | 1FD8W3HT2FEA32814 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/17/2020 | $ 17,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Internet Fee | Auction | | $ 30.00 |
| EPA | Auction | | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Transportation Fee | Auction | | $ 175.00 |
| Auction Sale Fee | Auction | | $ 75.00 |
| Recon: Wash/Vac | Auction | | $ 30.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| PAR Fee | Titles | | $ 25.00 |

**Total Charges :** $484.00

**Net Proceeds :** $16,516.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
AS IS
OWNER AFC-DALLAS

## VEHICLE SALE

Sale Price: $17,000.00                SOS - Off the Block Sale

Auctioneer:

## SALE INFORMATION

Sale Date: 6/17/2020        Lot #: OC5        Sale Type: Internet

### TITLE INFORMATION

Title State/Number: IN20806125000169        Certificate of Origin: No

### VEHICLE INFORMATION

VIN: 1FD8W3HT2FEA32814        Stock #: 827873
2015 FORD SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB
Body Style: 4WD CREW CAB 176 WB
**Odometer: 120,297 Miles**
                         Client Unit ID: 15014780

Category: RRP

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### VEHICLE OPTIONS

8 Cylinder Diesel Turbo, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 6 Passenger, Cloth Interior, Air Bag - Dual, Power Steering, Traction Control,

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN 46032 | | DASSEL, MN 55325 |
| | (317) 815-9645 | | (320) 275-2150 |
| | | | License: MN/DLR39331 |

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

SELLING REPRESENTATIVE: No Rep Present

BUYING REPRESENTATIVE: CRAIG MCDONALD

*Signature on File*

*Signature on File*

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

## Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **KA COMMERCIAL TRUCKS LLC** |
|---|---|---|---|
| | | | KA COMMERCIAL TRUCKS LLC |
| | 11299 N. Illinois Street | | 71062 US HWY 12 |
| | Carmel, IN 46032 | | DASSEL, MN 55325 |
| | (317) 815-9645 | | (320) 275-2150 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2015, FORD, SUPER DUTY F-350 DRW, White, 4WD CREW CAB 176 WB, 4WD CREW CAB |
|---|---|---|---|---|
| Sale Date: 6/17/2020 | Lot #: OC5 | Sale Type: Internet | VIN: 1FD8W3HT2FEA32814 | Stock #: 627873 |

Odometer: 120,297 Miles

**PAY PROCEEDS TO:**   PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**   ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20806125000169              Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($17,000.00) | |
| Seller Fee | $105.00 | |
| Recon - Wash and Vac | $30.00 | L1 |
| EPA Fee | $4.00 | |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1FD8W3HT2FEA32814. |
| Total: | ($16,686.00) | |
| Net Due: | ($16,686.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($175.00) |
|---|---|---|
| Total: $16,686.00 | Issue ACH W/O Tran (net) | ($4.00) |
| | Issue ACH W/O Tran (net) | ($30.00) |
| | Issue ACH W/O Tran (net) | ($105.00) |
| | Issue ACH W/O Tran (net) | $17,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 580



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 22 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15031273 | 443058-1084 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2015 Ford F250SD | 149,985 | 1FT7W2BTXFEA02463 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/18/2020 | $ 10,800.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Recon Fee | Auction | RECON: Detail | $ 80.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| EPA | Auction | ADMIN: Environmental Fee | $ 4.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges : $329.00**

**Net Proceeds : $10,471.00**

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $10,800.00

Auctioneer: Bandy Assiter

## SALE INFORMATION

**Sale Date:** 6/18/2020        **Lot #: B 129**        Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20806143000645        Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1FT7W2BTXFEA02463**        Stock #: 832469
2015 FORD SUPER DUTY F-250 SRW, White, XL
Body Style: TRUCK
**Odometer: 149,985 Miles**
Client Unit ID: 15031273

Category: RRP

### VEHICLE OPTIONS

8 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM\CD, 4WD, 5 Passenger, Vinyl Interior, Power Steering, Power Locks, Power Windows,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**SELLER:** **PAR/AFC Corporate**

11299 N. Illinois Street
Carmel, IN 46032
(317) 815-9645

**BUYER:** **LAKE CITY INVESTMENT LLC**

LAKE CITY INVESTMENT LLC
980 N MILL ST
LEWISVILLE, TX 75057
(972) 436-0080
License: TX/P121351

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: CARLOS SANDOVAL

Signature on File

SELLER

BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **LAKE CITY INVESTMENT LLC** |
|---|---|---|---|
| | | | LAKE CITY INVESTMENT LLC |
| | 11299 N. Illinois Street | | 980 N MILL ST |
| | Carmel, IN 46032 | | LEWISVILLE, TX 75057 |
| | (317) 815-9645 | | (972) 436-0080 |

**SALE INFORMATION**
Sale Date: 6/18/2020      Lot #: B 129      Sale Type: Consignment Sale

**VEHICLE INFORMATION**
VIN: 1FT7W2BTXFEA02463

2015, FORD, SUPER DUTY F-250 SRW, White, XL, TRUCK
Stock #: 832469                 **Odometer: 149,985 Miles**

**PAY PROCEEDS TO:**          PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**          ACH W/O Tran

**TITLE INFORMATION**
Title State/Number: IN/20806143000645          Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($10,800.00) | |
| Seller Fee | $75.00 | |
| Recon - Complete Detail | $80.00 | L6 |
| EPA Fee | $4.00 | |
| Total: | ($10,641.00) | |
| Net Due: | ($10,641.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $10,800.00 |
| Total: $10,641.00 | Issue ACH W/O Tran (net) | ($80.00) |
| | Issue ACH W/O Tran (net) | ($4.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 583



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Wednesday, 24 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014798 | 443058-1092 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2013 FREIGHTLINER M2 106 | 311,551 | 1FVACWDU5DHFA3237 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/22/2020 | $ 11,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Internet Fee | Auction | | $ 30.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges :** $775.00

**Net Proceeds :** $10,225.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $11,000.00          SOS - Off the Block Sale

Auctioneer:

## SALE INFORMATION

**Sale Date:** 6/22/2020      **Lot #: 0C15**      Sale Type: Internet

### TITLE INFORMATION

Title State/Number: IN/20758098000068          Certificate of Origin: No

### VEHICLE INFORMATION

VIN: 1FVACWDU5DHFA3237          Stock #: 828787
2013 FREIGHTLINER M2, White,
Body Style: TRUCK
**Odometer: 311,551 Miles**
                                    Client Unit ID: 15014798

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, Automatic Transmission, Hard Top, Air Conditioning, AM\FM Radio, Drive
Train - 2 Wheel, 2 Passenger, Cloth Interior,

### CERTIFICATIONS

### AUCTION LIGHTS

Green Light - Ride and Drive     Blue Light - Title Received

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **EXECUTIVE AUTO SALES LLC** |
|---|---|---|---|
| | | | EXECUTIVE AUTO SALES LLC |
| | 11299 N. Illinois Street | | 2125 ALBANY POST RD 205 |
| | Carmel, IN  46032 | | MONTROSE, NY  10548 |
| | (317) 815-9645 | | (203) 738-9537 |
| | | | License: NY/7123488 |

SELLING REPRESENTATIVE: No Rep Present          BUYING REPRESENTATIVE: ANTHONY SYKES

*Signature on File*                              *Signature on File*

SELLER                                           BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

# Invoice to Seller

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | **PAR/AFC Corporate** | BUYER: | **EXECUTIVE AUTO SALES LLC** |
|---|---|---|---|
| | | | EXECUTIVE AUTO SALES LLC |
| | 11299 N. Illinois Street | | 2125 ALBANY POST RD 205 |
| | Carmel, IN 46032 | | MONTROSE, NY 10548 |
| | (317) 815-9645 | | (203) 738-9537 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 2013, FREIGHTLINER, M2, White, , TRUCK | |
|---|---|---|---|---|---|
| Sale Date: 6/22/2020 | Lot #: OC15 | Sale Type: Internet | VIN: 1FVACWDU5DHFA3237 | Stock #: 828787 | Odometer: 311,551 Miles |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

## TITLE INFORMATION

Title State/Number: IN/20788098000068          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($11,000.00) | |
| Seller Fee | $105.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485936 |
| Total: | ($10,395.00) | |
| Net Due: | ($10,395.00) | |

### PAYMENTS AND ADJUSTMENTS

| | Issue ACH W/O Tran (net) | ($105.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | $11,000.00 |
| Total: $10,395.00 | Issue ACH W/O Tran (net) | ($500.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 586



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014770 | 443058-1056 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1999 INTERNATIONAL 8000- | 482,101 | 1HSHBAHNXXH659029 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $245.00

**Net Proceeds :** $1,355.00

brenda.timmons

Appendix 587

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
VIDEO
AS IS

### VEHICLE SALE

Sale Price: $1,600.00

Auctioneer: Tommy Hale

### SALE INFORMATION

**Sale Date:** 6/25/2020 **Lot #: T 1016** Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/10788098000071 Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1HSHBAHNXXH659029** Stock #: 828974
1999 INTERNATIONAL 8000 SERIES CAB, White,
Body Style: TRUCK
**Odometer: 482,101 Miles**
Client Unit ID: 15014770

Category: RRP

### VEHICLE OPTIONS

6 Cylinder Diesel, 7 Speed Transmission, Hard Top, Air Conditioning, AM\FM\Cassette, Drive
Train - 2 Wheel, 2 Passenger, Vinyl Interior,

### CERTIFICATIONS

### AUCTION LIGHTS

Red Light - As Is    Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

| SELLER: | **PAR/AFC Corporate** | BUYER: | **D & B USED CARS INC** |
|---|---|---|---|
| | | | D & B USED CARS INC |
| | 11299 N. Illinois Street | | 2101 W JEFFERSON ST |
| | Carmel, IN 46032 | | GRAND PRAIRIE, TX 75051 |
| | (317) 815-9645 | | (817) 501-4809 |
| | | | License: TX/P126991 |

SELLING REPRESENTATIVE: Selling Representative not in list    BUYING REPRESENTATIVE: DAVID CONTRERAS REYES

Signature on File

SELLER    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. All amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Appendix 588

# Invoice to Seller

| ADESA Dallas | SELLER: | BUYER: |
|---|---|---|
| 3501 Lancaster Hutchins Road | **PAR/AFC Corporate** | **D & B USED CARS INC** |
| Hutchins, TX 75141 | | D & B USED CARS INC |
| (972) 225-6000 | 11299 N. Illinois Street | 2101 W JEFFERSON ST |
| | Carmel, IN 46032 | GRAND PRAIRIE, TX 75051 |
| | (317) 815-9645 | (817) 501-4809 |

| SALE INFORMATION | | VEHICLE INFORMATION | 1999, INTERNATIONAL, 8000 SERIES CAB, White, , TRUCK |
|---|---|---|---|
| **Sale Date:** 6/25/2020 | **Lot #: T 1016** Sale Type: Consignment Sale | **VIN: 1HSHBAHNXXH659029** | Stock #: 828974 |
| | | | **Odometer: 482,101 Miles** |

**PAY PROCEEDS TO:**
PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:** ACH W/O Tran

**TITLE INFORMATION**

Title State/Number: IN/10788098000071          Certificate of Origin: No

**VEHICLE SALE**

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,600.00) | |
| Seller Fee | $75.00 | |
| Total: | ($1,525.00) | |
| Net Due: | ($1,525.00) | |

**PAYMENTS AND ADJUSTMENTS**

| | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $1,600.00 |
| Total: $1,525.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase. Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 589



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 29 June, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014774 | 443058-1058 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 1988 Ford LN 7000 | 87,443 | 1FDNR72P7JVA28327 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 06/25/2020 | $ 1,200.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 500.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $745.00

**Net Proceeds :** $455.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

**VEHICLE SALE**

Sale Price: $1,200.00

Auctioneer: Cody Shelley

| SALE INFORMATION | | | |
|---|---|---|---|
| **Sale Date:** 6/25/2020 | **Lot #: D 177** | Sale Type: Consignment Sale | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐ Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

**TITLE INFORMATION**

Title State/Number: IN/20788098000072          Certificate of Origin: No

**VEHICLE INFORMATION**

VIN: 1FDNR72P7JVA28327          Stock #: 828960
1988 FORD L7000, White,
Body Style: TRUCK
**Odometer: 87,443 Miles**
                              Client Unit ID: 15014774
Category: RRP

| SELLER: | **PAR/AFC Corporate** | BUYER: | **CARS ENTERPRISE** |
|---|---|---|---|
| | 11299 N. Illinois Street | | 911 S BECKLEY AVE |
| | Carmel, IN 46032 | | DALLAS, TX 75203 |
| | (317) 815-9645 | | (214) 710-7418 |
| | | | License: TX/P118641 |

**VEHICLE OPTIONS**
6 Cylinder Diesel, 5 Speed Transmission, Hard Top, Drive Train - 2 Wheel, 2 Passenger, Vinyl Interior,

**CERTIFICATIONS**

SELLING REPRESENTATIVE: Selling Representative not in list          BUYING REPRESENTATIVE: SANTIAGO VARA

**AUCTION LIGHTS**

Red Light - As Is     Blue Light - Title Received

Signature on File.

SELLER          BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Appendix 591

# Invoice to Seller

| ADESA Dallas | | SELLER: | PAR/AFC Corporate | BUYER: | CARS ENTERPRISE |
|---|---|---|---|---|---|
| 3501 Lancaster Hutchins Road | | | | | |
| Hutchins, TX 75141 | | | 11299 N. Illinois Street | | 911 S BECKLEY AVE |
| (972) 225-6000 | | | Carmel, IN 46032 | | DALLAS, TX 75203 |
| **ADESA** | | | (317) 815-9645 | | (214) 710-7418 |

| SALE INFORMATION | | | VEHICLE INFORMATION | 1988, FORD, L7000, White, , TRUCK | |
|---|---|---|---|---|---|
| Sale Date: 6/25/2020 | Lot #: D 177 | Sale Type: Consignment Sale | VIN: 1FDNR72P7JVA28327 | Stock #: 828960 | Odometer: 87,443 Miles |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

## TITLE INFORMATION

Title State/Number: IN/20788098000072          Certificate of Origin: No

## VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($1,200.00) | |
| Seller Fee | $75.00 | |
| Sublet: Transportation | $500.00 | DALLAS TOWBOYS INV 485937 |
| Total: | ($625.00) | |
| Net Due: | ($625.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($75.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | $1,200.00 |
| | Issue ACH W/O Tran (net) | ($500.00) |
| Total: $625.00 | | |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 592



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|---|---|---|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014758 | 443058-1037 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|---|---|---|---|
| | 2017 APALM CAR TRAILER | 1 | 5UTGN2428HM007662 |

| Auction | Sale Date | Sale Price |
|---|---|---|
| ADESA DALLAS | 07/09/2020 | $ 3,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|---|---|---|---|
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges : $445.00**

**Net Proceeds : $2,555.00**

brenda.timmons

# Bill of Sale

## ADESA Dallas
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

**ANNOUNCEMENTS**
OWNER AFC DALLAS
AFFIDAVIT OF PHYSICAL INSPECTION
AS IS

## VEHICLE SALE
Sale Price: $3,000.00

Auctioneer: Farely Tanner

## SALE INFORMATION
Sale Date: **7/9/2020**       Lot #: **TR547**      Sale Type: Consignment Sale

## TITLE INFORMATION
Title State/Number: IN/20788120000107        Certificate of Origin: No

## VEHICLE INFORMATION
**VIN: 5UTGN2428HM007662**       Stock #: 827826
2017 TIGER TRAILERS 32, BLACK, GOOSENECK FLATBED
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**
                      Client Unit ID: 15014758

Category: RRP

## VEHICLE OPTIONS

## CERTIFICATIONS

## AUCTION LIGHTS
Red Light - As Is    Yellow Light - Caution    Blue Light - Title Received

*This vehicle is sold AS IS - No Arbitration

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐   Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐   Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

SELLER:   **PAR/AFC Corporate**                    BUYER:   **ALL STAR GROUP**

11299 N. Illinois Street                                    2151 GREENS RD
Carmel, IN 46032                                           HOUSTON, TX 77032
(317) 815-9645                                             (281) 716-7165
                                                          License: TX/P117977

SELLING REPRESENTATIVE: Selling Representative not in list       BUYING REPRESENTATIVE: JUAN FUENTES GONZALEZ

*Signature on File*                                        *Signature on File*

SELLER                                                    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Printed: 7/10/2020 11:07:47 AM                                          Page 1 of 2

# Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX 75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | ALL STAR GROUP |
|---|---|---|---|
| | 11299 N. Illinois Street | | 2151 GREENS RD |
| | Carmel, IN 46032 | | HOUSTON, TX 77032 |
| | (317) 815-9645 | | (281) 716-7165 |

| SALE INFORMATION | | VEHICLE INFORMATION | 2017, TIGER TRAILERS, 32, BLACK, GOOSENECK FLATBED, UTILITY TRAILER |
|---|---|---|---|
| Sale Date: 7/9/2020    Lot #: TR547    Sale Type: Consignment Sale | | VIN: 5UTGN2428HM007662    Stock #: 827826    Odometer: 1 Miles | |

| PAY PROCEEDS TO: | PAR North America |
|---|---|
| | 11299 N. Illinois StreetSuite 300 |
| | Carmel, IN 46032 |
| | (317) 818-4500 |
| PAYMENT TYPE: | ACH W/O Tran |

### TITLE INFORMATION

Title State/Number: IN/20788120000107          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($3,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 388288 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 5UTGN2428HM007662. |
| Total: | ($2,710.00) | |
| Net Due: | ($2,710.00) | |

| PAYMENTS AND ADJUSTMENTS | | |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($40.00) |
| | Issue ACH W/O Tran (net) | ($175.00) |
| Total: $2,710.00 | Issue ACH W/O Tran (net) | ($75.00) |
| | Issue ACH W/O Tran (net) | $3,000.00 |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 595



**12800 North Meridian**
**Suite 350**
**Carmel, Indiana 46032**
**(317) 818-4500  Fax: (317) 843-3001**
**Federal ID#: 35-2062003**

Monday, 13 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| . MICHAEL VERNON GARRISON DBA: ROCK | 15014782 | 443058-1080 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|--------------------|---------|----|
| | 2005 TAKE THREE TRAILER | 1 | 1T9AS40285B540094 |

| Auction | Sale Date | Sale Price |
|---------|-----------|-----------|
| ADESA DALLAS | 07/09/2020 | $ 4,000.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| Remarketing Fee | Auction | | $ 75.00 |
| Auction Sale Fee | Auction | ADMIN: Sale Fee | $ 75.00 |
| Mechanical Work - Labor | Auction | RECON: Mechanical Work | $ 40.00 |
| Transportation Fee | Auction | TRANSPORT: Transportation Fee | $ 175.00 |
| PAR Fee | Titles | | $ 25.00 |
| Title Fee | Titles | | $ 55.00 |

**Total Charges :** $445.00

**Net Proceeds :** $3,555.00

brenda.timmons

# Bill of Sale

**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

**ADESA**

**ANNOUNCEMENTS**
OWNER AFC-DALLAS
AS IS

## VEHICLE SALE

Sale Price: $4,000.00

Auctioneer: Farely Tanner

## SALE INFORMATION

Sale Date: 7/9/2020     Lot #: TR548     Sale Type: Consignment Sale

### TITLE INFORMATION

Title State/Number: IN/20788124000050     Certificate of Origin: No

### VEHICLE INFORMATION

**VIN: 1T9AS40285B540094**     Stock #: 827876
2005 TAKE 3 TRAILERS 40, BLACK, GOOSENECK
Body Style: UTILITY TRAILER
**Odometer: 1 Miles**
                        Client Unit ID: 15014782

Category: RRP

## VEHICLE OPTIONS

## CERTIFICATIONS

## AUCTION LIGHTS

Red Light - As Is     Blue Light - Title Received

### ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Providing false information may result in fines and/or imprisonment. Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements above.

☐  Seller hereby certifies that to the best of his/her knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐  Seller hereby certifies that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| SELLER: | **PAR/AFC Corporate** | BUYER: | **FALCON WHOLESALE II LLC** |
|---|---|---|---|
| | | | FALCON WHOLESALE II LLC |
| | 11299 N. Illinois Street | | 5888 DIXIE HWY |
| | Carmel, IN 46032 | | CLARKSTON, MI 48346 |
| | (317) 815-9645 | | (586) 907-7742 |
| | | | License: MI/B001800 |

SELLING REPRESENTATIVE: Selling Representative not in list

BUYING REPRESENTATIVE: BILLIE LESTER

*Signature on File*                    *Signature on File*

SELLER                                    BUYER

Buyer and Seller agree that the Vehicle described herein is bought and sold for the price reflected herein subject to the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com, and such Auction Terms and Conditions are incorporated herein by reference. PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS. Seller is the transferor of the Vehicle and is responsible for all disclosures, including odometer and mileage. This Bill of Sale is not an invoice. For all amounts due, please refer to invoices in your account. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good fund. Buyer hereby grants to Auction Company a security interest (including a purchase money security interest, where applicable) in the Vehicle, which shall continue until all funds are collected with respect to such sale. Attention Dealers: As a party to this sale contract/bill of sale, you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the applicable state at the time of purchase.

Printed: 7/10/2020 11:07:44 AM                                    Page 1 of 2

## Invoice to Seller



**ADESA Dallas**
3501 Lancaster Hutchins Road
Hutchins, TX  75141
(972) 225-6000

| SELLER: | PAR/AFC Corporate | BUYER: | FALCON WHOLESALE II LLC |
|---|---|---|---|
| | | | FALCON WHOLESALE II LLC |
| | 11299 N. Illinois Street | | 5888 DIXIE HWY |
| | Carmel, IN  46032 | | CLARKSTON, MI  48346 |
| | (317) 815-9645 | | (586) 907-7742 |

| SALE INFORMATION | VEHICLE INFORMATION | 2005, TAKE 3 TRAILERS, 40, BLACK, GOOSENECK, UTILITY TRAILER |
|---|---|---|
| Sale Date: 7/9/2020   Lot #: TR548   Sale Type: Consignment Sale | VIN: 1T9AS40285B540094 | Stock #: 827876          Odometer: 1 Miles |

**PAY PROCEEDS TO:**     PAR North America
11299 N. Illinois StreetSuite 300
Carmel, IN 46032
(317) 818-4500

**PAYMENT TYPE:**     ACH W/O Tran

### TITLE INFORMATION

Title State/Number: IN/20788124000050          Certificate of Origin: No

### VEHICLE SALE

| Description | Amount | Notes |
|---|---|---|
| Vehicle Sale | ($4,000.00) | |
| Seller Fee | $75.00 | |
| Sublet: Mechanical | $40.00 | DALLAS COUNTY VIN INSPECTION 3#8289 |
| Sublet: Transportation | $175.00 | Pick Up from SULPHUR SPRINGS to Hutchins VIN: 1T9AS40285B540094. |
| Total: | ($3,710.00) | |
| Net Due: | ($3,710.00) | |

| PAYMENTS AND ADJUSTMENTS | Issue ACH W/O Tran (net) | ($40.00) |
|---|---|---|
| | Issue ACH W/O Tran (net) | ($75.00) |
| Total: $3,710.00 | Issue ACH W/O Tran (net) | $4,000.00 |
| | Issue ACH W/O Tran (net) | ($175.00) |

Payment terms are as set forth in the Auction Terms and Conditions in effect on the sale date and posted on www.adesa.com and such Auction Terms and Conditions are incorporated herein by reference. All sales, use, and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Buyer. When appropriate, Seller or authorized representative will bill Buyer for such taxes and Buyer agrees to pay such taxes to Seller at time of purchase, Seller or authorized representative will remit such taxes to the appropriate jurisdiction in accordance with applicable guidelines.

Appendix 598



**12800 North Meridian
Suite 350
Carmel, Indiana 46032
(317) 818-4500  Fax: (317) 843-3001
Federal ID#: 35-2062003**

Wednesday, 15 July, 2020

# Sales Recap

## AFC- Dallas (R)

| Name | PAR # | Account # |
|------|-------|-----------|
| MICHAEL VERNON GARRISON DBA: ROCK | 15014796 | 443058-1091 |

| Region/Contact | Vehicle Description | Mileage | VIN |
|----------------|--------------------|---------|-----|
| | 1996 Ford F250 | 181,497 | 1FTHX25F0TEB25935 |

| Auction | Sale Date | Sale Price |
|---------|-----------|-----------|
| Ardmore Car Auction | 07/06/2020 | $ 3,600.00 |

| Charge Description | Charge Type | Comments | Amount |
|--------------------|-------------|----------|--------|
| Recon Fee | Auction | | $ 65.00 |
| Auction Sale Fee | Auction | | $ 140.00 |
| Mechanical Work - Labor | Auction | | $ 180.00 |
| Remarketing Fee | Auction | | $ 75.00 |
| Title Fee | Titles | | $ 55.00 |
| PAR Fee | Titles | | $ 25.00 |
| Electronic Vehicle/Odometer History | Titles | | $ 15.00 |

**Total Charges : $555.00**

**Net Proceeds : $3,045.00**

brenda.timmons

# ARDMORE CAR AUCTION, LLC

**BOX 1713          438 LODGE RD.**
**ARDMORE, OK 73402     OVERBROOK, OK 73453**
**SALE EVERY MONDAY - 7:00 P.M.**

| CAR NO | | DATE |
|---|---|---|
| | **580-226-7710** | 39 70 |

CO. NAME          HFC   Rock Hill          7/6/70

ADDRESS _____

CITY _____

| | LOW | | ODOMETER | 181514 |
|---|---|---|---|---|

| YEAR | 96 | MAKE | Ford | O ACTUAL MILES |
| BODY | | MODEL | F 250 | O EXCEED MECHANICAL LIMITS |
| LICENSE # | | I.D. # | 1FTHX25FOTEB25935 | O WARNING-Odometer Discrepancy |

| R | H | AT | 4 SP | 3 SP | PS | PB | AIR | EW | TILT | CRUSE | MOTOR | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Blue |

| CONDITIONS OF SALE: | DRIVE O | GOOD GEARS O | DEFECTS O | AS IS O |
|---|---|---|---|---|

REMARKS: _____

UD # _____

### ARDMORE CAR AUCTION, LLC DOES NOT GUARANTEE MILES

ARDMORE CAR AUCTION, LLC DOES NOT PROVIDE ANY INSURANCE COVERAGE ON ANY VEHICLES. CUSTOMER ASSUMES ALL RISKS OR LIABILITIES.  CONSIGNMENT SALES OF OUT OF STATE TITLES.

ARDMORE CAR AUCTION, LLC ASSUMES ABSOLUTELY NO RESPONSIBILITY FOR YEAR, MODEL, OR THE ODOMETER MILEAGE.  NOT FOR THE VALIDITY OF THE MILEAGE STATEMENT PROVIDED BY THE SELLER TO THE BUYER.  SELLER MUST ANNOUCE IF THE ODOMETER IS NOT WORKING PROPERLY.

ARDMORE CAR AUCTION, LLC WILL NOT BE RESPONSIBLE IN CASE OF FIRE, THEFT, COLLISION, HAIL, WINDSTORM OR ANY DAMAGE TO ANY VEHICLE CONSIGNED FOR SALE OR STORED AT  ARDMORE CAR AUCTION, LLC.

| **SELLER** 3600 | **BUYER** 3600 |
|---|---|
| SELLING PRICE   $        65 | SELLING PRICE   $  3600 |
| SALES FEE   $   40 | BUYER'S FEE   $   95 |
| | 80 |
| TOTAL SELLERS PRICE  $  3215 | FLOOR FEE   $ |
| | TOTAL BUYER'S PRICE $  3695 |

1800 CASH
1895 due          #3695 Total

---

**580.6 DISCLOSURE FORM**                    **BILL OF SALE**

## ODOMETER MILEAGE STATEMENT

(FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP.  AN  INACCURATE OR UNTRUTHFUL STATEMENT MAY MAKE YOU LIABLE FOR DAMAGES TO YOUR TRANSFEREE, FOR ATTORNEY FEES, AND FOR CIVIL OR CRIMINAL PENALTIES, PURSUANT TO SECTIONS 409, 412 AND 413 OF THE MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972 (PUBLIC LAW 92-513, AS AMENDED BY PUBLIC LAW 94-364)

I,_____ STATE THAT THE ODOMETER OF THE
  TRANSFERERS NAME - SELLER (PRINT)

VEHICLE DESCRIBED BELOW NOW READS_____MILES/KILOMETERS

CHECK ONE BOX ONLY:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

☐  The odometer has exceeded it's mechanical limits described at left.

