IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>　　　　　Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO WITHDRAW AND/OR AMEND DEEMED ADMISSIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs NextGear Capital, Inc. ("NextGear") and Automotive Finance Corporation ("AFC") (collectively, the "Plaintiffs"), and files this its Response to Defendants' Motion to Withdraw and/or Amend Deemed Admissions (the "Response") and respectfully requests that the Court deny Defendants' Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien (collectively, the "Defendants") Motion to Withdraw and/or Amend Deemed Admissions.

The grounds for this Response are that Defendants have failed to meet their burden under Rule 36(b) of the Federal Rules of Civil Procedure and Plaintiffs NextGear and AFC have shown that allowing the amendment or withdraw of the deemed admissions will prejudice Plaintiffs in maintaining the suit on the merits. Therefore, Plaintiffs NextGear and AFC respectfully request that the Court deny Defendants' Motion to Withdraw and/or Amend Deemed Admissions. Each

of the required matters will be set forth in Plaintiffs' Brief in Support of its Response to Defendants' Motion to Withdraw and/or Amend Deemed Admissions.

**Respectfully Submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear and AFC*

## CERTIFICATE OF SERVICE

This is to certify that on October 4, 2021, a true and correct copy of the foregoing has been forwarded to Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien, by and through their counsel of record, Richard Tallini, of Bailey & Galyen at 1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102, via ECF.

/s/ Christopher V. Arisco
Christopher V. Arisco