# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND AUTOMOTIVE FINANCE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>DRUIEN, INC. D/B/A LAWTON AUTO AUCTION A/K/A LAWTON CACHE AUTO AUCTION, LISA DRUIEN, MICHAEL VERNON GARRISON D/B/A ROCK HILL USED CARS, AND EMMETT DRUIEN,<br><br>    Defendants. | Civil Action No. 4:20-cv-00959-BJ |

## ORDER DENYING DEFENDANTS' MOTION TO WITHDRAW AND/OR AMEND DEEMED ADMISSIONS

On this day, came on for consideration, Defendants Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction, Lisa Druien, and Emmett Druien's Motion to Withdraw and/or Amend Deemed Admissions and Plaintiffs' Response to Defendants' Motion to Withdraw and/or Amend Deemed Admissions. Based on the arguments presented, the Court finds that Defendants' Motion to Withdraw and/or Amend Deemed Admissions should be **DENIED**.

**SO ORDERED.**

SIGNED: _____, 2021.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE