IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-959-BJ |
| § | |
| DRUIEN, INC. d/b/a LAWTON AUTO § | |
| AUCTION a/k/a LAWTON CACHE § | |
| AUTO AUCTION, ET AL. § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day, and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff NextGear Capital, Inc. ("NextGear") shall recover from Defendant Druien, Inc. d/b/a Lawton Auto Auction a/k/a Lawton Cache Auto Auction (Druien, Inc.") judgment in the sum of $686,308.80 for breach of contract, plus pre-judgment interest accruing at a rate of 5% per year, and post-judgment interest at a rate of 0.14%, to be computed as set forth in 28 U.S.C. § 1961, from the date this judgment is entered on the docket until paid. Additionally, Plaintiff NextGear shall recover from Defendant Druien, Inc. the sum of $45,162.25 for reasonable and necessary attorney's fees plus post-judgment interest at a rate of 0.14% from the date this judgment is entered on the docket until paid.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff NextGear shall recover from Defendants Druien, Inc., Lisa Druien, and Emmett Druien, jointly and severally, judgment in the sum of $686,308.80 for fraud and conspiracy to commit fraud, plus pre-judgment interest accruing at a rate of 5% per year, and post-judgment interest at a rate of 0.14% from the date this judgment is entered on the docket until paid.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Automotive Finance Corporation ("AFC") shall recover from Defendant Druien, Inc. judgment in the sum of $391,964.79 for breach of contract, plus pre-judgment interest accruing at a rate of 5% per year, and post-judgment interest at a rate of 0.14% from the date this judgment is entered on the docket until paid. Additionally, Plaintiff AFC shall recover from Defendant Druien, Inc. the sum of $45,162.25 for reasonable and necessary attorney's fees plus post-judgment interest at a rate of 0.14% from the date this judgment is entered on the docket until paid.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff AFC shall recover from Defendants Druien, Inc., Lisa Druien, and Emmett Druien, jointly and severally, judgment in the sum of $391,964.79 for fraud and conspiracy to commit fraud, plus pre-judgment interest accruing at a rate of 5% per year, and post-judgment interest at a rate of 0.14% from the date this judgment is entered on the docket until paid.

It is further **ORDERED** that all writs and process necessary for the enforcement of this judgment shall be issued in favor of Plaintiffs.

All costs under 28 U.S.C. § 1920 shall be taxed against Defendants.

SIGNED November 2, 2021.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

2