☐  The odometer reading is NOT the actual mileage.  WARNING ODOMETER DISCREPANCY described at left.

PAYMENT OF ALL DRAFTS AND CHECKS GUARANTEED TO SELLER BY ARDMORE CAR AUCTION, LLC PROVIDING (1) SALE IS MADE IN ACCORDANCE WITH AUCTION RULES (2) VEHICLE IS SOLD ON AUCTION BLOCK (3) SELLER SELLING ON GREEN LIGHT GIVING BUYER A DRIVE (4) CORRECT TITLE PAPERS ARE PRESENTED TO ARDMORE CAR AUCTION, LLC FOR PAYMENT WITHIN 20 DAYS FROM DATE OF SALE (5) ARDMORE CAR AUCTION, LLC WILL NOT GUARANTEE SALES MADE ON AUCTION LOT UNLESS SALE IS APPROVED BY MANAGEMENT (6) ALL TITLES MUST BE CLEARED THROUGH ARDMORE CAR AUCTION, LLC.  THE UNDERSIGNED BUYER AGREES TO PAY ARDMORE CAR AUCTION, LLC FOR THE ABOVE DESCRIBED VEHICLE IF CORRECT TITLE PAPERS ARE PRESENTED TO HIM FOR PAYMENT WITHIN 30 DAYS FROM DATE OF SALE.  ALL TITLES MUST BE ENCLOSED IN BUYER'S DRAFT.  SELLER AGREES THAT ANY AMOUNTS OWING TO AUCTION PRESENTLY OR PAST DUE SHALL BE DEDUCTED FROM THE PROCEEDS OF SALE.

| TRANSFEREE'S NAME (BUYER) |
|---|
| STREET ADDRESS |
| CITY |

**PAID BY CASH**

RECEIPT OF COPY ACKNOWLEDGED

X _____
                    TRANSFEREE'S SIGNATURE - BUYER          Wallis Printing - Ardmore, OK

# EXHIBIT I

## AUCTION SERVICING AGREEMENT

This Auction Servicing Agreement (hereinafter referred to as the "Agreement") is made this _17_ day of December, 2013 by and between Automotive Finance Corporation, an Indiana corporation (hereinafter referred to as "AFC") and Druien, Inc. dba Lawton Cache Auto Auction, an Oklahoma corporation (hereinafter referred to as "Auction").

### RECITALS:

**WHEREAS,** Auction owns and operates an auto auction facility or facilities (hereinafter collectively referred to as "Auction Facility").

**WHEREAS,** AFC desires to assist its customers who are licensed motor vehicle dealers (hereinafter individually referred to as "Dealer" and collectively referred to as "Dealers") in financing their used vehicle purchases made at Auction Facility.

**WHEREAS,** AFC and Auction have agreed that AFC will facilitate the purchase at Auction Facility of used vehicles by certain Dealers pursuant to a line of credit extended to Dealers by AFC (hereinafter referred to as "Credit").

**NOW, THEREFORE,** in consideration of mutual covenants and agreements set forth herein, the parties hereto agree as follows:

1.    **Plan Administration.**

     (a)     In granting Credit to the Dealer, AFC shall have sole discretion as to the terms and conditions of such Credit. Only a Dealer, and such representatives of the Dealer for which Auction has received written authorization from such Dealer, shall be permitted by Auction to purchase vehicles at Auction Facility with Credit.

     (b)     No later than one (1) hour prior to the start of the auction sale, AFC will advise Auction, by email, by posting onto AFC's website, by facsimile transmission, via Auction ACCESS®, or by any other method mutually agreed to in writing by the President of AFC and the chief executive officer of Auction, or their authorized representatives, of the amount of Credit available to Dealers that wish to use Credit to purchase vehicles at such auction sale ("Original Credit"). AFC's liability to Auction for each such Dealer's Original Credit shall remain in effect until 11:59 p.m. on the day that such Original Credit information is originally posted on AFC's website or sent to Auction by AFC. AFC further agrees to advise Auction by email, by posting onto AFC's website, by facsimile transmission, or by any other method mutually agreed to in writing by the President of AFC and the chief executive officer of Auction, or their authorized representatives, of any withdrawal or reduction of any Dealer's Original Credit. In the event AFC advises Auction of the withdrawal or reduction of any Dealer's Original Credit during an auction sale, Auction shall use commercially reasonable efforts to notify the affected Dealer of such withdrawal or reduction and shall not issue gate passes to such Dealer for any vehicle purchased where the aggregate purchases for such Dealer exceed the amount of Credit available to such Dealer at that time. Notwithstanding Auction's failure to notify any Dealer of such withdrawal or reduction of any such Dealer's Original Credit or Auction's inadvertent issuance of a gate pass, AFC shall remain liable to Auction for purchases by such Dealer up to an amount equal to such Dealer's Original Credit. Notwithstanding anything to the contrary herein, under no circumstance shall AFC be liable to Auction with respect to purchases made by any Dealer for any amount in excess of such Dealer's Original Credit. In the event the Auction does not receive the Original Credit information for any Dealer, Auction shall not allow such Dealer or Dealers to purchase with Credit and AFC shall not be liable to Auction for any such purchases.

     (c)     Within one business day after the conclusion of each auction sale, Auction shall, by email, by facsimile transmission, or by any other method mutually agreed to in writing by the President of AFC

AFC
OFFICER

1 of 4

Auction    Auction

Auction Agreement_non_NAAA__01_09_13

and the chief executive officer of Auction, or their authorized representatives, provide AFC with documentation for vehicles purchased by any Dealer with Credit, specifying for each such vehicle (i) the year, make, model, color, body style, and vehicle identification number; (ii) the name and address of the purchasing Dealer; (iii) the actual sale price; and (iv) the buyer's fee due to Auction; (v) the mileage listed on the odometer; (vi) whether or not such vehicle was purchased during an auction sale on the auction block or off of the auction block; and (vii) whether or not such vehicle was on site at the Auction Facility at the time of such sale. Regardless of the amount of a Dealer's available Credit, Auction shall not place any vehicle purchase on a Dealer's AFC floor plan without the Dealer's express authorization.

(d) Subject to paragraph 1(b), provided that an Event of Default by Auction does not exist and Auction is in compliance with all the terms of this Agreement, AFC shall pay to Auction the reasonable sale price, and the buyer's fee due to Auction for each vehicle identified in paragraph 1(c) within one business day of AFC's receipt of the original Title, properly endorsed or assigned by the applicable seller, along with the completed odometer disclosure statement, the original sales invoice or consignor ticket which lists the name and address of the seller and the buyer's fee due to Auction, as a separate item from the purchase price, and any additional documentation required by State regulation to transfer title to the vehicle. Each such payment by AFC shall be made via check (delivered via overnight courier or hand delivery) or Automated Clearing House ("ACH") transfer to the account designated by Auction in writing to AFC in accordance with ACH policies and procedures.

(e) If a payment is made in error or an overpayment is made by AFC to Auction via ACH, AFC shall have the right to debit the amount of such payment or overpayment from the Auction's account via ACH.

2. **Representations and Warranties**. Auction represents and warrants that all information provided in any documentation sent to AFC pursuant to this Agreement is accurate and complete in all respects and that such documentation is sufficient to transfer marketable title to the subject vehicle(s).

3. **Confidentiality**.

(a) AFC acknowledges that AFC may gain access to information about Auction, the disclosure of which could substantially harm Auction's business and AFC agrees not to disclose such information to any third party except under order of a court of competent jurisdiction.

(b) Auction acknowledges that Auction may gain access to information about AFC, the disclosure of which could substantially harm the business of AFC and Auction agrees not to disclose such information to any third party except under order of a court of competent jurisdiction.

4. **Events of Default**. Each of the following events shall constitute an Event of Default:

(a) the default in payment or performance of any obligation under this Agreement; and

(b) a party reasonably determining that any covenant, warranty, representation, or statement made by the other party in connection with this Agreement has been breached or is false or misleading.

5. **Remedies**. Upon the occurrence of an Event of Default, the parties shall have the right to pursue any of their respective rights and remedies separately, successively or concurrently, and the exercise of any right or remedy shall not preclude its exercise at a later time or the exercise of other rights or remedies not specifically identified herein.

(a) The parties may (i) demand, receive, AND sue for and collect any moneys due or to become due under this Agreement, including without limitation monies paid in reliance upon a misrepresentation by the other party and (ii) assent to any or all extensions or postponements of time of payment.

AFC
OFFICER

2 of 4

Auction   Auction

Auction Agreement_non_NAAA__01_09_13

(b)      AFC may (i) discontinue providing Credit information; and (ii) upon the continuance of an Event of Default by Auction set-off any amounts owed to Auction by AFC against any amounts owed by Auction to AFC.

6.      **Termination**.  This Agreement may be terminated

(a)      immediately in the case of fraud committed by a party;

(b)      immediately by mutual agreement of the parties; or

(c)      by either party giving thirty (30) days prior written notice to the other party.

Notwithstanding the foregoing, the parties' rights and obligations with respect to confidentiality and with respect to the transactions consummated prior to termination, shall survive termination.

7.      **Miscellaneous Provisions**.

(a)      Auction acknowledges AFC's security interest in vehicles owned by Dealers and the proceeds thereof, if and only if, Auction has also received Credit advice with respect to such Dealer as provided in section 1 above.  By acknowledging AFC's security interest, Auction does NOT incur any obligations to act at AFC's direction with respect to such vehicles or the proceeds thereof except as provided herein.

(b)      Upon receipt of good funds from AFC, for each vehicle purchased by any Dealer pursuant to the terms of this Agreement, Auction sells and assigns without representation or warranty all of Auction's interest in each such vehicle, including without limitation any security interest or lien that Auction may have in such vehicle, to AFC.

(c)      With respect to the subject matter hereof, this Agreement embodies the entire agreement and understanding between the parties and amends and restates any prior agreements and understandings between them.  Notwithstanding the above, the parties acknowledge that it may be necessary to amend the procedures as enumerated in this Agreement.  The parties agree that such procedures may be amended by mutual letter agreement signed by both parties.

(d)      Unless otherwise provided for in this Agreement, all notices and other official communications given under this Agreement shall be in writing and shall be delivered in person, by certified mail - return receipt requested and postage prepaid, overnight courier or by confirmed facsimile transmission.  All notices to a party will be sent to the addresses set forth below or to such other addresses or persons as such party may designate by notice to the other party hereunder

TO AFC:
AUTOMOTIVE FINANCE CORPORATION
13085 Hamilton Crossing Blvd.
Suite 300
Carmel, IN  46032
Attn.:     Legal Department
Phone:     317-815-9645
Fax:       866-929-3430

TO AUCTION:
DRUIEN, INC.
DBA LAWTON CACHE AUTO AUCTION
9 SW 112th Street
Lawton, OK 73505
Attn:      Emmett Druien, President
           Lisa Druien, Vice President; Treasurer
Phone:     580-536-4645
Fax:       580-536-4649

(e)      This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall be deemed one and the same instrument.

AFC
OFFICER

3 of 4

Auction       Auction

Auction Agreement_non_NAAA__01_09_13

(f)      If any provision of this Agreement is invalid, illegal or unenforceable under any applicable statute or rule of law, the remaining provisions hereof shall remain in full force and effect.

(g)      AUCTION AND AFC EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED. THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT AND RELATED AGREEMENT(S), INSTRUMENTS OR TRANSACTIONS, OR ANY ASPECT OF THE PAST, PRESENT, OR FUTURE RELATIONSHIP OF THE PARTIES. THIS PROVISION IS A MATERIAL INDUCEMENT FOR AFC ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

(h)      Any action initiated by Auction against AFC relating to this Agreement shall be filed and conducted in the Circuit or Superior Courts of Hamilton County or Marion County, State of Indiana. AFC may bring any action against Auction relating to this Agreement in any court of competent jurisdiction, and Auction hereby consents to AFC's choice of forum. This Agreement shall be governed by the substantive laws of the State of Indiana without resort to principles of conflicts of laws. AUCTION AND AFC AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THE CLAIMANT'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

Witness:

By: _Frances C. York_

Print Name: _Frances C. York_

**AUTOMOTIVE FINANCE CORPORATION**

By: _____

Print Name: __Joe G-B Keadle__

Title: _____Vice President - Operations_____

Witness:

By: _____

Print Name: _Matthew Ramsey_

**DRUIEN, INC.**
**DBA LAWTON CACHE AUTO AUCTION**

By: _____

Print Name: ____Emmett Druien____

Its: _____President_____

By: _____

Print Name: ____Lisa Druien____

Its: _____Vice President; Treasurer_____

4 of 4

Witness:

By: _____

Print Name: _____

Auction Agreement_non_NAAA_01_09_13

# EXHIBIT J

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/06/2019
Print Time: 10:55 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   106 |
|---|---|

| BUYER(Purchaser) :P-109420       376 | Seller      P117163 | SALE#:   36237 |
|---|---|---|
| Mike  Garrison                   903-440-5557 | P117163 Parker Auto Auction | DATE:    7/31/19 |
| Rock Hill Used Cars | Colby Parker | STATUS:   SLD |
| 549 Interstate 30 East | P.O. Box 895 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Sulpher Springs, TX 75482 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

| **VEHICLE DESCRIPTION** |
|---|
| SERIAL   3D7ML48C26G178761        178761 |
| ODOMETER STATUS |
| YEAR    2006            MAKE   DODGE |
| MODEL   RAM 3500 QUA BODY   QUAD P |
| COLOR   Silver          RADIO |
| LICENSE               FUEL   Diesel |
| TITLE                 TRANS AUTO |

| | SALE PRICE:   21,500 |
|---|---|
| | BUYER FEE:   440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:  21,940.00 |
| | PAID:      21,940.00 |
| | BALANCE:      $0.00 |
| | PD BY:FI |
| | AFC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **56423**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/06/2019
Print Time: 10:56 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   066

| BUYER(Purchaser) :P-109420   376 | Seller       **UD-9266** | SALE#:   36236 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-9266  Advantage Truck -David Ivey | DATE:    7/31/19 |
| Rock Hill Used Cars | David Kroth | STATUS:    SLD |
| 549 Interstate 30 East | 1635 S. Green | DRIVE:    Yellow |
| Sulphur Springs, TX 75482 | Purcell, OK 73080 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   3D7ML48A18G219298   **219298**

ODOMETER STATUS

| YEAR | 2008 | MAKE | DODGE |
|---|---|---|---|
| MODEL | RAM 3500 | BODY | QUAD C |
| COLOR | SILVER | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | Conform/Clean | TRANS | |

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **87440**   miles and to t'
best of my knowledge, it reflects the actual mileage of the vehicle, unles
one of the following statements is checked.

| | SALE PRICE: | 25,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 25,440.00 |
| | PAID: | 25,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Aug 21 2019 02:23PM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/21/2019
Print Time:  1:46 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   020 |
|---|---|---|

| BUYER(Purchaser) :P-109420        376 | Seller        UD2133 | SALE#:        36539 |
|---|---|---|
| Mike  Garrison                     903-440-5557 | UD2133 Mainer Ford | DATE:        8/21/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:        SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:        Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FTSW21P57EB14538       B14538 |
|---|
| ODOMETER STATUS |

| YEAR | 2007 | MAKE | FORD |
|---|---|---|---|
| MODEL | F250 SUPER D | BODY | QUAD P |
| COLOR | GRAY | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 20,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 20,440.00 |
| | PAID: | 20,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **42420**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.



Sep 04 2019 11:14AM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  9/04/2019
Print Time: 10:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                    UNIT#   154

| BUYER(Purchaser) :P-109420        376 | Seller        M-7119 | SALE#:      36814 |
|---|---|---|
| Mike  Garrison             903-440-5557 | M-7119 Big Dawg Motors | DATE:    9/04/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:    SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL  5UTGN2428HM007662      007662
ODOMETER STATUS
YEAR    2017           MAKE   Tiger
MODEL   Car Trailer    BODY   TRAILE
COLOR                  RADIO
LICENSE                FUEL
TITLE                  TRANS

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads    00    miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
  **WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 29,250 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,740.00 |
| | PAID: | 29,740.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Oct 02 2019 10:57AM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/02/2019
Print Time: 10:21 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **021**

| BUYER(Purchaser) :P-109420      376 | Seller      **UD2133** | SALE#:      37288 |
|---|---|---|
| Mike  Garrison                  903-440-5557 | UD2133  Mainer Ford | DATE:      9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:      SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1GNEC16Z82J293191      293191 | ODOMETER DISCLOSURE STATEMENT |

ODOMETER STATUS

| YEAR     2002 | MAKE   CHEVROLE |
| MODEL    C1500 | BODY   WAGON |
| COLOR    White | RADIO |
| LICENSE | FUEL   Gas |
| TITLE | TRANS  MANUAL |

| | SALE PRICE:      15,000 |
| | BUYER FEE:      280.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   15,280.00 |
| | PAID: |
| | BALANCE:   $15,280.00 |
| | PD BY: |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **82433**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Oct 02 2019 11:03AM Lawton Auto Auction 580-536-4649                    page 3

Lawton Cache Auto Auction                          **INVOICE & BILL OF SALE**
                                                   580-536-4645
1 Southwest 112th St.                              Print Date: 10/02/2019
Lawton, OK 73505                                   Print Time: 10:20 AM

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 020 |
| --- | --- | --- |

| BUYER(Purchaser) :P-109420    376 | Seller    UD2133 | SALE#:    37287 |
| --- | --- | --- |
| Mike Garrison         903-440-5557 | UD2133 Mainer Ford | DATE:    9/25/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   JM1GG12L761105547       105547
ODOMETER STATUS
YEAR    2001          MAKE   MAZDA
MODEL   MAZDASPEED6 BODY   SEDAN
COLOR   Gray          RADIO
LICENSE               FUEL   Gas
TITLE                 TRANS  AUTO

| | SALE PRICE: | 13,000 |
| --- | --- | --- |
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 13,270.00 |
| | PAID: | |
| | BALANCE: | $13,270.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   51423   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Oct 14 2019 02:58PM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/14/2019
Print Time: 2:31 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                    UNIT#   148

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-7857** | SALE#:    37366 |
|---|---|---|
| Mike Garrison                903-440-5557 | UD-7857 Lawton Cache Auto Auction | DATE:    10/02/19 |
| Rock Hill Used Cars | Emmett Druien | STATUS:    SLD |
| 549 Interstate 30 East | 1 SW 112th Street | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Lawton, OK 73505 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1GRAA9224SB029809        029809
ODOMETER STATUS

| YEAR | 1995 | MAKE | Great Dane |
|---|---|---|---|
| MODEL | Trailer | BODY | VAN |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

| | SALE PRICE: | 29,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,490.00 |
| | PAID: | 29,490.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **01**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VI? : is solely a transaction between the buyer and the seller parties" ~ Subject to final banding and approving of the       is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all item:       chase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold throu;       er warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbranc       s agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purcha       ith Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the nigl       tal cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will daily.

443058 – 1053
ROCK HILL USED CARS
1GRAA9224 SB029809

Oct 15 2019 12:01PM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/15/2019
Print Time: 11:33 AM

ANNOUNCED CONDITIONS OR COMMENTS:                           UNIT#   032

| BUYER(Purchaser) :P-109420      376 | Seller      UD2133 | SALE#:      37580 |
|---|---|---|
| Mike Garrison                903-440-5557 | UD2133 Mainer Ford | DATE:    10/09/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:      SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:    Yellow |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   2B3CJ4DV0AH184071      184071
ODOMETER STATUS
YEAR    2010              MAKE   DODGE
MODEL   CHALLENGER   BODY   2D COU
COLOR   Black            RADIO
LICENSE                    FUEL   Diesel
TITLE                       TRANS AUTO

| | SALE PRICE: | 14,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 14,270.00 |
| | PAID: | |
| | BALANCE: | $14,270.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **154868**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

443058 — 1054
ROCK HILL USED CARS
DALLAS
2B3CJ4DV0 AH184071

Oct 15 2019 12:07PM Lawton Auto Auction 580-536-4649     page 3

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/15/2019
Print Time: 11:32 AM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| BUYER(Purchaser) :P-109420     376 | Seller     P148883 | SALE#:   37578 |
|---|---|---|
| Mike Garrison                903-440-5557 | P148883 Frontera Vehicle Sales & Parts | DATE:   10/09/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FTSX20R89EA01704     A01704 |
|---|
| ODOMETER STATUS |
| YEAR   2009 |
| MODEL   F250SD |
| COLOR   White |
| LICENSE |
| TITLE |

| MAKE   FORD |
| BODY   SUPERC |
| RADIO |
| FUEL   Diesel |
| TRANS   AUTO |

| SALE PRICE: | 22,000 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 22,440.00 |
| PAID: | |
| BALANCE: | $22,440.00 |
| PD BY: | |

ATC

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **345169**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING - ODOMETER DISCREPANCY.

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

4443058 — 1055
ROCK HILL USED CARS
DALLAS
1FTSX20R89EA01704

Oct 21 2019 05:52PM Lawton Auto Auction 580-536-4649                    page 1

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/21/2019
Print Time: 5:26 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   033

| BUYER(Purchaser) :P-109420   376 | Seller      P-117163 | SALE#:    37726 |
|---|---|---|
| Mike Garrison          903-440-5557 | P-117163 Star Motors | DATE:   10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:    SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|
| SERIAL   1HSHBAHNXXH659029   659029 | | **Federal law (and state law, if applicable) requires**  that you state the |

ODOMETER STATUS

mileage upon transfer of ownership. Failure to complete or providing

| YEAR   1999 | MAKE  Intl |
| MODEL   8000 | BODY |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **264320**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

| SALE PRICE: | 28,000 |
|---|---|
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 28,490.00 |
| PAID: | |
| BALANCE: | $28,490.00 |
| PD BY: | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature) _____

Transferee's (buyer) signature) _____

Transferee's (buyer) signature) _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or aft
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 9:44 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   031

| BUYER(Purchaser) :P-109420   376 | Seller   P-117163 | SALE#:   37727 |
|---|---|---|
| Mike  Garrison   903-440-5557 | P-117163  Star Motors | DATE:   10/16/19 |
| Rock Hill Used Cars | Colby Packer | STATUS:   SLD |
| 549 Interstate 30 East | P O Box 895 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL   1FDNR72P7JVA28327   A28327
ODOMETER STATUS
YEAR   1988        MAKE   FORD
MODEL   N-SERIES     BODY
COLOR   White       RADIO
LICENSE          FUEL   Diesel
TITLE           TRANS  AUTO

| SALE PRICE: | 18,000 |
|---|---|
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 18,290.00 |
| PAID: | 18,290.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **196270**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Nov 05 2019 12:29PM Lawton Auto Auction 580-536-4649      page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 11:00 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:     11-5-19     UNIT#   009

| BUYER(Purchaser) :P-109420   376 | Seller    **UD-6418** | SALE#:   38054 |
|---|---|---|
| Mike Garrison     903-440-5557 | UD-6418 Executive Kars | DATE:   10/30/19 |
| Rock Hill Used Cars | Bill Smith | STATUS:   SLD |
| 549 Interstate 30 East | 3701 S I-35 Service Rd. | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1GC0KVCG2BZ387391    387391
ODOMETER STATUS
YEAR    2011      MAKE   CHEVROLE
MODEL   SILVERADO 25 BODY   REG CA
COLOR   White     RADIO
LICENSE       FUEL   Diesel
TITLE        TRANS AUTO

| | | |
|---|---|---|
| SALE PRICE: | 16,500 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,780.00 |
| PAID: | 16,780.00 |
| BALANCE: | $0.00 |
| PD BY FI | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferer's /seller hand printed name)*

(Of the vehicle herein described) now reads   **266956**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

4430058 — 1062
ROCK HILL USED CARS DALLAS
1GC0KVCG2 BZ387391

Dec 02 2019 04:40PM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/02/2019
Print Time: 3:14 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:                    UNIT#   075

| BUYER(Purchaser) :P-109420   376 | Seller   UD2133 | SALE#:   38503 |
|---|---|---|
| Mike Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   11/27/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FT7W2BTXFEC20953      C20953
ODOMETER STATUS
YEAR   2015         MAKE   FORD
MODEL   F250SD      BODY   CREW C
COLOR   Black       RADIO
LICENSE             FUEL   Diesel
TITLE               TRANS   AUTO

| | SALE PRICE: | 30,000 |
|---|---|---|
| | BUYER FEE: | 500.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 30,500.00 |
| | PAID: | 30,500.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   185470   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your tota'
daily.

B   ROCK HILL USED CARS   DALLAS   443058 — 1068   1FT7W2BTX FEC20953

Lawton Cache Auto Auction



**COMPLETED**

1-7-20

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  2:52 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   A32814 | SALE#:   39208 |
|---|---|---|
| Mike  Garrison          903-440-5557 | A32814 ENVIROCLEAN | DATE:   1/03/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:   SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL   1FD8W3HT2FEA32814        A32814
ODOMETER STATUS
YEAR      2015          MAKE   FORD
MODEL    F350          BODY   4DR
COLOR    White          RADIO
LICENSE                FUEL    Diesel
TITLE                  TRANS  AUTO

| | SALE PRICE: | 34,500 |
|---|---|---|
| | BUYER FEE: | 570.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 35,070.00 |
| | PAID: | 35,070.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   112637   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.



ROCK HILL USED CARS
DALLAS
1FD8W3HT2 FEA32814
B
443058 – 1079

Appendix 620

Lawton Cache Auto Auction

 **COMPLETED**

*2 · 7 · 20*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  2:57 PM

1 Southwest 112th St.
Lawton, OK 73505

**ANNOUNCED CONDITIONS OR COMMENTS:**

UNIT#   022

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-5503** | SALE#:   39207 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-5503 GPR Auto & Truck Sales | DATE:   1/03/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:   SLD |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1T9AS40285B540094   **540094** | |
|---|---|
| ODOMETER STATUS | |
| YEAR   2005 | MAKE  Tak |
| MODEL   Trailer | BODY |
| COLOR   Black | RADIO |
| LICENSE | FUEL |
| TITLE | TRANS |

| | SALE PRICE:   16,500 |
|---|---|
| | BUYER FEE:   280.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   16,780.00 |
| | PAID:   16,780.00 |
| | BALANCE:   $0.00 |
| | PD BY:FI   AFC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

**443058 – 1080**
ROCK HILL USED CARS
DALLAS
B
1T9AS40285B540094

Appendix 621

7846

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/09/2020
Print Time:  3:44 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   148

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-4843** | SALE#:   39378 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD-4843  Bottoms Up Motorsports | DATE:   1/08/20 |
| Rock Hill Used Cars | Michael Lawson | STATUS:   SLD |
| 549 Interstate 30 East | Po Box 187 | DRIVE: |
| Sulphur Springs, TX 75482 | Collinville, OK 74021 | LANE |

| **VEHICLE DESCRIPTION** | ODOMETER DISCLOSURE STATEMENT |
|---|---|

SERIAL   3C63RRGL8EG149807   149807
ODOMETER STATUS
YEAR   2014   MAKE   RAM
MODEL   3500   BODY   4DR
COLOR   White   RADIO
LICENSE   FUEL   Gas
TITLE   TRANS   AUTO

| SALE PRICE: | 27,500 |
|---|---|
| BUYER FEE: | 480.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 27,980.00 |
| PAID: | |
| BALANCE: | $27,980.00 |
| PD BY: | AFC |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **149460**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

443058 – 1081
ROCK HILL USED CARS
DALLAS
3C63RRGL8 EG149807

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/15/2020
Print Time:  1:28 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   162

| BUYER(Purchaser) :P-109420      376 | | Seller      A32814 | SALE#: | 39466 |
|---|---|---|---|---|
| Mike  Garrison | 903-440-5557 | A32814 ENVIROCLEAN | DATE: | 1/15/20 |
| Rock Hill Used Cars | | Cat Lard | STATUS: | SLD |
| 549 Interstate 30 East | | Po Box 721090 | DRIVE: | Green |
| Sulphur Springs, TX 75482 | | Oklahoma City, OK 73172 | LANE | |

**VEHICLE DESCRIPTION**

| SERIAL  1FT7W2BTXFEA02463      A02463 |
|---|
| ODOMETER STATUS |
| YEAR      2015           MAKE   FORD |
| MODEL   F250SD        BODY   CREW C |
| COLOR    White           RADIO |
| LICENSE                      FUEL    Diesel |
| TITLE                         TRANS AUTO |

| | SALE PRICE: | 28,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 28,490.00 |
| | PAID: | 28,490.00 |
| BALANCE: | | $0.00 |
| PD BY:FI AFC | | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**     that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **147864**     miles and †
best of my knowledge,  it reflects the actual mileage of the vehicle, un
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
        **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/15/2020
Print Time:  1:23 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **034**

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-2790** | SALE#: | 39463 |
|---|---|---|---|
| Mike  Garrison                        903-440-5557 | UD-2790  Rick Jones Buick-GMC Inc | DATE: | 1/15/20 |
| Rock Hill Used Cars | Kathy Loula | STATUS: | SLD |
| 549 Interstate 30 East | PO Box 158 | DRIVE: | Green |
| Sulphur Springs, TX 75482 | El Reno, OK 73036 | LANE | |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1GTJK33214F263548      **263548**
ODOMETER STATUS

| YEAR | **2004** | MAKE | **GMC** |
|---|---|---|---|
| MODEL | **SIERRA** | BODY | **QUAD P** |
| COLOR | **Tan** | RADIO | |
| LICENSE | | FUEL | **Diesel** |
| TITLE | | TRANS | **AUTO** |

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____  state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **124500**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE: | 24,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 24,940.00 |
| | PAID: | 24,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cach
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sal
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buye
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after pu
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Se
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory par
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to yo
daily.



Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/28/2020
Print Time: 2:50 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# **026**

| BUYER(Purchaser) :P-109420 376 | Seller **UD2133** | SALE#: 39651 |
|---|---|---|
| Mike Garrison 903-951-8597 | UD2133 Mainer Ford | DATE: 1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS: SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL 1FMJU1K54CEF09406 **F09406**
ODOMETER STATUS

| YEAR | 2012 | MAKE | FORD |
|---|---|---|---|
| MODEL | EXPEDITION | BODY | 4D UTI |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 23,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 23,440.00 |
| | PAID: | 23,440.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **106157** miles and best of my knowledge, it reflects the actual mileage of the vehicle, ur one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer readin reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/28/2020
Print Time:  2:44 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **085**

| BUYER(Purchaser) :P-109420        376 | Seller        **UD2133** | SALE#:        39650 |
|---|---|---|
| Mike  Garrison        903-951-8597 | UD2133  Mainer Ford | DATE:        1/22/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:        SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:        Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FMHK8F89BGA68442        **A68442**
ODOMETER STATUS
YEAR      2010                    MAKE   FORD
MODEL    EXPLORER             BODY   4D UTI
COLOR    Black                    RADIO
LICENSE                            FUEL   Diesel
TITLE                              TRANS AUTO

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **135484**   miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.





Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/30/2020
Print Time: 10:29 AM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#  073 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    204039 | SALE#:    39774 |
|---|---|---|
| Mike  Garrison    903-951-8597 | 204039  Christopher Brady | DATE:    1/29/20 |
| Rock Hill Used Cars | Christopher Brady | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 525 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Quitman, TX 75783 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| | | |
|---|---|---|
| SERIAL  3D7KU28C64G204039    204039 | |
| ODOMETER STATUS | |
| YEAR    2004    MAKE  DODGE |
| MODEL   RAM 2500 QUA BODY   QUAD P |
| COLOR   Gold    RADIO |
| LICENSE    FUEL   Diesel |
| TITLE    TRANS  AUTO |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **149263** miles and to best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

| SALE PRICE: | 20,400 |
|---|---|
| BUYER FEE: | 440.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 20,840.00 |
| PAID: | 20,840.00 |
| BALANCE: | $0.00 |
| PD BY:FI AFC | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/30/2020
Print Time: 10:28 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 069

| BUYER(Purchaser) :P-109420 376 | Seller **SB** | SALE#: 39773 |
|---|---|---|
| Mike Garrison 903-951-8597 | SB Security State Bank | DATE: 1/29/20 |
| Rock Hill Used Cars | R Chang | STATUS: SLD |
| 549 Interstate 30 East | PO Box 749 | DRIVE: Green |
| Sulphur Springs, TX 75482 | Wewoka, OK 74884 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL 3D7MX48A37G804242 804242 | |
|---|---|
| ODOMETER STATUS | |
| YEAR 2007 | MAKE DODGE |
| MODEL RAM 3500 | BODY QUAD C |
| COLOR Blue | RADIO |
| LICENSE | FUEL Diesel |
| TITLE | TRANS AUTO |

| | SALE PRICE: | 22,500 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 22,940.00 |
| | PAID: | 22,940.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI AFC | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads **123470** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Ca... Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, durin, sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This : a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The bu expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after p... The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:   2/13/2020
Print Time:  3:54 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **009**

| BUYER(Purchaser) :P-109420        376 | Seller       **UD-5503** | SALE#:        39968 |
|---|---|---|
| Mike  Garrison                903-951-8597 | UD-5503  GPR Auto & Truck Sales | DATE:       2/12/20 |
| Rock Hill Used Cars | Cintria Gonzales | STATUS:        SLD |
| 549 Interstate 30 East | 5112 S. Shields Blvd | DRIVE:      Yellow |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73129 | LANE |

| **VEHICLE DESCRIPTION** | **ODOMETER DISCLOSURE STATEMENT** |
|---|---|

SERIAL    3D7KR28A48G116225        **116225**
ODOMETER STATUS
YEAR      **2008**            MAKE   **DODGE**
MODEL    **RAM 2500**       BODY   **QUAD C**
COLOR    **Silver**           RADIO
LICENSE                       FUEL   **Diesel**
TITLE                          TRANS **AUTO**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **231360**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 16,000 |
|---|---|
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,280.00 |
| PAID: | |
| BALANCE: | $16,280.00 |
| PD BY: | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Feb 20 2020 02:38PM Lawton Auto Auction 580-536-4649          page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/20/2020
Print Time:  1:07 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   117

| BUYER(Purchaser) :P-109420       376 | Seller       **UD2860** | SALE#:       40115 |
|---|---|---|
| Mike  Garrison                    903-951-8597 | UD2860  Seth Wadley Ford Lincoln | DATE:       2/19/20 |
| Rock Hill Used Cars | Davi Hardimest | STATUS:       SLD |
| 549 Interstate 30 East | 519 I-30 | DRIVE:       Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1FTHX25F0TEB25935       **B25935**
ODOMETER STATUS
YEAR   1996              MAKE   FORD
MODEL  F250             BODY   SUPER
COLOR  Blue             RADIO
LICENSE                 FUEL   Diesel
TITLE                   TRANS  AUTO

| | SALE PRICE: | 12,500 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 12,770.00 |
| | PAID: | |
| | BALANCE: | $12,770.00 |
| | PD BY: | |

### ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **181014**   miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

Feb 20 2020 02:47PM Lawton Auto Auction 580-536-4649                    page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/20/2020
Print Time:  1:08 PM

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   009 |
|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      33156 | SALE#:      40117 |
|---|---|---|
| Mike Garrison                903-951-8597 | 33156 Ryder Truck Rental Lt | DATE:      2/19/20 |
| Rock Hill Used Cars | | STATUS:      SLD |
| 549 Interstate 30 East | 4040 NW 72 Ave | DRIVE:      Red |
| Sulphur Springs, TX 75482 | Miami, FL 33156 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FVACWDU5DHFA3237   FA3237
ODOMETER STATUS

| YEAR | 2013 | MAKE | Frieghtline |
|---|---|---|---|
| MODEL | 16m | BODY | |
| COLOR | | RADIO | |
| LICENSE | | FUEL | |
| TITLE | | TRANS | |

| | SALE PRICE: | 29,000 |
|---|---|---|
| | BUYER FEE: | 490.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 29,490.00 |
| | PAID: | |
| | BALANCE: | $29,490.00 |
| | PD BY: | |

*AfC*

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache A
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or afte
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is s
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchas
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items or encumbrances. Signatory parties ag
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/26/2020
Print Time:  3:00 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-2332** | SALE#:   40211 |
|---|---|---|
| Mike  Garrison                903-951-8597 | UD-2332  Jacksons Chevrolet Of Kingfish | DATE:    2/26/20 |
| Rock Hill Used Cars | Karen Mccarthy | STATUS:    SLD |
| 549 Interstate 30 East | 2600 Frontage Rd. | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Kingfisher, OK 73750 | LANE |

### VEHICLE DESCRIPTION

| | |
|---|---|
| SERIAL   1GCJK33265F919308      919308 | |
| ODOMETER STATUS | |
| YEAR    2005 | MAKE   CHEVROLE |
| MODEL   SILVERADO | BODY   QUAD P |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS  AUTO |

| | |
|---|---|
| SALE PRICE:    24,500 |
| BUYER FEE:    440.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:   24,940.00 |
| PAID: |
| BALANCE:    $24,940.00 |
| PD BY: |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **165470**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

*Title*

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  3/05/2020
Print Time: 12:28 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   049

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-6768** | SALE#: | 40376 |
|---|---|---|---|
| Mike  Garrison   903-951-8597 | UD-6768  LEE AUTO SALE | DATE: | 3/04/20 |
| Rock Hill Used Cars | CHARLES LEE | STATUS: | SLD |
| 549 Interstate 30 East | 1300 SOUTH MAIN | DRIVE: | Green |
| Sulphur Springs, TX 75482 | MCALLISTER, OK | LANE | |

| **VEHICLE DESCRIPTION** | ODOMETER DISCLOSURE STATEMENT |
|---|---|

SERIAL   1GCJK33648F114088      **114088**
ODOMETER STATUS
YEAR     2008              MAKE   CHEVROLE
MODEL   SILVERADO 35 BODY  CREW C
COLOR   BLACK       RADIO
LICENSE         FUEL   Diesel
TITLE           TRANS  AUTO

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **143220**  miles and to t'
best of my knowledge,  it reflects the actual mileage of the vehicle, unles
one of the following statements is checked.

| SALE PRICE: | 18,500 |
|---|---|
| BUYER FEE: | 290.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 18,790.00 |
| PAID: | |
| BALANCE: | $18,790.00 |
| PD BY: | |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
      reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Mar 12 2020 01:38PM Lawton Auto Auction 580-536-4649                page 1

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  3/12/2020
Print Time:  1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | UNIT#   121 |
|---|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    P132441W | SALE#:    40489 |
|---|---|---|
| Mike  Garrison                903-951-8597 | P132441W  Austin Financial Services | DATE:    3/11/20 |
| Rock Hill Used Cars | Michael Garrett | STATUS:    SLD |
| 549 Interstate 30 East | 549 Interstate Hwy 30 E | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Sulper Springs, TX 75401 | LANE |

**VEHICLE DESCRIPTION**

SERIAL  1HFVE04R7G4000179      000179
ODOMETER STATUS

| YEAR | 2004 | MAKE | Honda |
|---|---|---|---|
| MODEL | | BODY | |
| COLOR | Black | RADIO | |
| LICENSE | | FUEL | Gas |
| TITLE | | TRANS | |

| | SALE PRICE: | 17,000 |
|---|---|---|
| | BUYER FEE: | 290.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 17,290.00 |
| | PAID: | |
| | BALANCE: | $17,290.00 |
| | PD BY: | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **445**  miles and to the
best of my knowledge, it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or at
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale i
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items or and encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  8/15/2019
Print Time: 11:59 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   **UD2133** | SALE#:   36483 |
|---|---|---|
| Mike  Garrison   903-440-5557 | UD2133 Mainer Ford | DATE:   8/14/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:   SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL   3GNEC12T04G171303     171303
ODOMETER STATUS
YEAR     2004               MAKE   CHEVROLE
MODEL   AVALANCHE        BODY   WAGON
COLOR   Blue               RADIO
LICENSE                   FUEL   Diesel
TITLE                     TRANS  AUTO

| | SALE PRICE: | 11,000 |
|---|---|---|
| | BUYER FEE: | 230.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 11,230.00 |
| | PAID: | 11,230.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **71430**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  10/17/2019
Print Time:  1:57 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **030**

| | | |
|---|---|---|
| **BUYER(Purchaser) :**P-109420  376 | Seller  **M-7119** | SALE#:  37723 |
| Mike  Garrison  903-440-5557 | M-7119  Big Dawg Motors | DATE:  10/16/19 |
| Rock Hill Used Cars | Kyle Way | STATUS:  SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE:  Yellow |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1FDAF57R48EB34427    **B34427**
ODOMETER STATUS
YEAR     2008            MAKE   FORD
MODEL   SUPER DUTY F  BODY
COLOR    White           RADIO
LICENSE                    FUEL    Diesel
TITLE                       TRANS  AUTO

| | |
|---|---|
| SALE PRICE:  28,500 |
| BUYER FEE:  490.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:  28,990.00 |
| PAID: |
| BALANCE:  $28,990.00 |
| PD BY: |

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____  state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **199211**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

'Lawton'Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 2:22 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT# 009

| BUYER(Purchaser) :P-109420  376 | Seller  P-109420 | SALE#:  37728 |
|---|---|---|
| Mike  Garrison  903-440-5557 | P-109420  Rock Hill Used Cars | DATE:  10/16/19 |
| Rock Hill Used Cars | Mike Garrison | STATUS:  SLD |
| 549 Interstate 30 East | 549 Interstate 30 East | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Sulphur Springs, TX 75482 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL  1CDJ5C1114F500844  500844 | |
|---|---|
| ODOMETER STATUS | |
| YEAR  2004  MAKE  GMC | |
| MODEL  C5C  BODY | |
| COLOR  WHITE  RADIO | |
| LICENSE  FUEL  Diesel | |
| TITLE  TRANS  AUTO | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **62400**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| SALE PRICE:  33,900 |
|---|
| BUYER FEE:  570.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:  34,470.00 |
| PAID:  34,470.00 |
| BALANCE:  $0.00 |
| PD BY:FI  NEXT |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company. If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Appendix 637

Title

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 10/22/2019
Print Time: 2:04 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   010

| BUYER(Purchaser) :P-109420   376 | Seller   P148883 | SALE#:   37729 |
|---|---|---|
| Mike  Garrison        903-440-5557 | P148883  Frontera Vehicle Sales & Parts | DATE:   10/16/19 |
| Rock Hill Used Cars | Charles Klaus | STATUS:   SLD |
| 549 Interstate 30 East | 3030 S Hwy 77 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Waxahachie, TX 75165 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL   1FTSX20R19EA01706        A01706
ODOMETER STATUS

| YEAR | 2009 | MAKE | FORD |
| MODEL | F250SD | BODY | SUPERC |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **330469**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
        reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
            **WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE: | 16,000 |
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,280.00 |
| PAID: | 16,280.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items or and encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser. Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/05/2019
Print Time: 10:15 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  034

| BUYER(Purchaser) :P-109420     376 | Seller     **UD2133** | SALE#:     38052 |
|---|---|---|
| Mike  Garrison              903-440-5557 | UD2133 Mainer Ford | DATE:    10/30/19 |
| Rock Hill Used Cars | Christi Sanders | STATUS:     SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| VEHICLE DESCRIPTION | ODOMETER DISCLOSURE STATEMENT |
|---|---|

| SERIAL  1GNSCDFJ5BR260679     260679 |
|---|
| ODOMETER STATUS |

| YEAR    2011 | MAKE   CHEVROLE' |
| MODEL   TAHOE | BODY   4D UTI |
| COLOR   Silver | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**     that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____     state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **118245**     miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE:     25,500 |
| | BUYER FEE:     440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   25,940.00 |
| | PAID:     25,940.00 |
| | BALANCE:     $0.00 |
| | PD BY:FI     NEXT |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
      reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 11/25/2019
Print Time: 1:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 010 |
|---|---|---|

| **BUYER(Purchaser) :**P-109420   376 | Seller   **MO** | SALE#:   38501 |
|---|---|---|
| Mike  Garrison                903-440-5557 | MO  David Montanaro | DATE:   11/20/19 |
| Rock Hill Used Cars | David Montanaro | STATUS:   SLD |
| 549 Interstate 30 East | 1664 Quite Oaks Dr | DRIVE:   Yellow |
| Sulphur Springs, TX 75482 | Arroyo Grande Oaks Dr, CA 93420 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTSW31P04EA21086      A21086

ODOMETER STATUS

| YEAR | 2004 | MAKE | FORD |
|---|---|---|---|
| MODEL | F350 SUPER D | BODY | QUAD P |
| COLOR | White | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| SALE PRICE: | 16,500 |
|---|---|
| BUYER FEE: | 280.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 16,780.00 |
| PAID: | 16,780.00 |
| BALANCE: | $0.00 |
| PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **137331**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  12/02/2019
Print Time:  3:37 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#    105 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-7857** | SALE#:      38053 |
|---|---|---|
| Mike   Garrison                903-440-5557 | UD-7857  Lawton Cache Auto Auction | DATE:    11/20/19 |
| Rock Hill Used Cars | Emmett Druien | STATUS:      SLD |
| 549 Interstate 30 East | 1 SW 112th Street | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Lawton, OK 73505 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

**VEHICLE DESCRIPTION**
SERIAL   1H9CE53311A263507      263507
ODOMETER STATUS
YEAR   2001         MAKE  HDAB
MODEL   53'         BODY  TRAILE
COLOR   Black        RADIO
LICENSE            FUEL
TITLE             TRANS

| | SALE PRICE:    27,000 |
| | BUYER FEE:    480.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   27,480.00 |
| | PAID:    27,480.00 |
| | BALANCE:    $0.00 |
| | PD BY:FI NEXT |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  12/02/2019
Print Time:  3:18 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT# | 109 |
|---|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **RHOR** | SALE#:      38504 |
|---|---|---|
| Mike   Garrison                903-440-5557 | RHOR  Rhory Cheyenne Wilson | DATE:      11/27/19 |
| Rock Hill Used Cars | Rhory Wilson | STATUS:      SLD |
| 549 Interstate 30 East | 3950 Fm 1735 | DRIVE: |
| Sulphur Springs, TX 75482 | Mt Pleasant, TX 75455 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

**VEHICLE DESCRIPTION**
SERIAL   1GRAA922XSB029801      029801
ODOMETER STATUS
YEAR      1995           MAKE   Gdan
MODEL    1GR            BODY   TRAILE
COLOR    White          RADIO
LICENSE                 FUEL
TITLE                   TRANS

| | SALE PRICE: | 16,000 |
|---|---|---|
| | BUYER FEE: | 280.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 16,280.00 |
| | PAID: | 16,280.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads _____ miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
         reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature  _____

Transferee's (buyer) signature  _____

Transferee's (buyer) signature  _____

Printed name of person(buyer) signing  _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  12/05/2019
Print Time:  1:51 PM

1 Southwest 112th St.
Lawton, OK 73505

*Title*

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   010 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-6026** | SALE#:      38711 |
|---|---|---|
| Mike   Garrison                    903-440-5557 | UD-6026  Pryer Consignment & Auto Sales | DATE:      12/04/19 |
| Rock Hill Used Cars | Chad Peterson | STATUS:      SLD |
| 549 Interstate 30 East | 111 N Mill | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Pryor, OK 79361 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7MX48CX7G723854      723854
ODOMETER STATUS
YEAR   2007      MAKE   DODGE
MODEL   RAM 3500 QUA  BODY   QUAD P
COLOR   Black      RADIO
LICENSE      FUEL   Diesel
TITLE      TRANS   AUTO

| | SALE PRICE:      19,000 |
|---|---|
| | BUYER FEE:      320.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   19,320.00 |
| | PAID:      19,320.00 |
| | BALANCE:      $0.00 |
| | PD BY:FI |
| | NEXTGEAR |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   163406      miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
      reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
      **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 12/19/2019
Print Time: 12:45 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   036 |
| --- | --- |
| | B01-000000-L |

| **BUYER(Purchaser) :**P-109420   376 | Seller   **UD-8299** | SALE#:   39043 |
| --- | --- | --- |
| Mike  Garrison   903-440-5557 | UD-8299  Southern Oklahoma Auto | DATE:   12/18/19 |
| Rock Hill Used Cars | Larry Berryhill | STATUS:   IN |
| 549 Interstate 30 East | 5625 W.Bdwy | DRIVE: |
| Sulphur Springs, TX 75482 | Ardmore, OK 73401 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FT8W3DT0FEA26911   A26911 | ODOMETER DISCLOSURE STATEMENT |
| --- | --- |

ODOMETER STATUS

| YEAR   2015 | MAKE  FORD |
| MODEL   F350SD | BODY  CREW C |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **144823** miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

| SALE PRICE:   23,500 | Transferor's (Seller) signature _____ |
| --- | --- |
| BUYER FEE:   440.00 | |
| DRAFT FEE: | Transferee's (buyer) signature _____ |
| SALES TAX | |
| TOTAL DUE:  23,500.00 | |
| PAID:   23,500.00 | Transferee's (buyer) signature _____ |
| BALANCE:   $0.00 | |
| PD BY:FI | Printed name of person(buyer) signing _____ |
| NEXT | |

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/06/2020
Print Time:  3:01 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   024 |
|---|---|

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-4299** | SALE#:     39209 |
|---|---|---|
| Mike  Garrison                   903-440-5557 | UD-4299  Chaco's Auto Sales | DATE:     1/03/20 |
| Rock Hill Used Cars | Issac Machado | STATUS:     SLD |
| 549 Interstate 30 East | 1310 Sw 29th | DRIVE:     Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73119 | LANE |

**VEHICLE DESCRIPTION**

| | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

SERIAL   3B7KC23C92M236518      236518

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

ODOMETER STATUS

| YEAR | 2002 | MAKE | DODGE |
|---|---|---|---|
| MODEL | RAM 2500 QUA | BODY | QUAD C |
| COLOR | Silver | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   175468   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

| | SALE PRICE: | 14,900 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 15,170.00 |
| | PAID: | 15,170.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.

Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/09/2020
Print Time:  3:51 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | | |
|---|---|---|
| | UNIT#  **114** | |

| BUYER(Purchaser) :P-109420     376 | Seller       **UD-2515** | SALE#:      39380 |
|---|---|---|
| Mike  Garrison                903-440-5557 | UD-2515  Nix Auto Center | DATE:      1/08/20 |
| Rock Hill Used Cars | Ruthie Fulton | STATUS:      SLD |
| 549 Interstate 30 East | P O Box 1590 | DRIVE: |
| Sulphur Springs, TX 75482 | Mcalester, OK 74802 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

| SERIAL   1GCJK33D46F252242        252242 | |
|---|---|
| ODOMETER STATUS | |
| YEAR     2006 | MAKE   CHEVROLE |
| MODEL   SILVERADO | BODY   QUAD P |
| COLOR   Blue | RADIO |
| LICENSE | FUEL   Gas |
| TITLE | TRANS AUTO |

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **244120**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

| | SALE PRICE:       21,500 |
|---|---|
| | BUYER FEE:        440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   21,940.00 |
| | PAID: |
| | BALANCE:     $21,940.00 |
| | PD BY:   Next |

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.
.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/09/2020
Print Time:  3:50 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#  150 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    **M-7119** | SALE#:    39379 |
|---|---|---|
| Mike  Garrison    903-440-5557 | M-7119  Big Dawg Motors | DATE:    1/08/20 |
| Rock Hill Used Cars | Kyle Way | STATUS:    SLD |
| 549 Interstate 30 East | 236 Main St | DRIVE: |
| Sulphur Springs, TX 75482 | Hot Springs, AR | LANE |

**VEHICLE DESCRIPTION**

SERIAL  3D7TT2CT2BG511932    **511932**
ODOMETER STATUS
YEAR  2011    MAKE  DODGE
MODEL  RAM 2500    BODY  CREW C
COLOR  Gray    RADIO
LICENSE    FUEL  Gas
TITLE    TRANS  AUTO

| SALE PRICE:  22,500 |
| BUYER FEE:  440.00 |
| DRAFT FEE: |
| SALES TAX |
| TOTAL DUE:  22,940.00 |
| PAID: |
| BALANCE:  $22,940.00 |
| PD BY:  *Next* |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **104360**  miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

**Lawton Cache Auto Auction**

**INVOICE & BILL OF SALE**
580-536-4645
Print Date: 1/23/2020
Print Time: 12:21 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   027

| BUYER(Purchaser) :P-109420   376 | Seller   **A32814** | SALE#:   39647 |
|---|---|---|
| Mike   Garrison   903-951-8597 | A32814 ENVIROCLEAN | DATE:   1/22/20 |
| Rock Hill Used Cars | Cat Lard | STATUS:   SLD |
| 549 Interstate 30 East | Po Box 721090 | DRIVE:   Green |
| Sulphur Springs, TX 75482 | Oklahoma City, OK 73172 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FT7W2BTXFEC10911   C10911

ODOMETER STATUS

| | |
|---|---|
| YEAR   2015 | MAKE   FORD |
| MODEL   F250SD | BODY   CREW C |
| COLOR   White | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS   AUTO |

| | |
|---|---|
| SALE PRICE: | 26,500 |
| BUYER FEE: | 470.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 26,970.00 |
| PAID: | 26,970.00 |
| BALANCE: | $0.00 |
| PD BY:FI | |
| NEXTGEAR | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer

*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **123863**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

1 Southwest 112th St.
Lawton, OK 73505



**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  1/28/2020
Print Time:  3:04 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **094**

| BUYER(Purchaser) :P-109420    376 | Seller    P-43086 | SALE#:    39652 |
|---|---|---|
| Mike  Garrison    903-951-8597 | P-43086 Wichita Falls Ford Lincoln Inc | DATE:    1/22/20 |
| Rock Hill Used Cars | Charles Franser | STATUS:    SLD |
| 549 Interstate 30 East | 5401 Kell Blvd | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Wichita Falls, TX 76310 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3D7KR28C65G706682    **706682**
ODOMETER STATUS
YEAR    2005    MAKE   DODGE
MODEL   RAM 2500 QUA  BODY   QUAD P
COLOR   White    RADIO
LICENSE    FUEL   Diesel
TITLE    TRANS  AUTO

| | SALE PRICE: | 14,000 |
|---|---|---|
| | BUYER FEE: | 270.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 14,270.00 |
| | PAID: | 14,270.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**  that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____  state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **243095**  miles and to the best of my knowledge, it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/04/2020
Print Time:  1:27 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   082

| BUYER(Purchaser) :P-109420        376 | Seller        **UD2133** | SALE#:        39779 |
|---|---|---|
| Mike  Garrison        903-951-8597 | UD2133  Mainer Ford | DATE:        1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:        SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:        Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

| **VEHICLE DESCRIPTION** | ODOMETER DISCLOSURE STATEMENT |
|---|---|

**VEHICLE DESCRIPTION**

SERIAL   2FMDA5148TBB47033        B47033
ODOMETER STATUS
YEAR     1996              MAKE   FORD
MODEL   WINDSTAR       BODY   SPORT
COLOR   White             RADIO
LICENSE                      FUEL   Diesel
TITLE                          TRANS  AUTO

| | SALE PRICE: | 8,000 |
|---|---|---|
| | BUYER FEE: | 190.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 8,190.00 |
| | PAID: | 8,190.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____  state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **42387**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645

1 Southwest 112th St.
Lawton, OK 73505

Print Date:  2/04/2020
Print Time:  1:26 PM

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#  **074**

| BUYER(Purchaser) :P-109420  376 | Seller  **UD2133** | SALE#:  39778 |
|---|---|---|
| Mike  Garrison  903-951-8597 | UD2133  Mainer Ford | DATE:  1/29/20 |
| Rock Hill Used Cars | Christi Sanders | STATUS:  SLD |
| 549 Interstate 30 East | PO Box 834 | DRIVE:  Green |
| Sulphur Springs, TX 75482 | Okarche, OK 73762 | LANE |

**VEHICLE DESCRIPTION**

ODOMETER DISCLOSURE STATEMENT

SERIAL  1N4BA41E46C810994  **810994**
ODOMETER STATUS

| YEAR | 2006 | MAKE | NISSAN |
|---|---|---|---|
| MODEL | MAXIMA | BODY | SEDAN |
| COLOR | Maroon | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 7,000 |
|---|---|---|
| | BUYER FEE: | 180.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 7,180.00 |
| | PAID: | 7,180.00 |
| | BALANCE: | $0.00 |
| | PD BY:FI NEXT | |

**Federal law (and state law, if applicable) requires** that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads  **39463**  miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/04/2020
Print Time:  1:25 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#    008

| BUYER(Purchaser) :P-109420    376 | Seller    **UD-5750** | SALE#:    39777 |
|---|---|---|
| Mike  Garrison    903-951-8597 | UD-5750  Todd Mikel Motors | DATE:    1/29/20 |
| Rock Hill Used Cars | Todd Mikel | STATUS:    SLD |
| 549 Interstate 30 East | 2537 N Hwy 81 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Duncan, OK 73533 | LANE |

| VEHICLE DESCRIPTION | | ODOMETER DISCLOSURE STATEMENT |
|---|---|---|

**VEHICLE DESCRIPTION**

SERIAL   1FTWW33R09EA44875      A44875
ODOMETER STATUS
YEAR     2008              MAKE   FORD
MODEL    F350SD            BODY   CREW C
COLOR    Grey              RADIO
LICENSE                    FUEL   Diesel
TITLE                      TRANS  AUTO

| | SALE PRICE:    19,500 |
| | BUYER FEE:    320.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:    19,820.00 |
| | PAID:    19,820.00 |
| | BALANCE:    $0.00 |
| | PD BY:FI    NEXT |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____   state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **244950**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/20/2020
Print Time:  1:06 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#    118

| **BUYER(Purchaser) :**P-109420    376 | Seller    **156426** | SALE#:    40116 |
|---|---|---|
| Mike  Garrison    903-951-8597 | 156426  Monte Freeman | DATE:    2/19/20 |
| Rock Hill Used Cars | Monte Freeman | STATUS:    SLD |
| 549 Interstate 30 East | 13204 S 118th East Ave | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Broken Arrow, OK 74011 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   3FRXF75S95V156426    156426
ODOMETER STATUS
YEAR    2005        MAKE   FORD
MODEL   F750        BODY   2DR
COLOR    White      RADIO
LICENSE              FUEL    Diesel
TITLE                TRANS  AUTO

| | |
|---|---|
| SALE PRICE: | 29,500 |
| BUYER FEE: | 490.00 |
| DRAFT FEE: | |
| SALES TAX | |
| TOTAL DUE: | 29,990.00 |
| PAID: | |
| BALANCE: | $29,990.00 |
| PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**    that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____    state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **236400**    miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  2/26/2020
Print Time:  3:24 PM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   **020**

| BUYER(Purchaser) :P-109420      376 | Seller      **UD-8759** | SALE#:      40217 |
|---|---|---|
| Mike  Garrison                903-951-8597 | UD-8759  Kevin Jones Auto Sales | DATE:      2/26/20 |
| Rock Hill Used Cars | Kevin Jones | STATUS:      SLD |
| 549 Interstate 30 East | 530 E.Jones | DRIVE:      Green |
| Sulphur Springs, TX 75482 | Hollis, OK 73550 | LANE |

**VEHICLE DESCRIPTION**

| SERIAL   1FTNW21F42EA89984      A89984 | ODOMETER DISCLOSURE STATEMENT |
|---|---|

ODOMETER STATUS

| YEAR      2002 | MAKE   FORD |
|---|---|
| MODEL   F250 SUPER D | BODY   QUAD P |
| COLOR   Red | RADIO |
| LICENSE | FUEL   Diesel |
| TITLE | TRANS AUTO |

| | SALE PRICE:        23,500 |
|---|---|
| | BUYER FEE:          440.00 |
| | DRAFT FEE: |
| | SALES TAX |
| | TOTAL DUE:   23,940.00 |
| | PAID: |
| | BALANCE:      $23,940.00 |
| | PD BY: |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**     that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **210105**     miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
     **WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  3/05/2020
Print Time:  12:08 PM

1 Southwest 112th St.
Lawton, OK 73505

| ANNOUNCED CONDITIONS OR COMMENTS: | UNIT#   010 |
|---|---|

| BUYER(Purchaser) :P-109420    376 | Seller    **UD2430** | SALE#:    40375 |
|---|---|---|
| Mike  Garrison                903-951-8597 | UD2430  Seth Wadley Auto Group | DATE:    3/04/20 |
| Rock Hill Used Cars | Sam Cash | STATUS:    SLD |
| 549 Interstate 30 East | PO Box 650 | DRIVE:    Green |
| Sulphur Springs, TX 75482 | Pauls Valley, OK 73075 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FTEX15N9RKA15724      A15724

ODOMETER STATUS

| YEAR | 1994 | MAKE | FORD |
|---|---|---|---|
| MODEL | F150 | BODY | SUPER |
| COLOR | WHITE | RADIO | |
| LICENSE | | FUEL | Diesel |
| TITLE | | TRANS | AUTO |

| | SALE PRICE: | 8,800 |
|---|---|---|
| | BUYER FEE: | 190.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 8,990.00 |
| | PAID: | |
| | BALANCE: | $8,990.00 |
| PD BY: | | |

**ODOMETER DISCLOSURE STATEMENT**

**Federal law (and state law, if applicable) requires**   that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **143260**   miles and to the best of my knowledge,  it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase. The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total daily.

.

Lawton Cache Auto Auction

*Title*

**INVOICE & BILL OF SALE**
580-536-4645
Print Date:  3/13/2020
Print Time: 10:31 AM

1 Southwest 112th St.
Lawton, OK 73505

ANNOUNCED CONDITIONS OR COMMENTS:

UNIT#   142

| BUYER(Purchaser) :P-109420   376 | Seller   **UD-2804** | SALE#: 40490 |
|---|---|---|
| Mike  Garrison   903-951-8597 | UD-2804 Tommy Nix Auto Group | DATE: 3/11/20 |
| Rock Hill Used Cars | Shagla Nix | STATUS: SLD |
| 549 Interstate 30 East | PO Box 1736 | DRIVE: |
| Sulphur Springs, TX 75482 | Tahlequah, OK 74485 | LANE |

**VEHICLE DESCRIPTION**

SERIAL   1FDXE4FSXFDA07194   A07194
ODOMETER STATUS
YEAR      2015               MAKE   FORD
MODEL    ECONOLINE          BODY   2DR
COLOR    White              RADIO
LICENSE                     FUEL   Gas
TITLE                       TRANS  AUTO

| | SALE PRICE: | 25,000 |
|---|---|---|
| | BUYER FEE: | 440.00 |
| | DRAFT FEE: | |
| | SALES TAX | |
| | TOTAL DUE: | 25,440.00 |
| | PAID: | |
| | BALANCE: | $25,440.00 |
| | PD BY: | |

ODOMETER DISCLOSURE STATEMENT

**Federal law (and state law, if applicable) requires**   that you state the
mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

I _____ state that the odometer
*(Transferor's /seller hand printed name)*

(Of the vehicle herein described) now reads   **96831**   miles and to the
best of my knowledge,  it reflects the actual mileage of the vehicle, unless
one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
**WARNING - ODOMETER DISCREPANCY.**

Transferor's (Seller) signature _____

Transferee's (buyer) signature _____

Transferee's (buyer) signature _____

Printed name of person(buyer) signing _____

ALL SALES FINAL DAY OF SALE. It is understood and agreed, between the consignor, the purchaser and Lawton Cache Auto
Auction is not responsible for fire, theft, or damage to the above described vehicle while on the premises before, during or after the
sale. LAWTON CACHE AUTO AUCTION DOES NOT HAVE INSURANCE COVERING ANY VEHICLE. "This sale is solely
a transaction between the buyer and the seller parties" ~ Subject to final handing and approving of the Auction. The buyer is
expected to pay for any vehicle which he/she buys unless excused by the Auction. Please clear all items promptly after purchase.
The Auction does not guarantee the mileage, year, model or factory warranty on any vehicle sold through this auction. Seller
warrants that he/she has good negotiable title and that it is free and clear of all items and or encumbrances. Signatory parties agree
that sale transaction is not complete until all drafts or checks have cleared and title is assigned to purchaser.
Effective IMMEDIATELY, AS OF TODAY January 17, 2018, ALL SALES MUST be paid for the night of the Auction, with
cash, check or a floor plan company.  If NO payment is here at the time title arrives, a fee of $25.00 will be added to your total
daily.

.

# EXHIBIT K



· Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

9167 of 15041

TDECU
1001 FM 2004 RD
LAKE JACKSON, TX 77566-4027

0
1
3
6
5
6

DETACH HERE

32549-11

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

120114539

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7ML48C26G178761 | 2006 | DODG DODG | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 11130342009113142 | 01/14/2015 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 12000 | FGV5525 |

PREVIOUS OWNER
BIG REDS EQUIPMENT

ODOMETER READING
EXEMPT

OWNER
JODY RUSSELL BERMAN
3211 N ROADRUNNER CT
GRANBURY, TX 76049

REMARK(S)

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED |
|---|---|---|
| 01/06/2015 | TDECU 1001 FM 2004 LAKE JACKSON, TX 77566 | 2-11-10 |

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED |
|---|---|---|

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED |
|---|---|---|

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |
| SIGNATURE | DATE |

FORM 30-C REV. 04/2012       DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

ROCK HILL USED CARS
DALLAS
443058-1028
3D7ML48C26G178761

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Always remember to "Protect your title, Texas." For more information, go to www.TxDMV.gov and click on the "Protect your title" topic.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Colby Parker  P.O. Box 895  Sulphur Springs TX 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): EXEMPT
Date of Sale: 7-28-19
Signature of Seller/Agent
Printed Name (same as signature): Jody Russell Berman

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: Colby Parker   Jody Berman   Colby Parker
Printed Name (same as signature)

### FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars 519 I-30 Sulphur Springs TX 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): EXEMPT
Date of Sale: 8-1-19
Dealer's Name: Colby Parker
Dealer No.

Agent's Signature: Colby Parker
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name (same as signature): Colby Parker

### SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser        Street        City        State        Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)
Date of Sale
Dealer's Name
Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent        Printed Name (same as signature)

### THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser        Street        City        State        Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)
Date of Sale
Dealer's Name
Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent        Printed Name (same as signature)

### LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE.
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

********AFFIDAVIT OF CORRECTION************

The strikeover on the following Statement of Origin/Title/VIN#
_____ was made due to the following with no fraud intended

( ) typographical error          ( ) Seller signed name incorrectly

( ) customer changed mind, sale did not take place no possession

( ) seller assigned title to himself/herself

( ) seller assigned title to wrong party

( ) purchaser's name misspelled, should read _____

( ) assignment placed in dealer assignment in error

( ) notary placed signature in wrong space

(✓) seller signed name in buyer space

( ) buyer signed name in seller space

( ) address incorrect should read:

( ) _____

_Bruce Holman_  7/29/2019          _____
NOTARY PUBLIC   DATE          SIGNATURE OF SELLER

STATE OF OKLAHOMA, MY COMMISSION _____ 3/17/2023
COUNTY OF MCCURTAIN

BRUCE HOLMES
IN AND FOR
#03004320
EXP. 03/17/23
STATE OF OKLAHOMA
NOTARY PUBLIC



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

D3S3757A

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7ML48A18G219298 | 2008 | DODG | 810007086812 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| CW | SQ3 | | 11-Jul-2019 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M2515 | Maroon | 10-Jul-2019 | 83656 Actual | Duplicate |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MARSHALL MCGUIRE
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS

443058 – 1029

3D7ML48A18G219298

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47393598

(This is not a title number)

ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): **Seth Wadley Auto Group**

Purchaser(s) Complete Address: P. O. Box 650
Pauls Valley, OK.   73075

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

Exempt (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Marshall Mcguire*     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this 24 Day of July, 20 19

Notary Public: _____     Commission Expiration: _____

JERICA TAYLOR
NOTARY PUBLIC
#17000969
EXP 01/27/21
STATE OF OKLA

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com
ORIGINAL SUBJECT TO AFC'S SECURITY INTEREST
A TITLE (THIS IS A COPY) IS HELD BY
afc

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD2430

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Advantage Truck & Trailer

Purchaser(s) Complete Address: 1635 S. Green Purcell, OK 73080

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

EXEMPT (NO TENTHS)

[ ] 1. The odometer has exceeded its mechanical limits.
[ ] 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this __29__ Day of __July__, 20_19_

Notary Public _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): David Ivy

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD8266

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK HILL Used CARS

Purchaser(s) Complete Address: 549 I-30E Sulphur Springs TX 75482

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

EXEMPT (NO TENTHS)

[ ] 1. The odometer has exceeded its mechanical limits.
[ ] 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): David Ivy

Subscribed and Sworn to Before me this __29th__ Day of __July__, 20_19_

Notary Public _____ Commission Expiration: 08/09/22

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



SETH WADLEY
CADILLAC BUICK GMC
200 Bellard Road, Pauls Valley, OK 73075
Phone (405) 238-9681
1-800-582-1277

130969

STATE OF OKLAHOMA)
COUNTY OF GARVIN) SS

## POWER OF ATTORNEY

I, _Marshall Mcguire_ of _10937 Indian Meridia Ave Paoli OK_

(Address, City, State, Zip) _73074_

Owner of Motor Vehicle: Year and Make _2008 Dodge_

Serial Number _3D7ML48A18G219298_ do constitute Seth Wadley Cadillac Buick GMC my
true and lawful attorney, for me and in my name to assign title to said motor vehicle and or to execute all necessary written
instruments in connection therewith and to whomsoever may be designated by my said attorney.

Executed on this the _8th_ of _June_ _2019_

SIGNED (Individual or Individuals)

SIGNED (Company or Corporation)

Subscribed and sworn to before me this _8th_ day of _June_

My Comm Expires: _____

DANIELLE MILL
NOTARY
#18007020
EXP. 07/13/22
PUBLIC
OK OKLAHOMA

### ESTIMATED TRADE PAYOFF

The payoff figure of _____ on the trade, _____

(Year, Make, Model)

is an estimate only. If the actual payoff is higher, I will pay the difference to Seth Wadley Cadillac Buick GMC within ten (10)
working days of notice of such. If actual payoff is less Seth Wadley Cadillac Buick GMC will refund the difference to me
when sending the title to me. I authorize lendor to send lien releases & or title direct to Seth Wadley Cadillac Buick GMC.

I have read and fully understand the above.

Signed _____ Date _6-8-2019_
Customer

For Seth Wadley Cadillac Buick GMC

_____ Date _6-8-19_
Business Manager

### TRADE TITLE AGREEMENT

I agree to provide Seth Wadley Cadillac Buick GMC a negotiable trade title in my name, free and clear from all liens.
I understand any taxes including excise tax and tag fees will be paid by me to bring the tag and tax current at time of trade.
I understand Seth Wadley Cadillac Buick GMC will not accept an insurance dated or salvage title on this trade and I agree
to repurchase my trade for full trade in value allowed on the purchase contract if the title is salvage or insurance dated.

Signed _____ Date _6-8-2019_
Customer

For Seth Wadley Cadillac Buick GMC

_____ Date _6-8-19_
Business Manager



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FTSW21P57EB14538

YEAR
2007

MAKE
FORD

TITLE NO.
810006631861

BODY TYPE
PK

MODEL
F2S

DATE 1st SOLD
04-Dec-2006

DATE ISSUED
17-Apr-2019

AGENT NO.
M8832

APPLICATION DATE
16-Apr-2019

ODOMETER
Exempt

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

443058 – 1034
ROCK HILL USED CARS
DALLAS

1FTSW21P57EB14538

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47053629

(This is not a title number)

---

**OKLAHOMA MOTOR VEHICLE** $3.50 ☆ TAX STAMP ☆
2601315

ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD2133 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify that to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): _Christi Sander_   Printed Name of Seller(s) CHRISTI SANDERS

Subscribed and Sworn to Before me this 31 Day of May 20 19

Notary Public: _Kathy Martin_   Commission Expiration: _____

Notary KATHY MARTIN
# 0001694
EXP. 11/22/20
STATE OF OKLAHOMA
NOTARY PUBLIC

Notarization required only for seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

# VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____        Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____        Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:** _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____        Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____        Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____        DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

CITY NATIONAL BANK
PO BOX 798
SULPHUR SPRINGS, TX 75483-0798

JAN 24 2018

DETACH HERE

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

137984463

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5UTGN2428HM007662 | 2017 | TIGR | UT |

TITLE/DOCUMENT NUMBER — DATE TITLE ISSUED
11200043109110146 01/19/2018

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 4000 | 917579J |

PREVIOUS OWNER
BRINKLEY AUCTIONS IDABEL OK

OWNER
JANET LEIGH DUNLAP
JARRED AUSTIN DUNLAP
601 S KAUFMAN
MT VERNON, TX 75482

X ___
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN — 1ST LIENHOLDER
01/11/2018 CITY NATIONAL BANK
PO BOX 798
SUL SPGS, TX 75483

DATE OF LIEN — 2ND LIENHOLDER

DATE OF LIEN — 3RD LIENHOLDER

1ST LIEN RELEASED
BY AUTHORIZED AGENT
2ND LIEN RELEASED
BY AUTHORIZED AGENT
3RD LIEN RELEASED
BY AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE — DATE
SIGNATURE — DATE
SIGNATURE — DATE

FORM 30-C REV. 05/2016    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Appendix 666

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**   137984463

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Name of Purchaser: Austin Financial Service   Street: 549 I-30   City: Sulphur Springs   State: TX   Zip: 75402
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
Date of Sale: 5-23-18   ODOMETER READING (No Tenths): _____   Signature of Seller/Agent
Printed Name (same as signature): Sand Austin Dodge Scout Wash
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent   Printed Name (same as signature): A GARSON

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Name of Purchaser: Big Remy Motors   Street: 1748 Airport Rd   City: Hotsprings   State: AR   Zip: 71913
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
Date of Sale: 8-1-19   ODOMETER READING (No Tenths): _____   Dealer's Name: Austin Financial Services   Dealer No.: M7119
Agent's Signature   Printed Name (same as signature): Austin Garrison
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: Kyle Way   Printed Name (same as signature): Kyle Way

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Name of Purchaser: Rock Hill Used Cars   Street: 519 I-30   City: Sulphur Springs   State: TX   Zip: 75402
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
Date of Sale: _____   ODOMETER READING (No Tenths): _____   Dealer's Name: Big Remy Motors   Dealer No.: M7119
Signature: Kyle Way   Agent's Signature   Printed Name (same as signature): Kyle Way
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent   Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Name of Purchaser   Street   City   State   Zip
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
Date of Sale: _____   ODOMETER READING (No Tenths): _____   Dealer's Name: _____   Dealer No.: _____
Agent's Signature   Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent   Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Appendix 667



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1GNEC16Z82J293191 | 2002 | CHEV | | 810006672244 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| UT | C15 | | 06-Nov-2013 | 19-Apr-2019 |

| AGENT NO. | | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8832 | | 18-Apr-2019 | Exempt | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

1GNEC16Z8 2J293191

ROCK HILL USED CARS
DALLAS

443058 — 1049

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47063823

(This is not a title number)

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD2133

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Spring TX 75482

Actual Purchase Price of Vehicle:

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2601303

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. Warning— Odometer Discrepancy

Signature of Seller(s): Christi Sander   Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this ____31____ Day of ___May___ 20_19_

Notary Public: Kathy Martin   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)  ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):                                         Printed Name of Seller(s):

Subscribed and Sworn to Before me this _____ Day of _____ 20 ____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):                                         Printed Name of Buyer(s):

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)  ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):                                         Printed Name of Seller(s):

Subscribed and Sworn to Before me this _____ Day of _____ 20 ____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):                                         Printed Name of Buyer(s):

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



## CERTIFICATE OF TITLE

### STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| JM1GG12L761105547 | 2006 | MAZD | 810003520053 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| SD | SPEED | | 4/3/2017 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M8813 | | Exempt | Transfer |

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

DAVID KORZUN OR
BRENDA KORZUN
14300 OLD BARN RD
EDMOND OK 73025-9129

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

3/3/2017       WELLS FARGO DLR SERVICES

443058 – 1050
ROCK HILL USED CARS
DALLAS
JM1GG12L7 61105547

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
44071975
(This is not a title number)

ASSIGNMENT OF TITLE BY REGISTERED OWNER       (If Dealer, List License # Here: _____

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted. **Mainer Ford** date.

Purchaser(s) Name (Type or Print): **PO Box 834**

Purchaser(s) Complete Address: **Okarche, OK 73762**

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

exempt (NO TENTHS)

Signature of Seller(s): _David Korzun_       Printed Name of Seller(s): David Korzun

Subscribed and Sworn to Before me the **23** Day of **March** 20 **19**

Notary Public: _Kathy Martin_       Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _Christi Sande_       Printed Name of Buyer(s): CHRISTI SANDE

KATHY MARTINEZ
NOTARY PUBLIC
# 00009607
EXP. 11/22/20
STATE OF OKLA

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD 2133

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2601320

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Spring T

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

exempt (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): Christi Sanders     Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this 31 Day of May, 20 19

Notary Public: Kathy Martine     Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____     DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

5780420201

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

196455216

VIN: JM1GG12L761105547          VEHYR: 2006          MAKE: MAZD          MODEL: SPEED          BODY:
AGNT #: M5579                              LIEN DATE: 03/03/2017

LIEN DEBTOR: KORZUN,DAVID & BRENDA

KORZUN,DAVID & BRENDA
14300 OLD BARN RD
EDMOND OK 73025-9129

LIEN HOLDER: WELLS FARGO DLR SERVICES

WELLS FARGO DLR SERVICES                                          REF#: 196455216
PO BOX 997517
SACRAMENTO CA 95899-7517

TO:   OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____                          Wachovia Dealer Services, Inc.
                                                             WFS Financial Inc.
                                                             WFS FNCL INC
                                                             Wells Fargo Dealer Services   DATE   MAR 2 1 2019
                                                             Without Warranty

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

THIS IS A TRUE AND EXACT
COPY OF THE ORIGINAL                          NO TAPE

                                                       NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GRAA9224SB029809 | 1995 | GDAN | 810007174953 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| VAN | | | | 05-Sep-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1617 | 04-Sep-2019 | 0 | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

LAWTON AUTO AUCTION
1 SW 112TH ST
LAWTON OK 73505-9553

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS

1GRAA9224 | SB029809

443058 — 1053

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
47631782
(This is not a title number)

---

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: _WD 7857_

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Austin Financial Services RockHill Used Cars_

Purchaser(s) Complete Address: _549 Interstate Hwy 30E_

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

|  |  |  |  |  |  | (NO TENTHS) |
|---|---|---|---|---|---|---|

Signature of Seller(s): _Emmitt D_     Printed Name of Seller(s): _Emmitt Druien_

Subscribed and Sworn to Before me this ____ _11_ Day of _Oct_ 20 _19_

Notary Public _____     Commission Expiration _4-19-22_

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

LISA DRUIEN
NOTARY
#10003225
EXP. 4/19/2022
PUBLIC
STATE OF OKLAHOMA

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix
Notary Seal / Stamp
Here

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____          DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

# Lawton Auto Auction

#9 SW 112th Street

Lawton, Oklahoma 73505

580/536-4645

**ERROR AFFADAVIT**

**STATE OF OKLAHOMA**

TITLE NO 810007174958     VIN 1GBAA9224SB029809

YEAR 1995 , MAKE C Dan    MODEL Van

**REASON FOR ERROR:**

_____ Seller signed his/her name in the wrong assignment section.

_____ Seller assigned title to himself.

__X__ Seller assigned title to wrong party.

_____ Purchaser's name in FIRST assignment should read: Rock Hill Used Cars

_____ Scrapped, dismantled/destroyed vehicle section in error.

_____ Address was entered incorrectly in FIRST assignment should read:_____

_____ Assignment was placed in wrong assignment section in error.

_____ Seller signed in the lien release section in error.

_____ Mileage in assignment should read:_____

_____ Customer changed his/her mind.

_____ Date of sale recorded in error.  Date sold should read:_____

_____ Other:_____

_____

Date 10-11-18    Signed Emmitt

Notary _____    Commission Expires 4-19-22

LISA DRUIEN
NOTARY
#10003225
EXP. 4/19/2022
PUBLIC
STATE OF OKLAHOMA



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 2B3CJ4DV0AH184071 | 2010 | DODG | 810007155335 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CP | CHE | | 26-Mar-2010 | 12-Jul-2019 |

| AGENT NO. | | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8832 | | 11-Jul-2019 | 154868 Actual | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

443058 — 1054
ROCK HILL USED CARS
DALLAS
2B3CJ4DV0 AH184071

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
47401143
(This is not a title number)

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: UD2133)

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
2598694

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 549 I-30 East  Sulphur Springs TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): Christi Sanders    Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this _____ Day of _____ 20__

Notary Public: Kathy Martin    Commission Expiration:

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

VOID IF ALTERED

A TITLE THIS IS A COPY IS HELD BY AFC
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCdealer.com

### Ownership Transfer Information



Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# TEXAS CERTIFICATE OF TITLE

Texas Department of Transportation

VEHICLE TITLES AND REGISTRATION DIVISION

91767888

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTSX20R89EA01704 | 2009 | FORD | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 16320140015132727 | 08/03/2009 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 3/4 | 6800 | 0536AD |

PREVIOUS OWNER

CHAPARRAL FORD INC DEVINE TX

OWNER

W M LEASING OF TEXAS LP
4730 SE LOOP 410
SAN ANTONIO, TX 78222

REMA[RKS]

ACTUAL MIL[EAGE]
DIESEL

T
ROCK HILL USED CARS
DALLAS
443058 - 1055
1FTSX20R8 9EA01704

X

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN | 1ST LIENHOLDER

NONE

1ST LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN | 2ND LIENHOLDER

2ND LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN | 3RD LIENHOLDER

3RD LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT

WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE

SIGNATURE ______ DATE

SIGNATURE ______ DATE

FORM 30-C REV. 8/2009

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

(THIS IS A COPY) IS HELD SUBJECT TO AFC'S SECURITY INTEREST www.AFCDealer.com afc

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE 'RECEIP ., AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR, WITHIN 20 WORKING DAYS TO AVOID PENALTY.

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Truck Parts + Equipment Inc    Street: 3116 S Hwy 77    City: Waxahachie    State: Tx    Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 345,468

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale: 11 26 18

Signature of Seller/Agent

Printed Name (same as signature): Rosem P Pearl

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Kalien Thomas

Printed Name (same as signature): Kalien Thomas

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Frontera Vehicle Sales + Parts Inc.    Street: 3030 S Hwy 77    City: Waxahachie    State: TX    Zip: 75165

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 345,468

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale: 11 26 18    Dealer's Name: Frontera Truck Parts + Equipment, Inc    Dealer No.: P121786

Agent's Signature: Kalien Thomas

Printed Name (same as signature): Kalien Thomas

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 345169

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale: 5 3 19    Dealer's Name: Frontera Vehicle Sales + Parts, Inc    Dealer No.: P148883

Agent's Signature: Klaus

Printed Name (same as signature): Klaus

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths):

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale    Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Appendix 680

# STATEMENT OF FACT

YEAR: 2009   MAKE: Ford   VIN: 1FTSX20R89EA01704

DOCUMENT
TITLE NUMBER: 16320140015132727 _____ STATE: TX _____

_____ Name of Purchaser was entered in error and has been corrected to show correct Purchaser as:
_____

_____ The Names _____ and _____
        are one and the same.

_____ Date of sale on the above title was entered in error and been corrected to read
as_____

_____ Seller assigned title to him/herself in error. Title is now corrected to show correct purchaser as
_____.

_____ Seller signed on purchaser line error

__X__ Odometer reading was entered in error on the title/transfer document for the above described
vehicle. Odometer reading should read as follows: _345,168_____

_____ Other: _____

I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODMETOR READING IS THE ACTUAL MILEAGE OF
THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

_____ The mileage stated is in excel of its mechanical limits
_____ The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY
                                                    ODOMETER READING (NO TENTHS)

_____     Robert C Peek _____ DATE: 11-26-18
Signature of Seller/Agent      Printed Name

_____     Kalien Thomas _____ DATE: 11-26-18
Signature of Buyer/Agent       Printed Name

WARNING: Transportation Code, Section, 501.155, provides that falsifying information on title transfer documents
is a THIRD-DECREE FELONY OFFENSE PUNISHABLE BY NOT MORE THAN TEN (10) YEARS IN PRISON. In addition to
imprisonment, a fine up to $10,000 may also be imposed.
THE UNDERSIGNED HEREBY CERTIFIES THE FOLLOWING FACTS REGARDING THE VEHICLE DESCRIBED ARE TO BE
TRUE AND CORRECT:



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
**1HSHBAHNXXH659029**

YEAR **1999**

MAKE **INTL**

TITLE NO.
**810007400403**

BODY TYPE **TR**

MODEL **8000**

DATE 1st SOLD

DATE ISSUED
**08-Oct-2019**

AGENT NO. **M4517**

COLOR **White**

APPLICATION DATE
**07-Oct-2019**

ODOMETER
**Exempt**

TYPE OF TITLE
**Original**

DATE INS:
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

**HORACE WHITTEN
PO BOX 716
IDABEL OK 74745-0716**

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS

**443058 – 1056**

1HSHBAHNX XH659029

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
**47774378**
(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**    (If Dealer, List License # Here: _____

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Star Motors*

Purchaser(s) Complete Address: *P.O. Box 895 Sulphur Springs TX 7548*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

*ΣXCMPT* (NO TENTHS)

Signature of Seller(s): *Horace Witten*    Printed Name of Seller(s): *HORACE WHITTEN*

Subscribed and Sworn to Before me this *18th* Day of *October* 20*19*

Notary Public: *Sesa Smith*    Commission Expiration: *03-05-23*

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____    Printed Name of Buyer(s): *Volhy*

SESA SMITH
IN AND FOR
#19002342
EXP. 03/05/23
NOTARY PUBLIC

## VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC SUBJECT TO AFC'S SECURITY INTEREST WWW.AFCDealer.com

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _P117163_

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rock Hill Used Cars_

Purchaser(s) Complete Address: _519 I-30 Sulphur Springs tx 75482_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_EXCMBR_ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _Colby Parker_   Printed Name of Seller(s): _Colby Parker_

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

FORREST L SHAW
3577 FM 2262
GROVETON, TX 75845

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

TxDMV

### CERTIFIED COPY

TEXAS DEPARTMENT OF MOTOR VEHICLES

11173072

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FDNR72P7JVA28327 | 1988 | FORD | DP |

TITLE/DOCUMENT NUMBER
26928043717130400

ORIGINAL TITLE DATE

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | CERTIFIED COPY DATE |
|---|---|---|---|---|
| | | 12700 | 1GC467 | 09/11/2019 |

PREVIOUS OWNER
DAVID BRYAN MT ENTERPRI, TX

OWNER
FORREST L SHAW
3577 FM 2262
GROVETON, TX 75845

DIESEL

REMA

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**WARNING:**
THIS IS A REPLACEMENT CERTIFICATE OF TITLE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE. ANY PURCHASER OR LIENHOLDER MAY REQUIRE THE SELLER TO GUARANTEE AGAINST ANY LOSS CLAIMED UPON THE PRESENTATION OF THE ORIGINAL CERTIFICATE OF TITLE.

ROCK HILL USED CARS
1FDNR72P7JVA28327
DALLAS
443058 – 1058

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED | DATE |
|---|---|---|---|
| | | BY | |
| | | AUTHORIZED AGENT | |
| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED | DATE |
| | | BY | |
| | | AUTHORIZED AGENT | |
| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED | DATE |
| | | BY | |
| | | AUTHORIZED AGENT | |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |
| SIGNATURE | DATE |

FORM 30-CCO REV. 05/2016      DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

afc (THIS IS A COPY) IS HELD BY AFC SECURITY INTEREST WWW.AFCdealer.com SUBJECT TO AFC'S SECURITY INTEREST

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**          11173072

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Star Motors    Street: P.O. Box 895    City: Sulphur Springs    State: TX    Zip: 75483

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): EXEMPT
Date of Sale: 10-20-19
Signature of Seller/Agent
Printed Name (same as signature): FL SHAW

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name (same as signature): Colby Parker

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Rock Hill Used Cars    Street: 519 I-30    City: Sulphur Springs    State: TX    Zip: 75482

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): Exempt
Date of Sale: 10-20-19
Agent's Signature
Dealer's Name: Star Motors
Dealer No.: P171763
Printed Name (same as signature): Colby Parker

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths):
Date of Sale:
Agent's Signature
Dealer's Name:
Dealer No.:
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths):
Date of Sale:
Agent's Signature
Dealer's Name:
Dealer No.:
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS)



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1GC0KVCG2BZ387391

YEAR
2011

MAKE
CHEV

TITLE NO.
810007611013

BODY TYPE
PK

MODEL
2KH

DATE 1st SOLD
25-Jul-2011

DATE ISSUED
11-Oct-2019

AGENT NO.
M8812

COLOR
White

APPLICATION DATE
10-Oct-2019

ODOMETER
266155
Actual

TYPE OF TITLE
Duplicate

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

EXECUTIVE KARS
4200 NEWCASTLE RD
OKLAHOMA CITY OK 73119-1221

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS
443058 – 1062
1G00KVCG2 BZ387391

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
47786738

(This is not a title number)

---

ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: UD 1641 )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly listed on this certificate.

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
28589315

Purchaser(s) Name (Type or Print): ROCK Hill Used Cars
Purchaser(s) Complete Address: 519 I-30 E Sulphur Springs, TX 75482
Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

2 6 6 9 5 6 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s):
Subscribed and Sworn to Before me this   20th   Day of   Oct   20 19
Notary Public:
Commission Expiration: 1-29-23

Printed Name of Seller(s):

CHERYL SMITH
#15000893
EXP. 01/29/23
NOTARY PUBLIC
STATE OF OKLAHOMA

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s):
Printed Name of Buyer(s):

## VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____     DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER 1FT7W2BTXFEC20953 | YEAR 2015 | MAKE FORD | TITLE NO. 810007261348 |
| BODY TYPE PK | MODEL F250 | DATE 1st SOLD | DATE ISSUED 29-Aug-2019 |
| AGENT NO. M8828 | COLOR Black | APPLICATION DATE 28-Aug-2019 | ODOMETER 185463 Actual | TYPE OF TITLE Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

443058 — 1068
ROCK HILL USED CARS
DALLAS
1FT7W2BTX FEC20953

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47606113

(This is not a title number)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**    (If Dealer, List License # Here: LD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on the certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *549 I-30 East   Sulphur Springs TX 75482*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. Warning— Odometer Discrepancy

Signature of Seller(s): *Christi Sanders*    Printed Name of Seller(s) *CHRISTI SANDERS*

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: *Kathy Martin*    Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

OKLAHOMA MOTOR VEHICLE
$3.50
TAX STAMP
2598704

KATHY MARTIN
NOTARY
# 00019494
EXP. 11/22/20
STATE OF OKLAHOMA
PUBLIC

VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC
IS SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐   (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐   (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FD8W3HT2FEA32814

YEAR
2015

MAKE
FORD

TITLE NO.
810004658680

BODY TYPE
CH

MODEL
F3D

DATE 1st SOLD
08-Oct-2014

DATE ISSUED
23-Jan-2018

AGENT NO.
M8808

ODOMETER
79806
Actual

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY OK 73172-1090

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/18/2017    FORD MOTOR CREDIT COMPANY

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
**45232706**
(This is not a title number.)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here:)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, property noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK HILL USED CARS

Purchaser(s) Complete Address: 5191-30 E, SULPHUR SPRGS TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 1 2 6 3 7 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s):

Printed Name of Seller(s): Clifford CPa

Subscribed and Sworn to Before me this 23rd Day of December, 20 22

Notary Public: Will Batt Ulla    Commission Expiration: 9-27-2022

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):    Printed Name of Buyer(s):

NOLLY B. PATULLO
NOTARY
# 19009768
EXP. 09/27/22
STATE OF OKLAHOMA PUBLIC

VOID IF ALTERED

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

(NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix
Notary Seal / Stamp
Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

 | FORD **CREDIT**

P.O. Box 152271
Irving, TX 75015-2271
1-800-727-7000

12/2/2019

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY        OK 73172

Fax to: N/A

## LIEN RELEASE

**Account No:** 55649088

| **Vehicle Owner:** | ENVIROCLEAN SERVICES LLC<br>PO BOX 721090<br>OKLAHOMA CITY        OK 73172 |
|---|---|

### Vehicle Information

| **Make:** FORD | **Model:** F350 |
|---|---|
| **Year:** 2015 | **ID No:** 1FD8W3HT2FEA32814 |

**We regret we were unable to locate the original Oklahoma Lien Entry Form.  Please use this document to release the lien.**

This is to certify that Ford Motor Credit Company's security interest in the above-described vehicle has been satisfied by payment on 11/29/19.

Ford Motor Credit Company

Account Services Representative

Sworn to and subscribed before me this ____3____ day of __December__ 2019

Notary Public

My Commission Expires: _____

STEPHANIE NESTO
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY, TENN.

DOC 835-1 FC-FL-PR 8/10/2005



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1T9AS40285B540094

YEAR
2005

MAKE
TAK

TITLE NO.
810004401306

BODY TYPE
TRLR

MODEL
TRLR

DATE 1st SOLD

DATE ISSUED
06-Nov-2017

AGENT NO.
M8805

ODOMETER
0

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

REYMUNDO MARRUFO
3722 NW 14TH ST
OKLAHOMA CITY OK 73107-4308

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle desc
above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
44960219
(This is not a title number.)

ROCK HILL USED CARS
DALLAS
4443058 — 1080
1T9AS40285B540094

### ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here:

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the
liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): GPR Auto + Truck Sales Inc

Purchaser(s) Complete Address: 5112 S. Shields Blvd OkC OK 73129

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL
MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s):                    Printed Name of Seller(s): Reymund

Subscribed and Sworn to Before me this  9+h  Day of  Nov , 20 18

Notary Public:                    Commission Expiration: 2/10/2020

SUSANA Y GONZALEZ
NOTARY
Affix
#1800 1418
EXP. 02/10/20
STATE OF OKLAHOMA

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): Cintu Soryuz                    Printed Name of Buyer(s): GPR Auto + Truck Sales Inc

**VOID IF ALTERED**

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _5503_

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): KOOK HILL USED CARS

Purchaser(s) Complete Address: 519 I-30 E Sulphur Springs TX 75482

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): GPR Auto + Truck Sales, Inc.

Subscribed and Sworn to Before me this _29_ Day of _DEC_, 20 _19_

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)   ☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Appendix 694



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 3C63RRGL8EG149807 | 2014 | RAM | | 810007322630 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | 3ST | | 03-Jun-2014 | 13-Aug-2019 |

| AGENT NO. | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | 12-Aug-2019 | 52 Actual | Repo |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ME/CU
8812 S WALKER AVE
OKLAHOMA CITY OK 73139-9440

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS
443058 — 1081

3C63RRGL8 EG149807

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
47534190

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Austin Financial Services

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

1 4 9 4 5 4  (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

MUNICIPAL EMPLOYEES CREDIT UNION

Signature of Seller(s): _____

Printed Name of Seller(s): John Cumming

Subscribed and Sworn to Before me this 18th Day of September, 2019

Notary Public: Sharon Heath   Commission Expiration: _____

Affix Notary Seal/Stamp Here

SHARON HEATH
NOTARY PUBLIC
# 03009265
EXP. 06/23/23
STATE OF OKLA

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): JR Huff   Printed Name of Buyer(s): JR HUFF

**VOID IF ALTERED**

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: P132441W

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Bottoms Up MotorSports

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

149460 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): JR Huff          Printed Name of Seller(s): JR Huff

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): Michael Lawson          Printed Name of Buyer(s): Michael Lawson

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: UD4843

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Rockhill Used Cars

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): Michael Lawson          Printed Name of Seller(s): Michael Lawson

Subscribed and Sworn to Before me this _____ Day of _____, 20 ___

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____          DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 1FT7W2BTXFEA02463 | 2015 | FORD | | 810007970079 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | F2S | | 01-Jul-2014 | 09-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8808 | White | 08-Jan-2020 | 88828 Actual | Duplicate |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

ENVIROCLEAN SERVICES LLC
PO BOX 721090
OKLAHOMA CITY OK 73172-1090

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the veh above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48111363
(This is not a title number)

443058 - 1084
ROCK HILL USED CARS
DALLAS

1FT7W2BTX FEA02463

### ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): ROCK Hill USED CARS

Purchaser(s) Complete Address: 519 I-30 E. SUlphUR SPRGS, TX 75482

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

147864 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning – Odometer discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): Jessica _____

Subscribed and Sworn to Before me this 14th Day of Jan 20__

Notary Public: Aura Murphy   Commission Expiration: 6-20-20

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

AURA MURPHY
IN AND FOR
#20-05843
EXP. 06/20/2024
STATE OF OKLAHOMA
NOTARY Seal/Stamp
NOTARY PUBLIC

## VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC
IS SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com
ORIGINAL SUBJECT TO A COPY IS HELD BY

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____          DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

24372A

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

REBUILT

**VEHICLE IDENTIFICATION NUMBER**
1GTJK33214F263548

**YEAR**
2004

**MAKE**
GMC

**TITLE NO.**
810007834109

**BODY TYPE**
PK

**MODEL**
NEW SIERRA

**DATE 1st SOLD**

**DATE ISSUED**
31-Dec-2019

**AGENT NO.**
M0929

**COLOR**
Silver

**APPLICATION DATE**
30-Dec-2019

**ODOMETER**
Exempt

**TYPE OF TITLE**
Original

**DATE INS.**
**LOSS OR SALVAGE**
9/3/2016

**NAME AND ADDRESS OF VEHICLE OWNER**

RICK JONES BUICK-GMC INC
PO BOX 158
EL RENO OK 73036-0158

OR
Rebuilt

9/30/2016

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS

443058 – 1085

1GTJK33214F263548

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48080471

(This is not a title number)

**OKLAHOMA**
**MOTOR VEHICLE**
**$3.50**
**TAX STAMP**
1944596

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD290

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate)

Purchaser(s) Name (Type or Print): Rock Hill Used Cars

Purchaser(s) Complete Address: 519 I-30E. Sulphur Spring, TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

Exempt   (NO TENTHS)   ☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Kathy Lowla        Printed Name of Seller(s): Kathy Lowla

Subscribed and Sworn        13   Day of   Jan   2020

Notary Public:        Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):        Printed Name of Buyer(s):

KRISTINA DAVISON
NOTARY
#JM007655
EXP. 08/24/20
PUBLIC
STATE OF OKLAHOMA

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____ , 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____ , 20 ____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____ DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FMJU1K54CEF09406 | 2012 | FORD | 810007809865 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| UT | EXPEDITION | | | 17-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8832 | White | 16-Jan-2020 | 106157 Actual | Original |
| | | | | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

MAINER FORD
PO BOX 834
OKARCHE OK 73762-0834

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

443058 — 1086
ROCK HILL USED CARS
DALLAS
1FMJU1K54 0EF09406

CONTROL NO.
48144988
(This is not a title number)

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: UD2133)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 2849381

Purchaser(s) Name (Type or Print): RockHill Used Cars

Purchaser(s) Complete Address: 549 Interstate 30 East Sulphur Springs TX

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

106157 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): Christi Sanders    Printed Name of Seller(s): CHRISTI SANDERS

Subscribed and Sworn to Before me this _____ Day of _____, 20___

Notary Public: Kathy Martin    Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

## VOID IF ALTERED

A TITLE (THIS IS A COPY) IS FILED BY AFC'S SECURITY INTEREST SUBJECT TO AFC'S SECURITY INTEREST WWW.AFCDealer.com

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Appendix 702



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1FMHK8F89BGA68442

YEAR
2011

MAKE
FORD

TITLE NO.
810003905080

BODY TYPE
UT

MODEL
EPR

DATE 1st SOLD
02-Jun-2011

DATE ISSUED
30-Jun-2017

AGENT NO.
M5579

ODOMETER
101929
Actual

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

MICHAEL PEREZ
13117 BEAUMONT DR
PIEDMONT OK 73078-3034

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

6/7/2017      BANK OF AMERICA,N.A.

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
44454557
(This is not a title number.)

## ASSIGNMENT OF TITLE BY REGISTERED OWNER      (If Dealer, List License # Here:

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):   **Mainer Ford**

Purchaser(s) Complete Address:   **PO Box 834**
**Okarche, OK 73762**

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s):

Printed Name of Seller(s):  Michael Perez

Subscribed and Sworn to Before me this          Day of   June          20 19

Notary Public:

Commission Expiration:

Notarization required only for seller's signature(s). Affix notary seal stamp to the right.

Signature of Buyer(s):

Printed Name of Buyer(s)  CHRISTI SANDEE

**VOID IF ALTERED**

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: **UD 2133**



I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA MOTOR VEHICLE **$3.50** TAX STAMP  2598516

Purchaser(s) Name (Type or Print): **Rock Hill Used Cars**

Purchaser(s) Complete Address: **549 I-30 East   Sulphur Springs TX 7548**

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Christi Sander*     Printed Name of Seller(s) **CHRISTY SANDERS**

Subscribed and Sworn to Before me this **12** Day of **July**, 20 **19**

Notary Public: *Kathy Martinez*   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

KATHY MARTINEZ NOTARY # 00015494 EXP. 11/22/20 STATE OF OKLAHOMA PUBLIC

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐  (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: _____   Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Notary Seal / Stamp Here

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

**TxDMV**

134606574

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3D7KU28C64G204039 | 2004 | DODG | PK |

TITLE/DOCUMENT NUMBER · DATE TITLE ISSUED

25000042899135946   06/23/2017

MODEL · MFG. CAPACITY IN TONS · WEIGHT · LICENSE NUMBER

**7100    1TA698**

PREVIOUS OWNER

RAYMOND CURBOW MINEOLA TX

ODOMETER READING
**EXEMPT**

OWNER · REMARK(S)

CHRISTOPHER CLYDE BRADY
PO BOX 525
QUITMAN, TX 75783

**DIESEL**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN · 1ST LIENHOLDER · 1ST LIEN RELEASED · DATE

**NONE**

BY · AUTHORIZED AGENT

DATE OF LIEN · 2ND LIENHOLDER · 2ND LIEN RELEASED · DATE

BY · AUTHORIZED AGENT

DATE OF LIEN · 3RD LIENHOLDER · 3RD LIEN RELEASED · DATE

BY · AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE
SIGNATURE · DATE
SIGNATURE · DATE

FORM 30-C REV. 05/2016 · DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

ROCK HILL USED CARS
DALLAS
3D7KU28C64G204039
4430058-1088

Appendix 705

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

134606576

▶ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Rock Hill Used Cars    519 I-30 Sulphur Springs TX 75494

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____

Signature of Seller/Agent _____   Chris Brady   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____

Dealer Name _____   Dealer No. _____

Dealer's Name

Agent's Signature _____   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____

Dealer No. _____

Dealer's Name

Agent's Signature _____   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser _____ Street _____ City _____ State _____ Zip _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____

Dealer No. _____

Dealer's Name

Agent's Signature _____   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

Appendix 706

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
3D7MX48A37G804242

YEAR
2007

MAKE
DODG

TITLE NO.
810005985354

BODY TYPE
CW

MODEL
SQ3

DATE 1st SOLD

DATE ISSUED
29-Oct-2018

AGENT NO.
M6710

APPLICATION DATE
26-Oct-2018

ODOMETER
108369
Actual

TYPE OF TITLE
Repo

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SECURITY STATE BANK
PO BOX 749
WEWOKA OK 74884-0749

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

ROCK HILL USED CARS
DALLAS
443058 — 1089
3D7MX48A3 7G804242

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle as above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
46401594

(This is not a title number)

ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: _____

IF REGISTERED
OWNER (SELLER) IS
A LICENSED DEALER,
PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20 __

Notary Public: _____ Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

VOID IF ALTERED

A TITLE (THIS IS A COPY) IS HELD BY AFC'S SECURITY INTEREST
SUBJECT TO AFC'S SECURITY INTEREST
WWW.AFCDealer.com

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | TITLE NO. |
|---|---|---|---|---|
| 3D7KR28A48G116225 | 2008 | DODG | | 810007878625 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | RAM 2500 | | | 28-Jan-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M8805 | Gray | 27-Jan-2020 | Exempt | Original |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

GPR AUTO & TRUCK SALES, INC
5112 S SHIELDS BLVD
OKLAHOMA CITY OK 73129-3218

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*ORIGINAL TITLE (THIS IS NO COPY) IS HELD BY AFC AND IS SUBJECT TO AFC'S SECURITY INTEREST WWW.AFCDealer.com*

ROCK HILL USED CARS
DALLAS
443058 – 1090
3D7KR28A4 8G116225

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
48180483

(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here:  5503  )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Rock Hill Used Cars*

Purchaser(s) Complete Address: *519 I-30 E  Sulphur Springs, TX 75482*

Actual Purchase Price of Vehicle: _____

OKLAHOMA MOTOR VEHICLE
$3.50
TAX STAMP
2863895

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

ℓ X ℓ m P T  (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): *Cutie Gonzez*   Printed Name of Seller(s): GPR Auto + Truck Sales, Inc

Subscribed and Sworn to Before me this ____ Day of *Feb.* , 20 *20*

Notary Public *Sandra Patton* Commission Expiration: *11-20-23*

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

SANDRA PATTON
#99016685
STATE OF OKLAHOMA
NOTARY PUBLIC

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)    ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____    Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____    Printed Name of Buyer(s):_____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:_____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):_____

Purchaser(s) Complete Address:_____

**Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:**_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

(NO TENTHS)    ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s):_____    Printed Name of Seller(s):_____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s):_____    Printed Name of Buyer(s):_____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____    DATE OF LIEN:_____

LIENHOLDER ADDRESS / CITY / STATE / ZIP:_____

Appendix 709

BA1040C

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

CLASSIC

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FTHX25F0TEB25935 | 1996 | FORD | 810008003355 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | F25 | | | 07-Feb-2020 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M6214 | White | 06-Feb-2020 | Exempt | Transfer |

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

SETH WADLEY FORD LINCOLN
MERCURY
PO BOX 650
PAULS VALLEY OK 73075-0650

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

1FTHX25F0 TEB25935

ROCK HILL USED CARS
DALLAS

443058 – 1091

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
48222957

(This is not a title number)

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: UD2800

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

OKLAHOMA
MOTOR VEHICLE
$3.50
TAX STAMP
3140797

Purchaser(s) Name (Type or Print): ROCK Hill CARD

Purchaser(s) Complete Address: 519 I-30 E. Sulphur Sprgs TX 75482

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

EXEMPT (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limit.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): DHardimon   Printed Name of Seller(s): DHardmsn

Subscribed and Sworn to Before me this ____ 14th ____ Day of ___ Feb ___ 20 20

Notary Public: A Joseph   Commission Expiration:

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

NOTARY PUBLIC State of OK
A_____ JOSEPH
Comm. # 16004973
Expires 05-18-2020

VOID IF ALTERED

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER:

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):

Purchaser(s) Complete Address:

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Appendix 711

V18364 Store 2571



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA 146240

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1FVACWDU5DHFA3237 | 2013 | FRHT | 610712306002A |

| BODY TYPE | MODEL | | |
|---|---|---|---|
| CC | 16M | DATE 1st SOLD 06/07/2012 | DATE ISSUED 05/17/2013 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| 6107 | | 30636 | TRANSFER |
| | | ACTUAL | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

LOWE'S HOME CENTERS INC
530 S GEORGE NIGH EXPY
MCALESTER      OK  74501-6711

283526

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

1FVACWDU5 DHFA3237     ROCK HILL USED CARS DALLAS
443058 — 1092

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO. 131376107A2956

38257513

(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____ Ryder Truck Rental, LT.
Purchaser(s) Complete Address: _____ 4040 NW 72 Ave., Miami, FL 33166

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

3 1 1 1 4 1 0 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning— Odometer Discrepancy**

Signature of Seller(s): _Jimmy_ For: _Lowe's Home Centers Inc_ Printed Name of Seller(s): Jessenia Jimenez

Subscribed and Sworn to Before me this _28th_ Day of _January_ _20_

Notary Public: _____ Commission Expiration: _May 6, 2020_

GRETA CHEN
MY COMMISSION # FF 961778
EXPIRES: May 6, 2020
Bonded Thru Notary Public Underwriters

*Notarization required only of seller's signature(s). Affix notary seal/stamp in box.*

Signature of Buyer(s): _____ for: Ryder Truck Rental L.T. Printed Name of Buyer(s): Vanessa Blanco

## VOID IF ALTERED

### Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: VW-1043956-1

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Ryder Vehicle Sales, LLC

Purchaser(s) Complete Address: 4040 NW 72 Ave., Miami, FL 33166

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

3 1 1 4 1 0 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): for Ryder Truck Rental L.T.       Printed Name of Seller(s): Vanessa Bianco

Subscribed and Sworn to Before me this 28th Day of January, 20 20

Notary Public:                    Commission Expiration: May 8, 2020

GRETA CHEN
MY COMMISSION # FF 961778
EXPIRES: May 8, 2020
Bonded Thru Notary Public Underwriters

Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): for Ryder Vehicle Sales, LLC   Printed Name of Buyer(s): Tatyana Rivera

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: VI-1043022-3

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Bayshore Ford Truck Sales Inc

Purchaser(s) Complete Address: 4003 N Dupont Hwy New Castle DE 19720

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

3 1 1 4 1 0 (NO TENTHS)

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning—Odometer Discrepancy

Signature of Seller(s): for Ryder Vehicle Sales, LLC   Printed Name of Seller(s): Tatyana Rivera

Subscribed and Sworn to Before me this 28th Day of January, 20 20

Notary Public:                    Commission Expiration: May 8, 2020

GRETA CHEN
MY COMMISSION # FF 961778
EXPIRES: May 8, 2020
Bonded Thru Notary Public Underwriters

Notarization required only if seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s):                    Printed Name of Buyer(s): Erica Marinangeli

---

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____      DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

DOCUMENT NO. 45-07-08-06-03

**STATE OF DELAWARE**
**DIVISION OF MOTOR VEHICLES**
P.O. BOX 698
DOVER, DELAWARE 19903

**DELAWARE**
**. DEALER'S**
**REASSIGNMENT**

**INVENTORY CONTROL NO.**
**484627**

THIS FORM IS TO BE USED BY A LICENSED DELAWARE DEALER FOR THE PURPOSE OF REASSIGNMENT OF A VEHICLE CERTIFICATE OF TITLE OR MANUFACTURER'S CERTIFICATE OF ORIGIN.

DESCRIPTION OF VEHICLE (Required Ownership Documents must Accompany this form)

| YEAR | MAKE | STYLE | MODEL | COLOR | VEHICLE IDENTIFICATION NO. | TITLE NO. OF ATTACHED TITLE | STATE |
|------|------|-------|-------|-------|---------------------------|----------------------------|-------|
| 2013 | FRHT | TK | 16m | | IFVACWDU5DHFA3237 | 610712 30600214 | OK |

**DELAWARE DEALER REASSIGNMENT 1**

The vehicle described above was sold for a:

Total price of $

Less trade-in (DE only) $

Net cost $

Document fee $

If trade-in is indicated, this information is required:
(Delaware registered vehicles only)

| Year | Make | Title, Tag No. | State |
|------|------|----------------|-------|

I, the undersigned licensed dealer, do hereby sell, assign or transfer to:

**FULL NAME OF PURCHASER**
Rock Hill Used Cars

The vehicle described above and said vehicle is subject to liens or encumbrance set forth herein and none other. If no lien write "None" below.

**DATE OF BIRTH** • IF UNDER 18 PARENT OR GUARDIAN'S CONSENT

**NAME OF LIEN HOLDER**

**STREET ADDRESS OF PURCHASER**

**STREET ADDRESS OF LIEN HOLDER**

| CITY OR TOWN | STATE | ZIP | CITY OR TOWN | STATE | ZIP |
|--------------|-------|-----|--------------|-------|-----|

**ODOMETER DISCLOSURE STATEMENT**

Federal and State law require that you state the mileage in connection with transfer of ownership. Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following is checked:

ODOMETER READING - MILES (NO TENTHS)
311,412

☐ 1. The mileage stated is in excess of odometer mechanical limits. (Exceeds 99,999)
☐ 2. The odometer reading is not the actual mileage. - WARNING - ODOMETER DISCREPANCY

I/WE CERTIFY, UNDER PENALTY OF PERJURY, THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE, INFORMATION AND BELIEF.

PRINTED NAME OF DEALER          DEALER NUMBER

SIGNATURE OF SELLER/AGENT

X

Bayshore Ford Truck Sales, Inc. 385

PRINTED NAME OF SELLER/AGENT          DATE OF SALE
Erica Marinangeli

PRINTED NAME OF PURCHASER/COMPANY/DEALER

I AM AWARE OF THE ABOVE ODOMETER CERTIFICATION
SIGNATURE OF PURCHASER/AGENT

X

PRINTED NAME OF PURCHASER/AGENT

Appendix 714

## DELAWARE DEALER REASSIGNMENT 2

Total price of $ _____

Less trade-in (DE only) $ _____

Net cost $ _____

Document fee $ _____

If trade-in is indicated, this information is required:
(Delaware registered vehicles only)

| Year | Make | Title, Tag No. | State |
|------|------|----------------|-------|
|      |      |                |       |

I, the undersigned licensed dealer, do hereby sell, assign or transfer to

FULL NAME OF PURCHASER

The vehicle described above and said vehicle is subject to liens or encumbrance set forth herein and none other. If no lien write "None" below

| DATE OF BIRTH | IF UNDER 18 PARENT OR GUARDIAN'S CONSENT | NAME OF LIEN HOLDER |
|---|---|---|

| STREET ADDRESS OF PURCHASER | STREET ADDRESS OF LIEN HOLDER |
|---|---|

| CITY OR TOWN | STATE | ZIP | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|---|

### ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage in connection with transfer of ownership. Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following is checked:

ODOMETER READING - MILES (NO TENTHS)

☐ 1. The mileage stated is in excess of odometer mechanical limits. (Exceeds 99,999)

☐ 2. The odometer reading is not the actual mileage. - WARNING - ODOMETER DISCREPANCY

I/WE CERTIFY, UNDER PENALTY OF PERJURY, THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE, INFORMATION AND BELIEF.

| PRINTED NAME OF DEALER | DEALER NUMBER | SIGNATURE OF SELLER/AGENT |
|---|---|---|
| | | X |
| | | PRINTED NAME OF SELLER/AGENT | DATE OF SALE |

| PRINTED NAME OF PURCHASER/COMPANY/DEALER | I AM AWARE OF THE ABOVE ODOMETER CERTIFICATION SIGNATURE OF PURCHASER/AGENT |
|---|---|
| | X |
| | PRINTED NAME OF PURCHASER/AGENT |

Appendix 715



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

VEHICLE IDENTIFICATION NUMBER
1GCJK33265F919308

YEAR
2005

MAKE
CHEV

TITLE NO.
810003569400

BODY TYPE
PK

MODEL
SK3

DATE 1st SOLD
11-Jul-2005

DATE ISSUED
12-May-2017

AGENT NO.
M3707

ODOMETER
Exempt

TYPE OF TITLE
Transfer

DATE INS.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

CHANDLER MAASS OR
CRISTINA MAASS
27875 N 2780 RD
OKARCHE OK 73762-7227

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

443058 – 1093
ROCK HILL USED CARS
DALLAS
1GCJK3326 5F919308

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
44256463
(This is not a title number.)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here:

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print):  *Jacksons of Kingfisher*

Purchaser(s) Complete Address:  *Box 268 Kingfisher, ok 73750*

Actual Purchase Price of Vehicle:

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

EXEMPT  (NO TENTHS)

Signature of Seller(s):    Printed Name of Seller(s):  *Chandler M Maass*

Subscribed and Sworn to Before me this ___ Day of ___, 20 19    # 17800483

Notary Public: ___    Commission Expiration: 1-18-21    Notary ___

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s):    Printed Name of Buyer(s):  *Jacksons of Kingfisher*

VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS' SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD2332_

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP   2852459

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _Rock Hill Used Cars_

Purchaser(s) Complete Address: _519 I-30 E Sulphur Springs, TX 75482_

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

_exempt_ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _Jacksons of Langtaylor_

Subscribed and Sworn to Before me this _10_ Day of _2_, 20_20_

Notary Public: _____   Commission Expiration: _1-18-21_

# 17020483   EXP _1-18-21_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20___

Notary Public: _____   Commission Expiration: _____

Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

---

## LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____



# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| | | |
|---|---|---|
| VEHICLE IDENTIFICATION NUMBER 1GCJK33648F114088 | YEAR 2008 | MAKE CHEV |

TITLE NO. 810007625646

| BODY TYPE CK30 | MODEL SILV |
|---|---|

DATE 1st SOLD 04-Sep-2007

DATE ISSUED 19-Nov-2019

AGENT NO. M6115

APPLICATION DATE 18-Nov-2019

ODOMETER 84000 Actual

TYPE OF TITLE Duplicate

DATE INS. LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

HENRY E MOSS
92 TOW RD
MCALESTER OK 74501-6676

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the ve above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

ROCK HILL USED CARS
DALLAS
1GCJK3364 8F114088
443058 — 1094

CONTROL NO.
47932435
(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here): _____

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): *Lee Auto Sales*

Purchaser(s) Complete Address: *1300 South Main McAlester OK 74501*

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

*EXEMPT* (NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): *HENRY MOSS*

Subscribed and Sworn to Before me this *6* Day of *Dec*

Notary Public: *T 2*    Commission Expiration: *7-7-20*

CATRINA LEE
Notary Public - State of Oklahoma
Commission Number 08006631
My Commission Expires Jul 7, 2020

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

## VOID IF ALTERED

## Ownership Transfer Information

Federal and state law requires that the odometer reading and its accuracy be disclosed upon every transfer of ownership of a motor vehicle unless otherwise exempted. Failure to complete or providing false information may result in fines and/or imprisonment.

The presence of any lien or encumbrance on this vehicle is to be so noted where indicated on the bottom of this page.

State law requires a transfer of ownership to be completed within thirty (30) days of acquiring ownership. Failure to do so subjects the owner or possessor to the assessment of delinquent penalties, as provided by law.

**ALL SELLERS SIGNATURES ON THIS DOCUMENT MUST BE SWORN TO BEFORE A NOTARY PUBLIC.**

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _UD6768_

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _Chas Lee_

Subscribed and Sworn to Before me this _25_ Day of _Feb_, 20 _20_

Notary Public: _____   Commission Expiration: _7-7-20_

CATRINA LEE
Notary Public - State of Oklahoma
Commission Number 08006631
My Commission Expires Jul 7, 2020
*Affix Notary Seal / Stamp*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### REASSIGNMENT OF TITLE BY LICENSED DEALER NUMBER: _____

PLACE OKLAHOMA
MOTOR VEHICLE TAX
STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle, Excluding Credit for Any Trade-in: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

(NO TENTHS)
- [ ] 1. The odometer has exceeded its mechanical limits.
- [ ] 2. The odometer reading is NOT the actual mileage. **Warning—Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____   Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

### LIENHOLDER INFORMATION

Any active lien or encumbrance against this vehicle is to be described below. Any active lien reflected on the face of this certificate will carry forward to any subsequent Oklahoma title issued unless a proper release of lien has been executed.

LIENHOLDER NAME: _____   DATE OF LIEN: _____

LIENHOLDER ADDRESS / CITY / STATE / ZIP: _____

Upon sale of this vehicle,    urchaser must apply for a new title withi    days unless the vehicle i
purchased by a dealer. Un a new title is issued, the vehicle record wil continue to reflect the owner's
name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

**NORTH EAST TEXAS CREDIT UNION**
**105 W 18TH ST**
**MT PLEASANT, TX 75455**

0
0
5
2
1
3

▼ DETACH HERE ▼

---

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

**TxDMV**

13154750

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1HFVE04R7G4000179 | 2016 | HOND | MV |

TITLE/DOCUMENT NUMBER        DATE TITLE ISSUED

22530042721144808  12/26/2016

MODEL        MFG. CAPACITY IN TONS        WEIGHT        LICENSE NUMBER

PREVIOUS OWNER

**AUSTIN MICHAEL GARRISON**

OWNER

**AUSTIN MICHAEL GARRISON**
**4658 I-30 EAST**
**SULPHUR SPRINGS, TX 75482**

OFF-HIGHWA

443058 - 1095

1HFVE04R7 G4000179

ROCK HILL USED CARS
DALLAS

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN
THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE
INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN        1ST LIENHOLDER

**12/15/2016  NORTH EAST TEXAS CREDIT UNION**
**105 W 18TH ST**
**MT PLEASANT, TX 75455**

1ST LIEN RELEASED        DATE

NORTH EAST TEXAS CREDIT UNION

AUTHORIZED AGENT

DATE OF LIEN        2ND LIENHOLDER

2ND LIEN RELEASED        DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN        3RD LIENHOLDER

3RD LIEN RELEASED        DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER
OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY
AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS
CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY
AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS
AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE        DATE

SIGNATURE        DATE

SIGNATURE        DATE

FORM 30-C REV. 05/2016        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

...ever you sell or tra... a vehicle, be sure to **protect yourself** ...ling the **Vehicle Transfer ...ation online** at www.TxDMV.gov. The notification removes your responsibility for anything the ...yer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**   `131541750`

▶ FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: *Rock Hill Used Cars* — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale: _____  Signature of Seller/Agent — Printed Name (same as signature): *Austin Garrison*

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale: _____  Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale: _____  Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale: _____  Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

# EXHIBIT L

## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

FOR VALUE RECEIVED, each of the undersigned (hereinafter referred to jointly and severally as the "Dealer" which term shall mean as applicable each of the undersigned individually and all of the undersigned collectively) on behalf of themselves individually and in their representative capacity hereby promise to pay to the order of Automotive Finance Corporation, an Indiana corporation ("LENDER"), with its principal office listed on the web site currently located at www.AFCDEALER.com or a successor thereto or such other place as LENDER may designate, the principal sum of One Hundred Thousand Dollars ($100000) (the "Aggregate Advance Limit") or such greater or lesser principal amount as may be outstanding pursuant hereto, with interest on any outstanding balance prior to an Event of Default, as defined in Section 7.0 hereof, at the rate of interest (based upon a 360 day year, compounded daily, meaning that the annual interest rate set forth in the Term Sheet will be divided by 360 to arrive at a daily rate, and the daily rate will be applied to the outstanding balance each day, and interest will accrue each day and be added to the outstanding balance) set forth in the Term Sheet and as amended from time to time; provided, however, that in no event shall the calculation of interest in the Term Sheet be at a rate less than five percent (5%) per annum. In the event that no Term Sheet is executed or effective, then interest shall accrue at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus five percent (5%) per annum (based on a 360-day year and applied and compounded daily, as described above), accruing from, the earlier of the date of a requested Advance or the date that an Obligation is incurred; provided, however, that in no event shall the calculation of prime rate be at a rate less than five percent (5%) per annum ("Prime Rate"). After an Event of Default, interest shall accrue at a rate of fifteen percent (15%) per annum ("Default Rate"), with such interest compounded daily and accruing from the date on which the Event of Default first occurred. All payments shall be made in lawful money of the United States and in immediately available funds, whether via Check, via ACH, via certified funds, or otherwise.

Until demand by LENDER or until an Event of Default (at which time the Obligations shall at LENDER's option and without notice become immediately due and payable in full), Dealer shall pay the Obligations as provided in Section 2.6.

Dealer: (a) waives demand and presentment for payment, protest, notice of protest and notice of non-payment or dishonor of this Note; (b) consents to any extension of the time of payment hereof; (c) waives all defenses based on suretyship or impairment of collateral; and (d) waives any defenses which Dealer may assert on the Obligations including but not limited to failure of consideration, breach of warranty, fraud, payment, statute of frauds, bankruptcy, lack of legal capacity, statute of limitations, lender liability, accord and satisfaction, and usury.

In consideration of the premises and the mutual covenants and conditions contained herein, the parties further agree as follows:

### AGREEMENT

1.0   **DEFINITIONS.** When used herein, the following terms shall have the following meanings:

1.1   ACH – an electronic network for financial transactions, also known as automated clearing house payment system, which processes credit and debit transactions including payments by or on behalf of Dealer or LENDER.

1.2   Advance - discretionary loan(s) to Dealer or payment(s) on behalf of Dealer by LENDER pursuant to the terms of this Note.

1.3   Aggregate Advance Limit - the maximum lending limit, as set forth above.

1.4   Approved Auction Purchase – any Vehicle, vehicle part, or goods of any kind, now or hereafter acquired by Dealer from a LENDER-approved auction if LENDER pays the Advance for such Vehicle, vehicle part, or other good directly to the auction.

1.5   Check - a payment by or on behalf of Dealer to LENDER which is other than a payment in cash, via ACH or via certified funds.

1.6   Collateral – all of Dealer's assets and properties wherever located, including without limitation: (a) accounts, chattel paper, deposit accounts, documents, equipment, fixtures, inventory, and other goods, general intangibles, instruments, insurance policies, investment property, letter of credit rights, money, software, supporting obligations, and Titles, all of the foregoing now owned or hereafter acquired by Dealer; (b) any and all proceeds, products, additions, accessions, accessories, and replacements of the foregoing; (c) all of Dealer's computer records, business papers, ledger sheets, files, books, and records relating to the foregoing, now owned or hereafter acquired; and (d) the following:

1.7   Curtailment Date - that certain day at the end of the Period when all Obligations concerning or relating to an item of Purchase Money Inventory become due and payable.

1.8   Dealer's Place of Business - any or all of the following locations: (a) the place where the Collateral and Dealer's books and records are kept; (b) the place from which Dealer's business affairs and operations are conducted, unless otherwise disclosed in writing to LENDER by Dealer; and (c) the place where Dealer's registered office is located.

1.9   Default Rate has the meaning given to it in the introductory paragraph of this Note.

1.10  Equipment – all goods, other than inventory, of any kind and wherever located.

1.11  Floorplan Fee - that non-refundable fee payable to LENDER by Dealer in the amount set forth on the Term Sheet for each Period, or portion thereof, in which an Advance for each individual item of Purchase Money Inventory is outstanding, provided that in the event no Term Sheet is executed and effective, then the Floorplan Fee shall be equal to One Hundred Dollars ($100.00). Notwithstanding the foregoing or any provision in the Term Sheet to the contrary, LENDER reserves the right to charge a Floorplan Fee in a higher amount as a condition to making an Advance if, in its sole

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Appendix 723

discretion, LENDER determines that the circumstances so warrant.

1.12 Interest - those finance charges owed by Dealer to LENDER on all outstanding Obligations, which charges shall begin to accrue, on the earlier of the date of each Advance or the date that an Obligation is incurred, compounded daily, and shall be payable at the rate and upon the terms and conditions set forth in this Note.

1.13 Late Fee - that non-refundable fee payable to LENDER by Dealer, in the amount set forth on the Term Sheet for each item of Purchase Money Inventory, assessed each week, or portion thereof, that Dealer fails to repay Obligations under this Note when due as provided by this Note, provided that in the event no Term Sheet is executed and effective, then the Late Fee shall be equal to Ninety-Five dollars ($95.00). Dealer agrees that this Late Fee is a reasonable estimate of LENDER's probable losses due to the delay, inconvenience, and administrative expense associated with late payment. LENDER may also charge an amount equal to the lesser of $25 or the maximum amount permitted by law for each Check or ACH tendered to LENDER, by or on behalf of Dealer, that is subsequently dishonored, in addition to any charge or fee imposed by the depository institution for each returned or dishonored item and any other charges or fees permitted by law.

1.14 NAP Fee - that non-refundable fee payable to LENDER by Dealer, in addition to the Floorplan Fee, in the amount set forth on the Term Sheet for each individual item of Purchase Money Inventory acquired by Dealer as a Non-Auction Purchase, provided that in the event no Term Sheet is executed and effective or no NAP Fee is listed in the Term Sheet, then the NAP Fee shall be equal to Seventy-five Dollars ($75.00). Notwithstanding the foregoing or any provision in the Term Sheet to the contrary, LENDER reserves the right to charge a NAP Fee in a higher amount as a condition to making an Advance for a Non-Auction Purchase if, in its sole discretion, LENDER determines that the circumstances so warrant.

1.15 Non-Auction Purchase - a transaction other than an Approved Auction Purchase in which any Vehicle, vehicle part, or goods of any kind, is now or hereafter acquired or refinanced by Dealer.

1.16 Note - this Demand Promissory Note and Security Agreement and all amendments and addenda thereto.

1.17 Number of Curtailment Date Extensions - the number of times set forth on the Term Sheet that the Curtailment Date may be extended for an item of Purchase Money Inventory pursuant to this Note, provided that in the event no Term Sheet is executed and effective, the Number of Curtailment Date Extensions shall be zero (0).

1.18 Obligations - all Advances, debts, Purchase Money Inventory Obligations, liabilities, financial obligations, charges, expenses, fees, attorney fees, costs of collection, covenants, and duties owing, arising, due, or payable from Dealer to LENDER of any kind or nature, present or future, under any instrument, guaranty, or other document whether arising under this Note or any other agreement, whether direct or indirect (including those acquired by assignment), absolute or contingent, primary or secondary, due or become due, now

existing or hereafter arising and however acquired including, without limitation, all Interest, Floorplan Fee(s), Late Fee(s), NAP Fee(s), and other expenses, costs or fees provided for herein.

1.19 Odometer Disclosure Statement - that statement of mileage for a Vehicle required, by the Motor Vehicle Information and Cost Savings Act as amended (49 U.S.C. § 32701 et seq.) and the regulations implementing same (49 C.F.R. § 580 et seq.), to be provided to a Vehicle transferee by the transferor.

1.20 Period - that number of days set forth on the Term Sheet, beginning on the earlier of the date of a requested Advance or the date that an Obligation is incurred and ending on the Curtailment Date that an item of Purchase Money Inventory will be financed by LENDER pursuant to this Note, provided that in the event no Term Sheet is executed and effective, then the Period shall be thirty (30) days.

1.21 Prime Rate has the meaning given to it in the introductory paragraph of this Note.

1.22 Purchase Money Inventory - any and all Vehicles, vehicle parts, or goods of any kind, now or hereafter acquired, financed or refinanced by Dealer with an Advance.

1.23 Purchase Money Inventory Obligations - the liabilities owing, arising, due, or payable from Dealer to LENDER with respect to specific Advances for specific items of Purchase Money Inventory now existing or hereafter arising including, without limitation, all Interest, Floorplan Fee(s) and Late Fee(s), and other expenses, costs or fees provided for herein.

1.24 Retail Installment Contract - that contract of sale and security agreement, whether or not constituting chattel paper under Article 9 of the UCC, whereby Dealer sells a Vehicle to a retail customer in the ordinary course of Dealer's business.

1.25 Terms and Conditions – All provisions of this Note, excluding any language specifically referencing Dealer by individual or business name or address, or referencing the dollar amount of Dealer's Aggregate Advance Limit.

1.26 Term Sheet - that agreement in effect from time to time executed by Dealer and LENDER containing information including but not limited to the Floorplan Fee and other fees, Interest and Period, attached hereto as Exhibit A and incorporated herein by reference.

1.27 Title - the certificate of title, manufacturer's statement of origin or certificate of origin, or other document issued by a duly authorized state, province or government agency evidencing ownership of a Vehicle.

1.28 UCC - the Uniform Commercial Code as enacted in Indiana and amended from time to time. Any term used in the UCC and not defined herein has the meaning given to the term in the UCC as presently enacted in Indiana or modified hereafter.

1.29 Vehicle - a vehicle, the ownership of which is embodied in a Title,
driven or drawn by mechanical power, manufactured primarily for
use on the public streets, roads, and highways.

Page 2 of 11

AFC Rev. 04/26/13

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## 2.0  FINANCING PROCEDURES.

2.1  Discretionary Advances.   LENDER may, in its sole discretion, from time to time make an Advance to or on behalf of Dealer for the purpose of enabling Dealer to purchase and/or hold Purchase Money Inventory for resale, and for other purposes as determined in LENDER's sole discretion. Dealer acknowledges and agrees that LENDER may, with or without cause, refuse to make an Advance. Dealer further agrees that LENDER's decision to make an Advance shall be binding only if it is in writing and signed by LENDER. Dealer and LENDER agree that Dealer is not obligated to finance any Purchase Money Inventory, or any other assets through LENDER.

2.2  Advance Requests: Purchase Money Inventory.  Dealer may request an Advance for the purpose of enabling Dealer to purchase, finance or refinance and hold an item of Purchase Money Inventory for resale by providing LENDER with: (a) a copy of the bill of sale which indicates the vendor and the actual purchase price of the Purchase Money Inventory; and (b) as to Vehicles, a completed Odometer Disclosure Statement and the Title duly assigned to Dealer. Dealer represents and warrants that each such Advance will be used only to purchase, finance or refinance Vehicles encumbered by this Note.

2.3  Advance Requests: Other Purposes.  Dealer may request an Advance for purposes other than enabling Dealer to purchase and hold an item of Purchase Money Inventory for resale by providing LENDER with: (a) a written request setting forth the purpose for the requested Advance, and (b) such other information as LENDER may require.  If LENDER elects to make any such Advance, the Advance shall be deemed an additional Obligation under this Note from the date on which the Advance is made.

2.4  Conditions to Advances.   As a condition precedent to an Advance, Dealer shall deliver to LENDER, at LENDER's request, a certificate in a form acceptable to LENDER certifying that (a) no Event of Default has occurred or is continuing, (b) Dealer is in complete compliance with the terms and conditions of this Note, (c) all prior Advances made for the purpose of enabling Dealer to purchase an item of Purchase Money Inventory have only been used to purchase Vehicles encumbered by this Note, (d) no material adverse effect to the operation or prospects of Dealer (financial, business, labor or otherwise) exists or is threatened, (e) no Checks or ACHs issued by Dealer to LENDER have been dishonored, and (f) such other information as LENDER may request.

2.5  Advances Without Request.   If at any time including but without limitation during an Event of Default or acceleration under this Note, Dealer is in default on any obligation to a third party, LENDER may in its sole discretion elect, but is not required, to make payment or transfer on Dealer's behalf to the third party, in any amount up to the total obligation owed by Dealer to the third party, as a means of satisfying Dealer's obligation to the third party in whole or in part. If LENDER elects to make any such payments or transfers, they shall be deemed additional Obligations under this Note from the date on which the payment or transfer is made. Such payments or transfers may be made without prior notice to Dealer and without regard to any Aggregate Advance Limit then in effect for Dealer.

2.6  Repayment of Obligations.  Dealer shall pay to LENDER at the offices of LENDER the Obligations, on demand and without notice, and in any event, with respect to an item of Purchase Money Inventory on the earliest of: (a) LENDER's demand, (b) forty-eight (48) hours after the disposition by sale or otherwise of an item of Purchase Money Inventory; or (c) the Curtailment Date.  All proceeds of any such disposition shall be received by Dealer in trust for LENDER and forwarded promptly to LENDER as noted below.  LENDER shall apply applicable payments to the Purchase Money Inventory Obligation incurred from said item of Purchase Money Inventory.  Notwithstanding anything herein to the contrary including Sections 3.0 and 4.0 if, after the disposition by sale or otherwise and subsequent payment to LENDER as delineated above, a shortage exists between any payments received by LENDER with respect to an item of Purchase Money Inventory Obligation with respect to an item of Purchase Money Inventory, that shortage shall be considered an Obligation owed by Dealer to LENDER and secured with Collateral other than Purchase Money Inventory.  The order and method of application of payments of the Obligations, excluding payments with respect to Purchase Money Inventory Obligations, shall be at the sole discretion of LENDER. Notwithstanding anything herein to the contrary, LENDER reserves the right to require that payments be made via ACH, and Dealer shall execute an ACH payment authorization upon request.

2.7  Extension of Curtailment Date.  If Dealer is in compliance with all other provisions of this Note, LENDER may, in its sole discretion, permit an extension of the Curtailment Date relative to an item of Purchase Money Inventory for a Period, upon the payment of Interest, Floorplan Fee(s) and the minimum principal amount of the Advance relating to such item of Purchase Money Inventory as set forth in the Term Sheet, provided that in the event no Term Sheet is executed and effective, then the minimum amount of such payment shall be equal to Five Percent (5%) of the outstanding principal amount of the Advance relating to such item of Purchase Money Inventory.

2.8  Presumptions Regarding Outstanding Balance.  The date and amount of each Advance made by LENDER and of each repayment of principal or interest thereon shall be recorded by LENDER.  The aggregate unpaid principal amount, interest, fees, and other Obligations so recorded by LENDER shall constitute prima facie evidence of the sums owing and unpaid under this Note; provided, however, that the failure by LENDER to so record any such amount or any error in so recording any such amount shall not limit or otherwise affect the liability of Dealer under this Note to repay the Obligations.

2.9  Purchase Money Inventory and Title Control.  At any and all reasonable times Dealer shall allow LENDER's officers, employees, agents, attorneys, designees and representatives (including but not limited to representatives of AutoVin, Inc., its successors, affiliates, subsidiaries and parent companies) access to Dealer's books and records and the Dealer's Place of Business for the purpose of conducting an audit of Dealer's inventory, books and records. Dealer agrees to pay an audit charge in the amount set forth on the Term Sheet for each audit, and all of LENDER's expenses in conducting such audit, provided that in the event no Term Sheet is executed and effective, then the audit charge shall be equal to $80.00.

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Dealer may request the Title to a Vehicle or Vehicles held by LENDER for purposes of correcting same or taking said Vehicle(s) to an auction. If LENDER in its sole discretion agrees with such request, Dealer shall deliver to LENDER a Check or draft in an amount equal to the Advance(s) relating to such Vehicle(s). Unless such Title(s) are returned to LENDER within the time period established by LENDER, (a) LENDER may (i) deposit or present such Check or draft for payment or (ii) process such payment via ACH and return the Check to Dealer, and (b) any outstanding Obligation(s), Floorplan Fee(s) or accrued interest relating to Advance(s) for such Vehicle(s) shall become immediately due and payable.

2.10  Authorization of LENDER.  By execution of this Note, Dealer authorizes LENDER and any of its officers, employees or agents to take any and all action to secure and perfect its interest in the Collateral including but not limited to taking possession of the Collateral and executing and filing, on behalf of Dealer and without Dealer's signature, original financing statements, amendments, continuation statements, and any other documents LENDER deems necessary or desirable to protect its interests. Dealer authorizes LENDER to supply any omitted information and correct errors in any document executed by or on behalf of Dealer, and to contact any bank or other depository institution to obtain account information concerning Dealer. Dealer authorizes LENDER to obtain credit information from a credit bureau, and any financial institutions or trade creditor that Dealer has provided as well as other credit investigation that LENDER in LENDER's sole discretion deems necessary.  Dealer also authorizes LENDER to contact any third parties to disclose information, including information contained in this Note, for the purposes of, including, but not limited to assessing Dealer's credit worthiness, collection of any outstanding debt, obtaining intercreditor agreements, and perfecting LENDER's security interest. Dealer also authorizes LENDER to disclose the above described information to any of its successors, affiliates, subsidiaries, and parent companies. Further, Dealer authorizes LENDER to review Dealer's account periodically, which could include obtaining additional credit reports. Dealer authorizes LENDER to disclose Dealer's credit information into any credit database. In addition, Dealer shall execute the Power of Attorney incorporated herein by reference as Exhibit D.

3.0  GRANT OF SECURITY INTEREST.  To secure Dealer's prompt payment of the Purchase Money Inventory Obligations, Dealer hereby grants to LENDER a lien and a security interest in the Purchase Money Inventory and the Titles thereto.  To secure Dealer's prompt payment of the Obligations, Dealer hereby grants to LENDER a lien and security interest in all of the Collateral.  Dealer understands and agrees that LENDER at all times intends to maintain the status of a purchase money secured creditor with priority rights in the Purchase Money Inventory as provided under the UCC. Therefore, to the extent purchase money status can be maintained under applicable law, Dealer also grants LENDER a lien and a security interest as follows: (a) the Purchase Money Inventory also secures Obligations that are not Purchase Money Inventory Obligations, and (b) Collateral that is not Purchase Money Inventory also secures Purchase Money Inventory Obligations.

4.0  SALES OF PURCHASE MONEY INVENTORY.  Unless and until an Event of Default shall have occurred, Dealer may sell the Purchase Money Inventory to bona fide buyers in the ordinary and regular course of Dealer's business, but nothing herein shall be deemed to waive or release any interest LENDER may have hereunder or under any other agreement in any proceeds or replacements of the Purchase Money Inventory.  Upon the sale of any item of Purchase Money Inventory, Dealer shall hold the amount received from the disposition of inventory in trust for the benefit of LENDER and Dealer shall pay promptly to LENDER, in accordance with Section 2.6, an amount equal to the unpaid balance of the Purchase Money Inventory Obligations and any other Obligations relating to such Purchase Money Inventory.

5.0  DEALER'S COVENANTS.  Until payment in full of all of the Obligations or unless LENDER shall otherwise consent in writing, each undersigned Dealer covenants and agrees as follows:

5.1  Disposition of Purchase Money Inventory.  Unless Purchase Money Inventory is the subject of a Retail Installment Contract that satisfies the requirements of Section 6.7 or is sold pursuant to Section 4.0, Dealer shall not attempt to or actually, sell, lease, transfer, mortgage, encumber, or otherwise dispose of the Purchase Money Inventory, any part thereof, or any interest therein, or remove, for a period exceeding twenty-four (24) hours, any item of Purchase Money Inventory from the Dealer's Place of Business. In addition, Dealer shall keep the Purchase Money Inventory free from any lien, security interest, mortgage, claim, charge or other encumbrance, other than those granted pursuant to this Note or permitted in writing by LENDER.

5.2  Unconditional Payment Obligation.  Dealer's obligation to make full payment under this Note is unconditional and shall not be affected by claims or disputes Dealer may have against any other person, including but not limited to claims or disputes Dealer may have against LENDER or any person or entity who transferred, conveyed, or sold one or more Vehicles to Dealer.

5.3  Maintenance of Collateral.  Dealer shall keep and maintain the Collateral in good repair and safe condition, and not cannibalize, alter or substantially modify the Collateral except to enhance its value, nor secrete or conceal the Collateral.

5.4  Dealer's Books and Records.  Dealer has kept and shall continue to keep true and accurate books and records concerning its business affairs and the Collateral. Such books and records shall contain full and correct entries of all business transactions and shall be kept in accordance with generally accepted accounting principles consistently applied. Dealer shall at least annually and upon request furnish financial statements and sales information to LENDER based upon said books and records and upon request shall permit LENDER to inspect, make extracts from and receive from Dealer originals or true copies of Dealer's books and records and any papers relating to the Collateral.  All financial statements submitted to LENDER shall fairly present the financial condition of Dealer and any other person or entity identified in such financial statements as of the preparation date.  Dealer represents and warrants that all information provided to LENDER concerning Dealer's business affairs and the Collateral, including without limitation financial statements and sales information, is true, accurate and complete.  Dealer shall notify LENDER, in writing, of any material adverse change in the financial condition of Dealer as

Page 4 of 11

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

compared to any prior financial statements submitted to LENDER.

5.5   Insurance.  Dealer shall keep the Collateral insured against such risks and in an amount equal to the Aggregate Advance Limit or such lesser amount as LENDER may from time to time permit and with such insurer or insurers as LENDER may from time to time approve. Dealer shall provide LENDER, or LENDER's designees, with copies of its policies of insurance covering the Collateral together with evidence that the premium therefor has been paid and that LENDER has been named as loss payee or additional insured on such policies.  The proceeds of loss under such policies are hereby assigned to LENDER.  If LENDER determines, in its sole discretion, that Dealer has not maintained adequate insurance coverage for the Collateral, LENDER may, but has no obligation to, purchase a policy or policies of insurance (through forced placement or otherwise) and may treat amounts so expended as additional Obligations.  The risk of loss or damage to the Collateral shall at all times remain solely with Dealer.

5.6   Litigation Notice.  Dealer shall provide to LENDER within five (5) days after service of process, notice of any litigation, arbitration, or other proceeding by or before any court, governmental agency, or entity affecting Dealer.

5.7   Taxes.  Dealer has paid and shall pay all taxes and assessments relating to its business affairs and shall pay all taxes and assessments at any time levied on the Collateral as and when the same become due and payable in the ordinary course.  If Dealer fails to pay taxes or assessments relating to the Collateral, LENDER may, but has no obligation to, pay said taxes or assessments and may treat amounts so expended as additional Obligations.

5.8   Further Assurances.  Dealer shall execute any and all documents necessary to confirm an Advance or perfect LENDER's lien and security interest in the Collateral.  Dealer shall, at any time and at the request of LENDER, deliver the originally executed Retail Installment Contracts to LENDER. Dealer shall, at any time and at the request of LENDER, assign in writing any or all Retail Installment Contracts.

5.9   Acknowledgments.  Dealer acknowledges that LENDER has relied on Dealer's Covenants and Dealer's Representations and Warranties as delineated in this Note, and is not charged with any contrary knowledge that may be ascertained by examination of the public records, or that may have been received by any officer, director, agent, employee, representative or shareholder of LENDER.

5.10  Changes in Dealer's Business.  Upon the execution of this Note, Dealer shall provide LENDER with a document listing Dealer's Place(s) of Business.  Dealer shall provide LENDER written notice within 30 days of any of the following: (a) any change in Dealer's Place of Business or chief executive office, (b) any change in the corporate, business or ownership structure of Dealer, (c) any change in the state or jurisdiction of incorporation, organization or business entity registration of Dealer, (d) any change in the legal name or trade name of Dealer, (e) any consolidation or merger with any other person or entity, (f) any change in control of Dealer, (g) any sale, transfer or issuance of equity securities or reclassification, readjustment or other

change in capital structure, or (h) any amendment to Dealer's articles, by-laws or other organizational documents.

5.11  Notice to Account Debtors.  Dealer shall, at any time and at the request of LENDER, notify any or all account debtors or obligors that LENDER has the right to enforce Dealer's rights against the account debtors or obligors, that LENDER has a security interest in the accounts and/or chattel paper, and that the account debtors and obligors must direct payment to LENDER.

5.12  Guaranties.  At the request of LENDER prior to the execution of this Note and at any time thereafter, Dealer shall deliver to LENDER a duly executed guaranty or guaranties of a third party or parties in the form attached hereto as Exhibit C.

5.13  Control Agreements.  Dealer shall cooperate with LENDER in obtaining control agreements or similar type agreements in form and substance satisfactory to LENDER with respect to Collateral consisting of deposit accounts, certificates of deposit, investment property, letter of credit rights, electronic chattel paper, certified or uncertified securities, and other collateral which may require steps in addition to filing a financing statement to perfect LENDER's security interest.  In the event satisfactory control agreements cannot be obtained, Dealer shall cooperate with LENDER in placing the account or other property in LENDER's name as owner or co-owner.

6.0   DEALER'S                 REPRESENTATIONS              AND WARRANTIES.  On the date of this Note and until the Obligations are paid in full and Dealer has performed all of its obligations hereunder, the representations and warranties contained in this Note and every factual matter in any other document delivered to LENDER by or on behalf of each individual undersigned Dealer shall be true and correct in all material respects for each individual undersigned Dealer and will remain true and correct for each individual undersigned Dealer.

6.1   Permits and Licenses.  Dealer has all applicable permits and licenses necessary to conduct business as a retail or wholesale seller, as applicable, of the Collateral.  Dealer has all required government certificates, licenses, registrations, and charters to operate as the entity or business type identified by Dealer in the Dealer application and is in good standing with all applicable governmental authorities.  Dealer shall comply with, and not permit any violation by its agents or employees of, all applicable laws, regulations, and orders of public authorities relating to Dealer's business affairs and the Collateral.

6.2   Authority.  The undersigned is legally competent, and has been duly authorized by all necessary action, to execute and deliver this Note and consummate all of the transactions contemplated hereby.  Dealer has now and will have at the time of each Advance full right, power, and authority to borrow in the manner and on the terms and conditions set out in this Note, and to grant LENDER the lien and security interest granted in this Note without the consent or approval of any third party or public authority.

6.3   Ownership.  Dealer has now and will have at the time of each Advance good and marketable title to the Purchase Money Inventory, free and clear of all liens, security interests,

Page 5 of 11

AFC Rev. 04/26/13

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT

mortgages, charges, claims, and other encumbrances or interests whatsoever, except the lien and security interest granted under this Note, or except as permitted by LENDER in writing or acknowledged by LENDER's written notification to such third party advising such third party of LENDER's purchase money security interest in the Purchase Money Inventory and the proceeds thereof.

6.4 **Enforceability.** This Note, and any other agreements or documents contemplated herein or executed in connection herewith, constitute valid and binding obligations of the Dealer and all are enforceable in accordance with their respective terms.

6.5 **Litigation.** No legal, arbitration, or administrative proceedings are pending or threatened against Dealer which could reasonably affect the Collateral or which materially and adversely affect the properties, business, prospects, or condition, financial or otherwise, of the Dealer or Dealer's ability to honor its obligations hereunder.

6.6 **Check Representations.** With each and every payment to LENDER by Check or ACH, Dealer represents and warrants (regardless of whether Dealer is the drawer thereof), that, at the time of issuance of the Check or ACH and at the time such Check or ACH may be presented for payment, the account upon which such Check or ACH is drawn contains immediately available funds sufficient for payment of that Check or ACH and all other Checks and ACHs issued or outstanding at that time.

6.7 **Retail Installment Contract Representations.** With respect to each Retail Installment Contract: (a) Dealer is the owner thereof; (b) Dealer has made all filings and recordations, and has taken all necessary actions (including registration on a certificate of title) which are required to perfect Dealer's interest with respect to the Collateral therein; (c) such Retail Installment Contract is the result of a bona fide transaction entered into in the ordinary course of Dealer's operations; (d) such Retail Installment Contract is true, valid, genuine, binding, and enforceable in accordance with the written terms thereof; (e) such Retail Installment Contract is the only chattel paper with respect to the subject thereof; (f) such Retail Installment Contract will continue to be free from all defenses, setoffs, and counterclaims of any kind; (g) such Retail Installment Contract conforms with all applicable laws; (h) except as to any interest disclosed in writing to LENDER, such Retail Installment Contract is free from all security, liens, and/or encumbrances; and (i) the property which is the subject of the Retail Installment Contract has been delivered to the retail purchaser under such Retail Installment Contract.

6.8 **Lot Representation.** All Vehicles located at Dealer's Place of Business constitute Inventory for resale in the ordinary course of Dealer's business unless the Vehicle is plainly marked otherwise. None of the Vehicles are in Dealer's possession pursuant to a consignment or other agreement providing that someone other than Dealer is the Vehicle's owner or has rights in the Vehicle superior to the rights of Dealer or LENDER, unless (a) LENDER has been notified in writing that such Vehicles are in Dealer's possession and (b) the Vehicles are plainly so marked and identified.

6.9 **Name of Dealer.** Dealer's legal name is precisely the name set forth as such on the last page of this Note.

6.10 **State of Organization.** Dealer's jurisdiction of incorporation, organization or other business entity registration is the state or jurisdiction set forth as such on the last page of this Note. Upon request, Dealer shall furnish to LENDER an official certificate from the appropriate governing authority evidencing the current legal status of Dealer's business organization.

7.0 **EVENT OF DEFAULT.** Each and every one of the following events shall be considered an Event of Default:

7.1 the default in any payment or repayment when due of any of the Purchase Money Inventory Obligations or Obligations, as provided in the Note;

7.2 LENDER's deeming itself insecure regarding the Collateral or the possibility of Dealer's default in any payment or repayment of any of the Obligations;

7.3 LENDER's receipt of any report indicating that LENDER is not prior to all other liens, security interests, mortgages, charges, claims, encumbrances or interests of any kind in the Purchase Money Inventory, except as expressly permitted by LENDER in writing or acknowledged by LENDER's written notification to such third party advising such third party of LENDER's purchase money security interest in the Purchase Money Inventory and the proceeds thereof;

7.4 the default in payment or performance of any debt or obligation of Dealer whether to LENDER or to a third party;

7.5 LENDER determining, in its sole discretion, that any covenant, warranty, representation, or statement made by Dealer in connection with this Note, related documents, any Advance or otherwise to or for the benefit of LENDER has been breached or is false or misleading;

7.6 the loss, theft, damage, destruction, sale (except as permitted by Section 4.0), or encumbrance of the Collateral (except as permitted by Section 6.3), or the making of any levy, seizure, attachment, or execution against Dealer, any of the Collateral or any of its other property;

7.7 the inability of Dealer or any guarantor to pay debts as they mature, insolvency of Dealer or any guarantor, appointment of a receiver for Dealer or any guarantor, assignment for the benefit of creditors by Dealer, commencement of any proceeding under any bankruptcy or insolvency law by or against Dealer or any guarantor, or entry of or issuance of any order of attachment, execution, sequestration, or other order in the nature of a writ levied upon the Collateral;

7.8 the death or incompetency of Dealer if Dealer is an individual or any guarantor, or the death, incompetency, or resignation of a principal stockholder, officer, or manager of Dealer or any guarantor;

7.9 dissolution, merger or consolidation, or transfer of any substantial part of the property of Dealer or of any guarantor; or

7.10 LENDER's determination, in its sole discretion, that control contests or other management disputes within or regarding the Dealer threaten or may threaten the timely repayment of the Obligations by Dealer.

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

7.11 An Event of Default by any one undersigned Dealer shall be deemed an event of default by all the undersigned Dealers.

8.0  REMEDIES.

8.1  Whenever an Event of Default shall exist, or at any time thereafter (such a default not having previously been cured), LENDER, at its option and without demand or notice of any kind, may declare the Obligations to be immediately due and payable. Upon such Event of Default, LENDER shall have the rights and remedies of a secured party under the UCC with respect to the Collateral, and any other rights or remedies at law, in equity, by agreement or otherwise. LENDER shall have the right to pursue any of its rights and remedies separately, successively or concurrently, and the exercise of any right or remedy shall not preclude its subsequent exercise at a later time or the exercise of other rights or remedies. Without limiting the foregoing, LENDER may (a) notify any or all creditors, account debtors or obligors of Dealer's default and/or of the security interest of LENDER in Dealer's accounts or chattel paper and direct payment of same to LENDER; (b) demand, receive, sue for and give receipts or acquittances for any moneys due or to become due on any account receivable, Retail Installment Contract, or under any chattel paper or endorse any item representing any payment on or proceeds of the Collateral; (c) assent to any or all extensions or postponements of time of payment or any other indulgence in release of the Collateral, to the addition or release of acceptance of partial payments and the settlement, compromise or adjustment of such claims, all in a manner and at times as LENDER shall deem advisable; (d) execute and deliver for value all necessary or appropriate bills of sale, documents of title, and other documents and instruments in connection with the management or disposition of the Collateral or any part thereof; (e) hold, store, keep idle, lease, operate, remove, or otherwise use or permit the use of the Collateral or any part of it, for that time and upon those terms as LENDER, in its sole discretion, deems to be in its own best interests; and/or (f) take possession of the Collateral and sell the same. For all such purposes, LENDER may, without prior notice, enter upon the premises on which the Collateral is situated (or is believed to be situated) and either cause the Collateral to remain on, be stored on, or managed at such premises at Dealer's expense, pending sale or other disposition of the Collateral, or remove the Collateral to such other place as LENDER shall determine. Notwithstanding the foregoing rights, Dealer shall, upon LENDER's demand, make the Collateral available to LENDER at a place to be designated by LENDER which is reasonably convenient to both parties. Dealer hereby consents to the appointment of a receiver by any court of competent jurisdiction without necessity of notice, hearing, or bond.

8.2  Procedures.  LENDER may comply with any provision of this Note and any applicable state or federal law requirements in connection with a disposition of the Collateral, and compliance will not be considered adversely to affect the commercial reasonableness of any sale of Collateral. Dealer agrees that a sale of any Vehicle by auction to other vehicle dealers shall be commercially reasonable. LENDER may sell Collateral without giving any warranties and may specifically disclaim warranties, including warranties of title and the like. LENDER shall not be liable or accountable for the failure to seize, collect, realize, sell, or obtain possession or payment of all or any part of the Collateral and shall not be bound to institute

proceedings for the purpose of seizing, collecting, realizing, selling or obtaining possession or payment of same or for the purpose of preserving any rights of LENDER, Dealer or any other person. LENDER shall not have any obligation to take any steps to preserve rights against prior parties to any Collateral, whether or not in LENDER's possession, and shall not be liable for failure to do so. Dealer shall remain liable to pay LENDER any deficiency balance remaining after any sale.

8.3  No Obligation to Pursue Others.  LENDER shall have no obligation to attempt to satisfy the Obligations by collecting them from any other person liable for them, and LENDER may release, modify or waive any Collateral provided by any other person to secure any of the Obligations, all without affecting LENDER's rights against Dealer. Dealer waives any right it may have to require LENDER to pursue any third person for any of the Obligations.

8.4  Sales on Credit.  If LENDER sells any of the Collateral on credit, Dealer will be credited only with payments actually made by the purchaser, received by LENDER and applied to the indebtedness of the purchaser. In the event the purchaser fails to pay for the Collateral, LENDER may resell the Collateral and Dealer shall be credited with the net proceeds of the sale.

8.5  Notice of Sale.  Dealer agrees that motor vehicles are a type of collateral customarily sold on a recognized market and that LENDER therefore has no obligation to notify Dealer, or any other person, prior to their sale. In the event LENDER does send notice prior to sale of any Collateral, Dealer agrees that the sending of notice, whether delivered personally, by courier service or by certified or registered mail to any address of Dealer set forth in this Note, of the time and place of any public sale or the time after which any private sale or other intended disposition is to be made, shall be deemed reasonable notice thereof. LENDER may, without further notice or publication, adjourn any public or private sale or cause the same to be adjourned from time to time by announcement at the time and place fixed for the sale, and such sale may be made at any time or place at which it was announced at the sale so adjourned. Dealer agrees that a sale of any Vehicle by auction to other vehicle dealers shall be commercially reasonable.

8.6  Action Against Bond.  To the extent not prohibited by law, Dealer authorizes LENDER to proceed in an action to collect on or against any bond posted by Dealer with any state or local authorities.

8.7  No Marshalling.  LENDER shall have no obligation to marshal any assets in favor of Dealer, or against or in payment of the Note, any Obligations or any other obligation owed to LENDER by Dealer or any other person.

8.8  Right of Set-Off.  Upon the occurrence and during the continuance of an Event of Default, LENDER is authorized at any time and from time to time, without notice to Dealer, to set-off and apply, directly or through any of LENDER's affiliates, any and all deposits (whether general or special, time or demand, provisional or final, or otherwise) and other assets and properties at any time held in the possession, custody or control of LENDER or its affiliates, and any indebtedness at any time owing by LENDER or its

Page 7 of 11

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

affiliates to or for the credit, account or benefit of Dealer, against any and all of Dealer's Obligations.

### 9.0 GENERAL.

9.1 Indemnification. Dealer shall indemnify and hold LENDER harmless from and against any and all liabilities, loss, damage, costs, or expenses of whatever kind or nature relating to claims of third parties arising out of or in any way connected to this Note or Dealer's business affairs including, without limitation, attorneys' fees and expenses incurred both in the defense of any action against LENDER and in any action to enforce these indemnity rights as against the Dealer.

9.2 No Partnership; Joint Venture; Dealer's Business Affairs. Notwithstanding anything to the contrary herein contained or implied, LENDER, by this Note or by any action pursuant hereto, shall not be deemed to be a partner or joint venturer of Dealer. Dealer furthermore agrees that notwithstanding the conditions of lending herein, the purchase or sale of Vehicles or Equipment by Dealer is in the ordinary course and, prior to an Event of Default, at the discretion and subject to the business judgment of Dealer. LENDER has no responsibility or liability of any kind with regard to the quantity, quality, condition, purchase price, or marketability of any item of Purchase Money Inventory. LENDER is not a party to any loss or gain in the sale of any Purchase Money Inventory sold by Dealer.

9.3 Expenses. Dealer agrees to pay in the ordinary course as additional Obligations all LENDER's fees, expenses and costs incidental to the financing provided for under this Note. Such charges shall include, but are not limited to, Late Fees, NAP Fees, highline fees, title fees and other standard fees charged by LENDER, fees and expenses incurred by LENDER or its counsel (including paralegals and similar persons), and any filing fees, stamp taxes, insurance or other charges associated with the creation, perfection, or maintenance of the security interest granted herein. Dealer agrees that if it fails or refuses to pay any taxes or assessments relating to the Collateral or maintain proper insurance coverage for the Collateral, LENDER may, but has no obligation to, pay said taxes or assessments and purchase a policy or policies of insurance and may treat amounts so expended as additional Obligations. Any amount so paid or advanced by LENDER, plus related costs, shall be repaid by Dealer on demand and shall bear interest at the Default Rate from the date of such payment or advance.

9.4 Notices. All notices, requests, or other communications by Dealer required by, permitted under, or relating to this Note shall be in writing. Any notice shall be effective (a) if delivered personally (or by courier) with signed receipt therefor, or (b) three days after dispatch, if delivered via certified or registered U.S. Mail, postage prepaid and addressed as follows:

If intended for LENDER
Automotive Finance Corporation
then addressed to LENDER at the corporate headquarters of LENDER as listed on the web site currently located at www.AFCDEALER.com or a successor thereto.

If intended for Dealer
MICHAEL VERNON GARRISON
DBA: ROCK HILL USED CARS
519 INTERSTATE HIGHWAY 30 E
SULPHUR SPRINGS, TX 75482

All such notices shall be deemed reasonably and promptly given if the effective date thereof is at least five (5) days prior to the event with respect to which notice is given.

9.5 Merger, Modification; Headings; Waiver. This Note and the documents contemplated hereby are intended by the parties as an amendment and restatement of any prior Promissory Note and Security Agreement or agreements with regard to the subject matter hereof. Notwithstanding the foregoing, this Note and the documents contemplated hereby contain the entire agreement of the parties with regard to the subject matter hereof, and shall be binding upon and inure to the benefit of the successors and assigns of the parties; however, no obligation or rights of Dealer shall be assignable. Dealer authorizes LENDER to alter, amend or modify the Terms and Conditions of this Note at any time by posting notice of such altered, amended or modified Terms and Conditions on its web site currently located at www.AFCDEALER.com or any successor web site. Any request for an Advance by Dealer and subsequent Advance by LENDER pursuant to Sections 2.1, 2.2 or 2.3 shall constitute the assent of the parties to the Terms and Conditions in effect at that time. The provisions of this Note may not be altered, amended, or modified by Dealer except in a writing signed by both parties. The parties acknowledge that the headings herein are for convenience only and shall not be considered in the interpretation of this Note.

9.6 Usury. Notwithstanding any provisions of this Note to the contrary, at no time shall Dealer be obligated to pay interest at a rate which would subject LENDER to either civil or criminal liability due to interest being in excess of the maximum rate LENDER is permitted by law to contract or Dealer is permitted by law to agree to pay. In such circumstances, the rate of interest hereunder shall be deemed to be immediately reduced to such maximum rate, and such interest and the portion of all prior interest payments in excess of such maximum rate shall be applied and shall be deemed to have been payments in reduction of the principal balance of the Obligations as of the date such payment was made. Any such excess shall be held by LENDER for Dealer's benefit without interest and shall be subject to setoff by LENDER.

9.7 No Waiver. No delay or omission by LENDER to exercise any right or remedy shall (a) impair any right or remedy, (b) waive any default or operate as an acquiescence to any Event of Default, or (c) affect any subsequent default, right or remedy of the same or of a different nature.

9.8 Demand Nature of Credit Facility. Dealer acknowledges and agrees that the Obligations evidenced by this Note are payable upon demand. Nothing in this Note is intended to nor shall be construed to change the demand nature of this Note, including, without limitation, any reference to Events of Default, to annual financial statements, to Curtailment Dates, to Periods, or otherwise. Dealer acknowledges and agrees that LENDER, at any time, without notice and with or without reason, may demand that this Obligation be immediately paid in full. Dealer acknowledges that

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

demand may be made by LENDER even if the Dealer is in compliance with each and every term of this Note.

9.9 Signature. LENDER and Dealer expressly agree that LENDER may, at LENDER's option, execute this Note and the documents contemplated hereby by way of a signature stamp or other authorized facsimile signature of an officer of LENDER. LENDER and Dealer expressly agree that except as authorized under Section 2.10 or the attached Power of Attorney, Dealer may only execute this Note and the documents contemplated hereby by way of an original signature and not by way of a facsimile thereof.

9.10 Enforcement. LENDER and Dealer intend and believe that each provision in this Note complies with all applicable ordinances, laws, statutes and judicial and administrative decisions; however, if any provision in this Note is found by a court of law to be in violation of any applicable ordinances, laws, statutes, judicial or administrative decisions, or public policy, then it is the intent of the parties of this Note that such provision be given force to the fullest possible extent that it is legal, valid and enforceable, that the remainder of this Note shall be construed as if such provision were not contained herein and that the remainder of this Note continue in full force and effect.

9.11 JURISDICTION AND CHOICE OF LAW. THIS NOTE AND ANY AND ALL AGREEMENTS OR AUTHORIZATIONS EXECUTED BY DEALER OR LENDER IN CONNECTION HEREWITH SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, AS AMENDED FROM TIME TO TIME, WITHOUT RESORT TO PRINCIPLES OF CONFLICTS OF LAWS. BY EXECUTION OF THIS NOTE, DEALER SUBMITS TO THE PERSONAL JURISDICTION OF THE COURTS OF THE STATE OF INDIANA AND TO VENUE IN THE CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY OR MARION COUNTY, INDIANA. ANY ACTION INITIATED BY DEALER AGAINST LENDER SHALL BE FILED AND CONDUCTED SOLELY IN SAID COURTS. LENDER MAY BRING ANY SUIT AGAINST DEALER IN ANY COURT OF COMPETENT JURISDICTION, AND DEALER HEREBY CONSENTS TO LENDER'S CHOICE IN FORUM. DEALER FURTHER WAIVES ANY RIGHT WHICH IT MAY HAVE TO REMOVE SUCH LITIGATION OR MATTER TO A FEDERAL COURT OR TO REQUIRE THAT ANY SUCH LITIGATION OR MATTER TAKE PLACE IN A FEDERAL COURT. DEALER AND LENDER AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THE CLAIMANT'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION. THIS PARAGRAPH IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

9.12 WAIVER OF JURY TRIAL RIGHTS. DEALER AND LENDER EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL

ONE, BUT THAT IT MAY BE WAIVED, THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH ANY ASPECT OF THE PAST, PRESENT, OR FUTURE RELATIONSHIP OF THE PARTIES INCLUDING, BUT NOT LIMITED TO, ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS NOTE AND ANY RELATED AGREEMENTS, INSTRUMENTS OR TRANSACTIONS. THIS PARAGRAPH IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY. Nothing in this section shall be construed as limiting or waiving any right LENDER may have pursuant to Section 9.13 of this Agreement.

9.13 Arbitration. Except as expressly provided elsewhere in this agreement, or as otherwise expressly agreed to in writing by LENDER, any and all questions or disputes between LENDER and Dealer, including, but not limited to, any questions or disputes arising from or relating to the operation of, the interpretation of, or in any way connected with, this Agreement, may, at the unilateral discretion and direction of LENDER, be submitted for final determination via arbitration pursuant to applicable laws of Indiana, and Dealer hereby consents to the final determination by arbitration of any disputes so submitted by LENDER. In the event that litigation has been commenced by Dealer or guarantor(s), (if any), against LENDER prior to such submission, or if in the event that litigation has been commenced by LENDER against Dealer, guarantor or any third party, at the sole discretion of LENDER to arbitrate such litigation, all parties to such litigation hereby agree to permanently discontinue, without delay, such litigation upon receipt of 15 days written notice. ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION, UNLESS BOTH DEALER AND LENDER SPECIFICALLY AGREE TO DO SO IN WRITING FOLLOWING INITIATION OF THE ARBITRATION. The arbitration shall be conducted by a single arbitrator. Each party shall select a certified arbitrator. Those arbitrators shall then select one arbitrator who shall arbitrate the case. Any arbitrator selected shall be qualified to conduct commercial arbitrations under the provisions of the applicable laws of Indiana. The proceedings before the arbitrator shall take place in Hamilton County or Marion County, Indiana or such other place as the arbitrator may direct. The parties to this agreement, including guarantor(s), (if any), agree and represent to one another that the decision or award of the arbitrator so appointed shall be final and binding upon such parties and shall not be subject to appeal or judicial review. The parties to this agreement, including the guarantor(s), (if any), represent to one another that this section constitutes

Page 9 of 11

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

an express agreement between them to arbitrate in the event that LENDER, in its sole discretion, decides to submit a question or dispute to arbitration. The parties to this agreement hereby agree that the costs of the arbitration shall be Obligations as defined in this agreement.

9.14 Title Processing Fees. If LENDER determines that it is necessary or desirable to transfer or convert title or obtain a new or replacement Title for any Vehicle, Dealer agrees to pay LENDER a title transfer or processing fee not to exceed $100 for each Title processed, in addition to all of LENDER's expenses and costs incidental thereto, which shall include, but are not limited to, fees and expenses incurred by attorneys (including paralegals and similar persons) and any filing fees or taxes.

9.15 Attorneys' Fees Expenses and Costs. In addition to all other amounts payable hereunder by Dealer, Dealer agrees to reimburse LENDER on demand for any and all attorneys' (including paralegals' and similar persons') fees, accountants' fees, appraisers' fees, and all expenses and costs incurred in collecting or enforcing payment of the Obligations hereunder or in curing any default, including without limitation those fees and costs incurred (a) with or without suit; (b) in any appeal; (c) in any bankruptcy, insolvency or receivership proceeding; and (d) in any post-judgment collection proceedings, plus Interest at the rate provided herein.

9.16 Communication. Dealer acknowledges that Dealer is obtaining credit from, or is guaranteeing credit from, LENDER. Dealer authorizes LENDER to (a) share any and all information that it possesses regarding Dealer's account, including but not limited to information regarding Dealer's loan history, account history, account balance, credit worthiness, and inventory vehicle data with any third party and (b) to receive information concerning Dealer's business affairs from any third party. Dealer does hereby authorize LENDER to release and disclose any and all of Dealer's general business information now or hereinafter in LENDER's possession, including but not limited to information regarding the business name, address, email address, and telephone number, to any third party. Dealer also authorizes LENDER to release and disclose any and all of Dealer's account and inventory information now or hereinafter in LENDER's possession, including but not limited to any and all inventory vehicle data loan documents, any business financial information retained or maintained by LENDER, and/or any information relating to Dealer's performance history with LENDER to any third party. Dealer authorizes LENDER, and its respective affiliates, subsidiaries and parent companies to: a) send facsimile transmissions to Dealer at the facsimile numbers listed as Dealer's facsimile number in any communication sent from time to time by Dealer; b) make telephone calls to Dealer at the telephone numbers listed as Dealer's telephone number in any communication sent from time to time by Dealer; c) send emails to Dealer at the email addresses listed as Dealer's email address in any communication sent from time to time by Dealer; and d) communicate to Dealer via any and all other forms of communications, for the purposes of including, but not limited to marketing, collection and any other communication needs. Dealer agrees that this permission will remain in effect until cancelled by Dealer in writing.

[Signatures on next page]

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Appendix 732

Dealer's Name and Dealer's Place(s) of Business:
MICHAEL VERNON GARRISON
DBA: ROCK HILL USED CARS
519 INTERSTATE HIGHWAY 30 E
SULPHUR SPRINGS, TX  75482

Dealer's state of incorporation, organization or other business entity registration: Texas

WHEREFORE, the Dealer has on behalf of themselves individually and in their representative capacity, executed this Note on the Third day of September, 2013.

| Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS | Automotive Finance Corporation ("LENDER") |
|---|---|
| By: _____ OWNER | By: _____ |
| MICHAEL VERNON GARRISON , OWNER | An Officer of LENDER |
| By: | To be executed at AFC Corporate office |
| By: | |
| By: | |

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## TERM SHEET FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Date of Original Note: SEP 03, 2013

The following terms, as defined in the Demand Promissory Note and Security Agreement (the "Note"), shall apply effective immediately:

Floorplan Fee: The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period. The Floorplan Fee will be charged for any additional Period.

Interest: Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
4.5% per annum, compounded daily.

However, in no event shall the calculation of prime rate be at a rate less than five percent (5%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date extensions shall be limited to:
2 times. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 30 days.

Period: The Period shall be:
30 days.

Executed by the undersigned duly authorized representatives effective as of the Third day of September, 2013.

| Dealership: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS | Automotive Finance Corporation ("LENDER") |
|---|---|
| By: _____ Owner MICHAEL VERNON GARRISON , OWNER | By: _____ An Officer of LENDER To be executed at AFC Corporate office |
| By: _____ | |
| By: _____ | |
| By: _____ | |

## EXHIBIT A

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS:

That pursuant to Ind. Code § 30-5-1-1 et seq. and in accordance with the Demand Promissory Note and Security Agreement between Automotive Finance Corporation ("LENDER") and **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS** (hereinafter referred to jointly and severally as the "Dealer"), to which reference is made for the meaning of all capitalized terms used herein, a power of attorney is hereby conferred by the undersigned on his or her behalf and on behalf of Dealer upon LENDER, an Indiana corporation, the address of the principal office of which is listed on the web site currently located at www.AFCDEALER.com or a successor thereto or such other place as LENDER may designate, to:

   (a)   act with general authority with respect to all personal property of the undersigned or Dealer and transactions involving or relating to the same;

   (b)   act on behalf of the undersigned and Dealer to assign, reassign, or obtain titles in connection with transactions involving Purchase Money Inventory, Collateral and other property of the undersigned or Dealer;

   (c)   act on behalf of the undersigned and Dealer to prepare, sign, endorse, execute and deliver documents including, but not limited to financing statements, notes, checks, drafts, and titles in connection with transactions involving Purchase Money Inventory, Collateral and other property of the undersigned or Dealer;

   (d)   act with general authority with respect to claims and litigation of or relating to Purchase Money Inventory, Collateral, and other property of the undersigned or Dealer;

   (e)   act with general authority with respect to delegating authority;

   (f)   act with general authority with respect to insurance, and accounts or transactions with banks and other financial institutions, of or relating to Purchase Money Inventory, Collateral, and other property of the undersigned or Dealer; and

   (g)   act with general authority regarding all other matters which LENDER may, in its sole discretion, deem expedient, reasonable, or necessary in the discharge of the authority hereby conferred -- all as if done by the undersigned or Dealer directly.

Dealer shall indemnify, defend and hold harmless LENDER, its affiliates, subsidiaries, officers, directors, employees, representatives, successors, and assigns from and against any and all loss, damage, liability, claims, cause of action, and expenses of whatever kind, arising from the exercise of authority hereunder. The liability of LENDER and/or any person to whom it delegates authority hereunder, to the undersigned, Dealer or any third person shall be limited to acts in bad faith. This power of attorney shall be irrevocable until such time as each and every Obligation of the undersigned and Dealer to LENDER has been satisfied in full. The revocation or termination hereof shall be ineffective unless and until actual notice or knowledge of such revocation or termination shall have been received by the parties acting under this power of attorney. The undersigned represents and warrants that he/she is a duly authorized agent of Dealer and by execution of this Power of Attorney, Dealer is lawfully bound to and obligated by the terms hereof. This power of attorney shall be governed by the substantive laws of the State of Indiana without resort to principles of conflicts of law.

[Signatures on next page]

## EXHIBIT B
Page 1 of 2

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Executed this Third day of September, 2013.

MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

By: _____ OWNER          Sep 03, 2013          _____          Sep 03, 2013
MICHAEL VERNON GARRISON , OWNER      Date                   MICHAEL VERNON GARRISON   Date

By: _____                 _____                 _____          _____
                                      Date                                             Date

By: _____                 _____                 _____          _____
                                      Date                                             Date

By: _____                 _____                 _____          _____
                                      Date                                             Date

STATE OF _Texas_                    COUNTY OF _TARRANT_

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Power of Attorney this _4_ of _September_, _2013_.

_____                                    ADAM JAMES COMPTON
(Notary Public Signature)          My Commission Expires: _____    Notary Public, State of Texas
                                                                    My Commission Expires
                                                                    November 21, 2016

_Adam Compton_                     My County of Residence: _DALLAS_
(Printed Name)

**EXHIBIT B**

Page 2 of 2

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

**TERM SHEET FOR SALVAGE VEHICLES**
**DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT**
**(U.S.)**

Dealer: **MICHAEL VERNON GARRISON, DBA: ROCK HILL USED CARS**

The following terms, as defined or redefined below or in the Demand Promissory Note and Security Agreement, shall apply effective immediately:

Floorplan Fee:  The Floorplan Fee for Salvage Vehicles shall be assessed each Period as follows: *$50 if less than or equal to $1,000 or $75 if over $1,000.*

Interest:  Interest shall accrue on all Obligations for Salvage Vehicles, pursuant to the Note, at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus *4.5 %* per annum.

However, in no event shall the calculation of prime rate be at a rate less than five percent (5%) per annum.

Number of Curtailment Date Extensions:  For Salvage Vehicles the Number of Curtailment Date Extensions shall be limited to *2* times.  If Dealer is in compliance with all other provisions of this Agreement, LENDER may, in its sole discretion, permit an extension of the Curtailment Date relative to a Salvage Vehicle, upon the payment of Interest, Floorplan Fee(s), and a minimum of Five Percent (5%) of the outstanding Advance relating to such Salvage Vehicle.

Period:  The Period for Salvage Vehicles shall be *40* days.

Sales of Purchase Money Inventory:  Notwithstanding anything in the Note or the attached Exhibits to the contrary, Dealer represents that all Advances shall be used to purchase either a Vehicle(s) or a Salvage Vehicle(s) and that said Vehicle(s) or Salvage Vehicle(s) will not be broken down or dismantled and sold as vehicle parts.

Salvage Vehicle:  a Vehicle (i) acquired at a salvage auction, (ii) listed as a total loss by the insurer of such Vehicle, or (iii) titled as "salvage" under applicable state laws; provided that such Vehicle (x) was acquired for the purpose of resale and not for the purpose of being dismantled and (y) has not been dismantled, disassembled or reduced to component parts.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note as supplemented herein.

[Signatures on next page]

Salvage US Rev  10/24/2012
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

**TERM SHEET FOR SALVAGE VEHICLES**
**DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT**
**(U.S.)**

Executed by the undersigned duly authorized representatives effective as of the **Third day of September, 2013**.

Dealership: **MICHAEL VERNON GARRISON, DBA:**
**ROCK HILL USED CARS**

By: _____ Owner
MICHAEL VERNON GARRISON , OWNER

By: _____

By: _____

By: _____

Guarantor: _____
MICHAEL VERNON GARRISON

_____

_____

_____

_____

Automotive Finance Corporation
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

| Only for LENDER office use | | |
|---|---|---|
| Dealer #: 443058 | Contract #: 10645860 | Branch#: 170 |

Page 2 of 2

Salvage US Rev. 10/24/2012
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO
CAPITAL MARKETS CORP. AS AGENT.

## U.S. TERM SHEET AMENDMENT FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Dealer #: 443058          Date of Original Note: 09/03/2013

Contract Id #: 12288280          Branch #: 1170

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

The following terms, as defined in the Note, shall apply effective immediately:

Floorplan Fee:  The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period.  The Floorplan Fee will be charged for any additional Period.

Interest:  Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
6.25% per annum, compounded daily.

However, in no event shall the prime interest rate be less than three and one quarter percent (3.25%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date Extensions shall be limited to:
2 times. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 30 days.

Period:  The Period shall be:
30 days.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the Term Sheet changes as set out above.

[Signatures on next page]

Page 1 of 2

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Appendix 739

Executed by the undersigned duly authorized representatives effective as of the **Thirtieth day of April, 2015.**

**Dealership** MICHAEL VERNON GARRISON DBA:
ROCK HILL USED CARS

By: _____ owner
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation**
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

**Guarantor:**

_____
MICHAEL VERNON GARRISON

STATE OF ___Texas_____   COUNTY OF ___Denton_____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Amendment this 30 of April, 2015.

_____
(Notary Public Signature)

My Commission Expires

JONATHAN MCAFFREY HOWELL
Notary Public, State of Texas
My Commission Expires
November 24, 2018

_Jonathan McAffrey Howell_
(Printed Name)

My County of Residence: Tarrant _____

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____          By: _____
                    Signature                              Print Name

Page 2 of 2

Term Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS
CORP. AS AGENT.

## U.S. AGGREGATE ADVANCE LIMIT AMENDMENT
## TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS

Dealer #: 443058                 Date of Original Note: 09/03/2013

Contract Id #: 12288280          Branch #: 1170

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **One Hundred Fifty Thousand Dollars ($150000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Thirtieth day of April, 2015.**

Dealership: MICHAEL VERNON GARRISON DBA:
ROCK HILL USED CARS

By: _____ OWNER
MICHAEL VERNON GARRISON, OWNER

Automotive Finance Corporation
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

Guarantor: _____
MICHAEL VERNON GARRISON

STATE OF _Texas_          COUNTY OF _Denton_

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this 30 of April 2015

_____
(Notary Public Signature)

_Jonathan McAffrey Howell_
(Printed Name)

My Commission Expires: JONATHAN MCAFFREY HOWELL
Notary Public, State of Texas
My Commission Expires
November 24, 2018

My County of Residence: _Tarrant_

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____
            Signature

By: _____
    Print Name

Page 1 of 1

Line Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

**U.S. AGGREGATE ADVANCE LIMIT AMENDMENT
TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT**

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058                    Date of Original Note: 09/03/2013

Contract Id #: 12582730            Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **Three Hundred Thousand Dollars (S300000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Sixth day of August, 2015**.

**Dealership: MICHAEL VERNON GARRISON DBA:
ROCK HILL USED CARS**

By: _____ OWNER
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation
("LENDER")**

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

Guarantor: _____
MICHAEL VERNON GARRISON

STATE OF _____     COUNTY OF _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this ____ of _____, 20__

_____
(Notary Public Signature)

_____
(Printed Name)

Eligible for Non AFC Connected AFC Witness or Notary

My Commission Expires: _____

My County of Residence: _____

Witnessed By: _____
            Signature

By: _____
        Print Name

Line Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

## U.S. TERM SHEET AMENDMENT FOR
## DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058          Date of Original Note: 09/03/2013

Contract Id #: 12582730          Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

The following terms, as defined in the Note, shall apply effective immediately:

Floorplan Fee: The Floorplan Fee shall be:
$85
In addition, for each extension of the Curtailment Date, the Floorplan Fee shall be $85.

Purchases of vehicles with a purchase price over $40,000 will be charged a Highline Fee of 0.5% of the principal amount advanced for that vehicle instead of the Floorplan Fee for the initial Period. The Floorplan Fee will be charged for any additional Period.

Interest: Interest shall accrue on all Obligations under the Note at a variable rate, adjusted each business day, based upon the most recent prime rate published in The Wall Street Journal plus:
6.25% per annum, compounded daily.

However, in no event shall the calculation of prime rate be at a rate less than three and one quarter percent (3.25%) per annum.

Number of Curtailment Date Extensions: The Number of Curtailment Date Extensions shall be limited to:
1 time. Notwithstanding the definition of Period below, the Period for each such extension shall be equal to 45 days.

Period: The Period shall be:
45 days.

The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the Term Sheet changes as set out above.

[Signatures on next page]

Term Amend. AFC Rev. 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

Executed by the undersigned duly authorized representatives effective as of the **Sixth day of August, 2015**.

**Dealership MICHAEL VERNON GARRISON DBA:**
**ROCK HILL USED CARS**

By: _____
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation**
("LENDER")

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

**Guarantor:**

_____
MICHAEL VERNON GARRISON

STATE OF _____   COUNTY OF _____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Amendment this _____

_____
(Notary Public Signature)

_____
(Printed Name)

_____
Eligible for Notary, AFC Witness, or Notary

Witnessed By: _____
                         Signature

My Commission Expires: _____

My County of Residence: _____

By: _____
                         Print Name

Term Amend. AFC Rev 01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

**U.S. AGGREGATE ADVANCE LIMIT AMENDMENT**
**TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT**

Dealer: **MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS**

Dealer #: 443058                 Date of Original Note: 09/03/2013

Contract Id #: 13709091          Branch #: 1026

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between Automotive Finance Corporation ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit under the Note shall be **Five Hundred  Thousand Dollars ($500000)**.

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the **Thirteenth day of July, 2016**.

**Dealership: MICHAEL VERNON GARRISON DBA:**
**ROCK HILL USED CARS**

By: _____  Owner
MICHAEL VERNON GARRISON, OWNER

**Automotive Finance Corporation**
**("LENDER")**

By: _____
An Officer of LENDER
To be executed at AFC Corporate office

**Guarantor:**

_____
MICHAEL VERNON GARRISON

STATE OF _____Texas_____  COUNTY OF _____Dallas_____

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Aggregate Advance Limit Amendment this 14 of July 2016

_____
(Notary Public Signature)

(Print _____)

My Commission Expires: _____02/28/18_____

My County of Residence: _____Dallas_____

SABRINA L. MERRITT
Notary Public, State of Texas
My Commission Expires
February 28, 2018

Eligible for Non AFC Witness, AFC Witness, or Notary

Witnessed By: _____          By: _____
                     Signature                                    Print Name

Page 1 of 1

Line Amend. AFC Rev. 01/01/2016
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BANK OF MONTREAL, AS AGENT.

Appendix 745

## UNCONDITIONAL AND CONTINUING GUARANTY

TO:   **AUTOMOTIVE FINANCE CORPORATION**

DATE: September 3, 2013

FOR VALUE RECEIVED, and in consideration of credit and services given or to be given to MICHAEL VERNON GARRISON DBA: ROCK HILL USED CARS (hereinafter referred to jointly and severally as the "Debtor") by Automotive Finance Corporation ("LENDER"), the undersigned hereby jointly and severally guaranty the full and prompt payment, when due, whether by acceleration or otherwise, together with interest and all costs, expenses and attorneys' fees, of any and all obligations of the Debtor to LENDER including such indebtedness as may be encompassed by the term "Obligations" as defined in the Demand Promissory Note and Security Agreement executed by and between LENDER and Debtor, as amended, supplemented or modified from time to time, whether or not such amounts exceed any advance limit applicable to Debtor or communicated to the undersigned (hereinafter collectively referred to as the "Liabilities"). Interest shall be charged from the date of demand until payment in full, both before and after judgment at the same rate per annum as set out in the Liabilities. This is an irrevocable, unconditional and continuing guaranty; it shall cover and secure any amount at any time owing on the Liabilities.

The undersigned each hereby waive any and all presentment, demand, protest and notice of dishonor, non-payment or other default with respect to any of the Liabilities. The undersigned each hereby grant to LENDER full power to deal in any manner with the Liabilities without notice to the undersigned, including, but without limiting the generality of the foregoing, the following powers: (a) to modify or otherwise change any terms of all or any part of the Liabilities or the rate of interest thereon, to grant any extension or renewal thereof, and any other indulgence with respect thereto, and to effect any release, compromise or settlement with respect thereto; and (b) to enter into any agreement of forbearance with respect to all or any part of the Liabilities or with respect to all or any part of the collateral related thereto and to change the terms of any such agreement. The obligations of the undersigned hereunder shall not be released, discharged or in any way affected, nor shall the undersigned have any rights or recourse against LENDER by reason of any action LENDER may take or omit to take under the foregoing powers.

If a claim is made upon LENDER at any time for repayment or recovery of any amount(s) or other value received by LENDER, from any source, in payment of or on account of any of the Liabilities of the Debtor guarantied hereunder and LENDER repays or otherwise becomes liable for all or any part of such claim by reason of: (a) any judgment, decree or order of any court or administrative body having competent jurisdiction; or (b) any settlement or compromise of any such claim, the undersigned shall remain jointly and severally liable to LENDER hereunder for the amount so repaid or for which LENDER is otherwise liable to the same extent as if such amount(s) had never been received by LENDER, notwithstanding any termination hereof or the cancellation of any note, instrument, or other agreement evidencing any of the Liabilities.

In case the Debtor shall fail to pay all or any part of the Liabilities when due, whether by acceleration or otherwise, according to the terms thereof, the undersigned will immediately pay the amount due and unpaid by the Debtor in like manner as if such amount constituted the direct and primary obligation of the undersigned. LENDER shall not be required, prior to any such payment by or demand on the undersigned, to make any demand upon or pursue or exhaust any of its rights or remedies against the Debtor or others with respect to the payment of any of the Liabilities.

Notwithstanding anything to the contrary in this guaranty, the undersigned each hereby irrevocably waive(s) all rights he/she may have at law or in equity (including, without limitation, any law subrogating the undersigned to the rights of LENDER) to seek contribution, indemnification, or any other form of reimbursement from the Debtor, any other guarantor, or any other person hereafter primarily or secondarily liable for any obligations of the Debtor to LENDER, for any disbursement made by the undersigned under or in connection with this guaranty or otherwise. The undersigned furthermore waive: (a) all defenses based on suretyship, notice, impairment of collateral, or LENDER's failure to perfect or keep perfected any security interest in the collateral; and (b) any defenses which the Debtor may assert on the Liabilities including but not limited to failure of consideration, breach of warranty, fraud, payment, statute of frauds, bankruptcy, lack of legal capacity, statute of limitations, lender liability, accord and satisfaction, and usury.

This guaranty is in addition to and not in substitution for any other guaranty or other securities which LENDER may now or hereafter hold for all or any part of the Liabilities, and LENDER shall not be under any other obligation to marshal in favor of the undersigned any other guaranties or other securities or any monies or other assets which LENDER may be entitled to receive or may have a claim upon. No loss of or in respect of or unenforceability of any other guaranties or other securities which LENDER may now or hereafter hold in respect of any of the Liabilities, whether resulting from the fault of LENDER or otherwise, shall in any way limit or lessen the undersigned's liability under this guaranty.

The undersigned understand and agree that no loans made by the undersigned to the Debtor are permitted to be repaid by the Debtor while this guaranty or any indebtedness to LENDER is outstanding. All debts and liabilities, present and future, of Debtor to the undersigned are hereby assigned to LENDER and postponed to the Liabilities, and all monies received by the undersigned in respect thereof shall be received in trust for LENDER and forthwith upon receipt shall be paid over to LENDER, unless prior written authorization to the contrary has been obtained from LENDER, without in any way lessening or limiting the liability of the undersigned under this guaranty. This assignment and postponement is independent of the guaranty and shall remain in full force and effect until repayment in full to LENDER of all the Liabilities, notwithstanding that the liability of the undersigned under this guaranty may have been discharged or terminated.

By execution of this guaranty, the undersigned authorizes LENDER and any of its officers or employees to take any and all action to secure and perfect its interest in the foregoing assignment including but not limited to executing and filing, on behalf of the undersigned and without the undersigned's signature, original financing statements, amendments, continuation statements, and any other documents LENDER deems necessary or desirable to protect its interests.

This guaranty shall not be discharged or otherwise affected by the death or loss of capacity of the Debtor, by any change in the name of the Debtor, or (if a partnership, limited liability company or other membership organization) by any change in the membership of the Debtor or (if a corporation) by any change in the officers, capital structure, by-laws or articles of the Debtor, by the sale of the Debtor's business or any part thereof, by the Debtor being reorganized or being amalgamated with one or more other corporations or other entities, by the Debtor becoming bankrupt or insolvent or by any other matter or thing whatsoever but shall continue to apply to all Liabilities whether incurred before or after any such event. In the case of a change in the membership, partners or shareholders of the Debtor or in the case of the Debtor being reorganized or being amalgamated with one or more other entities, this guaranty shall apply to the liabilities of the resulting entity, and the term "Debtor" includes each such resulting entity. This guaranty shall not be discharged or otherwise affected by the death of the undersigned.

The undersigned hereby warrants to LENDER that the undersigned has by independent means made himself/herself fully aware of Debtor's financial condition. The undersigned agrees to pay all costs, expenses, and attorneys' fees incurred by LENDER in the enforcement of this guaranty.

## EXHIBIT C
Page 1 of 3

AFC Rev  04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

The undersigned acknowledges that the undersigned is guaranteeing credit from LENDER. The undersigned authorizes LENDER to obtain credit information from a credit bureau and any financial institution or trade creditor that the undersigned has provided as well as any other credit investigation that LENDER in LENDER's sole discretion deems necessary. The undersigned also authorizes LENDER to contact any third parties and to disclose the undersigned's information for purposes of, including, but not limited to, assessing the undersigned's credit worthiness, collection of any outstanding debt, and obtaining intercreditor agreements and perfecting LENDER's security interest. The undersigned also authorizes LENDER to disclose the above described information to any of its affiliates, subsidiaries, and parent companies. Further, if credit is granted to the Debtor, the undersigned authorizes LENDER to review the account periodically, which could include obtaining additional credit reports regarding the undersigned. The undersigned also authorizes LENDER to disclose credit information into any credit database.

The undersigned authorizes LENDER to share any and all information that it possesses regarding the undersigned's account and relationship to Debtor, including but not limited to information regarding loan history, account history, account balance, and credit worthiness with any third party. The undersigned does hereby authorize LENDER to release and disclose any and all of the undersigned's general business information now or hereinafter in LENDER's possession, including but not limited to information regarding the business name, address, and telephone number, to any third party. The undersigned also authorizes LENDER to release and disclose any and all account information now or hereinafter in LENDER's possession, including but not limited to any and all loan documents, any business financial information retained or maintained by LENDER, and/or any information relating to the undersigned's performance history with LENDER to any third party.

Whenever possible each provision of this guaranty shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provision of this guaranty shall be prohibited by or invalid under such law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this guaranty.

THIS GUARANTY SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, AS AMENDED FROM TIME TO TIME, WITHOUT RESORT TO PRINCIPLES OF CONFLICTS OF LAWS.  BY EXECUTION OF THIS GUARANTY, THE UNDERSIGNED SUBMITS TO THE PERSONAL JURISDICTION OF THE COURTS OF THE STATE OF INDIANA AND TO VENUE IN THE CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY OR MARION COUNTY, INDIANA.  ANY ACTION INITIATED BY THE UNDERSIGNED AGAINST LENDER SHALL BE FILED AND CONDUCTED SOLELY IN SAID COURTS.  LENDER MAY BRING ANY SUIT AGAINST THE UNDERSIGNED IN ANY COURT OF COMPETENT JURISDICTION, AND THE UNDERSIGNED HEREBY CONSENTS TO LENDER'S CHOICE OF FORUM. THE UNDERSIGNED FURTHER WAIVES ANY RIGHT WHICH IT MAY HAVE TO REMOVE SUCH LITIGATION OR MATTER TO A FEDERAL COURT OR TO REQUIRE THAT ANY SUCH LITIGATION OR MATTER TAKE PLACE IN A FEDERAL COURT.  THE UNDERSIGNED AND LENDER AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION.

THE UNDERSIGNED AND LENDER EACH ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED.  THEREFORE, EACH PARTY, AFTER CONSULTING, OR HAVING HAD THE OPPORTUNITY TO CONSULT, WITH COUNSEL OF THEIR CHOICE, HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, FOR THEIR MUTUAL BENEFIT, WAIVES ANY RIGHT TO TRIAL BY JURY IN RESPECT TO ANY LITIGATION BETWEEN THEM, INCLUDING, BUT NOT LIMITED TO, ANY LITIGATION ARISING OUT OF OR IN CONNECTION WITH THIS GUARANTY.  THIS PROVISION IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THIS GUARANTY AND THE TRANSACTIONS CONTEMPLATED HEREBY.

All rights, powers, privileges and immunities of LENDER hereunder shall inure to the benefit of the successors and assigns of LENDER, and shall be binding upon each of the undersigned, his/her personal representatives, heirs and assigns.

[Signatures on next page]

# EXHIBIT C

Page 2 of 3

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

Witness the hand and seal of the undersigned the day and year first above written.

MICHAEL VERNON GARRISON    Sep 03, 2013
                           Date                                          Date

_____    Date                                      Date

_____    Date                                      Date

_____    Date                                      Date

STATE OF  _Texas_                COUNTY OF  _TARRANT_

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who acknowledged the execution of the foregoing Unconditional and Continuing Guaranty this _4_ of _September_, _2013_.

(Notary Public Signature)                    My Commission Expires: _____

Adam Compton                                 ADAM JAMES COMPTON
(Printed Name)                               Notary Public, State of Texas
                                             My Commission Expires
                                             November 21, 2016

                                             My County of Residence: _____
                                                                      DALLAS

**EXHIBIT C**

Page 3 of 3

AFC Rev. 04/26/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Automotive Finance Corporation 317-843-4770 |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| Automotive Finance Corporation |
| 13085 Hamilton Crossing Blvd, Suite 300 |
| Carmel, IN 46032 |
| USA |

**FILING NUMBER:** 13-0028278970
**FILING DATE:** 09/05/2013    09:46 AM
**DOCUMENT NUMBER:** 499502730002
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| OR | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| GARRISON | MICHAEL | VERNON | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 519 INTERSTATE HIGHWAY 30 E | SULPHUR SPRINGS | TX | 75482 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| OR | ROCK HILL USED CARS | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 519 INTERSTATE HIGHWAY 30 E | SULPHUR SPRINGS | TX | 75482 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| OR | AUTOMOTIVE FINANCE CORPORATION | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| WWW.AFCDEALER.COM, 13085 HAMILTON CROSSING BLVD SUITE 300 | CARMEL | IN | 46032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtors assets and properties wherever located, including without limitation: accounts, chattel paper, deposit accounts, documents, equipment, fixtures, inventory and other goods, general intangibles, instruments, insurance policies, investment property, letter of credit rights, money, software, supporting obligations, and titles, now owned or hereafter acquired by Debtor; any and all proceeds, products, additions, accessions, accessories, and replacements of the foregoing; and all of Debtors computer records, business papers, ledger sheets, files, books, and records relating to the foregoing, now owned or hereafter acquired.

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
443058ER

**FILING OFFICE COPY**

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Automotive Finance Corporation 317-843-4770

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Automotive Finance Corporation
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN 46032
USA

**FILING NUMBER:** 18-00083882
**FILING DATE:** 03/13/2018     12:09 PM
**DOCUMENT NUMBER:** 799858470003
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**13-0028278970**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME **AUTOMOTIVE FINANCE CORPORATION** | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**443058ER MICHAEL VERNON GARRISON**

FILING OFFICE COPY